## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SARAH PALIN, an individual,

                Plaintiff,

   – against –

THE NEW YORK TIMES COMPANY,
A New York corporation

              Defendants.

No. 17 Civ. 4853

Hon. Jed S. Rakoff

ECF Case

### <u>NOTICE OF APPEAL</u>

NOTICE IS HEREBY GIVEN that Sarah Palin, Plaintiff in this case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgment entered in this action on February 15, 2022 [Doc. 171] ("Final Judgment"), inclusive (without limitation) of: the Court's February 14, 2022 oral [Tr. Trans. at 1295-1306] and March 1, 2022 written [Doc. 196] rulings granting judgment as a matter of law under *Fed. R. Civ. P.* 50; the February 15, 2022 Jury Verdict [Doc. 173]; the December 29, 2020 Memorandum Order [Doc. 125] (applying N.Y. Civil Rights Law § 76-a, as amended on November 10, 2020, to this action); and any and all interlocutory judgments, decrees, decisions, rulings, verdicts, and opinions that merged into and became part of the Final Judgment, that are related to the Final Judgment, and upon which the Final Judgment is based.

## **Notice of Pending Motions Under Rule 4(a)** *Fed. R. App. P.*

On February 28, 2022, pursuant to Local Civil Rule 6.1 and Rule 2 of the Court's Individual Rules of Practice, Plaintiff filed her Notice of Omnibus Post-Trial Motions [Doc. 195], including (among others) motions for: reconsideration under Local Civil Rule 6.3 and to alter or amend the Final Judgment under Rule 59; for new trial under Rule 59; and for relief under Rule 60. Pursuant to Rule 4(a), *Fed. R. App. P.*, the time to file this Notice of Appeal runs from the entry of the order disposing of the last remaining of these motions. However, because Plaintiff's deadline for filing her memorandum of law in support of the Omnibus Post-Trial Motions is not until March 22, 2022 [*see* March 4, 2022 Minute Entry], Plaintiff is filing this Notice of Appeal within thirty days of the Final Judgment to ensure preservation of all her appellate rights.

/s/ Shane B. Vogt
Kenneth G. Turkel (Co-Lead Counsel)
kturkel@tcb-law.com
Shane B. Vogt (Co-Lead Counsel)
svogt@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 834-9191
Fax: (813) 443-2193

and

Michael Munoz
mmunoz@golenbock.com
S. Preston Ricardo
pricardo@golenbock.com
GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
711 Third Avenue
New York, NY 10017
Tel: (212) 907-7300
Fax: (212) 754-0330

*Counsel for Petitioner/Plaintiff*
*Sarah Palin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Appeal was filed electronically on the 17th day of March, 2022. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties as indicated on the electronic filing receipt. Parties and their counsel may access this filing through the Court's system.

*/s/ Shane B. Vogt*
Attorney for Plaintiff Sarah Palin

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:17–cv–04853–JSR

Palin v. The New York Times Company
Assigned to: Judge Jed S. Rakoff
Demand: $75,000
Cause: 28:1332lb Diversity–Libel, Assault, Slander

Date Filed: 06/27/2017
Date Terminated: 02/15/2022
Jury Demand: Both
Nature of Suit: 320 Assault Libel & Slander
Jurisdiction: Diversity

**Plaintiff**

**Sarah Palin**
*an individual*

represented by **Shawn Preston Ricardo**
Golenbock Eiseman Assor Bell & Peskoe LLP
711 Third Avenue, 17th Floor
New York, NY 10017
212–907–7300
Fax: 212–754–0330
Email: pricardo@golenbock.com
*TERMINATED: 03/23/2020*
*LEAD ATTORNEY*

**Kenneth G. Turkel**
Turkel Cuva Barrios
100 N. Tampa St.
Suite 1900
Tampa, FL 33602
813–834–9191
Email: kturkel@tcb–law.com
*ATTORNEY TO BE NOTICED*

**Michael McGee Munoz**
Golenbock Eiseman Assor Bell & Peskoe LLP
711 Third Avenue, 17th Floor
New York, NY 10017
(212) 907–7345
Fax: (212) 754–0330
Email: mmunoz@golenbock.com
*ATTORNEY TO BE NOTICED*

**Shane B. Vogt**
Turkel Cuva Barrios, P.A.
100 North Tampa Street
Suite 1900
Tampa, FL 33602
813–868–6650
Email: svogt@tcb–law.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**The New York Times Company**
*a New York corporation*

represented by **David A. Schulz**
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019
(212) 850–6103
Fax: (212) 223–1942
Email: schulzd@ballardspahr.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay Ward Brown**
Ballard Spahr LLP (DC)
1909 K Street, NW, 12th Floor
Washington, DC 20006
202 508 1136
Fax: 202 661 2299
Email: brownjay@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael D. Sullivan**
Ballard Spahr LLP (DC)
1909 K Street, NW, 12th Floor
Washington, DC 20006
(202) 508–1116
Fax: (202) 661–2299
Email: sullivanm@ballardspahr.com
*TERMINATED: 07/22/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*

**David L. Axelrod**
Ballard Spahr
1735 Market St., 51st Floor
Philadelphia, PA 19103
215–864–8639
Fax: 215–665–8999
Email: axelrodd@ballardspahr.com
*ATTORNEY TO BE NOTICED*

**Jacquelyn Nicole Schell**
Ballard Spahr LLP (NYC)
1675 Broadway, 19th Floor
New York, NY 10019
646–346–8048
Fax: 212–223–1942
Email: schellj@ballardspahr.com
*ATTORNEY TO BE NOTICED*

**Lee Levine**
Ballard Spahr LLP (DC)
1909 K Street, NW, 12th Floor
Washington, DC 20006
(202) 508–1100
Fax: (202) 661–2299
Email: levinel@ballardspahr.com
*TERMINATED: 12/04/2020*

**Thomas S. Leatherbury**
Vinson & Elkins LLP
2001 Ross Avenue
Suite 3700
Dallas, TX 75201
214–220–7792
Fax: 214–999–7792
Email: tleatherbury@velaw.com
*TERMINATED: 01/13/2020*

**Thomas Byrne Sullivan**
Ballard Spahr LLP (NYC)
1675 Broadway, 19th Floor
New York, NY 10019

212–850–6139
Fax: 212–223–1942
Email: sullivant@ballardspahr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **James Bennet**<br>*an individual* | represented by | **Jay Ward Brown**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **David L. Axelrod**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jacquelyn Nicole Schell**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Lee Levine**<br>(See above for address)<br>*TERMINATED: 12/04/2020* |
| | | **Michael D. Sullivan**<br>(See above for address)<br>*TERMINATED: 07/22/2021* |
| | | **Thomas Byrne Sullivan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/27/2017 | 1 | COMPLAINT against The New York Times Company. (Filing Fee $ 400.00, Receipt Number 0208–13834937)Document filed by Sarah Palin. (Attachments: # 1 Exhibit 01, # 2 Exhibit 02, # 3 Exhibit 03, # 4 Exhibit 04, # 5 Exhibit 05, # 6 Exhibit 06, # 7 Exhibit 07, # 8 Exhibit 08, # 9 Exhibit 09, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16)(Ricardo, Shawn) (Entered: 06/27/2017) |
| 06/27/2017 | 2 | CIVIL COVER SHEET filed. (Ricardo, Shawn) (Entered: 06/27/2017) |
| 06/27/2017 | 3 | REQUEST FOR ISSUANCE OF SUMMONS as to The New York Times Company, re: 1 Complaint,. Document filed by Sarah Palin. (Ricardo, Shawn) (Entered: 06/27/2017) |
| 06/27/2017 | 4 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Kenneth George Turkel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–13835535. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sarah Palin. (Attachments: # 1 Affidavit of K. Turkel, # 2 Exhibit 01, # 3 Text of Proposed Order)(Ricardo, Shawn) Modified on 6/28/2017 (wb). (Entered: 06/27/2017) |
| 06/27/2017 | 5 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Shane Brady Vogt to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–13835551. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sarah Palin. (Attachments: # 1 Affidavit S. Vogt, # 2 Exhibit 01, # 3 Text of Proposed Order)(Ricardo, Shawn) Modified on 6/28/2017 (wb). (Entered: 06/27/2017) |
| 06/28/2017 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 5 MOTION for Shane Brady Vogt to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–13835551. Motion and supporting papers to be reviewed by Clerk's Office staff., 4 MOTION for Kenneth George Turkel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–13835535. Motion and supporting papers to be reviewed by Clerk's** |

| | | |
|---|---|---|
| | | **Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Florida; Please put the Title on Order for Pro hac Vice;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb)** (Entered: 06/28/2017) |
| 06/28/2017 | 6 | ELECTRONIC SUMMONS ISSUED as to The New York Times Company. (rch) (Entered: 06/28/2017) |
| 06/28/2017 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Jed S. Rakoff. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (rch) (Entered: 06/28/2017) |
| 06/28/2017 | | Magistrate Judge Debra C. Freeman is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (rch) (Entered: 06/28/2017) |
| 06/28/2017 | | Case Designated ECF. (rch) (Entered: 06/28/2017) |
| 06/28/2017 | 7 | NOTICE OF COURT CONFERENCE: Initial Conference set for 7/7/2017 at 11:00 AM in Courtroom 14B, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff, as further set forth in this order. (Signed by Judge Jed S. Rakoff on 6/28/2017) (jwh) (Entered: 06/28/2017) |
| 06/29/2017 | 8 | NOTICE OF APPEARANCE by Shawn Preston Ricardo on behalf of Sarah Palin. (Ricardo, Shawn) (Entered: 06/29/2017) |
| 06/29/2017 | 9 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Kenneth G. Turkel to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sarah Palin. (Attachments: # 1 Affidavit of K. Turkel, # 2 Exhibit 01, # 3 Text of Proposed Order)(Ricardo, Shawn) Modified on 6/30/2017 (wb). (Entered: 06/29/2017) |
| 06/29/2017 | 10 | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MOTION for Shane B. Vogt to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sarah Palin. (Attachments: # 1 Affidavit S. Vogt, # 2 Exhibit 01, # 3 Text of Proposed Order)(Ricardo, Shawn) Modified on 6/30/2017 (wb). (Entered: 06/29/2017) |
| 06/30/2017 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 10 MOTION for Shane B. Vogt to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff., 9 MOTION for Kenneth G. Turkel to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of Florida;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (wb)** (Entered: 06/30/2017) |
| 06/30/2017 | 11 | MOTION for Kenneth G. Turkel to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sarah Palin. (Attachments: # 1 Affidavit K. Turkel, # 2 Exhibit 01, # 3 Text of Proposed Order)(Ricardo, Shawn) (Entered: 06/30/2017) |
| 06/30/2017 | 12 | MOTION for Shane B. Vogt to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Sarah Palin. (Attachments: # 1 Affidavit S. Vogt, # 2 Exhibit 01, # 3 Text of Proposed Order)(Ricardo, Shawn) (Entered: 06/30/2017) |

