## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Palin v. The New York Times Company  Docket No.: 22-558

Lead Counsel of Record (name/firm) or Pro se Party (name): Shane B. Vogt, Esq.; Turkel, Cuva, Barrios, P.A.

Appearance for (party/designation): Sarah Palin/Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
Parties: _____
( ) Incorrect. Please change the following parties' designations:
Party                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____ Fax: _____
Email: _____

## RELATED CASES

( ) This case has not been before this Court previously.
(✓) This case has been before this Court previously. The short title, docket number, and citation are: Palin v. The New York Times Co.; Docket No. 17-3801-cv; 940 F.3d 804 (2d Cir. 2019)
(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: In re. Palin; Docket No. 22-629

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: *[signature]*
Type or Print Name: Shane B. Vogt
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.