

100 N. Tampa St.
Suite 1900
Tampa, FL, 33602

Tel: 813.834.9191
Direct: 813.868.6650
svogt@tcb-law.com

April 25, 2022

U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

  Re: Docket# 22-558
    *Palin v. The New York Times Company*

Dear Sir or Madam:

 Appellant, Sarah Palin, by counsel and pursuant to the Court's Initial Notice of Stay of Appeal dated March 25, 2022 [Doc. 13], hereby informs the Court that Appellant's post-trial motions cited in FRAP 4(a)(4) have been fully briefed by the parties and are awaiting ruling by the District Court.  No oral argument on those pending post-trial motions is scheduled or expected.

       Respectfully submitted,

       TURKEL CUVA BARRIOS, P.A.

       Shane B. Vogt

cc: Counsel of Record
  (via CM/ECF)