

100 N. Tampa St.
Suite 1900
Tampa, FL, 33602

Tel: 813.834.9191
Direct: 813.868.6650
svogt@tcb-law.com

May 25, 2022

U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

    Re:    Docket# 22-558
                *Palin v. The New York Times Company*

Dear Sir or Madam:

    Appellant, Sarah Palin, by counsel and pursuant to the Court's Initial Notice of Stay of Appeal dated March 25, 2022 [Doc. 13], hereby informs the Court that Appellant's post-trial motions cited in FRAP 4(a)(4) were fully briefed as of April 19, 2022, and are awaiting ruling by the District Court.  No oral argument on those pending post-trial motions is scheduled or expected.

                              Respectfully submitted,

                              TURKEL CUVA BARRIOS, P.A.

                              Shane B. Vogt

cc:    Counsel of Record
       (via CM/ECF)