# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of June, two thousand twenty-two.

---

Sarah Palin, an individual,

        Plaintiff - Appellant,

v.

The New York Times Company, James Bennet, an individual,

        Defendants - Appellees.

**ORDER**

Docket No. 22-558

---

    On March 25, 2022, the Court issued a notice staying this appeal pending resolution of a post-trial motion filed with the district court. The district court having denied the post-trial motion on May 31, 2022,

    IT IS HEREBY ORDERED that the stay of this appeal is lifted. Appellant must file Forms C and D within 14 days of the date of this order.

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court

