## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Sarah Palin v. The New York Times Company & James Bennet    Docket No.: 22-558

Lead Counsel of Record (name/firm) or Pro se Party (name): Jay Ward Brown
Ballard Spahr LLP, 1909 K Street, NW, 12th Floor, Washington, DC 20006
Appearance for (party/designation): The New York Times Company & James Bennet, Appellees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.    The following parties do not wish to participate in this appeal:
       Parties: _____
( ) Incorrect.    Please change the following parties' designations:
       Party                                        Correct Designation


**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

( ) This case has not been before this Court previously.
(✔) This case has been before this Court previously.   The short title, docket number, and citation are: 17-3801
Sarah Palin v. The New York Times Company
(✔) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: Sarah Palin v. The New York Times & James Bennet; 22-629

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 10/13/2017    OR that ( ) I applied for admission on _____ or renewal on _____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: _/s/ Jay W[illegible]_
Type or Print Name: Jay Ward Brown
       OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.