**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: Sarah Palin v. The New York Times & James Bennet       Docket No.: 22-558

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Thomas B. Sullivan

Firm: Ballard Spahr LLP

Address: 1675 Broadway, 19th Floor

Telephone: 212-850-6139       Fax: 212-223-1942

E-mail: sullivant@ballardspahr.com

Appearance for: The New York Times and James Bennet; Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jay Ward Brown / Ballard Spahr LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on       6.7.2021

OR

☐ I applied for admission on _____ .

Signature of Counsel: *Thomas B. Sullivan*

Type or Print Name: Thomas B. Sullivan