# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Sarah Palin v. The New York Times & James Bennet     Docket No.: 22-558

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Jacquelyn N. Schell

Firm: Ballard Spahr LLP

Address: 1675 Broadway, 19th Floor

Telephone: 646-346-8048     Fax: 212-223-1942

E-mail: schellj@ballardspahr.com

Appearance for: The New York Times and James Bennet; Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

✔ Additional counsel (co-counsel with: Jay Ward Brown / Ballard Spahr LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

✔ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on   n/a

OR

☐ I applied for admission on _____ .

Signature of Counsel: [signature]

Type or Print Name: Jacquelyn N. Schell