## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Sarah Palin v. The New York Times & James Bennet      Docket No.: 22-558

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: David L. Axelrod

Firm: Ballard Spahr LLP

Address: 1735 Market Street, 51st Floor

Telephone: 215-665-8500      Fax: 215-864-8999

E-mail: axelrodd@ballardspahr.com

Appearance for: The New York Times and James Bennet; Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jay Ward Brown / Ballard Spahr LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on n/a      OR

☐ I applied for admission on _____ .

Signature of Counsel: *[signature]*

Type or Print Name: David L. Axelrod