

100 N. Tampa St.
Suite 1900
Tampa, FL, 33602

Tel: 813.834.9191
Direct: 813.868.6650
svogt@tcb-law.com

June 29, 2022

U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

    Re:    Docket# 22-558
               *Palin v. The New York Times Company*
               Local Rule 31.2 Scheduling Request

Dear Sir or Madam:

    Appellant, Sarah Palin, by counsel and pursuant to Local Rule 31.2(a)(1)(A), respectfully requests that the deadline for Appellant's Brief in the above-referenced proceeding be set for **September 15, 2022**.

                                     Respectfully submitted,

                                     TURKEL CUVA BARRIOS, P.A.

                                     Shane B. Vogt

    cc:    Counsel of Record
            (via CM/ECF)