United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 16, 2022
Docket #: 22-558
Short Title: Palin v. The New York Times Company

DC Docket #: 17-cv-4853
DC Court: SDNY (NEW YORK CITY)
DC Judge: Rakoff

## NOTICE OF DEFECTIVE FILING

On September 15, 2022 the Brief and Joint Appendix, volumes 1-11, on behalf of the Appellant Sarah Palin, was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason(s):

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
    _____ Missing proof of service
    _____ Served to an incorrect address
    _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
**XX** **Failure to file special appendix** *(Local Rule 32.1)*
**XX** **Defective cover** *(FRAP 32)* **– missing party text "*an individual*"**
    _____ Incorrect caption *(FRAP 32)*
    _____ Wrong color cover *(FRAP 32)*
    _____ Docket number font too small *(Local Rule 32.1)*
**XX** **Incorrect pagination, click here for instructions on how to paginate PDFs**
**(Local Rule 32.1)**
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing

   **XX**    **Incorrect Filing Event** – see "Other" below

   **XX**    <mark>**Other**</mark>**:** **As per LR 32.1(c), if the appendix exceeds 300 pages, a Special Appendix must be filed. The Special Appendix may be an addendum at the end of your brief or a separately bound volume designated "Special Appendix". Please refer to LR 32.1 for more information.**

**Missing the party text "*an individual*" in the caption, as reflected on the docket.**

**As per LR 32.1, all briefs/appendices filed must be paginated. For information on how to paginate PDF documents, please refer to the hyperlink located on the first page within the sentence labeled "*Incorrect pagination*".**

**When refiling your brief, please file the brief, *only*, under filing event "*Appellant/Petitioner Brief FILED*". If you decide to attach your Special Appendix to your brief, then use filing event "*Brief & Special Appendix FILED*" and ensure to amend the cover so that it indicates it as a Brief & Special Appendix.**

**If you choose to provide a separately bound special appendix, please file it on the docket under the separate filing event "Special Appendix".**

**Lastly, please file each volume of the joint appendix under their own, *separate*, filing event by using the "*Appendix FILED*" entry.**

      Please cure the defect(s) and resubmit the document, with the required copies if necessary, no later than **September 20, 2022**. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

      Failure to cure the defect(s) by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8527.