| 06/30/2017 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 11 MOTION for Kenneth G. Turkel to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ma)** (Entered: 06/30/2017) |
|---|---|---|
| 06/30/2017 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 12 MOTION for Shane B. Vogt to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ma)** (Entered: 06/30/2017) |
| 07/05/2017 | 13 | ORDER FOR PRO HAC VICE granting 12 Motion for Shane B. Vogt to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 6/30/2017) (mro) (Entered: 07/05/2017) |
| 07/05/2017 | 14 | ORDER granting 11 Motion for Kenneth G. Turkel to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 6/30/2017) (mro) (Entered: 07/05/2017) |
| 07/05/2017 | 15 | SUMMONS RETURNED EXECUTED Summons and Complaint, served. The New York Times Company served on 6/29/2017, answer due 7/20/2017. Service was accepted by Ellen Herb, Executive Assistant. Document filed by Sarah Palin. (Ricardo, Shawn) (Entered: 07/05/2017) |
| 07/06/2017 | 16 | NOTICE OF APPEARANCE by Kenneth G. Turkel on behalf of Sarah Palin. (Turkel, Kenneth) (Entered: 07/06/2017) |
| 07/06/2017 | 17 | NOTICE OF APPEARANCE by Shane B. Vogt on behalf of Sarah Palin. (Vogt, Shane) (Entered: 07/06/2017) |
| 07/06/2017 | 18 | NOTICE OF APPEARANCE by David A.. Schulz on behalf of The New York Times Company. (Schulz, David) (Entered: 07/06/2017) |
| 07/06/2017 | 19 | NOTICE OF APPEARANCE by Jay Ward Brown on behalf of The New York Times Company. (Brown, Jay) (Entered: 07/06/2017) |
| 07/06/2017 | 20 | MOTION for Lee Levine to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–13865200. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Attachments: # 1 Affidavit of Lee Levine in Support of Motion, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order)(Levine, Lee) (Entered: 07/06/2017) |
| 07/06/2017 | 21 | MOTION for Thomas S. Leatherbury to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–13865604. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Attachments: # 1 Exhibit 1 – Affidavit in Support, # 2 Exhibit 2 – Certificate of Good Standing, # 3 Exhibit 3 – Proposed Order)(Leatherbury, Thomas) (Entered: 07/06/2017) |
| 07/06/2017 | 22 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Grupo Financiero Inbursa, S.A.B. de C.V. for The New York Times Company. Document filed by The New York Times Company.(Brown, Jay) (Entered: 07/06/2017) |
| 07/07/2017 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 20 MOTION for Lee Levine to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–13865200. Motion and supporting papers to be reviewed by Clerk's Office staff., 21 MOTION for Thomas S. Leatherbury to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–13865604. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (wb)** (Entered: 07/07/2017) |
| 07/07/2017 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Initial Pretrial Conference held on 7/7/2017. A trial date is set for December 11, 2017. (Kotowski, Linda) (Entered: 08/08/2017) |
| 07/10/2017 | 23 | CIVIL CASE MANAGEMENT PLAN: The case is to be tried to a jury. Motion to Dismiss moving papers: 7/14; Answering: 7/21; Reply: 7/26. Oral Argument set for 7/31/2017 at 04:00 PM before Judge Jed S. Rakoff. Amended Pleadings due by 8/9/2017. Joinder of Parties due by 8/9/2017. Post–discovery summary judgment motions 10/5/2017. Responses due by 10/19/2017. Replies due by 10/26/2017. All depositions (including any expert depositions, see item 3 above) must be completed by |

| | | |
|---|---|---|
| | | 9/28/2017. All discovery is to be completed by 9/28/2017. A final pre–trial conference as well as oral argument on any post–discovery summary judgment motions, shall be held on 11/2/2017 at 04:00 PM before Judge Jed S. Rakoff. This Court requires that this case shall be ready for trial on 12/7/2017. (Signed by Judge Jed S. Rakoff on 7/7/2017) (mro) (Entered: 07/10/2017) |
| 07/14/2017 | 24 | MOTION to Dismiss . Document filed by The New York Times Company.(Brown, Jay) (Entered: 07/14/2017) |
| 07/14/2017 | 25 | MEMORANDUM OF LAW in Support re: 24 MOTION to Dismiss . . Document filed by The New York Times Company. (Brown, Jay) (Entered: 07/14/2017) |
| 07/14/2017 | 26 | DECLARATION of Jay Ward Brown in Support re: 24 MOTION to Dismiss .. Document filed by The New York Times Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Brown, Jay) (Entered: 07/14/2017) |
| 07/17/2017 | 27 | ORDER ON MOTION FOR ADMISSION PRO HAC VICE granting 20 Motion for Lee Levine to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jed S. Rakoff on 7/15/17) (yv) (Entered: 07/17/2017) |
| 07/17/2017 | 28 | ORDER FOR ADMISSION PRO HAC VICE granting 21 Motion for Thomas S. Leatherbury to Appear Pro Hac Vice. IT IS HEREBY ORDERED that Thomas S. Leatherbury is admitted to practice pro hac vice in the above–captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jed S. Rakoff on 7/15/17) (yv) (Entered: 07/17/2017) |
| 07/21/2017 | 29 | MEMORANDUM OF LAW in Opposition re: 24 MOTION to Dismiss . . Document filed by Sarah Palin. (Vogt, Shane) (Entered: 07/21/2017) |
| 07/21/2017 | 30 | DECLARATION of Shane B. Vogt in Opposition re: 24 MOTION to Dismiss .. Document filed by Sarah Palin. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Vogt, Shane) (Entered: 07/21/2017) |
| 07/26/2017 | 31 | REPLY MEMORANDUM OF LAW in Support re: 24 MOTION to Dismiss . . Document filed by The New York Times Company. (Brown, Jay) (Entered: 07/26/2017) |
| 07/26/2017 | 32 | DECLARATION of Jay Ward Brown in Support re: 24 MOTION to Dismiss .. Document filed by The New York Times Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Brown, Jay) (Entered: 07/26/2017) |
| 07/26/2017 | 33 | TRANSCRIPT of Proceedings re: CONFERENCE held on 7/7/2017 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Raquel Robles, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/16/2017. Redacted Transcript Deadline set for 8/28/2017. Release of Transcript Restriction set for 10/24/2017.(McGuirk, Kelly) (Entered: 07/26/2017) |
| 07/26/2017 | 34 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 7/7/17 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 07/26/2017) |
| 07/31/2017 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Oral Argument held on 7/31/2017 re: 24 MOTION to Dismiss . filed by The New York Times Company. (Kotowski, Linda) (Entered: 08/01/2017) |

| | | |
|---|---|---|
| 08/10/2017 | 35 | ORDER re: 24 MOTION to Dismiss . filed by The New York Times Company. To help inform the Court of what inferences are reasonable or unreasonable in this context, the Court, pursuant to Rule 43(c), will convene an evidentiary hearing on Wednesday, August 16 at 2:00 PM EST. At the hearing, defense counsel must produce the author(s) of the editorial, who (or each of whom, if there is more than one author) will be examined under oath by defense counsel for no more than thirty (30) minutes, to be followed by cross–examination of plaintiff's counsel of no more than forty–five (45) minutes, to be followed by no more than fifteen (15) minutes of redirect by defense counsel. The Court also may question each such witness. SO ORDERED., (Evidentiary Hearing set for 8/16/2017 at 02:00 PM before Judge Jed S. Rakoff.) (Signed by Judge Jed S. Rakoff on 8/10/17) (yv) (Entered: 08/10/2017) |
| 08/10/2017 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 8/10/2017. (Kotowski, Linda) (Entered: 08/16/2017) |
| 08/14/2017 | 36 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION for Michael D. Sullivan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–14010060. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company.(Sullivan, Michael) Modified on 8/14/2017 (ma). (Entered: 08/14/2017) |
| 08/14/2017 | 37 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** DECLARATION of Michael D. Sullivan in Support re: 36 MOTION for Michael D. Sullivan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–14010060. **Motion and supporting papers to be reviewed by Clerk's Office staff..** Document filed by The New York Times Company. (Attachments: # 1 Exhibit 1 – certificate of good standing, # 2 Text of Proposed Order)(Sullivan, Michael) Modified on 8/14/2017 (ma). (Entered: 08/14/2017) |
| 08/14/2017 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE–FILE Document No. 36 MOTION for Michael D. Sullivan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number 0208–14010060. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): ALL THE DOCUMENTS MUST BE FILED TOGETHER. THE DOCUMENTS SHOULD BE IN THE FOLLOWING ORDR: 1) MOTION THEN THE DECLARATION/AFFIDAVIT, CERTIFCATE OF GOOD STANDING FROM THE SUPREME COURT AND THE PROPOSED ORDER MUST ALL BE ATTACHED.;. Re–file the motion as a Motion to Appear Pro Hac Vice – attach the correct signed PDF – select the correct named filer/filers – attach valid Certificates of Good Standing issued within the past 30 days – attach Proposed Order.. (ma)** (Entered: 08/14/2017) |
| 08/14/2017 | 38 | MOTION for Michael D. Sullivan to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The New York Times Company. (Attachments: # 1 Declaration of Michael D. Sullivan in Support, # 2 Exhibit 1 – certificate of good standing, # 3 Text of Proposed Order)(Sullivan, Michael) (Entered: 08/14/2017) |
| 08/14/2017 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 38 MOTION for Michael D. Sullivan to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (ma)** (Entered: 08/14/2017) |
| 08/16/2017 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Evidentiary Hearing held on 8/16/2017. (Kotowski, Linda) (Entered: 08/23/2017) |
| 08/21/2017 | 39 | MEMO ENDORSED ORDER granting 38 Motion for Michael D. Sullivan to Appear Pro Hac Vice. ENDORSEMENT: IT IS HEREBY ORDERED that Applicant is admitted to practice pro hac vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. (Signed by Judge Jed S. Rakoff on 8/18/17) (yv) Modified on 9/20/2017 (yv). (Entered: 08/21/2017) |
| 08/21/2017 | 40 | MEMORANDUM OF LAW in Opposition re: 24 MOTION to Dismiss . *on Context, Inferences and Plausibility*. Document filed by Sarah Palin. (Vogt, Shane) (Entered: 08/21/2017) |

| | | |
|---|---|---|
| 08/21/2017 | 41 | DECLARATION of Shane B. Vogt in Opposition re: 24 MOTION to Dismiss .. Document filed by Sarah Palin. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34)(Vogt, Shane) (Entered: 08/21/2017) |
| 08/21/2017 | 42 | SUPPLEMENTAL MEMORANDUM OF LAW in Support re: 24 MOTION to Dismiss . . Document filed by The New York Times Company. (Brown, Jay) (Entered: 08/21/2017) |
| 08/22/2017 | 43 | RESPONSE to Motion re: 24 MOTION to Dismiss . *(Response to 42 Defendant's Supplemental Memorandum)*. Document filed by Sarah Palin. (Vogt, Shane) (Entered: 08/22/2017) |
| 08/22/2017 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 8/22/2017. (Kotowski, Linda) (Entered: 08/28/2017) |
| 08/23/2017 | 44 | REPLY to Response to Motion re: 24 MOTION to Dismiss . *Reply to Plaintiff's Response, Dkt. No. 43*. Document filed by The New York Times Company. (Brown, Jay) (Entered: 08/23/2017) |
| 08/29/2017 | 45 | OPINION AND ORDER re: 24 MOTION to Dismiss . filed by The New York Times Company. The Court grants defendant's motion to dismiss. Because, moreover, this Court has canvassed in the discussion above all the various additions that plaintiff has even remotely suggested it would include in an amended complaint, the dismissal is "with prejudice," that is, final. Clerk to enter judgment. SO ORDERED. (Signed by Judge Jed S. Rakoff on 8/29/17) (yv) (Main Document 45 replaced on 8/30/2017) (mt). (Entered: 08/29/2017) |
| 08/29/2017 | | Transmission to Judgments and Orders Clerk. Transmitted re: 45 Memorandum & Opinion, to the Judgments and Orders Clerk. (yv) (Entered: 08/29/2017) |
| 08/30/2017 | 46 | CLERK'S JUDGMENT: That for the reasons stated in the Court's Opinion and Order dated August 29, 2017, defendant's motion to dismiss is granted with prejudice. (Signed by Clerk of Court Ruby Krajick on 08/30/2017) (Attachments: # 1 Notice of Right to Appeal, # 2 Notice of Right to Appeal)(dt) (Entered: 08/30/2017) |
| 08/30/2017 | | Terminate Transcript Deadlines (dt) (Entered: 08/30/2017) |
| 08/30/2017 | 47 | TRANSCRIPT of Proceedings re: ARGUMENT held on 7/31/2017 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Andrew Walker, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/20/2017. Redacted Transcript Deadline set for 10/2/2017. Release of Transcript Restriction set for 11/28/2017.(McGuirk, Kelly) (Entered: 08/30/2017) |
| 08/30/2017 | 48 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a ARGUMENT proceeding held on 7/31/17 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 08/30/2017) |
| 08/30/2017 | 49 | TRANSCRIPT of Proceedings re: HEARING held on 8/16/2017 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Vincent Bologna, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/20/2017. Redacted Transcript Deadline set for 10/2/2017. Release of Transcript Restriction set for 11/28/2017.(McGuirk, Kelly) (Entered: 08/30/2017) |

| | | |
|---|---|---|
| 08/30/2017 | 50 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 8/16/17 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days...(McGuirk, Kelly) (Entered: 08/30/2017) |
| 09/11/2017 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 9/11/2017. (Kotowski, Linda) (Entered: 09/12/2017) |
| 09/25/2017 | 51 | MOTION for Reconsideration re; 45 Memorandum & Opinion,, 46 Clerk's Judgment, . Document filed by Sarah Palin.(Vogt, Shane) (Entered: 09/25/2017) |
| 09/25/2017 | 52 | MEMORANDUM OF LAW in Support re: 51 MOTION for Reconsideration re; 45 Memorandum & Opinion,, 46 Clerk's Judgment, . . Document filed by Sarah Palin. (Vogt, Shane) (Entered: 09/25/2017) |
| 09/25/2017 | 53 | DECLARATION of Shane B. Vogt in Support re: 51 MOTION for Reconsideration re; 45 Memorandum & Opinion,, 46 Clerk's Judgment, .. Document filed by Sarah Palin. (Attachments: # 1 Exhibit 1 to Exhibit A (Proposed Amended Complaint), # 2 Exhibit 2 to Exhibit A (Proposed Amended Complaint), # 3 Exhibit 3 to Exhibit A (Proposed Amended Complaint), # 4 Exhibit 4 to Exhibit A (Proposed Amended Complaint), # 5 Exhibit 5 to Exhibit A (Proposed Amended Complaint), # 6 Exhibit 6 to Exhibit A (Proposed Amended Complaint), # 7 Exhibit 7 to Exhibit A (Proposed Amended Complaint), # 8 Exhibit 8 to Exhibit A (Proposed Amended Complaint), # 9 Exhibit 9 to Exhibit A (Proposed Amended Complaint), # 10 Exhibit 10 to Exhibit A (Proposed Amended Complaint), # 11 Exhibit 11 to Exhibit A (Proposed Amended Complaint), # 12 Exhibit 12 to Exhibit A (Proposed Amended Complaint), # 13 Exhibit 13 to Exhibit A (Proposed Amended Complaint), # 14 Exhibit 14 to Exhibit A (Proposed Amended Complaint), # 15 Exhibit 15 to Exhibit A (Proposed Amended Complaint), # 16 Exhibit 16 to Exhibit A (Proposed Amended Complaint), # 17 Exhibit 17 to Exhibit A (Proposed Amended Complaint), # 18 Exhibit 18 to Exhibit A (Proposed Amended Complaint), # 19 Exhibit 19 to Exhibit A (Proposed Amended Complaint), # 20 Exhibit 20 to Exhibit A (Proposed Amended Complaint), # 21 Exhibit 21 to Exhibit A (Proposed Amended Complaint), # 22 Exhibit 22 to Exhibit A (Proposed Amended Complaint), # 23 Exhibit 23 to Exhibit A (Proposed Amended Complaint), # 24 Exhibit 24 to Exhibit A (Proposed Amended Complaint), # 25 Exhibit 25 to Exhibit A (Proposed Amended Complaint), # 26 Exhibit 26 to Exhibit A (Proposed Amended Complaint), # 27 Exhibit 27 to Exhibit A (Proposed Amended Complaint), # 28 Exhibit 28 to Exhibit A (Proposed Amended Complaint), # 29 Exhibit 29 to Exhibit A (Proposed Amended Complaint))(Vogt, Shane) (Entered: 09/25/2017) |
| 09/25/2017 | 54 | DECLARATION of Shane B. Vogt in Support re: 51 MOTION for Reconsideration re; 45 Memorandum & Opinion,, 46 Clerk's Judgment, .. Document filed by Sarah Palin. (Attachments: # 1 Exhibit A to Declaration)(Vogt, Shane) (Entered: 09/25/2017) |
| 10/03/2017 | 55 | NOTICE OF CHANGE OF ADDRESS by David A.. Schulz on behalf of The New York Times Company. New Address: Ballard Spahr LLP, 919 Third Avenue, 37th Floor, New York, NY, USA 10022–3915, 212–850–6103. (Schulz, David) (Entered: 10/03/2017) |
| 10/03/2017 | 56 | NOTICE OF CHANGE OF ADDRESS by Jay Ward Brown on behalf of The New York Times Company. New Address: Ballard Spahr LLP, 1909 K Street, NW, 12th Floor, Washington, DC, USA 20006–1157, 202–508–1136. (Brown, Jay) (Entered: 10/03/2017) |
| 10/03/2017 | 57 | NOTICE OF CHANGE OF ADDRESS by Lee Levine on behalf of The New York Times Company. New Address: Ballard Spahr LLP, 1909 K Street, NW, 12th Floor, Washington, DC, USA 20006–1157, 202–508–1110. (Levine, Lee) (Entered: 10/03/2017) |
| 10/03/2017 | 58 | NOTICE OF CHANGE OF ADDRESS by Michael D. Sullivan on behalf of The New York Times Company. New Address: Ballard Spahr LLP, 1909 K Street, NW, 12th Floor, Washington, DC, USA 20006–1157, 202–508–1116. (Sullivan, Michael) (Entered: 10/03/2017) |

| | | |
|---|---|---|
| 10/09/2017 | 59 | MEMORANDUM OF LAW in Opposition re: 51 MOTION for Reconsideration re; 45 Memorandum & Opinion,, 46 Clerk's Judgment, . . Document filed by The New York Times Company. (Brown, Jay) (Entered: 10/09/2017) |
| 10/16/2017 | 60 | REPLY MEMORANDUM OF LAW in Support re: 51 MOTION for Reconsideration re; 45 Memorandum & Opinion,, 46 Clerk's Judgment, . . Document filed by Sarah Palin. (Vogt, Shane) (Entered: 10/16/2017) |
| 10/23/2017 | 61 | MEMORANDUM ORDER denying 51 Motion for Reconsideration re 45 Memorandum & Opinion. For the foregoing reasons, plaintiff's motion for reconsideration is hereby denied. The Clerk of the Court is directed to close the case. So Ordered., (Signed by Judge Jed S. Rakoff on 10/23/17) (yv) (Entered: 10/23/2017) |
| 10/23/2017 | | Terminate Transcript Deadlines (yv) (Entered: 12/05/2017) |
| 11/21/2017 | 62 | NOTICE OF APPEAL from 46 Clerk's Judgment, 61 Order on Motion for Reconsideration,. Document filed by Sarah Palin. Filing fee $ 505.00, receipt number 0208–14390616. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit. (Vogt, Shane) (Entered: 11/21/2017) |
| 11/21/2017 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 62 Notice of Appeal. (tp) (Entered: 11/21/2017) |
| 11/21/2017 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 62 Notice of Appeal, filed by Sarah Palin were transmitted to the U.S. Court of Appeals. (tp) (Entered: 11/21/2017) |
| 01/22/2018 | 63 | NOTICE OF CHANGE OF ADDRESS by David A. Schulz on behalf of The New York Times Company. New Address: Ballard Spahr LLP, 1675 Broadway, 19th Floor, New York, NY, US 10019–5820, 212–850–6103. (Schulz, David) (Entered: 01/22/2018) |
| 08/06/2019 | 64 | OPINION of USCA (Certified) as to 62 Notice of Appeal, filed by Sarah Palin USCA Case Number 17–3801–cv. This case is ultimately about the First Amendment, but the subject matter implicated in this appeal is far less dramatic: rules of procedure and pleading standards. Sarah Palin appeals the dismissal of her defamation complaint against The New York Times ("the Times") for failure to state a claim. The district court (Rakoff, J.), uncertain as to whether Palin's complaint plausibly alleged all of the required elements of her defamation claim, held an evidentiary hearing to test the sufficiency of Palins pleadings. Following the hearing, and without converting the proceeding to one for summary judgment, the district court relied on evidence adduced at that hearing to dismiss Palins complaint under Federal Rule of Civil Procedure 12(b)(6). We find that the district court erred in relying on facts outside the pleadings to dismiss the complaint. We further conclude that Palin's Proposed Amended Complaint plausibly states a claim for defamation and may proceed to full discovery. We therefore VACATE and REMAND for proceedings consistent with this opinion.. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 8/6/2019. (nd) (Entered: 08/06/2019) |
| 08/06/2019 | | Transmission of USCA Opinion to the District Judge re: 64 USCA Opinion. (nd) (Entered: 08/06/2019) |
| 10/15/2019 | 65 | AMENDED OPINION OF USCA as to 62 Notice of Appeal, filed by Sarah Palin. USCA Case Number 17–3801–cv. This case is ultimately about the First Amendment, but the subject matter implicated in this appeal is far less dramatic: rules of procedure and pleading standards. Sarah Palin appeals the dismissal of her defamation complaint against The New York Times ("the Times") for failure to state a claim. The district court (Rakoff, J.), uncertain as to whether Palin's complaint plausibly alleged all of the required elements of her defamation claim, held an evidentiary hearing to test the sufficiency of Palin's pleadings. Following the hearing, and without converting the proceeding to one for summary judgment, the district court relied on evidence adduced at that hearing to dismiss Palin's complaint under Federal Rule of Civil Procedure 12(b)(6). We find that the district court erred in relying on facts outside the pleadings to dismiss the complaint. We further conclude that Palin's Proposed Amended Complaint plausibly states a claim for defamation and may proceed to full discovery. We therefore VACATE and REMAND for proceedings consistent with this opinion. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Certified: 10/15/2019. (nd) (Entered: 10/15/2019) |

| 12/10/2019 | 66 | MANDATE of USCA (Certified Copy) as to 62 Notice of Appeal, filed by Sarah Palin. USCA Case Number 17–3801. IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the case is REMANDED to the district court for further proceedings consistent with this Court's opinion. This judgment is nunc pro tunc to October 15, 2019, the date the Amended Opinion was filed. Catherine O'Hagan Wolfe, Clerk USCA for the Second Circuit. Issued As Mandate: 12/09/2019. (Attachments: # 1 Opinion, # 2 Amended Opinion, # 3 Judgment)(nd) (Entered: 12/10/2019) |
|---|---|---|
| 12/10/2019 |  | Transmission of USCA Mandate to the District Judge re: 66 USCA Mandate,,. (nd) (Entered: 12/10/2019) |
| 12/11/2019 |  | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Scheduling Conference set for 12/16/2019 at 11:00 AM before Judge Jed S. Rakoff. (Kotowski, Linda) (Entered: 12/11/2019) |
| 12/12/2019 | 67 | ORDER: The Court will hold a scheduling conference in this case on Monday, December 16, 2019 at 11:00 AM in Courtroom 14B at 500 Pearl St., New York, NY. (Scheduling Conference set for 12/16/2019 at 11:00 AM in Courtroom 14B, 500 Pearl Street, New York, NY 10007 before Judge Jed S. Rakoff.) (Signed by Judge Jed S. Rakoff on 12/11/2019) (jwh) (Entered: 12/12/2019) |
| 12/13/2019 | 68 | NOTICE OF APPEARANCE by Thomas Byrne Sullivan on behalf of The New York Times Company. (Sullivan, Thomas) (Entered: 12/13/2019) |
| 12/16/2019 |  | Minute Entry for proceedings held before Judge Jed S. Rakoff: Scheduling Conference held on 12/16/2019, ( Final Pretrial Conference set for 5/26/2020 at 11:00 AM before Judge Jed S. Rakoff., Jury Trial set for 6/22/2020 at 09:30 AM before Judge Jed S. Rakoff.). (Kotowski, Linda) (Entered: 12/16/2019) |
| 12/16/2019 | 69 | CIVIL CASE MANAGEMENT PLAN: Trial – 6/22/20. The case is to be tried to a jury. Amended Pleadings due by 1/7/2020. Motions due by 4/27/2020. Responses due by 5/11/2020 Replies due by 5/18/2020. Deposition due by 4/6/2020. Discovery due by 4/13/2020. Oral Argument set for 5/26/2020 at 11:00 AM before Judge Jed S. Rakoff. Final Pretrial Conference set for 5/26/2020 at 11:00 AM before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 12/16/2019) (jwh) (Entered: 12/16/2019) |
| 12/30/2019 | 70 | FIRST AMENDED COMPLAINT amending 1 Complaint, against The New York Times Company, James Bennet with JURY DEMAND.Document filed by Sarah Palin. Related document: 1 Complaint,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29)(Ricardo, Shawn) (Entered: 12/30/2019) |
| 12/30/2019 | 71 | REQUEST FOR ISSUANCE OF SUMMONS as to James Bennet, re: 70 Amended Complaint,,. Document filed by Sarah Palin. (Ricardo, Shawn) (Entered: 12/30/2019) |
| 01/02/2020 | 72 | ELECTRONIC SUMMONS ISSUED as to James Bennet. (pc) (Entered: 01/02/2020) |
| 01/02/2020 | 73 | NOTICE OF APPEARANCE by Jay Ward Brown on behalf of James Bennet. (Brown, Jay) (Entered: 01/02/2020) |
| 01/02/2020 | 74 | NOTICE OF APPEARANCE by Thomas Byrne Sullivan on behalf of James Bennet. (Sullivan, Thomas) (Entered: 01/02/2020) |
| 01/02/2020 | 75 | ANSWER to 70 Amended Complaint,, with JURY DEMAND. Document filed by James Bennet, The New York Times Company.(Brown, Jay) (Entered: 01/02/2020) |
| 01/02/2020 | 76 | MOTION for Judgment on the Pleadings *to dismiss plaintiff's claim for disgorgement damages*. Document filed by James Bennet, The New York Times Company. Responses due by 1/10/2020(Brown, Jay) (Entered: 01/02/2020) |
| 01/02/2020 | 77 | MEMORANDUM OF LAW in Support re: 76 MOTION for Judgment on the Pleadings *to dismiss plaintiff's claim for disgorgement damages*. . Document filed by James Bennet, The New York Times Company. (Brown, Jay) (Entered: 01/02/2020) |

| | | |
|---|---|---|
| 01/03/2020 | 78 | MOTION to Withdraw *as Co−Counsel*. Document filed by The New York Times Company. (Attachments: # 1 Text of Proposed Order)(Leatherbury, Thomas) (Entered: 01/03/2020) |
| 01/03/2020 | 79 | DECLARATION of Thomas S. Leatherbury in Support re: 78 MOTION to Withdraw *as Co−Counsel*.. Document filed by The New York Times Company. (Leatherbury, Thomas) (Entered: 01/03/2020) |
| 01/10/2020 | 80 | MEMORANDUM OF LAW in Opposition re: 76 MOTION for Judgment on the Pleadings *to dismiss plaintiff's claim for disgorgement damages*. . Document filed by Sarah Palin. (Vogt, Shane) (Entered: 01/10/2020) |
| 01/13/2020 | 81 | ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL granting 78 Motion to Withdraw: IT IS HEREBY ORDERED that the noticed request to withdraw Thomas S. Leatherbury and Vinson & Elkins LLP as co−counsel for The New York Times Company is granted, and the appearances of Mr. Leatherbury and Vinson & Elkins LLP are withdrawn as of the date of this Order. (Attorney Thomas S. Leatherbury terminated.) (Signed by Judge Jed S. Rakoff on 1/10/2020) (jwh) Modified on 1/13/2020 (jwh). (Entered: 01/13/2020) |
| 01/16/2020 | 82 | REPLY MEMORANDUM OF LAW in Support re: 76 MOTION for Judgment on the Pleadings *to dismiss plaintiff's claim for disgorgement damages*. . Document filed by James Bennet, The New York Times Company. (Brown, Jay) (Entered: 01/16/2020) |
| 01/21/2020 | 83 | MEMORANDUM ORDER granting 76 Motion for Judgment on the Pleadings: For these reasons, the Court grants the defendants' motion for partial judgment on the pleadings dismissing Palin's claim for disgorgement damages. The Clerk is directed to close the entry bearing the docket number 76. (Signed by Judge Jed S. Rakoff on 1/19/2020) (jwh) (Entered: 01/21/2020) |
| 01/24/2020 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 1/24/2020. (Kotowski, Linda) (Entered: 01/30/2020) |
| 01/27/2020 | 84 | PROTECTIVE ORDER regarding procedures to be followed that shall govern the handling of confidential material. (Signed by Judge Jed S. Rakoff on 1/24/2020) (jwh) (Entered: 01/27/2020) |
| 01/30/2020 | 85 | MOTION for David L. Axelrod to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−18640467. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by James Bennet, The New York Times Company. (Attachments: # 1 Affidavit of D. Axelrod, # 2 Exhibit 1, # 3 Text of Proposed Order)(Axelrod, David) (Entered: 01/30/2020) |
| 02/03/2020 | 86 | ORDER ON MOTION FOR ADMISSION PRO HAC VICE granting 85 Motion for David L. Axelrod to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 1/31/2020) (jwh) (Entered: 02/03/2020) |
| 02/20/2020 | 87 | NOTICE OF APPEARANCE by Jacquelyn Nicole Schell on behalf of James Bennet, The New York Times Company..(Schell, Jacquelyn) (Entered: 02/20/2020) |
| 02/27/2020 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 2/27/2020. (Kotowski, Linda) (Entered: 02/27/2020) |
| 03/11/2020 | 88 | TRANSCRIPT of Proceedings re: CONFERENCE held on 12/16/2019 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Sonya Ketter Moore, (212) 805−0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/1/2020. Redacted Transcript Deadline set for 4/13/2020. Release of Transcript Restriction set for 6/9/2020..(McGuirk, Kelly) (Entered: 03/11/2020) |
| 03/11/2020 | 89 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 12/16/19 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 03/11/2020) |

| 03/17/2020 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 3/17/2020. (tro) Modified on 3/18/2020 (tro). (Entered: 03/18/2020) |
|---|---|---|
| 03/17/2020 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Interim Pretrial Conference held on 3/17/2020. (tro) (Entered: 03/19/2020) |
| 03/18/2020 | 90 | AMENDED CIVIL CASE MANAGEMENT PLAN: Ready for Trial by 8/24/2020. Amended pleadings may be filed without leave of Court until 1/7/20. Deposition due by 5/29/2020. Discovery due by 6/5/2020. Motions due by 6/19/2020. Responses due by 7/10/2020. Replies due by 7/17/2020. Oral Argument set for 7/27/2020 at 02:00 PM before Judge Jed S. Rakoff. Final Pretrial Conference set for 7/27/2020 at 02:00 PM before Judge Jed S. Rakoff. The Court will decide any summary judgment motions by no later than 8/10/20. The trial of any remaining claims will commence on 8/24/20 at 9:00 am. Jury Trial set for 8/24/2020 at 09:00 AM before Judge Jed S. Rakoff. (Signed by Judge Jed S. Rakoff on 3/18/2020) (jwh) (Entered: 03/18/2020) |
| 03/19/2020 | | MEMORANDUM TO THE DOCKET CLERK: The final pre–trial conference and the trial dates previously set for May 26, 2020 and June 22, 2020, respectively, have been adjourned to July 27, 2020 at 2:00 p.m. and August 24, 2020 at 9:00 a.m.(kgo) (Entered: 03/19/2020) |
| 03/19/2020 | | Set/Reset Hearings: Final Pretrial Conference set for 7/27/2020 at 02:00 PM before Judge Jed S. Rakoff. Jury Trial set for 8/24/2020 at 09:00 AM before Judge Jed S. Rakoff. (kgo) (Entered: 03/19/2020) |
| 03/19/2020 | 91 | NOTICE OF APPEARANCE by Michael McGee Munoz on behalf of Sarah Palin..(Munoz, Michael) (Entered: 03/19/2020) |
| 03/20/2020 | 92 | NOTICE of Substitution of Attorney. Old Attorney: S. Preston Ricardo, New Attorney: Michael M. Munoz, Address: Golenbock Eiseman Assor Bell & Peskoe LLP, 711 Third Avenue, 17th Floor, New York, NY, United States 10017, 212–907–7300. Document filed by Sarah Palin..(Ricardo, Shawn) (Entered: 03/20/2020) |
| 03/23/2020 | 93 | MEMO ENDORSEMENT on re: 92 Notice of Substitution of Attorney, filed by Sarah Palin. ENDORSEMENT: SO ORDERED. (Attorney Shawn Preston Ricardo terminated.) (Signed by Judge Jed S. Rakoff on 3/23/2020) (jwh) (Entered: 03/23/2020) |
| 06/12/2020 | 94 | MOTION for Summary Judgment . Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 06/12/2020) |
| 06/12/2020 | 95 | MOTION for Partial Summary Judgment . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 06/12/2020) |
| 06/19/2020 | 96 | MEMORANDUM OF LAW in Support re: 94 MOTION for Summary Judgment . . Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 06/19/2020) |
| 06/19/2020 | 97 | RULE 56.1 STATEMENT. Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 06/19/2020) |
| 06/19/2020 | 98 | DECLARATION of James Bennet in Support re: 94 MOTION for Summary Judgment .. Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 06/19/2020) |
| 06/19/2020 | 99 | DECLARATION of Thomas B. Sullivan in Support re: 94 MOTION for Summary Judgment .. Document filed by James Bennet, The New York Times Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 |

|  |  |  |
|---|---|---|
|  |  | Exhibit 52, # <u>53</u> Exhibit 53, # <u>54</u> Exhibit 54, # <u>55</u> Exhibit 55, # <u>56</u> Exhibit 56, # <u>57</u> Exhibit 57, # <u>58</u> Exhibit 58, # <u>59</u> Exhibit 59, # <u>60</u> Exhibit 60, # <u>61</u> Exhibit 61).(Brown, Jay) (Entered: 06/19/2020) |
| 06/19/2020 | <u>100</u> | MEMORANDUM OF LAW in Support re: <u>95</u> MOTION for Partial Summary Judgment . . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 06/19/2020) |
| 06/19/2020 | <u>101</u> | RULE 56.1 STATEMENT. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 06/19/2020) |
| 06/19/2020 | <u>102</u> | DECLARATION of Shane B. Vogt in Support re: <u>95</u> MOTION for Partial Summary Judgment .. Document filed by Sarah Palin. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B, # <u>3</u> Exhibit C, # <u>4</u> Exhibit D, # <u>5</u> Exhibit E, # <u>6</u> Exhibit F, # <u>7</u> Exhibit G, # <u>8</u> Exhibit H, # <u>9</u> Exhibit I, # <u>10</u> Exhibit J, # <u>11</u> Exhibit K, # <u>12</u> Exhibit L, # <u>13</u> Exhibit M, # <u>14</u> Exhibit N, # <u>15</u> Exhibit O, # <u>16</u> Exhibit P, # <u>17</u> Exhibit Q, # <u>18</u> Exhibit R, # <u>19</u> Exhibit S, # <u>20</u> Exhibit T, # <u>21</u> Exhibit U, # <u>22</u> Exhibit V, # <u>23</u> Exhibit W, # <u>24</u> Exhibit X, # <u>25</u> Exhibit Y, # <u>26</u> Exhibit Z, # <u>27</u> Exhibit AA, # <u>28</u> Exhibit BB).(Vogt, Shane) (Entered: 06/19/2020) |
| 07/08/2020 |  | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 7/8/2020. (Kotowski, Linda) (Entered: 07/10/2020) |
| 07/09/2020 | <u>103</u> | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** CONSENT MOTION to Amend/Correct <u>99</u> Declaration in Support of Motion,,,,, . Document filed by James Bennet, The New York Times Company. (Attachments: # <u>1</u> Exhibit Corrected Exhibit 4, # <u>2</u> Exhibit Corrected Exhibit 5).(Sullivan, Thomas) Modified on 7/27/2020 (lb). (Entered: 07/09/2020) |
| 07/10/2020 | <u>104</u> | MEMORANDUM OF LAW in Opposition re: <u>95</u> MOTION for Partial Summary Judgment . . Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 07/10/2020) |
| 07/10/2020 | <u>105</u> | DECLARATION of Jacquelyn N. Schell in Opposition re: <u>95</u> MOTION for Partial Summary Judgment .. Document filed by James Bennet, The New York Times Company. (Attachments: # <u>1</u> Exhibit 62, # <u>2</u> Exhibit 63, # <u>3</u> Exhibit 64, # <u>4</u> Exhibit 65, # <u>5</u> Exhibit 66).(Brown, Jay) (Entered: 07/10/2020) |
| 07/10/2020 | <u>106</u> | COUNTER STATEMENT TO <u>101</u> Rule 56.1 Statement. Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 07/10/2020) |
| 07/10/2020 | <u>107</u> | MEMORANDUM OF LAW in Opposition re: <u>94</u> MOTION for Summary Judgment . . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 07/10/2020) |
| 07/10/2020 | <u>108</u> | COUNTER STATEMENT TO <u>97</u> Rule 56.1 Statement. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 07/10/2020) |
| 07/11/2020 | <u>109</u> | DECLARATION of Shane B. Vogt in Opposition re: <u>94</u> MOTION for Summary Judgment .. Document filed by Sarah Palin. (Attachments: # <u>1</u> Exhibit 1, # <u>2</u> Exhibit 2, # <u>3</u> Exhibit 3, # <u>4</u> Exhibit 4, # <u>5</u> Exhibit 5, # <u>6</u> Exhibit 6, # <u>7</u> Exhibit 7, # <u>8</u> Exhibit 8, # <u>9</u> Exhibit 9, # <u>10</u> Exhibit 10, # <u>11</u> Exhibit 11, # <u>12</u> Exhibit 12, # <u>13</u> Exhibit 13, # <u>14</u> Exhibit 14, # <u>15</u> Exhibit 15, # <u>16</u> Exhibit 16, # <u>17</u> Exhibit 17, # <u>18</u> Exhibit 18, # <u>19</u> Exhibit 19, # <u>20</u> Exhibit 20, # <u>21</u> Exhibit 21, # <u>22</u> Exhibit 22, # <u>23</u> Exhibit 23, # <u>24</u> Exhibit 24, # <u>25</u> Exhibit 25, # <u>26</u> Exhibit 26, # <u>27</u> Exhibit 27, # <u>28</u> Exhibit 28, # <u>29</u> Exhibit 29, # <u>30</u> Exhibit 30, # <u>31</u> Exhibit 31, # <u>32</u> Exhibit 32, # <u>33</u> Exhibit 33, # <u>34</u> Exhibit 34, # <u>35</u> Exhibit 35, # <u>36</u> Exhibit 36, # <u>37</u> Exhibit 37, # <u>38</u> Exhibit 38, # <u>39</u> Exhibit 39, # <u>40</u> Exhibit 40, # <u>41</u> Exhibit 41, # <u>42</u> Exhibit 42, # <u>43</u> Exhibit 43, # <u>44</u> Exhibit 44, # <u>45</u> Exhibit 45, # <u>46</u> Exhibit 46, # <u>47</u> Exhibit 47, # <u>48</u> Exhibit 48, # <u>49</u> Exhibit 49, # <u>50</u> Exhibit 50, # <u>51</u> Exhibit 51, # <u>52</u> Exhibit 52, # <u>53</u> Exhibit 53, # <u>54</u> Exhibit 54, # <u>55</u> Exhibit 55, # <u>56</u> Exhibit 56, # <u>57</u> Exhibit 57, # <u>58</u> Exhibit 58, # <u>59</u> Exhibit 59, # <u>60</u> Exhibit 60, # <u>61</u> Exhibit 61, # <u>62</u> Exhibit 62, # <u>63</u> Exhibit 63, # <u>64</u> Exhibit 64, # <u>65</u> Exhibit 65, # <u>66</u> Exhibit 66, # <u>67</u> Exhibit 67, # <u>68</u> Exhibit 68, # <u>69</u> Exhibit 69, # <u>70</u> Exhibit 70 (Part 1), # <u>71</u> Exhibit 70 (Part 2), # <u>72</u> Exhibit 70 (Part 3), # <u>73</u> Exhibit 70 (Part 4), # <u>74</u> Exhibit 71, # <u>75</u> Exhibit 72, # <u>76</u> Exhibit 73, # <u>77</u> Exhibit 74, # <u>78</u> Exhibit 75, # <u>79</u> Exhibit 76, # <u>80</u> Exhibit 77, # <u>81</u> Exhibit 78, # <u>82</u> Exhibit 79, # <u>83</u> Exhibit 80, # <u>84</u> Exhibit 81, # <u>85</u> Exhibit 82, # <u>86</u> Exhibit 83, # <u>87</u> Exhibit 84, # <u>88</u> Exhibit 85, # <u>89</u> Exhibit 86, # <u>90</u> Exhibit 87, # <u>91</u> Exhibit 88, # <u>92</u> Exhibit 89, # <u>93</u> Exhibit 90, # <u>94</u> Exhibit 91, # <u>95</u> Exhibit 92, # <u>96</u> Exhibit 93, # <u>97</u> |

|  |  | Exhibit 94, # 98 Exhibit 95, # 99 Exhibit 96, # 100 Exhibit 97, # 101 Exhibit 98, # 102 Exhibit 99, # 103 Exhibit 100, # 104 Exhibit 101, # 105 Exhibit 102, # 106 Exhibit 103, # 107 Exhibit 104, # 108 Exhibit 105, # 109 Exhibit 106, # 110 Exhibit 107, # 111 Exhibit 108, # 112 Exhibit 109, # 113 Exhibit 110, # 114 Exhibit 111, # 115 Exhibit 112, # 116 Exhibit 113, # 117 Exhibit 114, # 118 Exhibit 115, # 119 Exhibit 116, # 120 Exhibit 117, # 121 Exhibit 118, # 122 Exhibit 119, # 123 Exhibit 120, # 124 Exhibit 121, # 125 Exhibit 122, # 126 Exhibit 123, # 127 Exhibit 124, # 128 Exhibit 125, # 129 Exhibit 126, # 130 Exhibit 127, # 131 Exhibit 128, # 132 Exhibit 129, # 133 Exhibit 130, # 134 Exhibit 131, # 135 Exhibit 132, # 136 Exhibit 133, # 137 Exhibit 134, # 138 Exhibit 135, # 139 Exhibit 136, # 140 Exhibit 137, # 141 Exhibit 138, # 142 Exhibit 139, # 143 Exhibit 140, # 144 Exhibit 141, # 145 Exhibit 142, # 146 Exhibit 143, # 147 Exhibit 144, # 148 Exhibit 145, # 149 Exhibit 146, # 150 Exhibit 147, # 151 Exhibit 148, # 152 Exhibit 149, # 153 Exhibit 150, # 154 Exhibit 151, # 155 Exhibit 152, # 156 Exhibit 153, # 157 Exhibit 154, # 158 Exhibit 155, # 159 Exhibit 156, # 160 Exhibit 157, # 161 Exhibit 158, # 162 Exhibit 159, # 163 Exhibit 160, # 164 Exhibit 161, # 165 Exhibit 162, # 166 Exhibit 163, # 167 Exhibit 164, # 168 Exhibit 165, # 169 Exhibit 166, # 170 Exhibit 167, # 171 Exhibit 168, # 172 Exhibit 169, # 173 Exhibit 170, # 174 Exhibit 171, # 175 Exhibit 172, # 176 Exhibit 173, # 177 Exhibit 174, # 178 Exhibit 175, # 179 Exhibit 176, # 180 Exhibit 177, # 181 Exhibit 178, # 182 Exhibit 179, # 183 Exhibit 180, # 184 Exhibit 181, # 185 Exhibit 182, # 186 Exhibit 183, # 187 Exhibit 184, # 188 Exhibit 185, # 189 Exhibit 186, # 190 Exhibit 187, # 191 Exhibit 188, # 192 Exhibit 189, # 193 Exhibit 190, # 194 Exhibit 191, # 195 Exhibit 192, # 196 Exhibit 193, # 197 Exhibit 194, # 198 Exhibit 195, # 199 Exhibit 196, # 200 Exhibit 197, # 201 Exhibit 198, # 202 Exhibit 199, # 203 Exhibit 200, # 204 Exhibit 201, # 205 Exhibit 202, # 206 Exhibit 203, # 207 Exhibit 204, # 208 Exhibit 205, # 209 Exhibit 206, # 210 Exhibit 207, # 211 Exhibit 208, # 212 Exhibit 209, # 213 Exhibit 210, # 214 Exhibit 211).(Vogt, Shane) (Entered: 07/11/2020) |
| 07/11/2020 | 110 | NOTICE of Plaintiff's Statement Regarding Filing of Declaration of Shane Vogt [Doc. 109] re: 109 Declaration in Opposition to Motion,,,,,,,,,,,,,,,,,, Document filed by Sarah Palin. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4).(Vogt, Shane) (Entered: 07/11/2020) |
| 07/15/2020 | 111 | **FILING ERROR – WRONG EVENT TYPE SELECTED FROM MENU –** MOTION for Reconsideration re; 83 Order on Motion for Judgment on the Pleadings, . Document filed by Sarah Palin..(Vogt, Shane) Modified on 7/28/2020 (lb). (Entered: 07/15/2020) |
| 07/16/2020 |  | NOTICE of Hearing:The Pretrial Conference set for 7/27/2020 at 02:00 PM before Judge Jed S. Rakoff shall proceed telephonically. Dial in information: USA toll free – 888–363–4735; International, caller paid – 215–446–3657; Access code – 1086415..(Kotowski, Linda) (Entered: 07/16/2020) |
| 07/17/2020 | 112 | REPLY MEMORANDUM OF LAW in Opposition re: 94 MOTION for Summary Judgment . . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 07/17/2020) |
| 07/17/2020 | 113 | REPLY MEMORANDUM OF LAW in Support re: 94 MOTION for Summary Judgment . . Document filed by The New York Times Company..(Brown, Jay) (Entered: 07/17/2020) |
| 07/17/2020 | 114 | RULE 56.1 STATEMENT. Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 07/17/2020) |
| 07/20/2020 | 115 | MEMORANDUM OF LAW in Opposition re: 111 MOTION for Reconsideration re; 83 Order on Motion for Judgment on the Pleadings, . . Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 07/20/2020) |
| 07/22/2020 |  | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 7/22/2020, ( Jury Trial set for 2/1/2021 at 09:30 AM before Judge Jed S. Rakoff.). (Kotowski, Linda) (Entered: 07/22/2020) |
| 07/27/2020 |  | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephonic Oral Argument held on 7/27/2020 re: 95 MOTION for Partial Summary Judgment . filed by Sarah Palin, 94 MOTION for Summary Judgment . filed by The New York Times Company, James Bennet. (Kotowski, Linda) (Entered: 07/30/2020) |

| 07/28/2020 | | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – EVENT TYPE ERROR. Notice to Attorney Shane B. Vogt to RE–FILE Document 111 MOTION for Reconsideration re; 83 Order on Motion for Judgment on the Pleadings, .. Use the event type Memorandum of Law in Support (non–motion) found under the event list Other Answers. (lb) (Entered: 07/28/2020) |
|---|---|---|
| 07/28/2020 | 116 | MEMORANDUM OF LAW in Support re: 83 Order on Motion for Judgment on the Pleadings, *of Reconsideration and/or Alteration or Amendment of January 21, 2020 Memorandum Order*. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 07/28/2020) |
| 08/28/2020 | 117 | OPINION AND ORDER re: 95 MOTION for Partial Summary Judgment . filed by Sarah Palin, 94 MOTION for Summary Judgment . filed by The New York Times Company, James Bennet. For the above–discussed reasons, plaintiff's motion for partial summary judgment is denied and defendants' motion for summary judgment is also denied. The Clerk of the Court is directed to close docket entries 94 and 95. The trial of this case, pandemic permitting, will commence on February 1, 2020 at 9:30 a.m. SO ORDERED. (Signed by Judge Jed S. Rakoff on 8/28/2020) (kv) (Entered: 08/28/2020) |
| 08/28/2020 | 118 | ORDER: The Court hereby corrects the following error in the Opinion and Order signed today, August 28, 2020, Dkt. No. 117, in the above–captioned matter: On page 35, line 5, the word "2020" is deleted and replaced with "2021." (Signed by Judge Jed S. Rakoff on 8/28/2020) (rro) (Entered: 08/28/2020) |
| 11/23/2020 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 11/23/2020. (Kotowski, Linda) (Entered: 12/04/2020) |
| 11/25/2020 | 119 | MOTION for Reconsideration re; 117 Memorandum & Opinion,, . Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 11/25/2020) |
| 11/30/2020 | 120 | MEMORANDUM OF LAW in Support re: 119 MOTION for Reconsideration re; 117 Memorandum & Opinion,, . . Document filed by James Bennet, The New York Times Company..(Brown, Jay) (Entered: 11/30/2020) |
| 11/30/2020 | 121 | MOTION for Lee. J. Levine to Withdraw as Attorney . Document filed by James Bennet, The New York Times Company..(Levine, Lee) (Entered: 11/30/2020) |
| 12/04/2020 | 122 | MEMO ENDORSEMENT granting 121 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. (Attorney Lee Levine terminated.) (Signed by Judge Jed S. Rakoff on 12/4/2020) (rro) (Entered: 12/04/2020) |
| 12/07/2020 | 123 | RESPONSE to Motion re: 119 MOTION for Reconsideration re; 117 Memorandum & Opinion,, . . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 12/07/2020) |
| 12/09/2020 | 124 | REPLY MEMORANDUM OF LAW in Support re: 119 MOTION for Reconsideration re; 117 Memorandum & Opinion,, . . Document filed by The New York Times Company..(Brown, Jay) (Entered: 12/09/2020) |
| 12/17/2020 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Jury Trial set for 6/21/2021 at 09:30 AM before Judge Jed S. Rakoff, pending further order of the Court. (Kotowski, Linda) (Entered: 12/17/2020) |
| 12/29/2020 | 125 | MEMORANDUM ORDER granting 119 Motion for Reconsideration: For the foregoing reasons, defendants' motion is granted. The Court holds that N.Y. Civil Rights Law § 76–a, as amended on November 10, 2020, applies to this action and requires plaintiff, as a matter of state law, to prove by clear and convincing evidence what she had already been tasked with establishing under the federal Constitution: that defendants made the allegedly defamatory statements in the Editorial "with knowledge of [their] falsity or with reckless disregard of whether [they were] false" –– that is, with actual malice. See § 76–a(2). The Clerk of the Court is directed to close the entry at docket number 119. (Signed by Judge Jed S. Rakoff on 12/29/2020) (jwh) (Entered: 12/29/2020) |
| 01/12/2021 | 126 | INTERNET CITATION NOTE: Material from decision with Internet citation re: 125 Order on Motion for Reconsideration. (sjo) (Entered: 01/12/2021) |

| | | |
|---|---|---|
| 06/18/2021 | | NOTICE: The trial is adjourned pending further of the Court..(Kotowski, Linda) (Entered: 06/18/2021) |
| 06/22/2021 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 6/22/2021. (Kotowski, Linda) (Entered: 06/22/2021) |
| 07/19/2021 | 127 | MOTION for Michael D. Sullivan to Withdraw as Attorney . Document filed by James Bennet, The New York Times Company..(Sullivan, Michael) (Entered: 07/19/2021) |
| 07/22/2021 | 128 | MEMO ENDORSEMENT granting 127 Motion to Withdraw as Attorney. ENDORSEMENT: SO ORDERED. Attorney Michael D. Sullivan terminated. (Signed by Judge Jed S. Rakoff on 7/20/2021) (kv) (Entered: 07/22/2021) |
| 07/28/2021 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 7/28/2021, ( Jury Trial set for 9/20/2021 at 09:30 AM before Judge Jed S. Rakoff.). (Kotowski, Linda) (Entered: 07/29/2021) |
| 08/12/2021 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: In the above–captioned case, a telephone conference was held August 12, 2021 without transcription or recording. Counsel for Plaintiff and Defendant were present. Developments with the COVID–19 pandemic necessitate the postponement of the jury trial. Accordingly, trial will now commence January 24, 2022. ( Jury Selection set for 1/24/2022 at 09:30AM before Judge Jed S. Rakoff.). (Kotowski, Linda) (Entered: 08/12/2021) |
| 12/20/2021 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 12/20/2021. (Kotowski, Linda) (Entered: 12/20/2021) |
| 01/07/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 1/7/2022.. The Court denied Plaintiffs motion to adjourn the trial but granted Plaintiffs motion to adjust the sitting times on certain trial days. (Kotowski, Linda) (Entered: 01/07/2022) |
| 01/10/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. A telphonic Pretrial Conference set for 1/11/2022 at 02:30 PM before Judge Jed S. Rakoff. The public may access this proceeding by dialing :USA toll free 888–363–4735, international caller paid 215–446–3657, Access code 1086415 (Kotowski, Linda) (Entered: 01/10/2022) |
| 01/10/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Telephone Conference set for 1/11/2022 at 02:30 PM before Judge Jed S. Rakoff. The public may access this proceeding by dialing :USA toll free 888–363–4735, international caller paid 215–446–3657, Access code 1086415 (Kotowski, Linda) (Entered: 01/10/2022) |
| 01/10/2022 | 129 | MOTION in Limine . Document filed by Sarah Palin. (Attachments: # 1 Exhibit A).(Vogt, Shane) (Entered: 01/10/2022) |
| 01/10/2022 | 130 | MEMORANDUM OF LAW in Support re: 129 MOTION in Limine . . Document filed by Sarah Palin. (Attachments: # 1 Exhibit A).(Vogt, Shane) (Entered: 01/10/2022) |
| 01/11/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 1/11/2022. (Kotowski, Linda) (Entered: 01/13/2022) |
| 01/14/2022 | 131 | **FILING ERROR – DEFICIENT DOCKET ENTRY –** MOTION in Limine *For A Ruling That The Challenged Statements Are Not Defamatory Per Se*. Document filed by James Bennet, The New York Times Company. (Attachments: # 1 Memorandum in Support).(Axelrod, David) Modified on 1/31/2022 (kj). (Entered: 01/14/2022) |
| 01/14/2022 | 132 | MOTION in Limine *To Exclude The Testimony of Craig Kronenberger*. Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/14/2022) |
| 01/14/2022 | 133 | MEMORANDUM OF LAW in Support re: 132 MOTION in Limine *To Exclude The Testimony of Craig Kronenberger*. . Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/14/2022) |
| 01/14/2022 | 134 | DECLARATION of David L. Axelrod in Support re: 132 MOTION in Limine *To Exclude The Testimony of Craig Kronenberger*.. Document filed by James Bennet, The New York Times Company. (Attachments: # 1 Ex. 1, # 2 Ex. 2, # 3 Ex. 3, # 4 Ex. 4, # 5 Ex. 5, # 6 Ex. 6, # 7 Ex. 7, # 8 Ex. 8, # 9 Ex. 9, # 10 Ex. 10, # 11 Ex. 11, # 12 |

| | | |
|---|---|---|
| | | Ex. 12, # <u>13</u> Ex. 13, # <u>14</u> Ex. 14, # <u>15</u> Ex. 15, # <u>16</u> Ex. 16, # <u>17</u> Ex. 17, # <u>18</u> Ex. 18).(Axelrod, David) (Entered: 01/14/2022) |
| 01/14/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Jury Selection set for 1/24/2022 at 09:00AM before Judge Jed S. Rakoff. The public may listen by using the connection information:Toll–Free USA : 877–810–9415International Caller Paid: 636–651–3185Access Code: 4086346 (Kotowski, Linda) (Entered: 01/14/2022) |
| 01/14/2022 | <u>135</u> | MOTION in Limine *to Exclude Evidence Regarding Articles and Posts Published by Atlantic Media, an Article James Bennet Was Sent, and Senator Michael Bennet*. Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/14/2022) |
| 01/14/2022 | <u>136</u> | MEMORANDUM OF LAW in Support re: <u>135</u> MOTION in Limine *to Exclude Evidence Regarding Articles and Posts Published by Atlantic Media, an Article James Bennet Was Sent, and Senator Michael Bennet*. . Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/14/2022) |
| 01/14/2022 | <u>137</u> | MOTION in Limine *to Exclude Evidence of James Bennet's Departure from The Times, Unrelated Controversies During His Tenure as Opinion Editor, and the Elimination of the Public Editor Position*. Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/14/2022) |
| 01/14/2022 | <u>138</u> | MEMORANDUM OF LAW in Support re: <u>137</u> MOTION in Limine *to Exclude Evidence of James Bennet's Departure from The Times, Unrelated Controversies During His Tenure as Opinion Editor, and the Elimination of the Public Editor Position*. . Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/14/2022) |
| 01/14/2022 | <u>139</u> | DECLARATION of Thomas B. Sullivan in Support re: <u>137</u> MOTION in Limine *to Exclude Evidence of James Bennet's Departure from The Times, Unrelated Controversies During His Tenure as Opinion Editor, and the Elimination of the Public Editor Position*., <u>135</u> MOTION in Limine *to Exclude Evidence Regarding Articles and Posts Published by Atlantic Media, an Article James Bennet Was Sent, and Senator Michael Bennet*.. Document filed by James Bennet, The New York Times Company. (Attachments: # <u>1</u> Ex. A, # <u>2</u> Ex. B, # <u>3</u> Ex. C, # <u>4</u> Ex. D, # <u>5</u> Ex. E, # <u>6</u> Ex. F, # <u>7</u> Ex. G, # <u>8</u> Ex. H, # <u>9</u> Ex. I, # <u>10</u> Ex. J, # <u>11</u> Ex. K, # <u>12</u> Ex. L, # <u>13</u> Ex. M (intentionally omitted), # <u>14</u> Ex. N, # <u>15</u> Ex. O, # <u>16</u> Ex. P, # <u>17</u> Ex. Q, # <u>18</u> Ex. R, # <u>19</u> Ex. S, # <u>20</u> Ex. T, # <u>21</u> Ex. U, # <u>22</u> Ex. V, # <u>23</u> Ex. W, # <u>24</u> Ex. X, # <u>25</u> Ex. Y, # <u>26</u> Ex. Z, # <u>27</u> Ex. AA, # <u>28</u> Ex. AB, # <u>29</u> Ex. AC, # <u>30</u> Ex. AD, # <u>31</u> Ex. AE, # <u>32</u> Ex. AF, # <u>33</u> Ex. AG, # <u>34</u> Ex. AH, # <u>35</u> Ex. AI, # <u>36</u> Ex. AJ, # <u>37</u> Ex. AK, # <u>38</u> Ex. AL, # <u>39</u> Ex. AM, # <u>40</u> Ex. AN, # <u>41</u> Ex. AO, # <u>42</u> Ex. AP – Part 1 of 2, # <u>43</u> Ex. AP – Part 2 of 2, # <u>44</u> Ex. AQ, # <u>45</u> Ex. AR, # <u>46</u> Ex. AS, # <u>47</u> Ex. AT, # <u>48</u> Ex. AU, # <u>49</u> Ex. AV).(Axelrod, David) (Entered: 01/14/2022) |
| 01/14/2022 | | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney David Axelrod to RE–FILE Document <u>131</u> MOTION in Limine *For A Ruling That The Challenged Statements Are Not Defamatory Per Se*.. ERROR(S): Supporting Documents are filed separately, each receiving their own document #. (Supporting Documents are found under the Event Type – Replies, Opposition and Supporting Documents; Rule 56.1 Statement is found under Other Answers). (kj)** (Entered: 01/31/2022) |
| 01/17/2022 | <u>140</u> | MOTION in Limine *Regarding Case Management Techniques*. Document filed by James Bennet, The New York Times Company. (Attachments: # <u>1</u> Exhibit A, # <u>2</u> Exhibit B).(Axelrod, David) (Entered: 01/17/2022) |
| 01/17/2022 | <u>141</u> | MEMORANDUM OF LAW in Support re: <u>140</u> MOTION in Limine *Regarding Case Management Techniques*. . Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/17/2022) |
| 01/17/2022 | <u>142</u> | **FILING ERROR – DEFICIENT DOCKET ENTRY** – MEMORANDUM OF LAW in Opposition re: <u>131</u> MOTION in Limine *For A Ruling That The Challenged Statements Are Not Defamatory Per Se*. . Document filed by Sarah Palin..(Vogt, Shane) Modified on 1/31/2022 (kj). (Entered: 01/17/2022) |

| 01/17/2022 | 143 | MEMORANDUM OF LAW in Opposition re: 140 MOTION in Limine *Regarding Case Management Techniques*. . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/17/2022) |
| --- | --- | --- |
| 01/17/2022 | 144 | RESPONSE in Opposition to Motion re: 129 MOTION in Limine . . Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/17/2022) |
| 01/17/2022 | 145 | MEMORANDUM OF LAW in Opposition re: 137 MOTION in Limine *to Exclude Evidence of James Bennet's Departure from The Times, Unrelated Controversies During His Tenure as Opinion Editor, and the Elimination of the Public Editor Position*. . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/17/2022) |
| 01/17/2022 | 146 | PROPOSED JURY INSTRUCTIONS. Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/17/2022) |
| 01/17/2022 | 147 | MEMORANDUM OF LAW in Opposition re: 135 MOTION in Limine *to Exclude Evidence Regarding Articles and Posts Published by Atlantic Media, an Article James Bennet Was Sent, and Senator Michael Bennet*. . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/17/2022) |
| 01/17/2022 | 148 | PROPOSED PRE–TRIAL ORDER. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/17/2022) |
| 01/17/2022 | 149 | MEMORANDUM OF LAW in Opposition re: 132 MOTION in Limine *To Exclude The Testimony of Craig Kronenberger*. . Document filed by Sarah Palin. (Attachments: # 1 Exhibit A).(Vogt, Shane) (Entered: 01/17/2022) |
| 01/17/2022 | 150 | DECLARATION of Craig Kronenberger in Opposition re: 132 MOTION in Limine *To Exclude The Testimony of Craig Kronenberger*.. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/17/2022) |
| 01/17/2022 | 151 | PROPOSED JURY INSTRUCTIONS. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/17/2022) |
| 01/17/2022 | | ***NOTICE TO ATTORNEY TO RE–FILE DOCUMENT – DEFICIENT DOCKET ENTRY ERROR. Notice to Attorney Shane Vogt to RE–FILE Document 142 Memorandum of Law in Opposition to Motion,. ERROR(S): Supporting and or Opposing document(s) was linked to a deficient filing. (kj) (Entered: 01/31/2022) |
| 01/18/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial in this matter will commence before Judge Rakoff on 1/24/22. Throughout the trial, the public may listen to the proceedings using the following public access line: 877–810–9415; Access Code: 4086346. (Kotowski, Linda) (Entered: 01/18/2022) |
| 01/19/2022 | 152 | PROPOSED VOIR DIRE QUESTIONS. Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/19/2022) |
| 01/19/2022 | 153 | PROPOSED JURY INSTRUCTIONS. Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/19/2022) |
| 01/20/2022 | 154 | PROPOSED VOIR DIRE QUESTIONS. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/20/2022) |
| 01/20/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Jury Selection set for 1/24/2022 before Judge Jed S. Rakoff. Throughout the trial, the public may listen to the proceedings using the following public access line: USA Toll free: 844–721–7237, International Caller paid: 409–207–6951,Access Code: 7920433This is a change in connection information. (Kotowski, Linda) (Entered: 01/20/2022) |
| 01/21/2022 | 155 | PROPOSED JURY INSTRUCTIONS. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/21/2022) |
| 01/22/2022 | 156 | NOTICE OF APPEARANCE by Shawn Preston Ricardo on behalf of Sarah Palin..(Ricardo, Shawn) (Entered: 01/22/2022) |
| 01/22/2022 | 157 | JOINT PRETRIAL CONSENT ORDER: Pursuant to Rule 4 of the Court's Individual Rules of Practice, Plaintiff Sarah Palin and Defendants The New York Times Company ("The Times") and James Bennet respectfully submit this proposed joint |

| | | |
|---|---|---|
| | | pretrial order for the jury trial scheduled to commence on January 24, 2022, as further set forth in this Order. Estimates Length of Trial: Five (5) days. (Signed by Judge Jed S. Rakoff on 1/22/2022) (mml) (Entered: 01/24/2022) |
| 01/23/2022 | 158 | ORDER: The Court has just learned that, based on a new safety protocol that will be implemented imminently, no one may unmask in the courtroom –– even in the HEPA–filter–outfitted witness and attorney boxes –– unless they have tested negative for COVID–19 using an approved molecular diagnostic test. (Antigen tests are not approved.) If a person will be removing his or her mask on successive days, the person may test on an every–other–day schedule; otherwise, the speaker must test negative on the day of his or her appearance. If a speaker has had a confirmed case of COVID–19 (verified by either a doctor'snote or a viral test result) within the prior ninety days, he or she will be exempted from these testing requirements. Confirmation of negative test results (or of a prior case of COVID–19) must be provided to the Court through its staff, as further set forth in this Order. (Signed by Judge Jed S. Rakoff on 1/23/2022) (mml) (Entered: 01/24/2022) |
| 01/24/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 1/23/2022 regarding the Plaintiffs positive test for COVID–19, without transcription or recording. (Kotowski, Linda) (Entered: 01/24/2022) |
| 01/24/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Hearing Out of Jury Presence held on 1/24/2022, Minute entry for proceedings held before Judge Jed S. Rakoff: Hearing held on 1/24/22. Present for the plaintiff: Kenneth Turkel, Michael Munoz & Shane Vogt, present for the defendant: David Schulz, Jay Brown, David Axelrod, Thomas Sullivan for the defendant, and a court reporter. Due to Plaintiffs positive tests for COVID–19, the trial is adjourned to 2/3/22. The Court ruled on the parties motions in limine, setting forth its reasoning on the record. The Court denied Defendants motion 159 for a ruling that the challenged statements are not defamatory per se, without prejudice to Defendants raising the issue again at the charging conference. The Court granted Defendants motion 132 to exclude the testimony of Plaintiffs damages expert. The Court granted in part and denied in part Defendants motion 137 , granting the prong of the motion seeking to exclude evidence about James Bennets departure from the New York Times but denying the rest of the motion without prejudice to reraising the objections if the evidence is offered. The Court denied Defendants motion 135 without prejudice to reraising the objections if the evidence is offered, except that the Court granted the aspect of Defendants motion seeking exclusion of articles concerning the Plaintiffs child. The Court denied Defendants motion 140 regarding case management issues, but the Court will read the jury a preliminary instruction immediately after opening statements are finished. The Court heard argument on and finalized the text of that preliminary instruction. Plaintiffs motion 129 is denied as moot, but each partys counsel shall identify for opposing counsel any objected–to, proposed exhibits they intend to reference during their opening statements. The Court will rule on any remaining objections to such exhibits before the start of trial. The parties shall file a joint, final, and binding list of witnesses in likely order of appearance on 2/1/22. Throughout the trial, the public may listen to the proceedings using the following public access line: USA Toll free: 844–721–7237, International Caller paid: 409–207–6951,Access Code: 7920433. Pursuant to Federal law, the public is strictly prohibited from recording any part of these proceedings. ( Bench Trial set for 2/3/2022 at 09:00 AM before Judge Jed S. Rakoff.) (Kotowski, Linda) (Entered: 02/01/2022) |
| 01/31/2022 | 159 | MOTION in Limine *For A Ruling That The Challenged Statements Are Not Defamatory Per Se*. Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/31/2022) |
| 01/31/2022 | 160 | MEMORANDUM OF LAW in Support re: 159 MOTION in Limine *For A Ruling That The Challenged Statements Are Not Defamatory Per Se*. . Document filed by James Bennet, The New York Times Company..(Axelrod, David) (Entered: 01/31/2022) |
| 01/31/2022 | 161 | MEMORANDUM OF LAW in Opposition re: 159 MOTION in Limine *For A Ruling That The Challenged Statements Are Not Defamatory Per Se*. . Document filed by Sarah Palin..(Vogt, Shane) (Entered: 01/31/2022) |

| | | |
|---|---|---|
| 02/01/2022 | 162 | WITNESS LIST. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 02/01/2022) |
| 02/03/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial begun on 2/3/2022. (Kotowski, Linda) (Entered: 02/04/2022) |
| 02/04/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial held on 2/4/2022. (Court Reporter Kristen Carranante) (Kotowski, Linda) (Entered: 02/04/2022) |
| 02/07/2022 | 163 | ORDER re: 162 Witness List filed by Sarah Palin. Docket entry 162, a revised witness list submitted after adjournment of the trial to February 3, 2022, was erroneously filed in a manner that prevented public access. The witness list has now been ordered unsealed. SO ORDERED. (Signed by Judge Jed S. Rakoff on 2/7/2022) (kv) (Entered: 02/07/2022) |
| 02/07/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial held on 2/7/2022. (Kotowski, Linda) (Entered: 02/08/2022) |
| 02/08/2022 | 164 | TRIAL MEMORANDUM. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 02/08/2022) |
| 02/08/2022 | 165 | TRIAL MEMORANDUM. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 02/08/2022) |
| 02/08/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial held on 2/8/2022. (Kotowski, Linda) (Entered: 02/08/2022) |
| 02/09/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial held on 2/9/2022. (Kotowski, Linda) (Entered: 02/11/2022) |
| 02/10/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial held on 2/10/2022. Both sides rest. Defendant's Motion to Dismiss denied. (Kotowski, Linda) Modified on 2/11/2022 (Kotowski, Linda). (Entered: 02/11/2022) |
| 02/11/2022 | 166 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/24/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Kelly Surina, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/4/2022. Redacted Transcript Deadline set for 3/14/2022. Release of Transcript Restriction set for 5/12/2022..(Moya, Goretti) (Entered: 02/11/2022) |
| 02/11/2022 | 167 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/24/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/11/2022) |
| 02/11/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial held on 2/11/2022. (Kotowski, Linda) (Entered: 02/16/2022) |
| 02/14/2022 | 168 | TRANSCRIPT of Proceedings re: CONFERENCE held on 1/11/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Steven Greenblum, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/7/2022. Redacted Transcript Deadline set for 3/17/2022. Release of Transcript Restriction set for 5/16/2022..(Moya, Goretti) (Entered: 02/14/2022) |
| 02/14/2022 | 169 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 1/11/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/14/2022) |

| | | |
|---|---|---|
| 02/14/2022 | [170](#) | THE COURT'S INSTRUCTIONS OF LAW TO THE JURY: Ct. Ex. 1..(kv) (Entered: 02/14/2022) |
| 02/14/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial held on 2/14/2022. The Court grants the defendants' Rule 50 Motion. Charge by the Court. At 3:40pm, after Marshal is sworn, the jury retires to deliberate. (Kotowski, Linda) (Entered: 02/16/2022) |
| 02/15/2022 | [171](#) | FINAL JUDGMENT: In view of the jury having returned a verdict of not–liable, and independently, for the reasons stated by the Court previously in granting Defendants' Rule 50 motion, final judgment is hereby entered dismissing the complaint with prejudice. ADJUDGED AND DECREED. (Signed by Judge Jed S. Rakoff on 2/15/2022) (kv) (Entered: 02/15/2022) |
| 02/15/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Jury Trial completed on 2/15/2022. (Kotowski, Linda) (Entered: 02/16/2022) |
| 02/16/2022 | [172](#) | ORDER: It is the Court's uniform practice after a verdict has been rendered in a jury trial to have the Court's law clerk inquire of the jury as to whether there were any problems understanding the Court's instructions of law, so that improvements can be made in future cases. Late yesterday, in the course of such an inquiry in this case –– in which the jury confirmed that they had fully understood the instructions and had no suggestions regarding jury instructions for future cases –– several jurors volunteered to the law clerk that, prior to the rendering of the jury verdict in this case, they had learned of the fact of this Court's Rule 50 determination on Monday to dismiss the case on legal grounds. These jurors reported that although they had been assiduously adhering to the Court's instruction to avoid media coverage of the trial, they had involuntarily received "push notifications" on their smartphones that contained the bottom–line of the ruling. The jurors repeatedly assured the Court's law clerk that these notifications had not affected them in any way or played any role whatever in their deliberations. The Court also notes that when it proposed to the parties, during oral argument on Monday morning, to render its Rule 50 decision later that day but to permit the jury to continue deliberating so that the Court of Appeals would have the benefit of both the Court's legal determination and the jury's verdict, no party objected to this plan. Nor did any party object when the Court reconvened later that day, outside the presence of the jury, and the Court indicated that it was prepared to issue a Rule 50 decision at that time. Indeed, no party objected to this procedure at any time whatever. Nevertheless, in an excess of caution, the Court hereby brings the foregoing facts to the parties' attention. If any party feels there is any relief they seek based on the above, counsel should promptly initiate a joint phone conference with the Court to discuss whether any further proceedings are appropriate. SO ORDERED. (Signed by Judge Jed S. Rakoff on 2/16/2022) (kv) (Entered: 02/16/2022) |
| 02/16/2022 | [173](#) | VERDICT FORM..(kv) (Entered: 02/16/2022) |
| 02/16/2022 | [174](#) | ORDER: The Clerk is directed to docket the attached documents, to supplement the record in this case. Exhibit A is an instruction sent by email to members of the jury on Saturday, February 12, 2022 admonishing them again to avoid any media coverage of the trial. Exhibit B is correspondence between the Court and counsel for the parties regarding case law germane to Defendants' Rule 50 motion for judgment as a matter of law. SO ORDERED. (Signed by Judge Jed S. Rakoff on 2/16/2022) (kv) (Entered: 02/16/2022) |
| 02/17/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Telephone Conference set for 2/23/2022 at 04:00 PM before Judge Jed S. Rakoff. The public may access this proceeding on the following line:USA toll free 888–363–4735, international caller paid 215–446–3657, Access code 1086415 (Kotowski, Linda) (Entered: 02/17/2022) |
| 02/21/2022 | [175](#) | TRANSCRIPT of Proceedings re: TRIAL held on 2/3/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |

| 02/21/2022 | 176 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/3/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
|---|---|---|
| 02/21/2022 | 177 | TRANSCRIPT of Proceedings re: TRIAL held on 2/4/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 178 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/4/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 179 | TRANSCRIPT of Proceedings re: TRIAL held on 2/7/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 180 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/7/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 181 | TRANSCRIPT of Proceedings re: TRIAL held on 2/8/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 182 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/8/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 183 | TRANSCRIPT of Proceedings re: TRIAL held on 2/9/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 184 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/9/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar |

| | | |
|---|---|---|
| | | days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 185 | TRANSCRIPT of Proceedings re: TRIAL held on 2/10/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 186 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/10/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 187 | TRANSCRIPT of Proceedings re: TRIAL held on 2/11/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 188 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/11/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 189 | TRANSCRIPT of Proceedings re: TRIAL held on 2/14/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 190 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/14/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 191 | TRANSCRIPT of Proceedings re: TRIAL held on 2/15/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/14/2022. Redacted Transcript Deadline set for 3/24/2022. Release of Transcript Restriction set for 5/23/2022..(Moya, Goretti) (Entered: 02/21/2022) |
| 02/21/2022 | 192 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a TRIAL proceeding held on 2/15/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: |

| | | |
|---|---|---|
| | | 02/21/2022) |
| 02/23/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 2/23/2022 with court reporter Khris Sellin. Plaintiff's post trial motions not to exceed 50 pages, all motions in a single submission. Defendants' response not to exceed 50 pages, replies are limited to 15 pages. (Kotowski, Linda) (Entered: 02/23/2022) |
| 02/25/2022 | 193 | TRANSCRIPT of Proceedings re: CONFERENCE held on 2/23/2022 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Khristine Sellin, (212) 805–0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 3/18/2022. Redacted Transcript Deadline set for 3/28/2022. Release of Transcript Restriction set for 5/26/2022..(Moya, Goretti) (Entered: 02/25/2022) |
| 02/25/2022 | 194 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERENCE proceeding held on 2/23/22 has been filed by the court reporter/transcriber in the above–captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 02/25/2022) |
| 02/28/2022 | 195 | MOTION to Disqualify Judge *retroactive to August 28,2020, and setting aside/vacating rulings and orders made by the Court during that time*., MOTION approval to interview members of jury concerning their receipt of push notifications during trial ., MOTION for Reconsideration , *Reargument and/or Rehearing of Court's decision under Rule 50*., MOTION to Set Aside Verdict *and Final Judgment and granting Plaintiff a new trial*. Document filed by Sarah Palin..(Vogt, Shane) (Entered: 02/28/2022) |
| 03/01/2022 | 196 | OPINION: At trial, plaintiff Sarah Palin wholly failed to prove her case even to the minimum standard required by law. Accordingly, defendants the New York Times Company (the "Times") and James Bennet moved to dismiss the case prior to the start of jury deliberations. After hearing extensive argument, the Court granted the motion shortly after the jury had begun its deliberations. This Opinion sets forth the reasons for that decision, as well as the reasons for how the Court then dealt with the deliberating jury. (as further set forth herein). For all the reasons set forth above, the Court entered final judgment as a matter of law in favor of The New York Times Co. and James Bennet, because no reasonable jury could find that Sarah Palin proved that the defendants published "America's Lethal Politics" with actual malice. SO ORDERED. (Signed by Judge Jed S. Rakoff on 3/1/2022) (kv) (Entered: 03/01/2022) |
| 03/04/2022 | | Minute Entry for proceedings held before Judge Jed S. Rakoff: Telephone Conference held on 3/4/2022 without transcription or recording. Counsel for Plaintiff and Defendant were present. The Court granted defendants unopposed motion for extensions of time to brief post–trial motions, which shall now proceed on the following schedule: plaintiffs omnibus motion due 3/22/22, defendants opposition due 4/12/22, plaintiffs reply due 4/19/22. The Court also granted defendants unopposed motion for leave not to file an initial notice of taxable costs, as required by Local Rule 54.1, and instead to file any notice of taxable costs by no later than 30 days after the Court issues its decision on the post–trial motions. (Kotowski, Linda) (Entered: 03/04/2022) |
| 03/17/2022 | 197 | NOTICE OF APPEAL from 125 Order on Motion for Reconsideration,,, 171 Judgment, 196 Memorandum & Opinion,,,,. Document filed by Sarah Palin. Filing fee $ 505.00, receipt number ANYSDC–25876553. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Vogt, Shane) (Entered: 03/17/2022) |
| 03/17/2022 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 197 Notice of Appeal,..(nd) (Entered: 03/17/2022) |
| 03/17/2022 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 197 Notice of Appeal, filed by Sarah Palin were transmitted to the U.S. Court of Appeals..(nd) (Entered: 03/17/2022) |