# No. 22-558

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

SARAH PALIN, an individual

*Plaintiff-Appellant,*

v.

THE NEW YORK TIMES COMPANY, a New York
corporation, and JAMES BENNET, an individual

*Defendants-Appellees.*

**On Appeal from the United States District Court
for the Southern District of New York
(Case No. 1:17-cv-04853-JSR, Hon. Jed S. Rakoff)**

**JOINT APPENDIX**

**VOLUME VIII OF XI (Pages JA1726 to JA1895)**

Kenneth G. Turkel (Co-Lead Counsel)
kturkel@tcb-law.com
Shane B. Vogt (Co-Lead Counsel)
svogt@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: 813- 834-9191
Fax: 813-443-2193

Michael Munoz
mmunoz@golenbock.com
S. Preston Ricardo
pricardo@golenbock.com
GOLENBOCK EISEMAN ASSOR
BELL & PESKOE LLP
711 Third Avenue
New York, NY 10017
Tel: 212-907-7300  Fax: 212-754-0330

*Counsel for Plaintiff-Appellant Sarah Palin*

# JOINT APPENDIX

# TABLE OF CONTENTS

## Volume VIII of XI

Plaintiff Trial Exhibit 39 ...................................................................JA1726

Plaintiff Trial Exhibit 40 ...................................................................JA1745

Plaintiff Trial Exhibit 41 ...................................................................JA1748

Plaintiff Trial Exhibit 42 ...................................................................JA1752

Plaintiff Trial Exhibit 43 ...................................................................JA1765

Plaintiff Trial Exhibit 44 ...................................................................JA1772

Plaintiff Trial Exhibit 45 ...................................................................JA1779

Plaintiff Trial Exhibit 46 ...................................................................JA1786

Plaintiff Trial Exhibit 47 ...................................................................JA1794

Plaintiff Trial Exhibit 48 ...................................................................JA1802

Plaintiff Trial Exhibit 49 ...................................................................JA1809

Plaintiff Trial Exhibit 50 ...................................................................JA1817

Plaintiff Trial Exhibit 73 ...................................................................JA1828

Plaintiff Trial Exhibit 74 ...................................................................JA1832

Plaintiff Trial Exhibit 77 ...................................................................JA1838

Plaintiff Trial Exhibit 78 ...................................................................JA1839

Plaintiff Trial Exhibit 100 .................................................................JA1843

Plaintiff Trial Exhibit 163 (entered) ...............................................JA1846

Plaintiff Trial Exhibit 186 (entered) ...............................................JA1847

Plaintiff Trial Exhibit 188 ...............................................JA1848

Plaintiff Trial Exhibit 189 ...............................................JA1849

Plaintiff Trial Exhibit 190 ...............................................JA1850

Plaintiff Trial Exhibit 234 ...............................................JA1851

Plaintiff Trial Exhibit 236 (entered) ...............................................JA1852

Plaintiff Trial Exhibit 17 (entered) ...............................................JA1853

Plaintiff Trial Exhibit 18 (entered) ...............................................PA1889

# SEARCH

jared loughner [🔍]

About 133 results (0.17 seconds)

Sort by: Relevance

## Here Comes the Jared Loughner Competency Hearing (Updated ...

May 24, 2011 ... It looks more likely than ever now that the Tucson shooting suspect -- **Jared** Lee **Loughner** -- will be declared incompetent to stand trial on ...

https://www.theatlantic.com/national/...jared-loughner.../239386/

## What We Know About Jared Lee Loughner - The Atlantic

Jan 10, 2011 ... In the aftermath of **Jared** Lee **Loughner's** deadly killing spree, reporters are scrambling to piece together his troubled background. Accurately ...

https://www.theatlantic.com/politics/...jared...loughner/342711/

## 5 Strangest Explanations for Jared Loughner's Attack - The Atlantic

Jan 10, 2011 ... There's no shortage of media speculation as to why **Jared Loughner** chose to attack Rep. Gabrielle Giffords. Commentators have suggested ...

https://www.theatlantic.com/politics/...jared-loughner-s.../342703/

## Colin Ferguson and Jared Loughner - The Atlantic

Jan 18, 2011 ... My own view, as of the current evidence, is that **Loughner** was first a foremost a mentally ill person, but that some shards of far right ideology ...

www.theatlantic.com/daily-dish/archive/...jared-loughner/177102/

## Did Sarah Palin's Target Map Play Role in Giffords Shooting? - The ...

Jan 10, 2011 ... On Saturday, Arizona Democrat Gabrielle Giffords, one of the 20 targeted Congressmen, was shot in the head by 22-year-old **Jared Loughner**, ...

https://www.theatlantic.com/politics/archive/2011/.../342714/

## Blue Trees and Orange Skies, or, The Mind of Jared Loughner - The ...

Jan 12, 2011 ... This is the latest information on **Jared Loughner's** interior life; it does not seem as if he has been operating under the influence of Roger Ailes:.

https://www.theatlantic.com/national/...jared-loughner/69364/

## Loughner, Lovelle Mixon, and Our Quest for Narratives - The Atlantic

Jan 10, 2011 ... **Loughner**, a 22-year-old white man living in an Arizona desert town, may have been immersed in the politics of white nationalist groups.

https://www.theatlantic.com/national/archive/.../loughner.../69261/

## Is Jared Loughner a 'White House Case'? - The Atlantic

PLAINTIFF TRIAL EXHIBIT 039

**JA 1727**

8/14/2017                                    Search - The Atlantic



Jan 13, 2011 **...** We don't yet know if **Jared** Lee **Loughner** was delusional when he went on a shooting rampage in Tucson. He's not talking, and no one has ...

**https://www.theatlantic.com/politics/.../is-jared-loughner.../69348/**



### The Giffords to Jared Loughner: 'Gabby and I Are Done Thinking ...

Nov 8, 2012 **...** On Thursday **Jared Loughner** was sentenced to seven consecutive life sentences —it's part of a plea deal he agreed to over the summer—for ...

**https://www.theatlantic.com/...jared-loughner...i.../321630/**



### Judge Halts Forced Medication of Jared Loughner - The Atlantic

Jul 5, 2011 **...** Judge Halts Forced Medication of **Jared Loughner**. The shooting suspect will stop receiving medication after only a few days of treatment ...

**https://www.theatlantic.com/national/...jared-loughner/352495/**

1    2    3    4    5    6    7    8    9    10    powered

PLAINTIFF TRIAL EXHIBIT 039

PALIN04459

# SEARCH

---

| jared loughner | 🔍 |

About 133 results (0.49 seconds)       Sort by:   Relevance

---



## Prosecutors Expect Jared Loughner to Be Found Unfit for Trial - The ...

May 25, 2011 **...** Federal mental health experts will not be gauging whether **Loughner** is sane, or what his mental state was at the time of the shooting; but as to ...

**https://www.theatlantic.com/national/.../jared-loughner.../351091/**



## Jared Loughner Is Losing His Fight to Stay Crazy - The Atlantic

Mar 5, 2012 **...** **Jared Loughner** Is Losing His Fight to Stay Crazy. Jared Lougner's lack of sanity has kept him out of the defendant's chair since a judge ruled ...

**https://www.theatlantic.com/national/.../jared-loughner.../330954/**

## Loughner's Descent Into Madness - The Atlantic

Jan 13, 2011 **...** From his elementary years through middle school, **Jared Loughner** lived a life that his friends saw as little different from their own. There was ...

**https://www.theatlantic.com/politics/archive/.../loughner-s.../342661/**

## Jared Lee Loughner and the Rise of Anti-Social Media - The Atlantic

Jan 11, 2011 **...** Inside the new world of pre-meditated, pre-mediated violence.

**https://www.theatlantic.com/politics/.../jared...loughner.../69315/**

## Jared Loughner Charged by Prosecutors - The Atlantic

Jan 9, 2011 **...** **Loughner**, 22, who remains in federal custody, is formally charged with one count of attempted assassination of a member of Congress, two ...

**https://www.theatlantic.com/politics/.../01/jared-loughner.../69174/**

## Jared Loughner Charged With More Murders Than Expected - The ...

PLAINTIFF TRIAL EXHIBIT 039

Mar 4, 2011 ... **Jared Loughner** was indicted yesterday with more federal murder charges than he'd previously been accused of. Talking Points Memo reports ...

www.theatlantic.com/politics/archive/.../jared-loughner.../348628/



## How Did Loughner Get A Legal Gun? - The Atlantic

Jan 10, 2011 ... Today, the Washington Post reported that "A community college instructor who taught Tucson shooting suspect **Jared Loughner** was so ...

https://www.theatlantic.com/daily-dish/...loughner-get.../177487/



## Walmart, Guns, and Money: What's Inside Gabby Giffords Files for ...

Mar 27, 2013 ... From the details revealed in 2,700 pages of documents about the lead-up to **Jared Loughner's** attack on Giffords in 2011, it seems as though ...

https://www.theatlantic.com/national/archive/2013/03/.../316906/



## U.S. v. Loughner: Parsing A Plea Deal For Alleged Tucson Shooter ...

Aug 5, 2012 ... It's certainly conceivable, as The Los Angeles Times' Rick Serrano first reported, that **Jared Loughner**, the alleged Tucson shooter, will change ...

https://www.theatlantic.com/national/...v-loughner.../260721/

## If Jared Lee Loughner Were Abdul Mohammed - The Atlantic

Jan 10, 2011 ... But since his name was **Jared** Lee **Loughner**, he gets called "mentally unstable"; the word "terrorist" rarely comes up. When are we going to ...

https://www.theatlantic.com/daily.../if-jared...loughner.../177485/

---

1    2    3    4    5    6    7    8    9    10          powere

PLAINTIFF TRIAL EXHIBIT 039

PALIN04461

JA 1730

# SEARCH

jared loughner    🔍

About 133 results (0.25 seconds)      Sort by:   Relevance



### Was Shooting of Rep. Gabrielle Giffords Political? - The Atlantic

Jan 8, 2011 ... The shooter, 22-year-old **Jared** Lee **Loughner**, is in police custody. Andrew Sullivan and Garance Franke-Ruta are regularly updating at ...

https://www.theatlantic.com/politics/archive/2011/01/.../342719/

### Beltway Back and Forth: The Loughner Venue Change Saga - The ...

Jan 18, 2011 ... I got dizzy Monday following the back-and-forth in the story of a potential venue change for the federal murder trial of **Jared** Lee **Loughner**, the ...

www.theatlantic.com/national/archive/2011/...loughner.../69673/

### My Last Word on Loughner - The Atlantic

Jan 20, 2011 ... Okay, so we're not saying there's a direct causal link, only that **Jared Loughner** could have picked up on this miasma of overheated talking ...

https://www.theatlantic.com/national/archive/...loughner/69930/

### Loughner Hearing Transcripts Add Confusion, Not Clarity - The ...

Jun 15, 2011 ... When **Jared Loughner** appeared in court last month he was quickly declared incompetent and unfit to stand trial. Doctors had spent months ...

https://www.theatlantic.com/national/archive/.../loughner.../351767/

### Jared Lee Loughner's Mug Shot - The Atlantic

**Jared** Lee **Loughner's** Mug Shot. The Daily Dish; Jan 10, 2011; Daily Dish. Like  The Atlantic? Subscribe to The Atlantic Daily, our free weekday email ...

https://www.theatlantic.com/amp/article/177455/

### Why the Loughner Trial Needs a Gag Order - The Atlantic

Jan 20, 2011 ... Sometime later this year, probably a month or two from now, court-appointed lawyers for Tucson shooting suspect **Jared** Lee **Loughner** will ...

https://www.theatlantic.com/national/archive/...loughner.../69761/

### How Will Loughner's Gunshots Echo in the Supreme Court's Quiet ...

Jan 12, 2011 ... There's a more important question than whether Sarah Palin's website or Glenn Beck's vitriol influenced accused killer **Jared** Lee **Loughner**.

https://www.theatlantic.com/national/...loughners...in.../69367/

### Loughner Believed Grammar Has a Politics; So Did the First ...

Jan 11, 2011 ... In the gymnasium of conspiracy, **Jared** Lee **Loughner's** belief that "The government is implying mind control and brain wash on the people by ...

https://www.theatlantic.com/politics/.../01/loughner.../69341/

### Stop the Blame Game - The Atlantic

Jan 11, 2011 ... It's becoming increasingly clear that overheated political vitriol played virtually no role in **Jared** Lee **Loughner's** shooting spree. His political ...

https://www.theatlantic.com/politics/archive/2011/01/stop.../69294/

### Unabomber Lawyer to Represent Loughner - The Atlantic

PLAINTIFF TRIAL EXHIBIT 039

**JA 1731**

Jan 12, 2011 **...** When **Jared Loughner**, the Tucson gunman, goes to court, he'll be represented by the public defender Judy Clarke. You may not have heard of ...
**https://www.theatlantic.com/politics/archive/...loughner/342670/**

1     2     3     4     5     6     7     8     9     10          powered t

PLAINTIFF TRIAL EXHIBIT 039

PALIN04463

JA 1732

8/14/2017  Search - The Atlantic

# SEARCH

jared loughner 🔍

About 133 results (0.30 seconds)

Sort by: Relevance

 ## Giffords Shooter Pleads Guilty to 19 Counts; Agrees to Life in Prison ...

Aug 7, 2012 ... **Jared Loughner**, the man accused of shooting former U.S. Rep. Gabrielle Giffords and 18 others, killing six in Tucson in January 2011, ...

https://www.theatlantic.com/national/.../08/loughners.../324983/

 ## All Stories by Adam Martin - The Atlantic

**Jared Loughner** Is Losing His Fight to Stay Crazy. Jared Lougner's lack of sanity has kept him out of the defendant's chair since a judge ruled him unfit to stand ...

https://www.theatlantic.com/author/adam-martin/?page=45

 ## The Anti-Nihilist - The Atlantic

Jan 18, 2011 ... So does that make Nietzsche and **Jared** Lee **Loughner** philosophical brethren after all, joined in the same fanatical fight against nihilism?

https://www.theatlantic.com/daily-dish/archive/2011/01/.../177108/

 ## Heavy Metal Band: Stop Blaming Us for Tucson - The Atlantic

Jan 12, 2011 ... In the wake of the attack in Tucson, Arizona, writers and pundits have been debating a number of theories for why suspect **Jared Loughner** ...

https://www.theatlantic.com/politics/archive/2011/.../339196/

 ## Restraining Orders, But For Guns - The Atlantic

May 27, 2015 ... **Jared Loughner's** parents knew he could be dangerous. In the months before his shooting rampage in a Tucson parking lot, they took away his ...

https://www.theatlantic.com/politics/archive/2015/05/.../454371/

 ## Dzhokhar Tsarnaev Is One Attorney Degree of Separation from Lots ...

Apr 29, 2013 ... **Jared Loughner** In January 2011, Loughner shot and killed six people in a parking lot in Tuscon, also severely wounding Congresswoman ...

https://www.theatlantic.com/national/archive/2013/04/.../315795/

 ## New Republic Writer Defends Palin on Giffords - The Atlantic

Jan 12, 2011 ... But you can sympathize with her situation, he points out-- "she had nothing to do with **Jared Loughner**." He writes at his New Republic blog:.

www.theatlantic.com/politics/archive/2011/01/new.../339197/

## Compensating for Mass Murder - The Atlantic

Apr 2, 2015 ... Then **Jared Loughner**, a young man with untreated schizophrenia, showed up at the shopping center with a Glock semi-automatic handgun.

PLAINTIFF TRIAL EXHIBIT 039

https://www.theatlantic.com/business/archive/2015/04/.../389174/

## An Assassination Attempt In Arizona: Live-Blogging - The Atlantic

Jan 8, 2011 **...** I've watched the **Jared Loughner** Youtube videos. They show evidence of
delusions of persecution. Loughner's less than coherent language ...

www.theatlantic.com/daily-dish/print/2011/01/an.../177552/

## Don't Hold Your Breath for Tighter Gun Control - The Atlantic

Jan 14, 2011 **...** A common argument is that if more bystanders had been armed at the Tucson
Safeway this week, **Jared Loughner** might have been stopped ...

www.theatlantic.com/politics/archive/2011/01/don-t.../342641/

<u>1</u>     <u>2</u>     <u>3</u>     4     <u>5</u>     <u>6</u>     <u>7</u>     <u>8</u>     <u>9</u>     <u>10</u>     powered

PLAINTIFF TRIAL EXHIBIT 039

PALIN04465

8/14/2017                                                    Search - The Atlantic

# SEARCH

jared loughner                          🔍

About 133 results (0.29 seconds)                                              Sort by:  Relevance

---



### The Insanity Defense - The Atlantic

Jan 21, 2011 ... Prompted by **Jared Loughner's** crimes, Room For Debate asks who does, and who should, qualify for an insanity plea. Here's Dr. Beatriz Luna, ...

www.theatlantic.com/daily-dish/archive/2011/01/the.../176930/

---

### Is This the MSNBC Segment That Got Keith Olbermann Fired? - The ...

May 26, 2011 ... Before it became apparent that Tucson shooter **Jared Loughner** "did not watch TV" and "disliked the news," a number of political pundits ...

https://www.theatlantic.com/politics/archive/2011/05/.../351135/

---

### All Stories by Adam Martin - The Atlantic

Loughner Ruled Unfit to Stand Trial, Sent to Hospital. The Giffords ... Prosecutors Expect **Jared Loughner** to Be Found Unfit for Trial. The Giffords shooter would ...

https://www.theatlantic.com/author/adam-martin/?page=99

---

### Tragedy in Arizona: The Shooting of Congresswoman Gabrielle ...

Jan 8, 2011 ... The alleged shooter, identified by AP sources as 22-year-old **Jared** Lee **Loughner**, was frustrated with the U.S. government, and the shooting ...

https://www.theatlantic.com/politics/archive/2011/01/.../69149/

---

### Peter King's Hearing on Islam and Terrorism - The Atlantic

Mar 10, 2011 ... ... sentence is bigotry in its own right--unless you hasten to include references to Oklahoma City, **Jared Loughner**, and right-wing extremists.

https://www.theatlantic.com/national/archive/2011/03/.../72332/

---

### Jon Stewart Is 'Emo' - The Atlantic

Jan 12, 2011 ... In many ways, the monologue was seen as a defense of Sarah Palin against those blaming her for **Jared Loughner's** killing spree. The Wall ...

https://www.theatlantic.com/entertainment/archive/...is.../339194/

---

### The More We Know - The Atlantic

Jan 17, 2011 ... Rich Lowry cites the following in exonerating the far right from any influence on **Jared Loughner's** disturbed mind: He became intrigued by ...

www.theatlantic.com/daily-dish/print/2011/01/the...we.../177149/

---

### After Shooting, Will Mental Health Practices Change? - The Atlantic

Jan 11, 2011 ... **Jared Loughner**, the man who killed six and injured 14 in a Tucson Safeway on Saturday, appears to have suffered from severe mental illness.

---

PLAINTIFF TRIAL EXHIBIT 039

www.theatlantic.com/politics/archive/2011/01/after.../342689/

 ## The Psychogeography of Gun Violence - The Atlantic

Jan 12, 2011 **...** The media was quick to portray the shooter **Jared** Lee **Loughner** as unhinged and paranoid, digging up his Internet ravings and probing former ...

https://www.theatlantic.com/national/archive/2011/01/.../69353/

 ## All Stories by Bill Wyman - The Atlantic

**Jared** Lee **Loughner** had an inconsistent and slightly incomprehensible set of beliefs. In this way, he was a true native son. Bill Wyman; Jan 13, 2011.

https://www.theatlantic.com/author/bill-wyman/

1     2     3     4     5     6     7     8     9     10     powered

PLAINTIFF TRIAL EXHIBIT 039

PALIN04467

8/14/2017                                                JA 1736
                                              Search - The Atlantic

# SEARCH

jared loughner          🔍

About 133 results (0.31 seconds)                                Sort by: Relevance

 ### Guns and Roses: Arizona and Utah Move to Adopt State Guns - The ...
Feb 28, 2011 **...** ... quick to cite the rough-and-tumble days of the Wild West -- and made little mention of the tumult of 2011, courtesy of **Jared Loughner's** Glock.
**https://www.theatlantic.com/politics/archive/2011/.../71798/**

 ### Armed Hero in Giffords Shooting Almost Shot the Wrong Guy - The ...
Jan 11, 2011 **...** ... says the handgun he was carrying led him to run toward the sound of bullets being fired in Tuscon and help stop **Jared Lee Loughner**.
**https://www.theatlantic.com/politics/archive/2011/.../339205/**

 ### Army Vet's Alleged Plot to Bomb Mosque Foiled - The Atlantic
Jan 31, 2011 **...** **Jared Loughner** is apparently "delusional and seems far more interested in fringe ideas than left-right politics. I was sure I was going to have a ...
**https://www.theatlantic.com/politics/archive/2011/.../342443/**

 ### Don't Let Judge Roll Die in Vain - The Atlantic
Jan 9, 2011 **...** Judge Roll's death may have been random in the sense that he was not the target of **Jared Lee Loughner's** gun. This was not, from what is now ...
**https://www.theatlantic.com/national/archive/2011/01/.../69155/**

 ### 'We Need to Talk About Kevin': When Art Confronts Tragedy - The ...
Jan 14, 2011 **...** It's too soon after **Jared Lee Loughner's** massacre in Arizona to predict how our social and political climate will adapt to the horrifying fact of his ...
**https://www.theatlantic.com/entertainment/archive/.../69597/**

 ### All Stories by Michael Serazio - The Atlantic
**Jared Lee Loughner** and the Rise of Anti-Social Media. Inside the new world of pre-meditated, pre-mediated violence. Michael Serazio; Jan 11, 2011.
**https://www.theatlantic.com/author/michael-serazio/**

 ### Tea Party Group Blames 'Leftist' for Giffords Shooting - The Atlantic
Jan 9, 2011 **...** "The left is coming and will hit us hard on this. We need to push back harder with the simple truth. The shooter was a liberal lunatic," says the ...
**https://www.theatlantic.com/politics/archive/2011/01/.../69153/**

### Confusing Mental-Health Intervention and Violence Prevention -

PLAINTIFF TRIAL EXHIBIT 039

Case 22-558, Document 56, 09/19/2022, 3384731, Page15 of 173

JA 1737



### The ...

May 26, 2014 **...** Before **Jared Loughner** shot Gabbie Giffords near Tucson, Arizona he had raised red flags at school, where teachers reported that he had ...

**https://www.theatlantic.com/health/archive/2014/.../371577/**



### The Most Bogus Argument Against New Gun Laws - The Atlantic

May 6, 2013 **...** In Tucson in 2011, shooter **Jared Loughner** was tackled and his gun wrested from him as he tried to reload after firing 31 bullets in a matter of ...

**https://www.theatlantic.com/politics/archive/2013/.../275574/**



### Gender and Support Systems - The Atlantic

Jan 20, 2011 **...** I thought about this gender gap in support networks when I read the Times article about **Jared Loughner**. For all of the explanations that have ...

**https://www.theatlantic.com/national/archive/2011/01/.../69919/**

1    2    3    4    5    6    7    8    9    10    powered

PLAINTIFF TRIAL EXHIBIT 039

PALIN04469

JA 1738

8/14/2017 Search - The Atlantic

# SEARCH

| jared loughner | 🔍 |

About 133 results (0.51 seconds)                    Sort by: | Relevance |



## Why Americans Tolerate Gun Violence - The Atlantic

Feb 10, 2011 ... When **Jared** Lee **Loughner** arrived at the La Toscana Village mall he was ... like the .22 revolver used by Sirhan Sirhan; but **Loughner's** weapon ...

https://www.theatlantic.com/national/archive/2011/02/.../70933/



## Public Opinion May Finally Be an Enemy the NRA Actually Fears ...

May 3, 2013 ... Simon, a former staffer for Gabby Giffords, was shot through the arm by **Jared Loughner** in the 2011 shooting in Tucson. She presented McCain ...

https://www.theatlantic.com/politics/archive/2013/05/.../315616/



## What's the Solution to Gun Violence in America? - The Atlantic

Mar 8, 2016 ... Both Aurora shooter James Holmes and **Jared Loughner**, who shot Representative Gabrielle Giffords, had their names run through the check ...

https://www.theatlantic.com/politics/archive/2016/03/.../462537/



## Political Insiders Split Over Palin's 'Crosshairs' - The Atlantic

Jan 12, 2011 ... ... by reporters and commentators to draw any connection between political speech the actions of gunman **Jared Loughner** were out of bounds.

https://www.theatlantic.com/politics/archive/2011/01/.../69461/



## The Author of 'The Anarchist Cookbook' Is No Longer a Fan of 'The ...

Dec 20, 2013 ... NBC News reports that, "Just in the last two years, law enforcement has tied the volume to Arizona shooter **Jared Loughner**, the Boston ...

https://www.theatlantic.com/entertainment/archive/.../356360/



## U.S. - The Atlantic

The Atlantic covers news and analysis on politics, business, culture, technology, national, international and life on the official site of The Atlantic Magazine.

www.theatlantic.com/national/?page=341



## The Possibility of Fewer Shootings? - The Atlantic

Jul 22, 2012 ... The latest Colorado shooter -- like **Jared Loughner** of Tucson, Seung-Hui Cho of Virginia Tech, and the countless others whose names we ...

https://www.theatlantic.com/national/archive/2012/07/.../260158/



## How Gun Rights Harm the Rule of Law - The Atlantic

Apr 1, 2015 ... Consider the 2011 mass shooting in Tucson, where **Jared Loughner** shot Representative Gabrielle Giffords in the head at a constituent meeting ...

PLAINTIFF TRIAL EXHIBIT 039

8/14/2017

JA 1739

Search - The Atlantic

https://www.theatlantic.com/politics/archive/2015/.../389288/



### All Stories by Philip Bump - The Atlantic

The Atlantic covers news and analysis on politics, business, culture, technology, national, international and life on the official site of The Atlantic Magazine.

https://www.theatlantic.com/author/philip-bump/?page=75



### How to Protect Members of Congress - The Atlantic

Jan 11, 2011 ... ... just seem particularly nervous, as several witnesses described Giffords's alleged assailant, **Jared Loughner**, moments before the shooting.

https://www.theatlantic.com/politics/archive/2011/01/.../69352/

<u>1</u>    <u>2</u>    <u>3</u>    <u>4</u>    <u>5</u>    <u>6</u>    7    <u>8</u>    <u>9</u>    <u>10</u>    powered

PLAINTIFF TRIAL EXHIBIT 039

PALIN04471

# SEARCH

jared loughner     🔍

About 133 results (0.33 seconds)

Sort by:  Relevance


### Bobby Jindal Calls for Better Mental-Health Reporting to National ...
Jul 27, 2015 ... ... Colorado, shooter; **Jared Loughner**, who shot Representative Gabrielle Giffords and others in Arizona; and now possibly Houser—and those ...
https://www.theatlantic.com/politics/archive/2015/07/.../399683/


### Why We Shouldn't Worry About Killer Gerunds - The Atlantic
Jan 21, 2011 ... ... is because they believe that Palin, CNN or the confrontational tenor of political discourse had influenced alleged gunman **Jared Loughner**.
https://www.theatlantic.com/politics/archive/2011/01/.../69986/


### Media Reacts to News That Norwegian Terror Suspect Isn't Muslim ...
Jul 23, 2011 ... ... Podhoretz seemed to dramatically shift his tone, by tweeting: "Brevik appears to be precisely whom the left wanted **Jared Loughner** to be.".
https://www.theatlantic.com/international/archive/.../353194/


### Sarah Palin Gets Death Threats, Too - The Atlantic
Mar 7, 2011 ... After **Jared Loughner** shot Rep. Gabrielle Giffords and others in Arizona, aides said Palin was receiving an unprecedented number of death ...
www.theatlantic.com/politics/archive/2011/03/palins.../348644/


### All Stories by Max Fisher - The Atlantic
5 Strangest Explanations for **Jared Loughner's** Attack. Would you believe heavy metal and sci-fi novels? Max Fisher; Jan 10, 2011 ...
https://www.theatlantic.com/author/max-fisher/?page=17


### Is Gabby Giffords the New Jim Brady? - The Atlantic
Jan 8, 2013 ... ... her appearance at the Democratic National Convention in September to her statements at the trial of her would-be assassin, **Jared Loughner**, ...
https://www.theatlantic.com/politics/archive/2013/01/.../438387/


### Ten Days That Defined 2011 - The Atlantic
Dec 29, 2011 ... On the sunny morning of January 8th, a mentally ill man named **Jared Loughner** approached a town hall meeting being held in a Tucson ...
https://www.theatlantic.com/international/archive/2011/.../333741/


### Clinton Labels Loughner an 'Extremist' While in Abu Dhabi - The ...
Jan 10, 2011 ... Secretary of State Hillary Rodham Clinton labeled Arizona shooter **Jared** Lee **Loughner** an "extremist" while taping a town hall segment for a ...
www.theatlantic.com/politics/archive/2011/...loughner.../69231/

### Under a Blood Red Sky - The Atlantic
Jul 21, 2012 ... Don't just think **Jared Loughner**. Think Jason Coday, too. This sad fact shrouds mournful days like Friday with a sheen of phoniness.
https://www.theatlantic.com/national/archive/2012/07/.../260147/


### The Legal Year in Review - The Atlantic
Dec 5, 2011 ... Six innocent people were killed by **Jared Loughner**, including Arizona's Chief U.S. District Judge John M. Roll. The esteemed jurist, a ...
https://www.theatlantic.com/national/archive/2011/12/.../249452/

1    2    3    4    5    6    7    8    9    10

powered by

PLAINTIFF TRIAL EXHIBIT 039

JA 1741

# SEARCH

jared loughner                                                   🔍

About 133 results (0.35 seconds)                                    Sort by:  Relevance



## All Stories by Andrew Cohen - The Atlantic

Here Comes the **Jared Loughner** Competency Hearing (Updated). Prosecutors and defense lawyers don't intend to question each other's mental-health ...

https://www.theatlantic.com/author/andrew-cohen/?page=30



## Loughner Ruled Unfit to Stand Trial, Sent to Hospital - The Atlantic

May 25, 2011 ... **Jared** Lee **Loughner** won't go to trial for some time to come, after a federal judge today found him mentally incompetent, and incapable of ...

https://www.theatlantic.com/national/archive/.../loughner.../351094/



## President Obama's Hard Rhetorical Shift on Gun Control

Jun 19, 2015 ... The circumstances of the Tucson shooting and the motives of its perpetrator, **Jared** Lee **Loughner**, differ from what we currently know of the ...

https://www.theatlantic.com/politics/archive/2015/.../396335/



## A Calm Loughner Ruled Mentally Fit for Trial - The Atlantic

Sep 29, 2011 ... **Jared** Lee **Loughner** will eventually be mentally fit for trial, a federal judged ruled Wednesday. According to reports inside the courtroom, the ...

https://www.theatlantic.com/national/archive/...loughner.../337341/



## Why We Need to Look at the Faces of Killers - The Atlantic

Jul 23, 2012 ... But after the initial information is given, do we need to keep seeing it over and over again, the faces like **Jared Loughner's** or Alexander ...

https://www.theatlantic.com/national/archive/2012/07/.../325581/



## Death, Yes, but Torture at Supermax? - The Atlantic

Jun 4, 2012 ... ... to the U.S. Medical Center for Federal Prisoners, located in Springfield, Missouri (the same place where the Tucson shooter, **Jared Loughner**, ...

https://www.theatlantic.com/national/archive/2012/06/.../258002/



## Loughner Family: 'We Don't Understand Why This Happened' - The ...

Jan 11, 2011 ... Randy and Amy **Loughner** have released a statement about the carnage allegedly wrought by their son, **Jared** Lee **Loughner**. The text:.

https://www.theatlantic.com/politics/archive/.../loughner.../69351/



## David Wynn Miller? - The Atlantic

Jan 9, 2011 ... Subscribe to The Atlantic Daily, our free weekday email newsletter. A possible influence on the bizarre theories of **Jared Loughner**?

www.theatlantic.com/daily-dish/archive/2011/01/david.../177520/

PLAINTIFF TRIAL EXHIBIT 039

8/14/2017                                    Search - The Atlantic

## "Bad Medicine" - The Atlantic

Jan 24, 2011 **...** I'm sorry, but blaming the pro-life movement for Kermit Gonsell makes about as much sense as blaming the Tea Party for **Jared Loughner**.

**www.theatlantic.com/daily-dish/archive/2011/01/-bad.../176858/**

## Accused Tuscon Shooter Pleads Not Guilty - The Atlantic

Mar 9, 2011 **...** **Jared** Lee **Loughner** pleaded not guilty today to the 49-count indictment that federal prosecutors unveiled last week, reports the AP. **Loughner** ...

**https://www.theatlantic.com/politics/archive/2011/03/.../348712/**

1   2   3   4   5   6   7   8   9   10                 powered

PLAINTIFF TRIAL EXHIBIT 039

PALIN04474

JA 1743



Search - The Atlantic

# SEARCH

---

jared loughner    🔍

About 133 results (0.35 seconds)                                    Sort by:  Relevance



### Obama: Senate Failure to Pass Gun Bill Is 'Shameful Day for ...

Apr 17, 2013 **...** According to reporters in the room, she was Patricia Maisch, one of the three bystanders who tackled **Jared Loughner** after he shot Rep. Gabby ...

**https://www.theatlantic.com/politics/archive/2013/04/.../316161/**



### Ole Miss Students Protest Their Own Racist Protesters - The Atlantic

Nov 8, 2012 **...** The University of Mississippi got a lot of attention for a "not-really-a-riot" riot protesting Barack Obama's re-election. That prompted even more ...

**https://www.theatlantic.com/national/archive/2012/.../321631/**



### Gabrielle Giffords Is Going to Newtown - The Atlantic

Jan 3, 2013 **...** ... is no stranger to the grief caused by a random act of violence, She retired from politics last year after her horrific shooting by **Jared Loughner**.

**https://www.theatlantic.com/national/archive/2013/01/.../319896/**



### More Guns, Less Crime: A Dialogue - The Atlantic

Dec 26, 2012 **...** How is that **Jared Loughner** was able to have access to firearms? How was it that Seung-Hui Cho was able to get guns? How is it that James ...

**https://www.theatlantic.com/national/archive/2012/12/.../266576/**



### Walmart's Too Busy to Talk to Joe Biden About Gun Control - The ...

Jan 8, 2013 **...** ... shootings, most notoriously when it sold bullets to **Jared Loughner** before he shot Congresswomen Gabrielle Giffords and 18 others in 2011.

**https://www.theatlantic.com/politics/archive/2013/.../319712/**



### Giffords Shooting a Pivotal Moment for the Government's Social ...

Feb 16, 2012 **...** Hours after **Jared Lee Loughner** shot Rep. Gabrielle Giffords outside of a Safeway in Tucson, a collection of his online data was circulated by ...

**https://www.theatlantic.com/technology/archive/.../253181/**



### Wisconsin Sikh Leader Died Defending His Congregation - The ...

Aug 7, 2012 **...** ... Colorado, and **Jared Loughner** allegedly used in Tuscon, Arizona in 2010, Reuters' Greg McCune reports. "Semiautomatic handguns are the ...

**www.theatlantic.com/national/archive/2012/08/...sikh.../325003/**



### 5 Best Monday Columns - The Atlantic

Jan 10, 2011 **...** Ross Douthat on an Assassin's Complex Motivation "It's possible that **Jared Lee Loughner**, the young man behind Saturday's rampage in ...

PLAINTIFF TRIAL EXHIBIT 039

www.theatlantic.com/entertainment/archive/2011/01/5.../342716/



### What We Write About When We Can't Write About Anything Else ...

Jul 20, 2012 ... We bring up historical precedents, words like Columbine and Virginia Tech and **Jared Loughner**, names whose meanings changed forever ...

https://www.theatlantic.com/national/archive/...we.../325633/



### Gabrielle Giffords to Appear at Her Shooter's Sentence Hearing Today

Nov 8, 2012 ... **Jared** Lee **Loughner** will appear in a Tuscon court at 10:00 a.m. on Thursday after pleading guilty to murder, attempted murder, and attempted ...

https://www.theatlantic.com/national/archive/2012/.../321648/

1    2    3    4    5    6    7    8    9    10

powered

PLAINTIFF TRIAL EXHIBIT 039

PALIN04476

*The Atlantic*

ARTICLE CONTINUES AFTER ADVERTISEMENT

Ad

## Caldwell's Unfairness

THE DAILY DISH

JAN 15, 2011 | DAILY DISH

It's important to push back against untruths as much as against incivility. And so when Christopher Caldwell writes the following in the Financial Times, I have to to ask him for actual evidence:

> Many prominent people disheartened by the resurgence of the Republican party  notably the blogger Andrew Sullivan, the New York Times columnist Paul Krugman, and the Pima County sheriff Clarence Dupnik  linked the shootings to Republican ideology or rhetoric, as expressed by former vice presidential candidate Sarah Palin or the Tea Party movement or certain talk-show hosts.

Everything I wrote in real time can be read here, and so I challenge Chris to back up his statement. I air as much information and background as it comes in, and that includes the violent context of the last election and Giffords' prescient warning about gun sights imagery (that's my job), but my first actual venture as to the motive for this shooting is the following ambivalence:

> Let's just say for one moment: this is so awful that political grandstanding seems both inappropriate right now, and yet also very appropriate. An attempted political assassination is a political act and deserves a political response. We cannot wish this side of the question away. We do not yet know the motives for this excrescence. But they matter.

An hour later, the first evidence from Loughner:

> Peter Pan, Mein Kampf and the Communist Manifesto. Not exactly a Tea Party purist. But clearly disturbed.

My first impulse in any assassination of a political leader is to ask about possible political motivation, as well as the possibility of none. But my first personal judgment of any link between Loughner and the Tea Party is to *debunk* it (I still wonder what his currency crazy is about, but we'll find out at some point, I guess). Then:

PLAINTIFF TRIAL EXHIBIT 040

PALIN04389

judgment of any link between Loughner and the Tea Party is to *debunk* it (I still wonder what his currency crazy is about, but we'll find out at some point, I guess). Then:

> His [MySpace] Page seems just plain nuts to me rather than Tea Partyish.

Compare this with Krugman with whom Chris lumps me:

> We don't have proof yet that this was political, but the odds are that it was.

Where did I ever make that leap? I left the question open, and then leaned toward the mental illness explanation as "a key part" of this. Then:

> So far, the content reveals a character not far from this reader's diagnosis: "This guy is a sui generis nut...no evidence that I can see of Tea Party influence. His concerns are to create his own reality." ... It seems to me so far that he appears a disturbed and dangerous individual able to absorb shards of political conspiracy theories and turn them into evil.

At the end of my live-blogging, I conclude with Andrew Sprung's statement:

> It appears to me that this unfortunate insane individual is of no party or clique.

Did I explore the issue of far right violence after Giffords' father cited the Tea Party? You bet I did. How could I not? Did I ever "link the shootings to Republican ideology or rhetoric"? Nope. Do I think such rhetoric is over the top in a world where crazy people have access to guns? Yes. Do I agree with Giffords that Palin's imagery was dangerous? Yes. But as for the motive of Loughner, by the time 6.32 pm comes along, I have concluded that this was likely a psychotic breakdown, and cited a psychiatrist to that effect, and specifically ended with the case that he is "of no party". How can I be accused of linking Loughner to the GOP when I specifically cite that he seems to be "of no party"?

The Financial Times needs to run a correction.

 

**ABOUT THE AUTHOR**

2006-2011 archives for THE DAILY DISH, featuring Andrew Sullivan

**From The Web**

Ads by Revcontent

   

Document title: Caldwell&#39;s Unfairness - The Atlantic
Capture URL: https://www.theatlantic.com/amp/article/177212/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:48:24 GMT

PLAINTIFF TRIAL EXHIBIT 040

PALIN04390

rarely you see and how could I link the shootings to Republican ideology or rhetoric"? Nope. Do I think such rhetoric is over the top in a world where crazy people have access to guns? Yes. Do I agree with Giffords that Palin's imagery was dangerous? Yes. But as for the motive of Loughner, by the time 6.32 pm comes along, I have concluded that this was likely a psychotic breakdown, and cited a psychiatrist to that effect, and specifically ended with the case that he is "of no party". How can I be accused of linking Loughner to the GOP when I specifically cite that he seems to be "of no party"?

The Financial Times needs to run a correction.



ABOUT THE AUTHOR

2006-2011 archives for THE DAILY DISH, featuring Andrew Sullivan

**From The Web**

Ads by Revcontent



**How This App Can Teach You a Language In 3 Weeks**
Babbel



**Why Doctors in the Know No Longer Prescribe Blood Pressure Meds**
Vibrant Health Network



**20 Makeup Routines All Older Women Should Know**
Trending Moms

**There's A Reason Amazon Doesn't Want Women To Know About This Site**
Tophatter

**Most Popular**

 1  Have Smartphones Destroyed a Generation?

 2  How America Lost Its Mind

 3  Is the World Slouching Toward a Grave Systemic Crisis?

 4  Why Does Trump Still Refuse to Criticize Putin?

 5  No Country for Colin Kaepernick

 6  The Average Guy Who Spent 6,003 Hours Trying to Be a Professional Golfer

 7  Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken

 8  How to Deal With North Korea

 9  Emmanuel Macron: Monsieur Unpopular

 10  A Question for Google's CEO

Copyright © 2017 by The Atlantic Monthly Group. All Rights Reserved.

PLAINTIFF TRIAL EXHIBIT 040

PALIN04391

ENTERTAINMENT

# 5 Best Monday Columns

On attempted assassinations, Haitian cholera, and Biden's trip to Pakistan

CAITLIN DICKSON, RAY GUSTINI, AND ERIK HAYDEN · JANUARY 10, 2011

*This article is from the archive of our partner* the**wire**

- **Ross Douthat on an Assassin's Complex Motivation** "It's possible that Jared Lee Loughner, the young man behind Saturday's rampage in Tucson, will have a more direct connection to partisan politics than an earlier generation's gunmen did," observes the New York Times columnist. However, looking back on the recent history of political assassinations, Douthat finds that many assassins' motivations simply cannot be boiled down to heated rhetoric and partisan politics. Pointing toward Lee Harvey Oswald, Arthur Bremer, and James W. von Brunn as evidence, Douthat writes that "violence in American politics tends to bubble up from a world that's far stranger than any Glenn Beck monologue--a murky landscape where worldviews get cobbled together from a host of baroque conspiracy theories, and where the line between ideological extremism and mental illness gets blurry fast." He concludes: "When our politicians and media loudmouths act like fools and zealots, they should be held responsible for being fools and zealots. They shouldn't be held responsible for the darkness that always waits to swallow up the unstable and the lost."

- **Fareed Zakaria on Biden's Trip to Pakistan** This week, the Vice President will make his "most important" trip since arriving in office, writes the Washington Post columnist. Joe Biden will arrive in Pakistan during a time of political, societal, and economic upheaval (especially after last week's assassination of Salman Taseer), and try to convince the nation's rulers that they "have to go on the offensive and rid their country of the cancer of religious fanaticism." This will be especially difficult considering that "Pakistan's liberals and moderates have been silent and scared" while jihadists infiltrate the military. "Biden should make clear that the United States supports the democratically elected government, those who urge moderation and peace and those who are willing to fight terrorism," Zakaria writes, before noting that Pakistani cooperation is critical to the U.S. effort in Afghanistan. "The Taliban could easily withdraw into its Pakistani bases, allow U.S. troops to draw down later this year and then return, rested and rearmed, to renew the battle against the Kabul government. At that point, the United States will face the choice of being forced into another 'surge' or continuing the drawdown in the face of a rising Taliban."

### Sign up for The Atlantic's daily newsletter.

Each weekday evening, get an overview of the day's biggest news, along with fascinating ideas, images, and voices.

Enter your email | Sign Up

- **Michelle Goldberg on a Shooting's Political Context** There is much speculation about whether this weekend's attempted assassination of Arizona Representative Gabrielle Giffords was politically motivated. Writing at The American Prospect,



GALVATRON FLASHLIGHTS

CAN YOUR FLASHLIGHT DO THIS?

LEARN MORE →

## MORE STORIES

'The River Wild' Twenty Years Later: Uncovering Gail's Rafting Journal

BOBBY FINGER



Phylicia Rashad's Tony Acceptance Speech Remains the Best Acceptance Speech

KEVIN O'KEEFFE



The New York Film Festival Launches With 'Gone Girl' and a Host of Fascinating Fall Films

DAVID SIMS



**3** more free articles this month | Sign in

Subscribe Now ⌃

Gabrielle Giffords was politically motivated. Writing at The American Prospect, Michelle Goldberg believes that while it is obvious, based on his "incoherent YouTube videos," that the alleged gunman, Jared Lee Loughner, is mentally ill, "his videos, which most feature black and white text, have moments of lucidity, and in those moments, Loughner parrots Tea Party obsessions." Goldberg gives several examples of current politicians who use gun terminology in violent political rhetoric, something that, in the hands of a mentally unstable person, could encourage attacks like Saturday's in Arizona. "His mad act was not random," she argues, pointing out that while "among conservatives, there's a frantic effort to deny that there's any political context to this attempted assassination," there has also been very little indication that conservatives will agree to "tone down" their violent rhetoric.

- **Edwidge Danticat on the Haitian Earthquake's Lingering Impact** Writing in The New Yorker, Danticat--a Port-au-Prince native--argues that one year after the 7.0 earthquake that devastated the country, fear of cholera is the single greatest threat to Haiti's recovery. Some of the impact is practical. "As the election stalemate lingers," writes Danticat, "the rice farmers in Haiti's Artibonite Valley--the country's breadbasket--are refusing to step into the bacteria-infected waters of their paddies, setting the stage for potential food shortages and more possible death ahead, this time from hunger." But the threat of cholera has also had a spiritual impact on a country where water plays a key role in religious ceremony and cultural mythology. It's an element of faith in the "Haitian vodou tradition" that recently deceased souls "slip into rivers and streams and remain there, under the water, for a year and a day" before "emerging from the water and the spirits are reborn." But with cholera rampant, water is treated warily, like a "feared poison" in the country.

- **Tom Devine on the Importance of Whistleblower Protection** Devine, legal director of the Government Accountability Project, takes note of a major act that failed unanimous passage this past December because of one anonymous senator's "secret hold." The Whistleblower Protection Enhancement Act offers "expanded protection for federal employees against retaliation for reporting waste, fraud and abuse." In the Los Angeles Times, Devine points out that this Act would further the new Republican Congress's "mantra of cracking down against deficits, fraud, waste and abuse," yet the unknown senator responsible for blocking its passage is a Republican. "Whistle-blowers risk their professional lives for Republican campaign rhetoric," Devine explains, adding that "Senate Minority Leader Mitch McConnell (R-Ky.) needs to restore GOP credibility, and show that he and his colleagues have heard the voters, by helping pass this law promptly in January. He has shown impressive party discipline when it comes to defeating Democrats. Now it's time for the same resolve defending taxpayers."

*This article is from the archive of our partner The Wire.*

---

*We want to hear what you think about this article.* Submit a letter *to the editor or write to letters@theatlantic.com.*

**RAY GUSTINI** *is the author of* Lucky Town, *a forthcoming book about sports in Washington, D.C. He is a former staff writer for* The Atlantic Wire.

## MOST POPULAR

1  A Guide to Staying Safe as States

## VIDEOS

The Iguana King

**3** more free articles this month | Sign in

Subscribe Now 

PLAINTIFF TRIAL EXHIBIT 041

A ☰ 🔍 Popular     *The Atlantic*     Sign In    Subscribe

**1**   A Guide to Staying Safe as States Reopen

Can I eat at a restaurant? Can I go shopping? Can I hug my friends again? Experts weigh in.

JOE PINSKER



**2**   The President Is Unraveling

The country is witnessing the steady, uninterrupted intellectual and psychological decomposition of Donald Trump.

PETER WEHNER

**3**   Why the Coronavirus Is So Confusing

A guide to making sense of a problem that is now too big for any one person to fully comprehend

ED YONG

**4**   Why Michael Flynn Is Walking Free

The former national security adviser figured out that loyalty to Trump is now a better bet than loyalty to the rule of law.

DAVID A. GRAHAM

**5**   The Small-Business Die-Off Is Here

Many small businesses won't survive, and that will change the landscape of American commerce for years to come.

ANNIE LOWREY

**6**   Why So Many People Are Unhappy in Retirement

Too often, we imagine life to be like the hero's journey, and leave out its crucial last step: letting go.

ARTHUR C. BROOKS

**7**   What's Behind South Korea's COVID-19 Exceptionalism?

Seven weeks ago, South Korea and the U.S. had the same number of virus deaths. Today, South Korea has fewer than 300, and the U.S. has more than 70,000.

DEREK THOMPSON

**8**   The Problem With Stories About Dangerous Coronavirus Mutations

The Iguana King

NICOLAS POLLOCK AND BRIANNA PRESSEY



What Was Lost When SXSW Was Canceled

EMILY BUDER



A Coronavirus Prayer

JAMES PARKER



The Last True Hermit Was Alone for 27 Years

EMILY BUDER











**3** more free articles this month   Sign in     Subscribe Now   ∧

Sign In    Subscribe

**Popular**    *The Atlantic*

ARTHUR C. BROOKS

**7**  What's Behind South Korea's
COVID-19 Exceptionalism?

Seven weeks ago, South Korea and the U.S. had the same
number of virus deaths. Today, South Korea has fewer than 300,
and the U.S. has more than 70,000.



DEREK THOMPSON

**8**  The Problem With Stories About
Dangerous Coronavirus Mutations

There's no clear evidence that the pandemic virus has evolved
into significantly different forms—and there probably won't be
for months.



ED YONG

**9**  We Are Living in a Failed State

The coronavirus didn't break America. It revealed what was
already broken.



GEORGE PACKER

**10**  How 'Karen' Became a
Coronavirus Villain

A popular joke about entitled white women is now a big
pandemic meme.



KAITLYN TIFFANY

## Make your inbox more interesting.

Each weekday evening, get an overview of the day's biggest news, along with fascinating
ideas, images, and people. See more newsletters

Enter your email    **Sign Up**

## Ideas that matter. Since 1857.

Subscribe and support 162
years of independent
journalism. For less than $1
a week.



SUBSCRIBE ›

**ABOUT**

Our History

Staff

Careers

**CONTACT**

Help Center

Contact Us

Advertise

Press

**PODCASTS**

Social Distance™

Floodlines

The Ticket: Politics from *The Atlantic*

Crazy/Genius

**SUBSCRIPTION**

Purchase

Give a Gift

Manage Subscription

Download iOS App

Newsletters

**FOLLOW**

Privacy Policy  |  Do Not Sell My Personal Information  |  Advertising Guidelines  |  Terms Conditions  |  Responsible Disclosure  |  Site Map

*The Atlantic*

**3** more free articles this month  |  Sign in

Subscribe Now

PLAINTIFF TRIAL EXHIBIT 041

The Atlantic

Popular        ates :        Sections ⌄        Magazine ⌄        More ⌄        Subscribe        🔍

# An Assassination Attempt In Arizona: Live-Blogging

**THE DAILY DISH**   |   JAN 8, 2011   |   **DAILY DISH**

f **Share**    🐦 **Tweet**    · · ·                    TEXT SIZE
                                                         −  +

Like *The Atlantic*? Subscribe to *The Atlantic Daily*, our free weekday email newsletter.

[ Email ]   SIGN UP



6.28 pm. Andrew Sprung:

> It appears to me that this unfortunate insane individual is of no party or clique.

6.23 pm. I retitled this post once it emerged that Giffords might survive. But others have been killed, including a child and a federal judge, John Roll. And there's a context there as well:

> In February, when U.S. District Judge John Roll presided over a $32 million civil-rights lawsuit filed by illegal immigrants against an Arizona rancher, the Marshals Service was anticipating the fallout. When Roll ruled the case could go forward, Gonzales said talk-radio shows cranked up the controversy and spurred audiences into making threats. In one afternoon, Roll logged more than 200 phone calls. Callers threatened the judge and his family. They posted personal information about Roll online. "They said, 'We should kill him. He should be dead,' " Gonzales said.

5.47 pm. A reader writes:

> I'm a licensed psychologist with 20 years experience. I've watched the Jared Loughner Youtube videos. They show evidence of delusions of persecution. Loughner's less than coherent language also suggests a formal thought disorder. While Loughner can't be diagnosed without a

✕

Document title: An Assassination Attempt In Arizona: Live-Blogging -The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/an-assassination-attempt-in-arizona-live-blogging/177552/
Capture timestamp (UTC): Wed, 30 Aug 2017 21:23:24 GMT

PLAINTIFF TRIAL EXHIBIT 042

PALIN04360

I'm a licensed psychologist with 20 years experience. I've watched the Jared Loughner Youtube videos. They show evidence of delusions of persecution. Loughner's less than coherent language also suggests a formal thought disorder. While Loughner can't be diagnosed without a full exam conducted in person, there are significant indications in the videos that he suffers from a psychotic disorder.

I would not rule out drugs as a factor, but he is within the age range that psychotic patients often suffer their first psychotic break. If I had to guess, I'd go with paranoid schizophrenia. If that's the case, his politics are irrelevant. He may not even be fit to stand trial unless and until his psychotic thinking is brought under control with medication.

I have no expertise in this at all, but my impression of his writings and web presence does indeed suggest to me that some mental illness is probably a key part of this. But this does not exonerate violent or excessive rhetoric from the far right or far left: it's precisely the disturbed who can seize on those kinds of statements and act on them. The danger of violent rhetoric, especially involving gun violence, is its interaction with the disturbed. That was Pelosi's message last year.

ARTICLE CONTINUES AFTER ADVERTISEMENT



5.44 pm. The last image Loughner attached to his alleged MySpace page on Christmas Eve (under the headline "My countdown: No one read this! Jizz stain"):



5.41 pm. The ironies mount: here, via OTB, is Giffords reciting the First Amendment only two days ago:

 Home   Share   Tweet

Next story in **Daily Dish** ›

×

Document title: An Assassination Attempt In Arizona: Live-Blogging -The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/an-assassination-attempt-in-arizona-live-blogging/177552/
Capture timestamp (UTC): Wed, 30 Aug 2017 21:23:24 GMT
PLAINTIFF TRIAL EXHIBIT 042

PALIN04361

5.41 pm. The ironies mount: here, via OTB, is Gifford's getting the 2nd
Amendment only two days ago:

5.35 pm. From the in-tray:

> Your knee-jerk reaction to attach that madman to the tea party is
> disgusting. You are vile Sullivan, absolutely vile! May God damn you
> with a bullet of your own.

After today, it's harder to ignore threats of violence from the far right, isn't it?
That a reader responded to this live-blog by hoping that I be shot is a sign of
where we've come. Especially since the writer is also simply wrong. My first take
was "Not exactly a Tea Party purist." But the currency stuff is weirdly out there.

5.22 pm. A former friend of Loughner's has a Twitter feed. Money quote:

> I haven't seen him since '07. Then, he was left wing.
>
> As I knew him he was left wing, quite liberal. & oddly obsessed with the
> 2012 prophecy.
>
> he was a pot head & into rock like Hendrix,The Doors, Anti-Flag.

5.06 pm. A photo of the alleged killer.

4.52 pm. We're live-blogging and piecing shreds of information together as best
we can. That means that information is provisional and any attempt to
understand a mind like Loughner's is close to impossible at this propinquity and
with this amount of information. So far, the content reveals a character not far
from this reader's diagnosis:

> This guy is a sui generis nut…no evidence that I can see of Tea Party
> influence. His concerns are to create his own reality. The terms: create
> your own currency, create your own language/definitions. Escape
> controlling consciousness of the dominant brainwashing powers by
> *sleepwalking*. Create your own laws. Raskalnikov not Sharron Angle.
> Reject Constitution, reject God, create your own religion.

⌂ Home    f Share    🐦 Tweet          Next story in **Daily Dish** ›

✕

controlling consciousness of the dominant brain *waking, dreaming, and
sleepwalking*. Create your own laws. Raskalnikov not Sharron Angle.
Reject Constitution, reject God, create your own religion.

The obsession with gold and silver and currency gives me pause. But it would be
hard to find a classic Tea Partier with The Communist Manifesto on his best
books list - to say the least. It seems to me so far that he appears a disturbed and
dangerous individual able to absorb shards of political conspiracy theories and
turn them into evil.

4.49 pm. The alleged murderer's Myspace page here. Money quote:

> Every US Government Official Agency is illegally accepting payment
> not in Gold or Silver.

4.43 pm. More Loughner quotes:

> "The majority of the citizens of the United States of America have
> never read the United States of America's Constitution. You don't have
> to accept the federalist laws. Nonetheless, read the United States of
> America's Constitution to apprehend all of the current treasonous laws.
> .... In conclusion, reading the second United States Constitution, I
> can't trust the current goverment because o fthe ratifications: The
> government is implying mind control and brainwash on the people by
> controlling grammar.
>
> No! I won't play debt with a currency that's not backed by gold and
> silver! No! I won't trust in God"

And so one moves back to the notion of far right rhetoric lying behind this. "I
won't play debt with a currency that's not backed by gold and silver!" is like a
parody of a Ron Paul supporter.

4.40 pm. Loughner quote from his YouTube page (which seems just plain nuts to
me rather than Tea Partyish):

> I'm able to control every belief and religion by being the mind-
> controller!

The exclamation point clinches it.

4.37 pm Live local news feed here.

4.34 pm. Nancy Pelosi's statement about violent rhetoric last year resonates very
strongly.

4.25 pm. His alleged YouTube introduction page is all about conspiracies and
currencies. So some Tea Party doctrine permeated his troubled mind:

---

Λ Home | f Share | Tweet

Next story in **Daily Dish** ›

×

Document title: An Assassination Attempt In Arizona: Live-Blogging -The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/an-assassination-attempt-in-arizona-live-blogging/177552/
Capture timestamp (UTC): Wed, 30 Aug 2017 21:23:24 GMT

PLAINTIFF TRIAL EXHIBIT 042

Page 4 of 13

PALIN04363

currencies. So some Tea Party doctrine permeated his troubled mind.

4.16 pm. Jared Lee Loughner. His alleged Youtube page is here. His favorite books:

> I had favorite books: Animal Farm, Brave New World, The Wizard Of OZ, Aesop Fables, The Odyssey, Alice Adventures Into Wonderland, Fahrenheit 451, Peter Pan, To Kill A Mockingbird, We The Living, Phantom Toll Booth, One Flew Over The Cuckoo's Nest, Pulp,Through The Looking Glass, The Communist Manifesto, Siddhartha, The Old Man And The Sea, Gulliver's Travels, Mein Kampf, The Republic, and Meno.

Peter Pan, Mein Kampf and the Communist Manifesto. Not exactly a Tea Party purist. But clearly disturbed.

4.07 pm. It seems her death has been retracted everywhere, and our 3.23 pm post is wrong. Pray for them all. From Amber's Twitter feed from the trauma surgeon:

> "The congresswoman is not deceased ... I am very optimistic about recovery." "Following commands."

Fantastic news.

3.59 pm. That MSNBC interview below has really affected me. Giffords, whom I had not noticed before, seems remarkably calm, reasoned, sane and public-spirited. She did not try to exploit the angry right's attacks on her, but she did rightly note them. What we're seeing here is an almost perfect case of foresight: a public figure specifically stargeted rhetorically in ways that seemed to encourage violence, several incidents that prove the threat was real, at-the-time warnings of the dangers of this, and a stirring refusal of Giffords to be intimidated.

That she was at the Safeway today is a great testimony to her character and to core



| ⋀ Home | f Share | 🐦 Tweet | | Next story in **Daily Dish** › |

✕

Document title: An Assassination Attempt In Arizona: Live-Blogging -The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/an-assassination-attempt-in-arizona-live-blogging/177552/
Capture timestamp (UTC): Wed, 30 Aug 2017 21:23:24 GMT

PLAINTIFF TRIAL EXHIBIT 042

PALIN04364

the dangers of this, and a stirring refusal of Giffords to be silenced:

That she was at the Safeway today is a great testimony to her character and to core values of democratic accountability. She warned us. We carried on.

3.56 pm A gun had appeared at one of her Safeway appearances before. From a Gail Collins column:

> Representative Gabrielle Giffords, an Arizona Democrat, was not actually holding a town hall when her gun incident occurred. She was conducting a "Congress on Your Corner" at the Douglas Safeway a simple event where people line up to get help with things like Social Security or documentation. But the health care protests have spread way beyond actual meetings about health care, and a handful of irritated conservatives have been following Giffords around almost everywhere.
>
> "When you represent a district the home of the O.K. Corral and Tombstone, the town too tough to die, nothing's a surprise," she told a reporter later, showing a commendable ability to respond to any crisis by throwing in a plug for local tourist attractions. Rudy Ruiz, the father of one of Giffords's college interns, saw the gun hit the floor. "It was an older gentleman, 65 or so. Basically, he was one of the ones holding up a banner saying Don't Tread on Me,' " said Ruiz. "He bent over, and it fell out of the holster is what it did. It bounced. That concerned me. I just thought what would happen if it had gone off? Could my daughter have gotten hurt?"

3.52 pm

Visit msnbc.com for breaking news, world news, and news about the economy

Giffords warned of this:

> "They really need to realize that the rhetoric and firing people up, and,

 Home   Share   Tweet

Next story in **Daily Dish** ›

✕

Document title: An Assassination Attempt In Arizona: Live-Blogging -The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/an-assassination-attempt-in-arizona-live-blogging/177552/
Capture timestamp (UTC): Wed, 30 Aug 2017 21:23:24 GMT

PLAINTIFF TRIAL EXHIBIT 042

Page 6 of 13

PALIN04365

JA 1758

> "They really need to realize that the rhetoric and firing people up, and, you know, even things for example, we're on Sarah Palin's targeted list, but the thing is, that the way that she has it depicted has the crosshairs of a gunsight over our district. When people do that, you gotta realize there's consequences to that action."

3.49 pm Various Palin sites are frantically removing various incendiary materials - which is both gratifying, but also, it seems to me, an acknowledgment of previous rhetorical excess. TakeBackThe20.com is in meltdown, images like these are being removed ASAP, and Palin's Facebook page simply cannot cope with the number of commenters blasting her.

3.41 pm A local Giffords campaign office had a brick thrown through the window last spring.

3.35 pm A campaign notice from Giffords' opponent last summer:

 

How many political candidates hold an automatic rifle in their open crotch in order to demonstrate their ideological bone fides? The conflation of conservatism with the willingness to use violence depressingly deepens.

3.31 pm A reader writes:

> I am standing in the aisle at Costco when I found out my Congresswomen, Gabrielle Giffords, has been shot dead up on the north side.
>
> While I'm scrambling with my phone, two couples in front of me are talking about it and suddenly I hear one of the women say, "Well, that's to be expected when you're so liberal."
>
> And the other woman says, "Ohh, so we get to appoint a Republican?"
>
> I did not trust myself to speak. I'm a Soldier. Please remind me what country I am fighting for? At least seven people are dead. She happens to be the only member of Congress married to an active duty military he's a Navy officer serving as an astronaut.

3.28 pm Palin responds:

✕

 Home   Share   Tweet

Next story in **Daily Dish** ›

Document title: An Assassination Attempt In Arizona: Live-Blogging -The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/an-assassination-attempt-in-arizona-live-blogging/177552/
Capture timestamp (UTC): Wed, 30 Aug 2017 21:23:24 GMT      PLAINTIFF TRIAL EXHIBIT 042

PALIN04366

3.28 pm Palin responds:

> "My sincere condolences are offered to the family of Rep. Gabrielle
> Giffords and the other victims of today's tragic shooting in Arizona. On
> behalf of Todd and my family, we all pray for the victims and their
> families, and for peace and justice."

3.25 pm. And so the politics of this just exploded:

> Her father Spencer Giffords, 75, was rushing to the hospital when
> asked if his 40-year-old daughter had any enemies. "Yeah," he told The
> New York Post. "The whole tea party."

3.22 pm This does not seem promising:

> Dr. Steven Rayle, a former emergency room doctor who now works in a
> hospice, said that he had witnessed the shootings. He said the
> congresswoman was standing behind a table outside the Safeway
> greeting passersby when the gunman approached her from behind,
> held a gun about a foot from her head and began firing.
>
> . "He must have got off 20 rounds," he said. Ms. Giffords slumped to
> the ground and staff members immediately rushed to her aid, Dr.
> Rayle said.
>
> Dr. Rayle said he performed CPR on some of the victims. He said one
> of the victims was a young child and appeared to be in critical condition
> with a gunshot wound.

3.15 pm. Details are sketchy and confusing so far, but the Dish team will be live-
blogging from now for a while to keep track of developments. Let's just say for
one moment: this is so awful that political grandstanding seems both
inappropriate right now, and yet also very appropriate. An attempted political
assassination is a political act and deserves a political response. We cannot wish
this side of the question away. We do not yet know the motives for this
excrescence. But they matter.

(Photo at top: he Longworth House Office Building on Capitol Hill January 8,
2011 in Washington, DC. By Brendan Smialowski/Getty.)

 Share  Tweet  Comments

**From The Web** Ads by Revcontent

   

LATEST VIDEO



**Dolores Huerta's Life of Activism**
The 87-year-old labor leader who fought with
Cesar Chavez says grassroots organizing is
still effective.

ABOUT THE AUTHOR

2006-2011 archives for THE DAILY DISH,
featuring Andrew Sullivan

×

Document title: An Assassination Attempt In Arizona: Live-Blogging -The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/an-assassination-attempt-in-arizona-live-blogging/177552/
Capture timestamp (UTC): Wed, 30 Aug 2017 21:23:24 GMT

PLAINTIFF TRIAL EXHIBIT 042

Page 8 of 13

PALIN04367


**Malia Obama's New Car Is Disgusting**
LoanPride


**The New C-Class From Mercedes-Benz Has Never Looked Better... Take A Look!**
Kelley Blue Book


**We Can Guess Your Education with Only 10 Questions**
Topix


**20 Makeup Routines All Older Women Should Know**
Trending Moms

# Most Popular



### The Quite Rational Basis for North Korea's Japan Overfly

ANKIT PANDA

This week, North Korea launched a missile designed to carry what it has described as a "large-sized, heavy nuclear warhead" over Japan. Following the launch, North Korea made clear its intentions for future tests. Kim Jong Un called for "more ballistic rocket launching drills with the Pacific as a target," according to a paraphrase of his order by North Korean state-run media. That's an important first, and represents North Korea's single-most provocative ballistic missile test since it began testing its first-generation Scuds

CONTINUE READING



### Have Smartphones Destroyed a Generation?

JEAN M. TWENGE

One day last summer, around noon, I called Athena, a 13-year-old who lives in Houston, Texas. She answered her phone—she's had an iPhone since she was 11—sounding as if she'd just woken up. We chatted about her favorite songs and TV shows, and I asked her what she likes to do with her friends. "We go to the mall," she said. "Do your parents drop you off?," I asked, recalling my own middle-school days, in the 1980s, when I'd enjoy a few parent-free hours shopping with my friends. "No—I go with my family," she

CONTINUE READING



### The Dumb Fact of Google Money

ALEXIS C. MADRIGAL

Washington, D.C., woke up to a humdinger of a story today, a flash portrait that shows the relationship between money, power, and ideas—and highlights the potential for intellectual corruption that has accompanied the flood of Big Tech money into the capital.

*The New York Times* reported that the New America Foundation, the digital-savvy center-left think tank, might have pushed out Barry Lynn, a ferocious and influential

CONTINUE READING

Document title: An Assassination Attempt In Arizona: Live-Blogging -The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/an-assassination-attempt-in-arizona-live-blogging/177552/
Capture timestamp (UTC): Wed, 30 Aug 2017 21:23:24 GMT

PLAINTIFF TRIAL EXHIBIT 042

PALIN04368

CONTINUE READING

---



### Yes, That's a Huge Floating Mass of Live Fire Ants in Texas

SARAH ZHANG

When there is flooding along the Gulf Coast, there are fire ants. The invasive ants congregate into living rafts, drifting through water until they reach solid ground again. It's a time-honed survival strategy.

But when there is Hurricane Harvey-level flooding, there are not just small rafts but huge, dense mats of fire ants.

"Holy crap, I have never, in my entire career as an ant

CONTINUE READING

---



### Will Smoking Pot Make Me Vomit Forever?

KATIE HEANEY

*Updated at 4:40 p.m. ET*

By all accounts, DARE—the acronym for Drug Abuse Resistance Education, an anti-drug education program founded in 1983 and, for a time, taught in up to 75 percent of American middle and high schools—doesn't work: Students who've undergone the program are just as likely to use drugs as those who haven't, and may be even more likely to drink or smoke cigarettes. That said: DARE

CONTINUE READING

---



### Houston's Flood Is a Design Problem

IAN BOGOST

Floods cause greater property damage and more deaths than tornadoes or hurricanes. And Houston's flood is truly a disaster of biblical proportions: The sky unloaded 9 trillion gallons of water on the city within two days, and much more might fall before Harvey dissipates, producing as much as 60 inches of rain.

Pictures of Harvey's runoff are harrowing, with interstates turned to sturdy and mature rivers. From Katrina to Sandy,

CONTINUE READING

---



### Bran Stark and the Problem of Omniscience

SPENCER KORNHABER

**This post contains spoilers through Season 7, Episode 7 of *Game of Thrones*.**

CONTINUE READING

✕

Document title: An Assassination Attempt In Arizona: Live-Blogging -The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/an-assassination-attempt-in-arizona-live-blogging/177552/
Capture timestamp (UTC): Wed, 30 Aug 2017 21:23:24 GMT

PLAINTIFF TRIAL EXHIBIT 042

PALIN04369

**1762**



CONTINUE READING

---



### Hurricane Harvey Lays Bare Our New Bargain With Nature

DAVID GRINSPOON

As I write this, the disaster of Hurricane Harvey is still unfolding. Buckets of rain are still falling in Houston and the waters are still rising. The flood damage, biblical in proportion, is frightening to behold. Even as the rescue efforts continue, many are wondering, "Is this the new normal for our coastal cities?"

As Earth's climate changes we can expect more destructive hurricanes. As sea level and surface temperatures rise, more

CONTINUE READING

---



### How Friends Become Closer

JULIE BECK

"Friendships don't just happen," says William Rawlins, a professor of interpersonal communication at Ohio University. "They don't drop from the sky."

Like any relationship, friendships take effort and work. But they're often the last to receive that effort after people expend their energy on work, family, and romance. And as I've written before, as time goes on, friendships often face more hurdles to intimacy than other close relationships. As

CONTINUE READING

---



### The FDA Approves a Landmark Cancer Drug

SARAH ZHANG

The Food and Drug Administration on Wednesday approved a new therapy to treat leukemia in kids and young adults—a decision whose importance is as much symbolic as it is practical.

Kymriah, from the Swiss pharmaceutical company Novartis, is a cancer therapy that represents several things at once: a game-changing way to treat cancer through genetic engineering, a novel paradigm for the biotech business, and

CONTINUE READING

---

VIDEO

### Against Empathy

CAITLIN CADIEUX AND PAUL BLOOM

From a moral standpoint, it makes the world worse.

WATCH VIDEO

✕

PLAINTIFF TRIAL EXHIBIT 042

PALIN04370



From a moral standpoint, it makes the world worse.

WATCH VIDEO

---



VIDEO

### Let's Talk About Female Orgasms

JAMES HAMBLIN, KATHERINE WELLS, AND PAUL ROSENFELD

It doesn't have to be awkward. James Hamblin and Dr. Lauren Streicher, author of *Love Sex Again*, discuss how to bring up sexual issues with your doctor, partner, and friends.

WATCH VIDEO

---



VIDEO

### Hate Groups Are Growing Under Trump

NICOLAS POLLOCK AND SOPHIA MYSZKOWSKI

The director of the Southern Poverty Law Center's Intelligence Project discusses an alarming new trend.

WATCH VIDEO

---

MORE POPULAR STORIES

0 Comments    The Atlantic                                    1  Login

♡ Recommend      Share                                        Sort by Best



Start the discussion…

LOG IN WITH        OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

ALSO ON THE ATLANTIC

**Does Marijuana Cause Cyclic Vomiting Syndrome?**
106 comments · 9 hours ago

Nat — As someone with CVS who has NEVER smoked weed (yes, DARE worked on me), this really really pissed …

**Trump Administration Puts on Hold Obama-Era Desegregation Effort**
378 comments · 6 hours ago

JayAyyy — To state the obvious, many poor families don't have the resources to move to 'high-opportunity …

**Hurricane Harvey Lays Bare Our New Bargain With Nature**
458 comments · 6 hours ago

**North Korea's Quite Rational Japan Overfly**
220 comments · 3 hours ago

✕

PLAINTIFF TRIAL EXHIBIT 042

PALIN04371

JA 1764



ALSO ON **THE ATLANTIC**

**Does Marijuana Cause Cyclic Vomiting Syndrome?**
106 comments · 9 hours ago

**Nat** — As someone with CVS who has NEVER smoked weed (yes, DARE worked on me), this really really pissed ...

**Trump Administration Puts on Hold Obama-Era Desegregation Effort**
376 comments · 6 hours ago

**JayAyyy** — To state the obvious, many poor families don't have the resources to move to "high-opportunity ...

**Hurricane Harvey Lays Bare Our New Bargain With Nature**
456 comments · 6 hours ago

**ProgressiveDog** — Why do rightwingers deny the science of climate change? Because if they admit that climate ...

**North Korea's Quite Rational Japan Overfly**
220 comments · 3 hours ago

**Haydn Fan** — Quite rational? Halfimagine the reportage if the US had just fired a missile over the Northern Korean ...

✉ Subscribe    Add Disqus to your site    Privacy

**DISQUS**



Document title: An Assassination Attempt In Arizona: Live-Blogging -The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/an-assassination-attempt-in-arizona-live-blogging/177552/
Capture timestamp (UTC): Wed, 30 Aug 2017 21:23:24 GMT

PLAINTIFF TRIAL EXHIBIT 042

Page 13 of 13

PALIN04372





# An Assassination?

THE DAILY DISH | JAN 8, 2011 | DAILY DISH

f Share   Tweet   ...

TEXT SIZE — +

Like *The Atlantic*? Subscribe to *The Atlantic Daily*, our free weekday email newsletter.

Email   SIGN UP



When a congresswoman is shot in the head in the very act of democracy, we should all pause. This is fundamentally not a partisan issue and should not be. Acts of violence against political figures destroy democracy itself, for both parties. We don't know who tried to kill congresswoman Gabrielle Giffords (she appears to be still alive) and we should be very cautious in drawing any conclusions yet about why. But we can know that, whoever tried to kill her and for whatever reason, political rhetoric involving words like "target" and "gun-sights" is inherently irresponsible.

For a public figure who has appeared on a national ticket and who commands a cult-like following, the irresponsibility is even more profound. And so one reads the following sentences from the Arizona Wildcat last September with the blood draining from one's face:

Document title: An Assassination? - The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/an-assassination/177553/
Capture timestamp (UTC): Mon, 14 Aug 2017 16:27:17 GMT   PLAINTIFF TRIAL EXHIBIT 043

Page 1 of 7

PALIN04352

For a public figure who has appeared on a national ticket and who commands a
cult-like following, the irresponsibility is even more profound. And so one reads
the following sentences from the Arizona Wildcat last September with the blood
draining from one's face:

> **Palin Reloads; Aims For Giffords**
>
> Earlier this year, Palin drew sharp criticism for featuring a map on her
> web page riddled with crosshairs targeting Democrats in vulnerable
> congressional districts. Tucson's Gabrielle Giffords is among the 20
> Democratic incumbents whom Palin intends to use for target practice.

Giffords was one of twenty members of Congress placed within metaphorical
"gun-sights" in SarahPac's graphic. That is not the same thing as placing a gun-
sight over someone's face or person. No one can possibly believe - or should - that
Sarah Palin is anything but horrified by what has taken place. But it remains the
kind of rhetorical excess which was warned about at the time, and which loners
can use to dreadful purposes. It is compounded by the kind of language used by
the Arizona Wildcat as well. Maybe "Palin Reloads; Aims For Giffords" is good
copy as a headline. But next time, an editor should surely pause before enabling
forces whose capacity for violence is real.



Commonsense Conservatives & lovers
of America: "Don't Retreat, Instead -
RELOAD!" Pls see my Facebook page.

about 9 hours ago via OpenBeak

 SarahPalinUSA
Sarah Palin

 

**From The Web**                                    Ads by Revcontent





**We Can Guess Your
Education with Only 10
Questions**
Topix

**Why Doctors in the Know No
Longer Prescribe Blood
Pressure Meds**
Vibrant Health Network

**Best Defense Against
Attacker is Not Pepper Spray**
Safesound Personal Alarm

**How This App Can Teach You
a Language in 3 Weeks**
Babbel

## Most Popular



**1**

### The Myth of the Kindly General Lee

ADAM SERWER

The strangest part about the continued personality cult of
Robert E. Lee is how few of the qualities his admirers
profess to see in him he actually possessed.

Memorial Day has the tendency to conjure up old



INDIANS VS RED SOX  6:10PM ET

MLB Monday 6:33pm EDT
**Who's the home run? Red Sox vs.
Indians**
In the past five years, the Boston Red Sox and
the Cleveland Indians have faced off 47 times
on the baseball diamond. Historically,
Cleveland has prov...

Next Story ▸

LATEST VIDEO



**The Problem With Confederate
Monuments**
New Orleans Mayor Mitch Landrieu believes
that the Civil War should be remembered, not
revered.

ABOUT THE AUTHOR

2006-2011 archives for THE DAILY DISH,
featuring Andrew Sullivan



The strangest part about the continued personality cult of Robert E. Lee is how few of the qualities his admirers profess to see in him he actually possessed.

Memorial Day has the tendency to conjure up old arguments about the Civil War. That's understandable; it was created to mourn the dead of a war in which the Union was nearly destroyed, when half the country rose up in rebellion in defense of slavery. This year, the removal of

CONTINUE READING

---



### What the Next Round of Alt-Right Rallies Will Reveal

J.M. BERGER

Members of the alt-right like to depict their movement as an irreverent response to political correctness.

On Saturday, in Charlottesville, Virginia, James Alex Fields Jr. drove a car through that façade, in a terrorist attack that killed Heather Heyer and injured 19 others who had gathered in opposition to the white-nationalist movement.

It was a defining moment, but not a moment for a pause. More alt-right rallies are scheduled for the coming Saturday.

CONTINUE READING

---



### Have Smartphones Destroyed a Generation?

JEAN M. TWENGE

One day last summer, around noon, I called Athena, a 13-year-old who lives in Houston, Texas. She answered her phone—she's had an iPhone since she was 11—sounding as if she'd just woken up. We chatted about her favorite songs and TV shows, and I asked her what she likes to do with her friends. "We go to the mall," she said. "Do your parents drop you off?," I asked, recalling my own middle-school days, in the 1980s, when I'd enjoy a few parent-free hours shopping with my friends. "No—I go with my family," she

CONTINUE READING

---



### *Game of Thrones*: No Choice at All

DAVID SIMS, LENIKA CRUZ, AND MEGAN GARBER

Every week for the seventh season of *Game of Thrones*, three Atlantic staffers will discuss new episodes of the HBO drama. Because no screeners were made available to critics in advance this year, we'll be posting our thoughts in installments.

CONTINUE READING

---



### How America Lost Its Mind

KURT ANDERSEN

When did America become untethered from reality?



Document title: An Assassination? - The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/an-assassination/177553/
Capture timestamp (UTC): Mon, 14 Aug 2017 16:27:17 GMT

PLAINTIFF TRIAL EXHIBIT 043

Page 3 of 7

PALIN04354



### How America Lost Its Mind

**KURT ANDERSEN**

When did America become untethered from reality?

I first noticed our national lurch toward fantasy in 2004, after President George W. Bush's political mastermind, Karl Rove, came up with the remarkable phrase *reality-based community*. People in "the reality-based community," he told a reporter, "believe that solutions emerge from your judicious study of discernible reality ... That's not the way the world really works anymore." A year later, *The Colbert*

CONTINUE READING

---



### Take the Statues Down

**YONI APPELBAUM**

On Saturday in Charlottesville, a rally in defense of a statue of Robert E. Lee turned into a reenactment of the cause he led—white supremacists marching behind the Confederate battle flag, their opponents left injured or dead on the ground.

But like Lee's soldiers, today's defenders of white supremacy are fighting for a losing cause, a defeat that their violence will only serve to make deeper and more lasting

CONTINUE READING

---



### His Kampf

**GRAEME WOOD**

On December 17, 2007, the libertarian magazine *Reason* held a Christmas bash—a "Very Special, Very Secular Christmas Party"—at its office in Washington, D.C. The guest of honor, the late *Atlantic* book critic Christopher Hitchens, tugged liberally on his drink and gave a speech about how the holiday season was oppressive ("like living in fucking North Korea"). Then near the height of his powers as an anti-theist pamphleteer, Hitchens led the crowd in a timeless rendition of Tom Lehrer's "A Christmas Carol,"

CONTINUE READING

---



### Time for Republicans to Leap From the Boat

**DAVID FRUM**

President Trump made two big political decisions over past half-week, and both are already proving disasters.

The first decision was to cut himself loose from the Republican leadership in Congress. Trump blasted Senate Majority Leader Mitch McConnell with a sequence of tweets fixing blame on McConnell—and thereby absolving himself —for the failure of Obamacare repeal.

The second decision was to issue a statement condemning

CONTINUE READING

Document title: An Assassination? - The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/an-assassination/177553/
Capture timestamp (UTC): Mon, 14 Aug 2017 16:27:17 GMT
PLAINTIFF TRIAL EXHIBIT 043

PALIN04355



blame on McConnell"—and thereby absolving himself
for the failure of Obamacare repeal.

The second decision was to issue a statement condemning

CONTINUE READING

## Why Scientists Can't Agree on Whether It's Unhealthy to Be Overweight

OLGA KHAZAN

Is being a little bit overweight bad for you? Could it lead to
an untimely death?

It's a question with real consequences. Many overweight
people feel locked in a fruitless battle with their size. If they
do slim down, the process might distort their metabolisms
forever. But if they remain overweight, non-thin people may
face intense prejudice and stigma, as the writer Taffy
Brodesser-Akner poignantly described in *The New York*

CONTINUE READING



## A Pharmaceutical CEO Breaks With Trump

JAMES HAMBLIN

Merck CEO Kenneth Frazier resigned this morning, citing
"a responsibility to take a stand against intolerance and
extremism." The president quickly attacked him.

CONTINUE READING



## Can It Happen Here?

DANIEL LOMBROSO AND DAVID FRUM

David Frum on Donald Trump's authoritarian tendencies

WATCH VIDEO

## The Problem With Confederate Monuments

NICOLAS POLLOCK AND BRIANNA PRESSEY

New Orleans Mayor Mitch Landrieu believes that the Civil
War should be remembered, not revered.

WATCH VIDEO



×

PLAINTIFF TRIAL EXHIBIT 043

PALIN04356





### 'Holy Shit, We're in a Cult'

JACLYN SKURIE AND NICOLAS POLLOCK

EnlightenNext was an organization that promised spiritual awakening. Instead, it turned into a complicated, often-sinister community.

WATCH VIDEO

MORE POPULAR STORIES

0 Comments        The Atlantic                                    1  Login

♡ Recommend      ⤢ Share                                    Sort by Best

[ Start the discussion… ]

LOG IN WITH          OR SIGN UP WITH DISQUS (?)

Ⓓ Ⓕ Ⓣ Ⓖ            [ Name                    ]

Be the first to comment.

ALSO ON THE ATLANTIC

**Is Fat Bad?**
50 comments • 8 hours ago•
Troll_in_Training — I always assumed that dieters were motivated by a desire to be more attractive. The health benefits …

**The Alt-Right's Rebranding Effort Has Failed**
466 comments • 19 hours ago•
gdi9 — Those mean lefties call Nazis Naziswah! wah!

**Game of Thrones: No Choice At All**
158 comments • 12 hours ago•
Myso-calledprecedentisorange — I've felt the same way about every episode this season.When the showrunners …

**The Search for a Magical Way to Stop Trump**
188 comments • 6 hours ago•
urgelt — David Graham writes, "Once the order is made, it must be followed; this is one basis on which deterrence, which …

✉ Subscribe      Add Disqus to your site      🔒 Privacy          DISQUS



## Subscribe

Get 10 issues a year and
save 65% off the cover price.

[ Name ]
[ Address 1 ] [ Address 2 ]
[ City ] [ State ▾ ] [ Zip ]
[ United States ] [ Email ]

## Newsletters

*The Atlantic*
☐ *The Atlantic* Daily
☐ This Week
☐ This Month
☐ New Photo Galleries

*CityLab*
☐ Today's Top Stories
☐ This Week's Most Popular Stories
☑ I want to receive updates from partners and sponsors

✕

Document title: An Assassination? - The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/an-assassination/177553/
Capture timestamp (UTC): Mon, 14 Aug 2017 16:27:17 GMT

PLAINTIFF TRIAL EXHIBIT 043

PALIN04357





Document title: An Assassination? - The Atlantic

Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/an-assassination/177553/

Capture timestamp (UTC): Mon, 14 Aug 2017 16:27:17 GMT

PLAINTIFF TRIAL EXHIBIT 043

Page 7 of 7

PALIN04358



# Was Shooting of Rep. Gabrielle Giffords Political?

The Arizona Democrat was shot outside of Tucson on Saturday morning

**MAX FISHER** | **JAN 8, 2011** | **POLITICS**

[f Share] [🐦 Tweet] [ ··· ]

TEXT SIZE

– +



Betterment

YOU WORK HARD FOR YOUR MONEY. YOU DESERVE TO MAKE THE MOST OF IT.

RETHINK WHAT YOUR MONEY CAN DO.

Invest with Confidence ▸

*This article is from the archive of our partner* **The Wire**

Rep. Gabrielle Giffords was among 18 people shot Saturday morning at a public meeting the Arizona Democrat was holding with constituents outside of Tucson. At least five people were killed, including U.S. District Court Judge John Roll and a 9-year-old child. Giffords was taken to a nearby hospital, where officials describe her condition as very critical but said they were "very optimistic" she would recover from the shot to her head. The shooter, 22-year-old Jared Lee Loughner, is in police custody. Andrew Sullivan and Garance Franke-Ruta are regularly updating at TheAtlantic.com as the story develops. Here is what commentators are saying about the shooting's implications and larger meaning. Initialy debate largely focuses on Giffords' record of opposing Arizona's controversial anti-immigration law and whether some conservative rhetoric -- such as Sarah Palin's controversial "target" map, which included Gifford -- could have played a role. Though several liberal writers raise this point, conservatives are so far mostly silent on the accusations.

- **The Ugly Political Context** Slate's David Weigel explains, "Last year, some Republican politicians used Second Amendment references (remember Sharron Angle and 'second Amendment remedies' if Harry Reid didn't lose) and revolutionary talk to express how angry they were about the state of their country. They strongly and vehemently rejected the charge, from Democrats, that they were encouraging an atmosphere of violence -- especially in the week after the health care vote. When Giffords's opponent held a fundraiser and pitched it as 'help remove Gabrielle Giffords from office, shoot a fully automatic M-16 with Jesse Kelly,' Democrats saw the specter of violence, and Republicans saw political posturing."

- **Did Extreme Political Rhetoric Contribute?** The Atlantic's James Fallows writes, "We don't know why the killer did what he did. If he is like Sirhan, we'll never 'understand.' But we know that it has been a time of extreme, implicitly violent political rhetoric and imagery, including SarahPac's famous bulls-eye map of 20 Congressional targets to be removed -- including Rep. Giffords. It is legitimate to discuss whether there is a connection between that tone and actual outbursts of violence, whatever the motivations of this killer turn out to be. At a minimum, it will be harder for anyone to talk -- on rallies, on cable TV, in ads -- about 'eliminating' opponents, or to bring rifles to political meetings, or to say 'don't retreat, reload.'"

- **Avoid Ideological 'Shoehorn'** The National Review's Jonah Goldberg sighs, "I've been trying to filter out the urge to vent my rage at those who

✕

Document title: Was Shooting of Rep. Gabrielle Giffords Political? -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/was-shooting-of-rep-gabrielle-giffords-political/342719/
Capture timestamp (UTC): Fri, 11 Aug 2017 15:24:12 GMT

PLAINTIFF TRIAL EXHIBIT 044

Page 1 of 7

PALIN04515

opponents, or to bring rifles to political meetings [...] said 'don't retreat, reload.'"

- **Avoid Ideological 'Shoehorn'** The National Review's Jonah Goldberg sighs, "I've been trying to filter out the urge to vent my rage at those who immediately shoe-horned these awful crimes into their ideological prism. There have been some truly disgusting displays of opportunism out there. I will confess to having made those kinds of mistakes in the past and I try very hard to learn from those mistakes. If I had my druthers, the news networks would ban political commentators of all stripes for the first 24 hours after these kinds of tragedies. The rush to be wrong first is just too hard for some to resist."

- **'Climate of Hate'** The New York Times' Paul Krugman writes, "You know that Republicans will yell about the evils of partisanship whenever anyone tries to make a connection between the rhetoric of Beck, Limbaugh, etc. and the violence I fear we're going to see in the months and years ahead. But violent acts are what happen when you create a climate of hate. And it's long past time for the GOP's leaders to take a stand against the hate-mongers."

- **Fire Krugman; Shooter Is Liberal** Gateway Pundit Jim Hoft fumes, "If *The New York Times* was a respectable news organization Krugman would be reprimanded or fired. ... Of course, Krugman wrote this before we found out that the shooter Jared Loughner is a left-winger who considers the Communist Manifesto one of his favorite books. It's time for Krugman to go!" However, as Reason's Radley Balko notes, "Alleged shooter's fave authors include Rand, Marx, Hitler, Harper Lee, Plato, Aesop, Orwell. Should be enough to confirm all biases."

- **Signs of Paranoid Schizophrenia** A reader emails Andrew Sullivan, "I'm a licensed psychologist with 20 years experience. I've watched the Jared Loughner Youtube videos. They show evidence of delusions of persecution. Loughner's less than coherent language also suggests a formal thought disorder. While Loughner can't be diagnosed without a full exam conducted in person, there are significant indications in the videos that he suffers from a psychotic disorder. ... If I had to guess, I'd go with paranoid schizophrenia. If that's the case, his politics are irrelevant."

*This article is from the archive of our partner The Wire.*

 Share    Tweet    Comments

**From The Web**    Ads by Revcontent


We Can Guess Your Education with Only 10 Questions
Topix


20 Makeup Routines All Older Women Should Know
Trending Mama


Why Doctors in the Know No Longer Prescribe Blood Pressure Meds
Vibrant Health Network

Best Defense Against Attacker is Not Pepper Spray
Safesound Personal Alarm

## Most Popular


Find mutual funds for your strategy with the **FIDELITY MUTUAL FUND EVALUATOR**

GET STARTED

*Investing involves risk, including risk of loss.*
*Fidelity Brokerage Services, Member NYSE, SIPC*
*© 2015 FMR LLC. All rights reserved. 735527.1.7*
Fidelity


LATEST VIDEO



**How Cable News Fails Viewers**
Jon Lovett wonders if political commentary has become theater criticism.

ABOUT THE AUTHOR

 **MAX FISHER** is a former writer and editor at *The Atlantic*.

PLAINTIFF TRIAL EXHIBIT 044

PALIN04516

# Most Popular



### Have Smartphones Destroyed a Generation?

JEAN M. TWENGE

One day last summer, around noon, I called Athena, a 13-year-old who lives in Houston, Texas. She answered her phone—she's had an iPhone since she was 11—sounding as if she'd just woken up. We chatted about her favorite songs and TV shows, and I asked her what she likes to do with her friends. "We go to the mall," she said. "Do your parents drop you off?," I asked, recalling my own middle-school days, in the 1980s, when I'd enjoy a few parent-free hours shopping with my friends. "No—I go with my family," she

CONTINUE READING



### How America Lost Its Mind

KURT ANDERSEN

When did America become untethered from reality?

I first noticed our national lurch toward fantasy in 2004, after President George W. Bush's political mastermind, Karl Rove, came up with the remarkable phrase *reality-based community*. People in "the reality-based community," he told a reporter, "believe that solutions emerge from your judicious study of discernible reality ... That's not the way the world really works anymore." A year later, *The Colbert*

CONTINUE READING



### Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken

KRISHNADEV CALAMUR

President Trump this week has gone from saying the U.S. will respond to North Korean threats with "fire and fury like the world has never seen" to clarifying those words were perhaps not "tough enough," and to spelling out Friday, in case there were doubts, that the U.S. military was "locked and loaded" to counter any threat.



CONTINUE READING



### Is the World Slouching Toward a Grave Systemic Crisis?

PHILIP ZELIKOW

*On August 5, Philip Zelikow delivered the following keynote address at the annual meeting of the Aspen Strategy Group, a discussion forum for experts and government practitioners. Zelikow, who is currently the White Burkett Miller Professor of History at the University of Virginia, has served at all levels of American government, and for administrations of both parties —including roles at the White House, State Department, and*

Document title: Was Shooting of Rep. Gabrielle Giffords Political? -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/was-shooting-of-rep-gabrielle-giffords-political/342719/
Capture timestamp (UTC): Fri, 11 Aug 2017 15:24:12 GMT

PLAINTIFF TRIAL EXHIBIT 044

PALIN04517



day at the annual meeting of the Aspen Strategy Group, a discussion forum for experts and government practitioners. Zelikow, who is currently the White Burkett Miller Professor of History at the University of Virginia, has served at all levels of American government, and for administrations of both parties —including roles at the White House, State Department, and Pentagon. He was also the executive director of the 9/11 Commission. In this speech he reflects on the much-discussed

CONTINUE READING



### How to Deal With North Korea

**MARK BOWDEN**

点击这里阅读中文版本 | Read this article in Chinese.

Thirty minutes. That's about how long it would take a nuclear-tipped intercontinental ballistic missile (ICBM) launched from North Korea to reach Los Angeles. With the powers in Pyongyang working doggedly toward making this possible—building an ICBM and shrinking a nuke to fit on it —analysts now predict that Kim Jong Un will have the

CONTINUE READING



### Are Index Funds Evil?

**FRANK PARTNOY**

If you're like me, you've cheered the decades-long rise of index funds—investment vehicles that seem (these days) to be a rare case of financial innovation that actually helps regular people. By trying merely to match the market, not beat it—investing passively in stocks that mimic a published market index, like the S&P 500—they're able to offer both low fees and peace of mind for people not inclined to try to pick which stocks to buy and sell.

CONTINUE READING



### Why Is Trump Turning on the Ally He Needs Most?

**DAVID A. GRAHAM**

The three people with the greatest power over Donald Trump's political future are Senate Majority Leader Mitch McConnell, Special Counsel Robert Mueller, and Trump himself.

And if the president's recent treatment of McConnell and Mueller is any indication, Trump had better watch out.

The president is on a sustained campaign against the leader of the Senate. For the second day in a row, Trump broke

CONTINUE READING



### Annie Dillard's Classic Essay: 'Total Eclipse'

**ANNIE DILLARD**

Document title: Was Shooting of Rep. Gabrielle Giffords Political? -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/was-shooting-of-rep-gabrielle-giffords-political/342719/
Capture timestamp (UTC): Fri, 11 Aug 2017 15:24:12 GMT
PLAINTIFF TRIAL EXHIBIT 044
PALIN04518

JA 1776



### Annie Dillard's Classic Essay: 'Total Eclipse'

ANNIE DILLARD

*Ever since it was first published in 1982, readers—including this one—have thrilled to "Total Eclipse," Annie Dillard's masterpiece of literary nonfiction, which describes her personal experience of a solar eclipse in Washington State. It first appeared in Dillard's landmark collection,* Teaching a Stone to Talk, *and was recently republished in* The Abundance, *a new anthology of her work. The Atlantic is pleased to offer the essay in full, here, until the day after the 'Great American Eclipse' on August 21.*

CONTINUE READING



### Emmanuel Macron: Monsieur Unpopular

YASMEEN SERHAN

Emmanuel Macron has said that he wants to govern like the Roman god Jupiter, staying above the fray of everyday government issues. But less than three months into the French president's time in office, his poll numbers are proving just how mortal he is. U.K.-based pollster YouGov reported a seven-point drop in the young leader's approval rating, which fell from 43 to 36 percent over the month of July. French pollster Ifop observed a similar decline over the same period, noting that: "Apart from Jacques Chirac in July

CONTINUE READING



### John le Carré Goes Back Into the Cold

DAVID IGNATIUS

John le Carré's triumph (and consequent burden) is that he created characters and language so evocative of the spy world that they became more real in readers' minds than real people or events. This happens occasionally with books or movies: Our images of the old South are inseparable from the way it was portrayed in *Gone With the Wind*. It's said that even real-life members of the Mafia learn how mobsters are supposed to talk by watching *The Godfather*.

CONTINUE READING



### 'Holy Shit, We're in a Cult'

JACLYN SKURIE AND NICOLAS POLLOCK

EnlightenNext was an organization that promised spiritual awakening. Instead, it turned into a complicated, often-sinister community.

WATCH VIDEO

✕

Document title: Was Shooting of Rep. Gabrielle Giffords Political? -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/was-shooting-of-rep-gabrielle-giffords-political/342719/
Capture timestamp (UTC): Fri, 11 Aug 2017 15:24:12 GMT

PLAINTIFF TRIAL EXHIBIT 044

PALIN04519



**VIDEO**

## What Does 'Late Capitalism' Really Mean?

LEAH VARJACQUES, ALICE ROTH, AND ANNIE LOWREY

The intellectual meme for a garbage economy

WATCH VIDEO



**VIDEO**

## Can Single People Be Happy?

KASIA CIEPLAK-MAYR VON BALDEGG, SAM PRICE-WALDMAN, AND GREYSON KORHONEN

We asked experts.

WATCH VIDEO

MORE POPULAR STORIES

0 Comments    The Atlantic                              1 Login

♡ Recommend      Share                                  Sort by Best

[avatar]  Start the discussion...

LOG IN WITH          OR SIGN UP WITH DISQUS ?

D  f  🐦  G           Name

Be the first to comment.

ALSO ON **THE ATLANTIC**

**Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken**
305 comments • 2 hours ago
JanDeDoot — "Trump's order to use nuclear weapons may be unpopular, but the long-term consequences of the ...

**North Korea: The View From Guam**
156 comments • 19 hours ago
EnderAK12 — North Korea does not want to strike Guam. Their threat two days ago confirmed that they know what we ...

**Is the World Slouching Toward a Grave Systemic Crisis?**
32 comments • 6 hours ago
Mike Senger — America is still a really, really nice place. I encourage you to take a short trip to a third-world slum ...

**Why Is Trump Attacking Mitch McConnell?**
418 comments • 19 hours ago
havegunwilltravel — The one good thing about Trump's election is that it has turned a Klieg light on the Republican ...

✉ Subscribe    ➕ Add Disqus to your site    🔒 Privacy            **DISQUS**

✕

Document title: Was Shooting of Rep. Gabrielle Giffords Political? -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/was-shooting-of-rep-gabrielle-giffords-political/342719/
Capture timestamp (UTC): Fri, 11 Aug 2017 15:24:12 GMT     PLAINTIFF TRIAL EXHIBIT 044

PALIN04520

JA 1778



Start the discussion...

LOG IN WITH          OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

ALSO ON THE ATLANTIC

**Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken**
305 comments · 2 hours ago

JanDeDoot — "Trump's order to use nuclear weapons may be unpopular, but the long-term consequences of the ...

**North Korea: The View From Guam**
156 comments · 19 hours ago

EnderAK12 — North Korea does not want to strike Guam. Their threat two days ago confirmed that they know what we ...

**Is the World Slouching Toward a Grave Systemic Crisis?**
32 comments · 6 hours ago

Mike Senger — America is still a really, really nice place. I encourage you to take a short trip to a third-world slum ...

**Why Is Trump Attacking Mitch McConnell?**
418 comments · 19 hours ago

havegunwilltravel — The one good thing about Trump's election is that it has turned a Klieg light on the Republican ...

✉ Subscribe      ⊘ Add Disqus to your site      🔒 Privacy

**DISQUS**



## Subscribe

Get 10 issues a year and save 65% off the cover price.

| Name |
| Address 1 | Address 2 |
| City | State ▾ | Zip |
| United States | Email |

**ORDER NOW**

Fraud Alert regarding The Atlantic

## Newsletters

*The Atlantic*                    CityLab

☐ *The Atlantic* Daily          ☐ Today's Top Stories
☐ This Week                      ☐ This Week's Most Popular Stories
☐ This Month
☐ New Photo Galleries         ☑ *I want to receive updates from partners and sponsors.*
☐ Top Videos This Week
☐ Politics & Policy Daily        Email

**SIGN UP**

## Follow

🔵 Facebook          🔵 Twitter
🔵 LinkedIn          🔴 Instagram
🔵 Tumblr            🔴 Pinterest
🟠 RSS               ⚪ App Store

## About

Masthead              Contact Us
FAQ                   Send a News Tip
Press                 Privacy Policy
Jobs                  Advertise
Shop                  Advertising Guidelines
Books                 Terms and Conditions
Emporium              Responsible Disclosure
Manage Subscription   Site Map

✕

TheAtlantic.com Copyright (c) 2017 by The Atlantic Monthly Group. All Rights Reserved.

Document title: Was Shooting of Rep. Gabrielle Giffords Political? -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/was-shooting-of-rep-gabrielle-giffords-political/342719/
Capture timestamp (UTC): Fri, 11 Aug 2017 15:24:12 GMT

PLAINTIFF TRIAL EXHIBIT 044

PALIN04521

*The* Atlantic

Popular   Latest   Sections ⌄   Magazine ⌄   More ⌄   Subscribe   🔍

# Did Sarah Palin's Target Map Play Role in Giffords Shooting?

Was it yelling fire in a crowded theater?

**MAX FISHER**   |   JAN 10, 2011   |   **POLITICS**



[f Share]  [🐦 Tweet]  [ ... ]

TEXT SIZE
[ − ] [ + ]

Subscribe to *The Atlantic's* Politics & Policy Daily, a roundup of ideas and events in American politics.

[ Email ]  [ SIGN UP ]

*This article is from the archive of our partner* **THE WIRE**

In March of 2010, Sarah Palin released a map of 20 Congressional districts she and John McCain had won in 2008 but whose Congressmen had voted in favor of the recently passed health care reform bill. The map, released amid a wave of small-scale violence against Democratic lawmakers, marked each targeted district with a set of crosshairs. Palin, who had promoted the map by tweeting "Don't Retreat, Instead - RELOAD," drew controversy with the map, which some critics saw as a winking approval of violence.

On Saturday, Arizona Democrat Gabrielle Giffords, one of the 20 targeted Congressmen, was shot in the head by 22-year-old Jared Loughner, whose attack wounded 13 others and killed six. Loughner, who appears to have planned methodically to kill Giffords, had recently shown signs of severe mental deterioration, according to friends and acquaintances. In the wake of his shocking and senseless attack, a number of commentators are asking, as The Atlantic's James Fallows put it, "whether there is a connection between" such "extreme, implicitly violent political rhetoric and imagery" as that published by Palin and "actual outbursts of violence, whatever the motivations of this killer turn out to be." In other words, did Palin's map cross the line famously described by Supreme Court Justice Oliver Wendell Holmes as "falsely shouting fire in a theater and causing a panic?" Here's the debate.

**Palin at Fault**

- **What Palin Did Wrong** The Atlantic's Andrew Sullivan clarifies, "No one is saying Sarah Palin should be viewed as an accomplice to murder. Many are merely saying that her recklessly violent and inflammatory rhetoric has poisoned the discourse and has long run the risk of empowering the deranged. We are saying it's about time someone took responsibility for this kind of rhetorical extremism, because it can and has led to violence and murder." He points out that Giffords herself had expressed concern about Palin's map.

- **'Imagery of Armed Revolution'** The New York Times' Matt Bai writes, "it's hard not to think [Loughner] was at least partly influenced by a debate that often seems to conflate philosophical disagreement with some kind of

[ ✕ ]

murders." He points out that Giffords never said anything specifically about Palin's map.

- **'Imagery of Armed Revolution'** The New York Times' Matt Bai writes, "it's hard not to think [Loughner] was at least partly influenced by a debate that often seems to conflate philosophical disagreement with some kind of political Armageddon." Bai explains, "The problem would seem to rest with the political leaders who pander to the margins of the margins, employing whatever words seem likely to win them contributions or TV time, with little regard for the consequences." He says Palin and other used "imagery of armed revolution. Popular spokespeople like Ms. Palin routinely drop words like 'tyranny' and 'socialism' when describing the president and his allies, as if blind to the idea that Americans legitimately faced with either enemy would almost certainly take up arms. "

- **The Psychology of Incited Violence** At Psychology Today, neurologist David Weisman writes, "The question is not 'did Sarah Palin's violent rhetoric cause this shooting?' The question is 'does inciting violence factor in a multi-factorial process?'" Weisman explores the decision-making process and role of unconscious biases, concluding, "Although there is little clear evidence in this case, the data highlights the importance of butterfly events on human actions. Jared Loughner is clearly deranged. He drank deeply from internal insanity and external stimuli. His actions did not take place in a vacuum."

## Palin Not at Fault

- **'Inflamed Rhetoric' Is Part of Free Speech** Slate's Jack Shafer says the calls "to take our political conversation down a few notches might make sense if anybody had been calling for the assassination in the first place, which they hadn't." He cautions, "Any call to cool 'inflammatory' speech is a call to police all speech, and I can't think of anybody in government, politics, business, or the press that I would trust with that power." Shafer adds, "Asking us to forever hold our tongues lest we awake their deeper demons infantilizes and neuters us and makes politicians no safer."

- **'Bashing' Palin Is About 'Political Agendas'** "Here we go again in Arizona," The Daily Beast's Howard Kurtz sighs, "as people with political agendas unleash their attacks even before the victims of this senseless shooting have been buried. I find it depressing beyond belief. This isn't about a nearly year-old Sarah Palin map; it's about a lone nutjob who doesn't value human life. It would be nice if we briefly put aside partisan differences and came together with sympathy and support for Gabby Giffords and the other victims, rather than opening rhetorical fire ourselves."

- **Palin Victim of 'Blood Libel'** Glenn Reynolds fumes in the Wall Street Journal, "When Democrats use language like this--or even harsher language like Mr. Obama's famous remark, in Philadelphia during the 2008 campaign, 'If they bring a knife to the fight, we bring a gun'--it's just evidence of high spirits, apparently. But if Republicans do it, it somehow creates a climate of hate. There's a climate of hate out there, all right, but it doesn't derive from the innocuous use of political clichés. And former Gov. Palin and the tea party movement are more the targets than the source."

*This article is from the archive of our partner The Wire.*

  



**LATEST VIDEO**



**The Health-Care Cost of Homelessness**

Anthony Ruffin's personal mission to place the most vulnerable people living on the street in housing

**ABOUT THE AUTHOR**

 **MAX FISHER** is a former writer and editor at *The Atlantic*.

Document title: Did Sarah Palin&#39;sTarget Map Play Role in Giffords Shooting? -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/did-sarah-palin-s-target-map-play-role-in-giffords-shooting/342714/
Capture timestamp (UTC): Mon, 10 Jul 2017 14:26:23 GMT   PLAINTIFF TRIAL EXHIBIT 045

PALIN04394

Palin and the tea party movement are more the t[...] that resource.

*This article is from the archive of our partner The Wire.*

ABOUT THE AUTHOR



**MAX FISHER** is a former writer and editor at *The Atlantic.*

**f** Share   **Tweet**   💬 Comments

### From The Web
Ads by Revcontent



This Crazy Trick "Ends" Ear Ringing (Tinnitus) in 2 Hours,
Quiet Mind Plus



How This App Can Teach You a Language In 3 Weeks
Babbel



We Can Guess Your Education with Only 10
Topix



Illinois Landlines Get Replaced (But Not with Cell
Talk Tech Daily

# Most Popular



**1**

### If There Was No Collusion, It Wasn't for Lack of Trying

DAVID A. GRAHAM

Since his presidential campaign was first alleged by critics to have colluded with the Russian government to undermine Hillary Clinton, Donald Trump has been consistent—and unusually so—in steadfastly denying it. Now it seems clear that if his denials are true, it isn't because Trump's advisers were unwilling to collude. And that confirmation comes, surprisingly, from Trump's own son and namesake, Donald Trump Jr.

CONTINUE READING



**2**

### The Story of Jay-Z

ADAM SERWER

Until *4:44*, Jay-Z's albums could be understood as an indictment of the immorality of capitalism by a man luxuriating in its fruits. Jay-Z argued that there was something revolutionary in this, in a black man born in the projects proving himself a better entrepreneur than white men born into plenty, as if to suggest the infinite human potential destroyed by the circumstances he escaped. He was right.

CONTINUE READING



**3**

### Kim Jong Un: The Hardest Intelligence Target

AMY ZEGART

North Korea lit some nasty fireworks on July 4th, successfully testing a long-range missile capable of hitting Alaska. The test sent jitters up the spines of American national security officials—for good reason. The Hermit Kingdom hasn't yet been able to put a nuclear warhead atop

✕

Document title: Did Sarah Palin&#39;sTarget Map Play Role in Giffords Shooting? -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/did-sarah-palin-s-target-map-play-role-in-giffords-shooting/342714/
Capture timestamp (UTC): Mon, 10 Jul 2017 14:26:23 GMT

PLAINTIFF TRIAL EXHIBIT 045

Page 3 of 7

PALIN04395

**1782**



North Korea lit some nasty fireworks on July 4th,
successfully testing a long-range missile capable of hitting
Alaska. The test sent jitters up the spines of American
national security officials—for good reason. The Hermit
Kingdom hasn't yet been able to put a nuclear warhead atop
an intercontinental ballistic missile, but it is getting there
faster than intelligence analysts expected. All the trend lines
are bad. Yields from North Korea's nuclear tests are getting
larger. Its arsenal is too, with an estimated 20-25 weapons

CONTINUE READING

---



### The Bad American Habits I Kicked in Finland

TIMOTHY D. WALKER

"Well, you're just special. You're American," remarked my
colleague, smirking from across the coffee table. My other
Finnish coworkers, from the school in Helsinki where I
teach, nodded in agreement. They had just finished
critiquing one of my habits, and they could see that I was on
the defensive.

I threw my hands up and snapped, "You're accusing me of
being too friendly? Is that really such a bad thing?"

CONTINUE READING

---



### Why Women Choose Not to Have Children

SOPHIE GILBERT

Pope Francis is widely believed to be a cool Pope—a
huggable, Upworthyish, meme-ready, self-deprecating
leader for a new generation of worshippers. "He has
described himself as a sinner," writes Archbishop Desmond
Tutu in Pope Francis' entry on *Time*'s list of the 100 most
influential people in the world, "and his nonjudgmental
views on ... issues such as sexual orientation and divorce
have brought hope to millions of Roman Catholics around
the world."

CONTINUE READING

---



### Will Congress Hold Russia Accountable for the Behavior Trump Excuses?

DAVID FRUM

From the start of the Trump-Russia story, there have been
many secrets, but no mysteries.

Russia interfered in the 2016 presidential election to help
Donald Trump. Donald Trump publicly welcomed that
help, and integrated the fruits of Russian intervention into
his closing campaign argument. ("I love WikiLeaks!") Since
being elected, he has attempted to tilt American policy
toward Russia, above all by his persistent and repeated

CONTINUE READING

---



### What on Earth Is Wrong With Connecticut?

✕

Document title: Did Sarah Palin&#39;sTarget Map Play Role in Giffords Shooting? -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/did-sarah-palin-s-target-map-play-role-in-giffords-shooting/342714/
Capture timestamp (UTC): Mon, 10 Jul 2017 14:26:23 GMT

PLAINTIFF TRIAL EXHIBIT 045

PALIN04396

CONTINUE READING



**7**

### What on Earth Is Wrong With Connecticut?

DEREK THOMPSON

*Updated on July 5 at 4:47 p.m. ET*

The state of Connecticut has many nicknames. It is the Nutmeg State, the Constitution State, and America's Country Club, while Hartford, its capital city, has been called the Nation's Filing Cabinet. But as Connecticut grapples with a deep fiscal crisis, it might as well embrace another moniker: The Rorschach State. For the left and the right, it is the manifestation of each side's greatest fears.

CONTINUE READING



**8**

### The Book That Predicted Trump's Rise Offers the Left a Roadmap for Defeating Him

CONOR FRIEDERSDORF

Twenty years ago, in a series of lectures on the history of American civilization, the philosopher Richard Rorty offered a prediction. His words languished in relative obscurity until the unexpected rise of Donald Trump made them seem prescient.

Labor unions and unskilled workers will sooner or later realize that "their government is not even trying to prevent wages from sinking or to prevent jobs from being exported."

CONTINUE READING



**9**

### How the Qatar Crisis Shook Up the World's Supply of Helium

SARAH ZHANG

Helium has two special abilities. It is extremely light, and it can get extremely cold without freezing.

Largely for these reasons, the element is needed to use or make all sorts of things: semiconductors, rocket fuel, computer hard drives, the Large Hadron Collider, magnets in MRI machines, airships, scuba tanks, arc welding, anything that needs to be super cold, and of course, balloons.

CONTINUE READING



**10**

### The Falsehood at the Core of Trump's Warsaw Speech

DAVID FRUM

Sunday was "trivialize violence against the media" day for President Trump. Thursday was "fly to Warsaw and champion Western values day."

As presidential speeches go, Trump's address in Warsaw was fair. Ish. If you forget who is speaking and what that person has been saying and doing since Inauguration Day—

Document title: Did Sarah Palin&#39;sTarget Map Play Role in Giffords Shooting? -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/did-sarah-palin-s-target-map-play-role-in-giffords-shooting/342714/
Capture timestamp (UTC): Mon, 10 Jul 2017 14:26:23 GMT

PLAINTIFF TRIAL EXHIBIT 045

PALIN04397



Trump. Thursday was "go to Warsaw and
champion Western values day."

As presidential speeches go, Trump's address in Warsaw
was fair. Ish. If you forget who is speaking and what that
person has been saying and doing since Inauguration Day—
since the opening of his campaign in 2015—and really
through his career.

CONTINUE READING

---



### The Super-Users of America's Health-Care System

YUKAI DU, NICOLAS POLLOCK, AND ANDREW MCGILL

America's collective medical spending can be traced back
to a very small group of people.

WATCH VIDEO

---



### Why Are Humans Awkward?

ALICE ROTH, OLGA KHAZAN, JACKIE LAY, AND JEREMY RAFF

The science behind that cringeworthy feeling

WATCH VIDEO

---



### The Pros and Cons of Living on a Sailboat in the Caribbean

CHRIS HELLER AND NADINE AJAKA

"If you think I'm a dirtbag, then you don't understand the
lifestyle."

WATCH VIDEO

---

MORE POPULAR STORIES

0 Comments     The Atlantic                                    1 Login

♡ Recommend      ⤴ Share                           Sort by Best

[ 👤 ] [ Start the discussion… ]

LOG IN WITH                      OR SIGN UP WITH DISQUS (?)

[D] [f] [y] [G]                  [ Name ]

×

Document title: Did Sarah Palin&#39;sTarget Map Play Role in Giffords Shooting? -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/did-sarah-palin-s-target-map-play-role-in-giffords-shooting/342714/
Capture timestamp (UTC): Mon, 10 Jul 2017 14:26:23 GMT

PLAINTIFF TRIAL EXHIBIT 045

PALIN04398

JA 1785

Start the discussion…

LOG IN WITH                    OR SIGN UP WITH DISQUS ⓘ



Name

Be the first to comment.

ALSO ON **THE ATLANTIC**

**If There Was No Collusion, It Wasn't for Lack of Trying**
565 comments • 5 hours ago

whynotsomethingsomething — There are plenty of people in prison for terrorism right now because they showed up to …

**Why Did Donald Trump Jr. Solicit Information From a Russian Lawyer?**
801 comments • 16 hours ago

Flatley — Let's all sit back and relax as Trump fans everywhere frantically get to work moving the goalposts on this fine …

**The Falsehood at the Core of Trump's Warsaw Speech**
1533 comments • 3 days ago

rigordonma — "The phrase 'the blood of patriots' does not belong in the mouth of a president who 'likes people who …

**Will Congress Hold Russia Accountable for the Behavior Trump …**
1310 comments • 17 hours ago

Damascusdean — "Was Donald Trump Jr.'s meeting with a shady Russian lawyer who offered dirt on Hillary Clinton in …

✉ Subscribe     🔒 Add Disqus to your site     🔒 Privacy                    **DISQUS**



## Subscribe

Get 10 issues a year and save 65% off the cover price.

Name
Address 1          Address 2
City               State ▾   Zip
United States      Email
**ORDER NOW**

Fraud Alert regarding The Atlantic

## Newsletters

*The Atlantic*                    CityLab

☐ *The Atlantic* Daily           ☐ Today's Top Stories
☐ This Week                      ☐ This Week's Most Popular Stories
☐ This Month
☐ New Photo Galleries            ☑ *I want to receive updates from partners and sponsors.*
☐ Top Videos This Week
☐ Politics & Policy Daily         Email

                                 **SIGN UP**

## Follow

📘 Facebook          🐦 Twitter
📘 LinkedIn          📷 Instagram
t Tumblr            📌 Pinterest
📡 RSS              📱 App Store

## About

Masthead          Contact Us
FAQ               Privacy Policy
Press             Advertise
Jobs              Advertising Guidelines
Shop              Terms and Conditions
Books             Manage Subscription
Emporium          Responsible Disclosure
                  Site Map

Copyright © 2017 by The Atlantic Monthly Group. All Rights Reserved.

✕

Document title: Did Sarah Palin&#39;sTarget Map Play Role in Giffords Shooting? -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/did-sarah-palin-s-target-map-play-role-in-giffords-shooting/342714/
Capture timestamp (UTC): Mon, 10 Jul 2017 14:26:23 GMT          **PLAINTIFF TRIAL EXHIBIT 045**

PALIN04399

*The Atlantic*

Popular ‧ ‧ ‧ ‧ ‧ ‧     Sections ⌄     Magazine ⌄     More ⌄     Subscribe     🔍

# What We Know About Jared Lee Loughner

Reporters gather facts and interviews about the Arizona shooter

JOHN HUDSON   |   JAN 10, 2011   |   **POLITICS**

[f Share]  [🐦 Tweet]  [ ••• ]

TEXT SIZE   −   +


Chevron spent **$4 billion** with women and minority owned businesses over the past 5 years

*This article is from the archive of our partner* **The Wire**

In the aftermath of Jared Lee Loughner's deadly killing spree, reporters are scrambling to piece together his troubled background. Accurately depicting a shooter's mental constitution is no easy task, but reporters are doing it the only way they can: interviewing scores of friends, high school and college instructors and mental health experts. In the past few days, neither Loughner nor his family have been available for comment. Here's what we know about the man who allegedly killed six and injured 14 in Arizona Saturday.

- **Loughner's Roots**  "Loughner spent his adolescence just north of Tucson, in a community where a flat carpet of strip malls and low subdivisions dissolves at its fringes into dirt roads and rolling, saguaro-spiked desert," report Alexandra Berzon and Charles Forelle at The Wall Street Journal. "High-school friends give varying accounts of his home life; one, Alex Montanaro, describes a warm family who encouraged Mr. Loughner's interest in music; another, Zach Osler, says Mr. Loughner told him he was unhappy being at home."

- **Testimony from Friends** "Friends of ... Loughner have described him as a cannabis-smoking loner with a 'twisted' sense of humour and an obsession for conspiracy theories," adds Damien Pearse at Sky News. "One told how during an advanced poetry writing class he grabbed his crotch and galloped around the room--reading a bland poem about going to the gym." In another incident, Loughner apparently burst out laughing while a classmate read a "very personal" poem about her abortion. He also reportedly showed up in class stinking of tequila and passed out within five minutes of sitting down. "He was convinced that the 9/11 attack was orchestrated by the US government, believed the mission to Mars was fake and described humans as 'sheep,'" said his friends.

- **He Was More Delusional Than Political**, report Carolyn Jones and Casey Newton at the San Francisco Chronicle: "Posting strange and paranoid messages on the Internet and fixating on the end of the world, accused gunman Jared Lee Loughner appeared to be more driven by a delusional mind than a real interest in politics, mental health experts said Sunday." They interview Dr. Bob Dolgoff, the medical director of Alta Bates Summit Medical Center's mental health division. "I doubt people who say this is about politics have a good understanding of mental illness," he says. "It could be conspiracy theories or men from outer space. The important thing here is, why wasn't he in treatment?" They note Loughner's odd "obsession" with the Mayan prophecy of a 2012 apocalypse, mind control, illiteracy and the gold standard.

Document title: What We Know About Jared Lee Loughner - The Atlantic

Capture URL: https://www.theatlantic.com/politics/archive/2011/01/what-we-know-about-jared-lee-loughner/342711/

Capture timestamp (UTC): Fri, 11 Aug 2017 21:12:11 GMT   PLAINTIFF TRIAL EXHIBIT 046

PALIN04531

about politics have a good understanding of how it all works," she says. "It could be conspiracy theories or men from outer space. The important thing here is, why wasn't he in treatment?" They note Loughner's odd "obsession" with the Mayan prophecy of a 2012 apocalypse, mind control, illiteracy and the gold standard.

- **Run-Ins with the Law** "On Sept. 9, 2007, the day before his 19th birthday, he was arrested in Pima County for possession of drug paraphernalia," write Jack Gillum and Peter Eisler at USA Today. "He was sentenced to attend classes in a diversion program that led to the charge being dismissed. Just over a year later, on Oct. 17, 2008, he was charged with a graffiti misdemeanor in Marana. A police report said he drew a stylized CX on a street sign; he said it was a symbol for Christian. That charge also was dismissed after Loughner completed a diversion program and paid restitution."

- **An Eccentric Student,** contributes Slate's Christopher Beam, who interviewed Loughner's community college instructor, Kent Slinker.

Loughner was a model student when it came to attendance—he always showed up on time to the twice-a-week class, at least before he dropped out toward the end of the semester. But in other respects, he was a mess. He didn't perform well on tests. He would ask questions that didn't make any sense. "His thoughts were unrelated to anything in our world," says Slinker. One time, he handed in an assignment with geometric doodles instead of answers. Slinker also remembers that Loughner would have "exaggerated 'Aha!' moments just completely not connected to anything in class." He was mentally checked-out. "He always was looking away, not out the window, but like someone watching a scene play out in his mind."

- **May Have Ties to an Anti-Immigration Publication,** reports Jennifer Griffin at Fox News. "No direct connection, but strong suspicion is being directed at American Renaissance, an organization that Loughner mentioned in some of his internet postings and federal law enforcement officials are investigating Loughner's possible links to the organization." American Renaissance's editor tells the New York Times that there is no record of Loughner ever subscribing to the newsletter or attending their conferences.

- **Ambiguous Politics** "The exact role of politics in Mr. Loughner's life--or whether he had a specific political perspective at all--is harder to pin down," say Kirk Johnson, Serge Kovaleski, Dan Frosch and Eric Lipton in The New York Times. "Investigators will have to wrestle with the difficult question of whether Mr. Loughner's parroting the views of extremist groups was somehow more a cause of the shootings or simply a symptom of a troubled life." They interview his classmate who says he was particularly interested in U.S. currency. "He wished that the U.S. would change to a different currency because our currency is worthless."

- **He's No 'Paultard'** writes Matt Welch at Reason, referring to supporters of Texas Congressman Ron Paul.



Next story in **Politics** ›

Document title: What We Know About Jared Lee Loughner - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/what-we-know-about-jared-lee-loughner/342711/
Capture timestamp (UTC): Fri, 11 Aug 2017 21:12:11 GMT

PLAINTIFF TRIAL EXHIBIT 046

PALIN04532

Texas Congressman Ron Paul.

# JA 1788

As someone more familiar than your average *NYT*er with gold-buggery complaints about the Federal Reserve and the Debauched Dollar, my personal testimony is that the phrase, "the current government officials are in power for their currency," if it's the "hallmark" of anything, is of...a crazy dude just stone rambling about shit. If there is evidence of this guy sounding like a Paultard" on currency, that ain't it. Neither is the notion that the Fed is "a completely private entity."

- **A Devoted Gamer** "His compatriots in an online website for computer gamers--some who'd known him virtually for years--grew concerned last year about his controversial postings on the game sites, several of the game players said over email Sunday," report Alexandra Berzon and Charles Forelle at The Wall Street Journal. "In April, Mr. Loughner was removed from an alliance of players in the game 'Earth:Empires.'"

*This article is from the archive of our partner The Wire.*

 Share    Tweet    Comments


Chevron DOERS testing drones to HELP DOIN' get done safer SEE HOW »

**LATEST VIDEO**



**How Cable News Fails Viewers**
Jon Lovett wonders if political commentary has become theater criticism.

**From The Web**                                   Ads by Revcontent


**We Can Guess Your Education with Only 10 Questions**
Topix


**20 Makeup Routines All Older Women Should Know**
Trending Moms


**Why Doctors in the Know No Longer Prescribe Blood Pressure Meds**
Vibrant Health Network


**How This App Can Teach You a Language in 3 Weeks**
Babbel

# Most Popular



### Have Smartphones Destroyed a Generation?

JEAN M. TWENGE

One day last summer, around noon, I called Athena, a 13-year-old who lives in Houston, Texas. She answered her phone—she's had an iPhone since she was 11—sounding as if she'd just woken up. We chatted about her favorite songs and TV shows, and I asked her what she likes to do with her friends. "We go to the mall," she said. "Do your parents drop you off?," I asked, recalling my own middle-school days, in the 1980s, when I'd enjoy a few parent-free hours shopping with my friends. "No—I go with my family," she

CONTINUE READING



### How America Lost Its Mind

KURT ANDERSEN

PLAINTIFF TRIAL EXHIBIT 046

PALIN04533

JA 1789



### How America Lost Its Mind

KURT ANDERSEN

When did America become untethered from reality?

I first noticed our national lurch toward fantasy in 2004, after President George W. Bush's political mastermind, Karl Rove, came up with the remarkable phrase *reality-based community*. People in "the reality-based community," he told a reporter, "believe that solutions emerge from your judicious study of discernible reality … That's not the way the world really works anymore." A year later, *The Colbert*

CONTINUE READING

---



### Is the World Slouching Toward a Grave Systemic Crisis?

PHILIP ZELIKOW

*On August 5, Philip Zelikow delivered the following keynote address at the annual meeting of the Aspen Strategy Group, a discussion forum for experts and government practitioners. Zelikow, who is currently the White Burkett Miller Professor of History at the University of Virginia, has served at all levels of American government, and for administrations of both parties —including roles at the White House, State Department, and Pentagon. He was also the executive director of the 9/11 Commission. In this speech he reflects on the much-discussed*

CONTINUE READING

---



### Why Does Trump Still Refuse to Criticize Putin?

DAVID A. GRAHAM

President Trump is most comfortable when he's on the verbal offensive. He loves a good war of words, whether his target is a foreign adversary, an American ally, a Republican rival, or Rosie O'Donnell. According to a *New York Times* tally, Trump has attacked 351 separate people, places, and things on Twitter alone since July 2015.

The president has demonstrated that tendency this week, with his escalating, improvised threats against North Korea

CONTINUE READING

---



### The Average Guy Who Spent 6,003 Hours Trying to Be a Professional Golfer

STEPHEN PHILLIPS

Dan McLaughlin reckons he's sat down to compose the farewell post to the Dan Plan a hundred times. "I just don't know what to write," he says.

Sitting in his spartan home in Portland, Oregon, McLaughlin is self-effacing and soft-spoken. He recently launched an artisanal soft-drink venture. Discussing the Dan Plan is like reaching back into another life: Seven-plus years ago, aged 30 and unsure even of which hand to grip a

Document title: What We Know About Jared Lee Loughner - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/what-we-know-about-jared-lee-loughner/342711/
Capture timestamp (UTC): Fri, 11 Aug 2017 21:12:11 GMT
PLAINTIFF TRIAL EXHIBIT 046

PALIN04534

JA 1790



from his spartan home in Portland, Oregon, McLaughlin is self-effacing and soft-spoken. He recently launched an artisanal soft-drink venture. Discussing the Dan Plan is like reaching back into another life: Seven-plus years ago, aged 30 and unsure even of which hand to grip a

CONTINUE READING

---



### No Country for Colin Kaepernick

VANN R. NEWKIRK II

A year ago, Colin Kaepernick—as an injured San Francisco 49ers backup quarterback during an exhibition game—began his practice of sitting during the pregame rendition of the national anthem. "I am not going to stand up to show pride in a flag for a country that oppresses black people and people of color," he said of his protest. Through the season, even as he regained the starting gig for 11 games, Kaepernick continued his demonstration.

CONTINUE READING

---



### Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken

KRISHNADEV CALAMUR

President Trump this week has gone from saying the U.S. will respond to North Korean threats with "fire and fury like the world has never seen" to clarifying those words were perhaps not "tough enough," and to spelling out Friday, in case there were doubts, that the U.S. military was "locked and loaded" to counter any threat.



Donald J. Trump ✔
@realDonaldTrump                    🐦 Follow

CONTINUE READING

---



### How to Deal With North Korea

MARK BOWDEN

点击这里阅读中文版本 | Read this article in Chinese.

Thirty minutes. That's about how long it would take a nuclear-tipped intercontinental ballistic missile (ICBM) launched from North Korea to reach Los Angeles. With the powers in Pyongyang working doggedly toward making this possible—building an ICBM and shrinking a nuke to fit on it —analysts now predict that Kim Jong Un will have the capability before Donald Trump completes one first year

CONTINUE READING

---



### Emmanuel Macron: Monsieur Unpopular

YASMEEN SERHAN

Emmanuel Macron has said that he wants to govern like the Roman god Jupiter, staying above the fray of everyday government issues. But less than three months into the

---

Document title: What We Know About Jared Lee Loughner - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/what-we-know-about-jared-lee-loughner/342711/
Capture timestamp (UTC): Fri, 11 Aug 2017 21:12:11 GMT

PLAINTIFF TRIAL EXHIBIT 046

PALIN04535



### Emmanuel Macron: Monsieur Unpopular

YASMEEN SERHAN

Emmanuel Macron has said that he wants to govern like the Roman god Jupiter, staying above the fray of everyday government issues. But less than three months into the French president's time in office, his poll numbers are proving just how mortal he is. U.K.-based pollster YouGov reported a seven-point drop in the young leader's approval rating, which fell from 43 to 36 percent over the month of July. French pollster Ifop observed a similar decline over the same period, noting that: "Apart from Jacques Chirac in July

CONTINUE READING



### A Question for Google's CEO

CONOR FRIEDERSDORF

When CEO Sundar Pichai addressed a controversial memo about diversity that circulated inside Google, culminating in the termination of its author, James Damore, he began by telling the company's 72,053 employees that "we strongly support the right of Googlers to express themselves, and much of what was in that memo is fair to debate, regardless of whether a vast majority of Googlers disagree with it."

"However," he added, "portions of the memo violate our

CONTINUE READING



VIDEO

### 'Holy Shit, We're in a Cult'

JACLYN SKURIE AND NICOLAS POLLOCK

EnlightenNext was an organization that promised spiritual awakening. Instead, it turned into a complicated, often-sinister community.

WATCH VIDEO

VIDEO

### What Does 'Late Capitalism' Really Mean?

LEAH VARJACQUES, ALICE ROTH, AND ANNIE LOWREY

The intellectual meme for a garbage economy

WATCH VIDEO



VIDEO

### Can Single People Be Happy?

KASIA CIEPLAK-MAYR VON BALDEGG, SAM PRICE-WALDMAN, AND GREYSON KORHONEN

We asked experts.

Document title: What We Know About Jared Lee Loughner - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/what-we-know-about-jared-lee-loughner/342711/
Capture timestamp (UTC): Fri, 11 Aug 2017 21:12:11 GMT

PLAINTIFF TRIAL EXHIBIT 046

PALIN04536

JA 1792



**Can Single People Be Happy?**

KASIA CIEPLAK-MAYR VON BALDEGG, SAM PRICE-WALDMAN, AND GREYSON KORHONEN

We asked experts.

[ WATCH VIDEO ]

---

[ MORE POPULAR STORIES ]

0 Comments    The Atlantic                                    1 Login

♡ Recommend      ⬆ Share                              Sort by Best

Start the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS ?

D f 🐦 G          Name

Be the first to comment.

ALSO ON THE ATLANTIC

**Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken**
1928 comments · 8 hours ago
JamDeDoot — "Trump's order to use nuclear weapons may be unpopular, but the long-term consequences of the …

**Why Does Trump Still Refuse to Criticize Putin?**
353 comments · 4 hours ago
whynotsomethingsomething — That's the beauty of kompromat…Putin's got something on Trump, he owns Trump. …

**No Country for Colin Kaepernick**
288 comments · 4 hours ago
Bill Smith — Lesson here is this: if you are going to be a controversial figure who wants to lecture to the people paying …

**Is the World Slouching Toward a Grave Systemic Crisis?**
84 comments · 12 hours ago
Dopey The Dwarf — Just an aside... I know comment boards are unusually partisan (like this one), but blind …

✉ Subscribe     Add Disqus to your site    🔒 Privacy              **DISQUS**



## Subscribe

Get 10 issues a year and save 65% off the cover price.

Name

Address 1 | Address 2

City | State ▼ | Zip

United States | Email

**ORDER NOW**

Fraud Alert regarding The Atlantic

## Newsletters

**The Atlantic**
☐ *The Atlantic* Daily
☐ This Week
☐ This Month
☐ New Photo Galleries
☐ Top Videos This Week
☐ Politics & Policy Daily

**CityLab**
☐ Today's Top Stories
☐ This Week's Most Popular Stories
☑ I want to receive updates from partners and sponsors.

Email

**SIGN UP**

PLAINTIFF TRIAL EXHIBIT 046

PALIN04537

JA 1793



Start the discussion...

**LOG IN WITH**                    OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

ALSO ON **THE ATLANTIC**

**Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken**
1928 comments • 8 hours ago

JanDeDoot — "Trump's order to use nuclear weapons may be unpopular, but the long-term consequences of the ...

**No Country for Colin Kaepernick**
288 comments • 4 hours ago

Bill Smith — Lesson here is this: if you are going to be a controversial figure who wants to lecture to the people paying ...

**Why Does Trump Still Refuse to Criticize Putin?**
353 comments • 4 hours ago

whynotsomethingsomething — That's the beauty of kompromat...Putin's got something on Trump, he owns Trump. ...

**Is the World Slouching Toward a Grave Systemic Crisis?**
84 comments • 12 hours ago

Dopey The Dwarf — Just an aside... I know comment boards are unusually partisan (like this one), but blind ...

✉ Subscribe    🔒 Add Disqus to your site    🔒 Privacy                    **DISQUS**



## Subscribe

Get 10 issues a year and save 65% off the cover price.

| Name |
| Address 1 | Address 2 |
| City | State ▾ | Zip |
| United States | Email |

**ORDER NOW**

Fraud Alert regarding The Atlantic

## Newsletters

**The Atlantic**              **CityLab**

☐ *The Atlantic* Daily        ☐ Today's Top Stories
☐ This Week                  ☐ This Week's Most Popular Stories
☐ This Month
☐ New Photo Galleries        ☑ I want to receive updates from partners and sponsors.
☐ Top Videos This Week
☐ Politics & Policy Daily     Email

**SIGN UP**

## Follow

f Facebook          🐦 Twitter
in LinkedIn          📷 Instagram
t Tumblr            📌 Pinterest
🔶 RSS              App Store

## About

Masthead             Contact Us
FAQ                  Send a News Tip
Press                Privacy Policy
Jobs                 Advertise
Shop                 Advertising Guidelines
Books                Terms and Conditions
Emporium             Responsible Disclosure
Manage Subscription  Site Map

TheAtlantic.com Copyright (c) 2017 by The Atlantic Monthly Group. All Rights Reserved.

Document title: What We Know About Jared Lee Loughner - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/what-we-know-about-jared-lee-loughner/342711/
Capture timestamp (UTC): Fri, 11 Aug 2017 21:12:11 GMT

PLAINTIFF TRIAL EXHIBIT 046

PALIN04538

# Stop the Blame Game

The media falls down on the job

**JOSH KRAUSHAAR**  |  JAN 11, 2011  |  `POLITICS`

  ···

TEXT SIZE
−   +



I'm not a media critic and never will be, but this has not been a shining 48 hours for my profession. Following the shooting that left Rep. Gabrielle Giffords, D-Ariz., gravely wounded and six bystanders murdered at a Tucson shopping center, the media have spent as much time trying to assign political blame for the cause of the shooting as they have trying to unearth facts. As it turns out, the murderer is a mentally unstable individual, with no coherent political ideology.

For all the blame placed on politicians for their aggressive political rhetoric, the media have been just as guilty in promoting crude political discourse and conflict. I'm not just talking about the Glenn Becks and Keith Olbermanns of the world, but news coverage that elevates conflict over substance and encourages contentious arguments over thoughtful discussion.

And in the aftermath of the Tucson shooting, the media's worst tendencies were on display, from the onset of the crisis when several outlets inaccurately reported that Giffords had died, to the immediate, unwarranted assumption that the killer was associated with the tea party.



**MORE FROM NATIONAL JOURNAL:**

**Walled-Off Washington**

**How to Protect Members of Congress**

**A Grim Milestone**

="">

---

ARTICLE CONTINUES AFTER ADVERTISEMENT



CHALLENGES ARE OPPORTUNITIES TO REACH NEW HEIGHTS

Document title: Stop the Blame Game - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/stop-the-blame-game/69294/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:49:33 GMT

PLAINTIFF TRIAL EXHIBIT 047

Page 1 of 8

PALIN04478

Ironically, even as politicians have been scrutinized for overheated rhetoric, it's the political class that reflected the country's mood best in the aftermath of this weekend's senseless shootings. From President Obama's pitch-perfect speech to the nation, to House Speaker John Boehner and Minority Leader Nancy Pelosi working together to reassure members and staff, there was little hint of the blame game that fueled much of the media's coverage.

It's becoming increasingly clear that overheated political vitriol played virtually no role in Jared Lee Loughner's shooting spree. His political thinking is hardly coherent, and his obsession with Giffords predated the tea party and Sarah Palin's emergence in national politics. One of his few close friends told Mother Jones that he became fixated on the congresswoman when he asked her a question at a 2007 town hall about "the government having no meaning" and felt she didn't answer. His killing spree wasn't motivated by disagreement with her positions on health care or immigration.

Based on the available evidence, Loughner sounds like someone with untreated mental illness, whose grasp of reality grew ever more tenuous with time. He fits the profile of someone whose horrific shooting spree didn't have to be triggered by any provocative political rhetoric in the news.

But even with those facts out there, it didn't stop numerous media outlets from connecting his beliefs to politics -- and isn't stopping the continued rush to politicize this tragic event. The fervor to fit such craziness into a political matrix is regrettable, and, sadly, contributes to the overheated political environment that many in the media are condemning in the first place.

Much of the broadcast and print coverage over the weekend was devoted to decrying the state of political discourse, despite its tenuous connection to the shootings. Politico immediately ran several stories putting the shooter and his rampage in a political context, including one quoting a Democratic strategist -- anonymously -- arguing that this was a golden opportunity to "pin this on the tea partiers." This, just 24 hours after Giffords was gravely wounded. Where's the outrage?

To be sure, the increasingly strident tone of politicians -- on both sides of the aisle -- is a worthy topic of discussion. But in the aftermath of the shooting, there are much more relevant issues that should have been debated: in particular, how to better identify and treat those afflicted with serious mental illness and how to prevent guns from getting into their hands. I heard very little of that discussed in the aftermath of the shooting.

Violent metaphors are all over our culture, in politics and outside of it, and that won't be changing anytime soon. The political lexicon is awash in gun metaphors -- from campaign committee lists of top "targets" to political "showdowns" to "battleground districts" to challengers "playing defense," just to name a few. If this were a crime, the political media would be as guilty as anyone.

(In fact, on the morning of the shooting, the New York Post ran a front-page photo of Peyton Manning with a bull's-eye over him, before the day's big playoff game. No one blinked an eye, or thought it was a call for New York Jets fans to murder

ADVERTISEMENT


Chevron spent $4 billion with women and minority owned businesses over the past 5 years



A Home | Share | Tweet

Next story in **Politics** ›

Document title: Stop the Blame Game - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/stop-the-blame-game/69294/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:49:33 GMT

PLAINTIFF TRIAL EXHIBIT 047

PALIN04479

(In fact, on the morning of the shooting, the New York-centric rDaily News had a large photo of Peyton Manning with a bull's-eye over him, before the day's big playoff game. No one blinked an eye, or thought it was a call for New York Jets fans to murder the Indianapolis Colts quarterback.)

ARTICLE CONTINUES AFTER ADVERTISEMENT



The other lesson learned from the coverage of this awful tragedy is that it's better to be right than first -- a challenge in a journalism culture that increasingly rewards speed over substance. In the rush to break news as the crisis unfolded, several major media outlets inaccurately reported that Giffords had died. Others later inaccurately reported that Giffords was speaking after her surgery on the day of the attack. It raises questions about news organizations' standards for what's allowed on air or online.

Those standards have been in decline, and go beyond reporting inaccurate information. Far too often, we give serious leeway for sources to anonymously attack their opponents. It makes for sexier stories but further coarsens the discourse in Washington.

Far too often, we rush to report campaign attacks on candidates without verifying their validity and without even getting a response. Campaigns and national party committees know that news outlets are hungry for sensational material, and they exploit that.

By all means, let's encourage civility in politics; it's long overdue. But let's also take steps to ensure that the same rules of engagement apply to a 24-7 media culture that has fed off the conflict culture that it decries.

[f Share]  [Tweet]  [💬 Comments]

**ABOUT THE AUTHOR**

JOSH KRAUSHAAR is the politics editor for *National Journal*.

🐦 Twitter

**From The Web**



Ads by Revcontent

**We Can Guess Your Education with Only 10 Questions**
Topix

**20 Makeup Routines All Older Women Should Know**
Trending Moms

**Why Doctors in the Know No Longer Prescribe Blood Pressure Meds**
Vibrant Health Network

**How This App Can Teach You a Language in 3 Weeks**
Babbel

# Most Popular



### Have Smartphones Destroyed a Generation?

JEAN M. TWENGE

One day last summer, around noon, I called Athena, a 13-

Document title: Stop the Blame Game -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/stop-the-blame-game/69294/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:49:33 GMT

PLAINTIFF TRIAL EXHIBIT 047

PALIN04480

JA 1797



### Have Smartphones Destroyed a Generation?

**JEAN M. TWENGE**

One day last summer, around noon, I called Athena, a 13-year-old who lives in Houston, Texas. She answered her phone—she's had an iPhone since she was 11—sounding as if she'd just woken up. We chatted about her favorite songs and TV shows, and I asked her what she likes to do with her friends. "We go to the mall," she said. "Do your parents drop you off?," I asked, recalling my own middle-school days, in the 1980s, when I'd enjoy a few parent-free hours shopping with my friends. "No—I go with my family," she

CONTINUE READING

---



### How America Lost Its Mind

**KURT ANDERSEN**

When did America become untethered from reality?

I first noticed our national lurch toward fantasy in 2004, after President George W. Bush's political mastermind, Karl Rove, came up with the remarkable phrase *reality-based community*. People in "the reality-based community," he told a reporter, "believe that solutions emerge from your judicious study of discernible reality ... That's not the way the world really works anymore." A year later, *The Colbert*

CONTINUE READING

---



### Is the World Slouching Toward a Grave Systemic Crisis?

**PHILIP ZELIKOW**

*On August 5, Philip Zelikow delivered the following keynote address at the annual meeting of the Aspen Strategy Group, a discussion forum for experts and government practitioners. Zelikow, who is currently the White Burkett Miller Professor of History at the University of Virginia, has served at all levels of American government, and for administrations of both parties —including roles at the White House, State Department, and Pentagon. He was also the executive director of the 9/11 Commission. In this speech he reflects on the much-discussed*

CONTINUE READING

---



### Why Does Trump Still Refuse to Criticize Putin?

**DAVID A. GRAHAM**

President Trump is most comfortable when he's on the verbal offensive. He loves a good war of words, whether his target is a foreign adversary, a foreign ally, a Republican rival, or Rosie O'Donnell. According to a *New York Times* tally, Trump has attacked 351 separate people, places, and things on Twitter alone since July 2015.

The president has demonstrated that tendency this week, with his escalating, improvised threats against North Korea

CONTINUE READING

Document title: Stop the Blame Game - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/stop-the-blame-game/69294/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:49:33 GMT          PLAINTIFF TRIAL EXHIBIT 047

PALIN04481

...on Twitter alone since July 2015.

The president has demonstrated that tendency this week, with his escalating, improvised threats against North Korea

CONTINUE READING

---



## No Country for Colin Kaepernick

VANN R. NEWKIRK II

A year ago, Colin Kaepernick—as an injured San Francisco 49ers backup quarterback during an exhibition game— began his practice of sitting during the pregame rendition of the national anthem. "I am not going to stand up to show pride in a flag for a country that oppresses black people and people of color," he said of his protest. Through the season, even as he regained the starting gig for 11 games, Kaepernick continued his demonstration.

CONTINUE READING

---



## The Average Guy Who Spent 6,003 Hours Trying to Be a Professional Golfer

STEPHEN PHILLIPS

Dan McLaughlin reckons he's sat down to compose the farewell post to the Dan Plan a hundred times. "I just don't know what to write," he says.

Sitting in his spartan home in Portland, Oregon, McLaughlin is self-effacing and soft-spoken. He recently launched an artisanal soft-drink venture. Discussing the Dan Plan is like reaching back into another life: Seven-plus years ago, aged 30 and unsure even of which hand to grip a

CONTINUE READING

---



## Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken

KRISHNADEV CALAMUR

President Trump this week has gone from saying the U.S. will respond to North Korean threats with "fire and fury like the world has never seen" to clarifying those words were perhaps not "tough enough," and to spelling out Friday, in case there were doubts, that the U.S. military was "locked and loaded" to counter any threat.



Donald J. Trump ✓  Follow

CONTINUE READING

---



## How to Deal With North Korea

MARK BOWDEN

点击这里阅读中文版本 | Read this article in Chinese.

Thirty minutes. That's about how long it would take a

PLAINTIFF TRIAL EXHIBIT 047

PALIN04482

JA 1799



## Deal with North Korea

MARK BOWDEN

点击这里阅读中文版本 | Read this article in Chinese.

Thirty minutes. That's about how long it would take a nuclear-tipped intercontinental ballistic missile (ICBM) launched from North Korea to reach Los Angeles. With the powers in Pyongyang working doggedly toward making this possible—building an ICBM and shrinking a nuke to fit on it —analysts now predict that Kim Jong Un will have the

CONTINUE READING

---



9

## Emmanuel Macron: Monsieur Unpopular

YASMEEN SERHAN

Emmanuel Macron has said that he wants to govern like the Roman god Jupiter, staying above the fray of everyday government issues. But less than three months into the French president's time in office, his poll numbers are proving just how mortal he is. U.K.-based pollster YouGov reported a seven-point drop in the young leader's approval rating, which fell from 43 to 36 percent over the month of July. French pollster Ifop observed a similar decline over the same period, noting that: "Apart from Jacques Chirac in July

CONTINUE READING

---



10

## A Question for Google's CEO

CONOR FRIEDERSDORF

When CEO Sundar Pichai addressed a controversial memo about diversity that circulated inside Google, culminating in the termination of its author, James Damore, he began by telling the company's 72,053 employees that "we strongly support the right of Googlers to express themselves, and much of what was in that memo is fair to debate, regardless of whether a vast majority of Googlers disagree with it."

"However," he added, "portions of the memo violate our

CONTINUE READING

---



VIDEO

## 'Holy Shit, We're in a Cult'

JACLYN SKURIE AND NICOLAS POLLOCK

EnlightenNext was an organization that promised spiritual awakening. Instead, it turned into a complicated, often-sinister community.

WATCH VIDEO

---



VIDEO

## What Does 'Late Capitalism' Really Mean?

LEAH VARJACQUES, ALICE ROTH, AND ANNIE LOWREY

The intellectual meme for a garbage economy

PLAINTIFF TRIAL EXHIBIT 047

PALIN04483



VIDEO

### What Does 'Late Capitalism' Really Mean?

LEAH VARJACQUES, ALICE ROTH, AND ANNIE LOWREY

The intellectual meme for a garbage economy

WATCH VIDEO



VIDEO

### Can Single People Be Happy?

KASIA CIEPLAK-MAYR VON BALDEGG, SAM PRICE-WALDMAN, AND GREYSON KORHONEN

We asked experts.

WATCH VIDEO

---

MORE POPULAR STORIES

**16 Comments**    The Atlantic                                    1  Login  ▾

♡ Recommend 1        ⌂ Share                                    Sort by Best ▾

Join the discussion…

LOG IN WITH            OR SIGN UP WITH DISQUS ⊘

D f 🐦 G                Name



**Buckland** • 7 years ago

Thanks Josh,

A refreshing note of caution. As a number of headliners at TheAtlantic head ever closer to dKos/DU fevered swamps status, (or even beyond), it's nice to see a note of sanity.

2 ∧ | ∨ • Reply • Share ›

**SpeakSense** • 7 years ago

in·sid·i·ous/inˈsidēəs/Adjective
1. Proceeding in a gradual, subtle way, but with harmful effect.

There is an insidious habit of those who consider themselves to be level-headed clear thinkers to equate what has now become known as The Left (If anything, our Democrats and their supporters are center-right stooges who couldn't pursue real reform if their shoelaces were tied to a rocket-ship) with the violent "dog-whistle" politics of the right. I consciously lump the right together undistinguished from their moderate wing because they effectively do not have a moderate wing...that voice in their political mix was virtually expunged over the last two years.

It's salient that you mention, "someone with untreated mental illness, whose grasp of reality grew ever more tenuous with time." Because this describes the majority of people who support the Tea Party, Glenn Beck and Faux News in general. This is not my opinion...it's a FACT. There is repeated polling that shows that those who identify with these movements and cite those sources as their preferred source of information are woefully and legitimately misinformed about an entire range of issues...for them, political reality is a faith based endeavor.

see more

2 ∧ | ∨ • Reply • Share ›

Document title: Stop the Blame Game - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/stop-the-blame-game/69294/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:49:33 GMT

PLAINTIFF TRIAL EXHIBIT 047

Page 7 of 8

PALIN04484

**JA 1801**

these movements and cite those sources as their pretend counter-evidence. Both information are
woefully and legitimately misinformed about an entire range of issues. For them, political
reality is a faith based endeavor.

see more

2 ∧ | ∨ · Reply · Share ›



**Sukie Tawdry** → SpeakSense · 7 years ago

Let's recap: The majority of Tea Party supporters are people "with untreated
mental illness, whose grasp of reality grew ever more tenuous with time" (and
that's not opinion, that's FACT). Democrats (and their supporters) are "center-
right stooges" while The Left is "dead-center in the land of reality." Olbermann,
Maddow et al are "reality-check voices." The Republican base is rabid, insane
and deluded and Republican politicians stoke the fires of that rabid, delusional
insanity for political gain.

In spite of all this, the "true left" still holds out hope for the rest of us (even the
lazy, center-right stooges presumably) and all they ask is the right to "lump all
the loons in one rhetorical bucket for convenience." To their credit.

Okay then. I say we let them. I certainly wouldn't want to challenge any of their
widespread deluded fantasies knowing how easily the disturbed and uninformed
can snap and go postal. I've heard it said that progressivism is a mental
disorder. Insidious even. (in·sid·i·ous/in sidēos/Adjective: harmful, but enticing;
seductive)

2 ∧ | ∨ · Reply · Share ›



**marketkarma** → SpeakSense · 7 years ago

can quite figure out if this is satire or in earnest.

2 ∧ | ∨ · Reply · Share ›



**Zach Hensel** · 7 years ago

Did the spate of political violence perpetrated by conspiratorial schizophrenics in the
1960s come about by random chance? Schizophrenia and other disorders that can lead
to this sort of event don't operate in a vacuum. The number of incidences of violence
justified by political paranoia (from both directions) has risen the past few years. Does
this have anything to do with a candidate for Vice President calling the man who'd
become President a terrorist and looking the other way when someone shouted "Kill
him!" in response? When the same person tells folks that the President's going to set up
death panels that will kill their disabled children? Pretending this is just about gun
metaphors or a particular image isn't a solid argument. There's been an atmosphere for
the past three years that's unprecedented in my lifetime when it comes to (1) violent
rhetoric and (2) mainstreaming of anti-government paranoia.

This incident is a wake-up call that the responsible thing is to reiterate how out of place
this is in American history; particularly, how one of the most shameful periods in
American history was characterized by attacks and political rhetoric similar to what
we're seeing today.

Lastly, on "how to better identify and treat those afflicted with serious mental illness and
how to prevent guns from getting into their hands." Increasing the level of insurance and
mandatory coverage of mental health for people (particular men) in their early 20s will
lead to the identification and treatment schizophrenics before violent psychotic breaks
like this occur. Of course, it's probably politicizing the tragedy to point out that
Obamacare could contribute to preventing future attacks like this.

2 ∧ | ∨ · Reply · Share ›



**Zach Hensel** → Zach Hensel · 7 years ago

And, of course, there have been multiple plots to assassinate Obama since he
was elected. Most were apparently foiled by consequences of the plotters' own
mental illness, drug addiction, etc.

1 ∧ | ∨ · Reply · Share ›



**EastVillageDavid** · 7 years ago

This post is completely irresponsible. No, of course one particular slogan or speech
didn't cause this.

However, it is the us vs. them mentality -- against gays, immigrants, Muslims, lefties,
the government -- that is actively fostered by conservative right politicians and pundits
that sets up a slippery slope by which an already disturbed individual devolves into a
homicidal madman.

And, is is more than just lives that are lost. For at least the last 10 years if not more,
there has been a near-complete absence of civilized discourse around how to solve the
very real problems this country has.

The idea that Obama or Bush or any politician wants to harm America or bring her to
ruin is nothing short of foolish. Certainly, their policies are open for debate, but the idea
that they are "enemies" is cheap rhetoric by small-minded individuals.

Writers like this have long abdicated responsibility for calling out the horrible state of our
current political environment, for fear of appearing biased. Journalism is supposed to be

Document title: Stop the Blame Game - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/stop-the-blame-game/69294/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:49:33 GMT

PLAINTIFF TRIAL EXHIBIT 047

PALIN04485

The Atlantic

Popular | ates : | Sections ⌄ | Magazine ⌄ | More ⌄ | Subscribe | 🔍

# The More We Know

THE DAILY DISH | JAN 17, 2011 | DAILY DISH

f Share    Tweet    •••

TEXT SIZE
−  +



Rich Lowry cites the following in exonerating the far right from any influence on Jared Loughner's disturbed mind:

> He became intrigued by antigovernment conspiracy theories, including that the Sept. 11 attacks were perpetrated by the government and that the country's central banking system was enslaving its citizens. His anger would well up at the sight of President George W. Bush, or in discussing what he considered to be the nefarious designs of government.

I hate to point this out, but this doesn't seem to buttress Rich's case. 9/11 Truthers are as ubiquitous on the far right as the far left, where government conspiracy theories thrive. But to a great extent, only the far right is obsessed with the central banking system.

Notice also a shift in the goal-posts. Like Chris Caldwell, Lowry is now pretending that almost all of those who raised the issue of the political climate in Arizona in the wake of an assassination of a congresswoman - a completely logical and legitimate line of inquiry - did not state that this was a hit-job on the part of some Tea Party functionary. In fact, this general early discussion was concerned that crazy people like Loughner could latch on to violent rhetoric that sane people could more easily handle. Going back to my live-blogging, responding to a reader who diagnosed schizophrenia, I wrote:

> I have no expertise in this at all, but my impression of his writings and web presence does indeed suggest to me that some mental illness is probably a key part of this. But this does not exonerate violent or excessive rhetoric from the far right or far left: it's precisely the disturbed who can seize on those kinds of statements and act on them. The danger of violent rhetoric, especially involving gun violence, is its interaction with the disturbed. That was Pelosi's message last year.

Note that this concern is *premised* on the notion that Loughner is mentally ill: that's what makes him particularly dangerous in that kind of rhetorically extreme climate. Note that I also raised the specter of possible far left influence as well (and took pains to present evidence that he was a lefty). So Lowry's argument, it seems to me, is with an almost entirely straw man. But even as the details emerged, I noted some strands that, as I said, gave me pause before dismissing this as entirely apolitical. The main themes that leapt out at me were those about the Fed and the currency, staples of far right paranoia. And the more we find out, the more those themes seem to resonate:

Document title: The More We Know - The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/the-more-we-know/177149/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:39:21 GMT

PLAINTIFF TRIAL EXHIBIT 048

Page 1 of 7

PALIN04499

JA 1803

this as entirely apolitical. The main themes that leap out at me are those about the Fed and the currency, staples of far right paranoia. And the more we find out, the more those themes seem to resonate:

> The officer, Dana Mattocks, read the letter aloud, detailing a litany of troubled and disruptive behavior, including the recent posting of an unsettling video titled "Pima Community College School Genocide/Scam Free Education *Broken United States Constitution*."
>
> A few days later, during a meeting with a school administrator, Mr. Loughner said that he had paid for his courses illegally because, "*I did not pay with gold and silver*" a standard position among right-wing extremist groups.
>
> It was not just his appearance the pale shaved head and eyebrows that unnerved them. It was also the aggressive, often sexist things that he said, including asserting that *women should not be allowed to hold positions of power or authority*.

My italics. My point here is not that Loughner was a far right ideologue. It is that he was a paranoid, mentally ill, gun-obsessed loner who had picked up shards of far right ideology - on currency, the constitution, gender roles - that need to be recognized for what they are. It's muddled up in an addled mind and diseased soul into something unique. Ron Paul bears no more direct responsibility for this madman than Sarah Palin does. But that Loughner was affected in some small part by far right conspiracy theories seems indisputable at this point. And the massive insistence on the right that politics and political culture tells us *nothing* about this man's mind is not borne out by the evidence we have so far.

 Share    Tweet    Comments



LATEST VIDEO



**How Cable News Fails Viewers**
Jon Lovett wonders if political commentary has become theater criticism.

ABOUT THE AUTHOR

2006-2011 archives for THE DAILY DISH, featuring Andrew Sullivan

**From The Web**

Ads by Revcontent



**We Can Guess Your Education with Only 10 Questions**
Topix



**20 Makeup Routines All Older Women Should Know**
Trending Moms



**Why Doctors in the Know No Longer Prescribe Blood Pressure Meds**
Vibrant Health Network

**How This App Can Teach You a Language in 3 Weeks**
Babbel

# Most Popular

PRESENTED BY



1

**Have Smartphones Destroyed a Generation?**

JEAN M. TWENGE

One day last summer, around noon, I called Athena, a 13-year-old who lives in Houston, Texas. She answered her phone—she's had an iPhone since she was 11—sounding as if she'd just woken up. We chatted about her favorite songs and TV shows, and I asked her what she likes to do with her friends. "We go to the mall," she said. "Do your parents drop you off?," I asked, recalling my own middle-school

PLAINTIFF TRIAL EXHIBIT 048

PALIN04500

JA 1804



...r who lives in Houston, Texas. She answered her phone—she's had an iPhone since she was 11—sounding as if she'd just woken up. We chatted about her favorite songs and TV shows, and I asked her what she likes to do with her friends. "We go to the mall," she said. "Do your parents drop you off?," I asked, recalling my own middle-school days, in the 1980s, when I'd enjoy a few parent-free hours shopping with my friends. "No—I go with my family," she

CONTINUE READING

---



### How America Lost Its Mind

KURT ANDERSEN

When did America become untethered from reality?

I first noticed our national lurch toward fantasy in 2004, after President George W. Bush's political mastermind, Karl Rove, came up with the remarkable phrase *reality-based community*. People in "the reality-based community," he told a reporter, "believe that solutions emerge from your judicious study of discernible reality ... That's not the way the world really works anymore." A year later, *The Colbert*...

CONTINUE READING

---



### Is the World Slouching Toward a Grave Systemic Crisis?

PHILIP ZELIKOW

*On August 5, Philip Zelikow delivered the following keynote address at the annual meeting of the Aspen Strategy Group, a discussion forum for experts and government practitioners. Zelikow, who is currently the White Burkett Miller Professor of History at the University of Virginia, has served at all levels of American government, and for administrations of both parties —including roles at the White House, State Department, and Pentagon. He was also the executive director of the 9/11 Commission. In this speech he reflects on the much-discussed*...

CONTINUE READING

---



### Why Does Trump Still Refuse to Criticize Putin?

DAVID A. GRAHAM

President Trump is most comfortable when he's on the verbal offensive. He loves a good war of words, whether his target is a foreign adversary, a foreign ally, a Republican rival, or Rosie O'Donnell. According to a *New York Times tally*, Trump has attacked 351 separate people, places, and things on Twitter alone since July 2015.

The president has demonstrated that tendency this week, with his escalating, improvised threats against North Korea...

CONTINUE READING

---



### No Country for Colin Kaepernick

VANN R. NEWKIRK II

A year ago, Colin Kaepernick—an injured San Francisco...

Document title: The More We Know - The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/the-more-we-know/177149/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:39:21 GMT

PLAINTIFF TRIAL EXHIBIT 048

PALIN04501



### No Country for Colin Kaepernick

VANN R. NEWKIRK II

A year ago, Colin Kaepernick—as an injured San Francisco 49ers backup quarterback during an exhibition game—began his practice of sitting during the pregame rendition of the national anthem. "I am not going to stand up to show pride in a flag for a country that oppresses black people and people of color," he said of his protest. Through the season, even as he regained the starting gig for 11 games, Kaepernick continued his demonstration.

CONTINUE READING



### Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken

KRISHNADEV CALAMUR

President Trump this week has gone from saying the U.S. will respond to North Korean threats with "fire and fury like the world has never seen" to clarifying those words were perhaps not "tough enough," and to spelling out Friday, in case there were doubts, that the U.S. military was "locked and loaded" to counter any threat.



CONTINUE READING



### How to Deal With North Korea

MARK BOWDEN

点击这里阅读中文版本 | Read this article in Chinese.

Thirty minutes. That's about how long it would take a nuclear-tipped intercontinental ballistic missile (ICBM) launched from North Korea to reach Los Angeles. With the powers in Pyongyang doggedly toward making this possible—building an ICBM and shrinking a nuke to fit on it—analysts now predict that Kim Jong Un will have the capability before Donald Trump completes one four-year

CONTINUE READING



### Emmanuel Macron: Monsieur Unpopular

YASMEEN SERHAN

Emmanuel Macron has said that he wants to govern like the Roman god Jupiter, staying above the fray of everyday government issues. But less than three months into the French president's time in office, his poll numbers are proving just how mortal he is. U.K.-based pollster YouGov reported a seven-point drop in the young leader's approval rating, which fell from 43 to 36 percent over the month of July. French pollster Ifop observed a similar decline over the same period, noting that: "Apart from Jacques Chirac in July

CONTINUE READING

Document title: The More We Know - The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/the-more-we-know/177149/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:39:21 GMT

PLAINTIFF TRIAL EXHIBIT 048

PALIN04502



a seven-point drop in the young leader's approval rating, which fell from 43 to 36 percent over the month of July. French pollster Ifop observed a similar decline over the same period, noting that: "Apart from Jacques Chirac in July

CONTINUE READING

---

9



### The Average Guy Who Spent 6,003 Hours Trying to Be a Professional Golfer

STEPHEN PHILLIPS

Dan McLaughlin reckons he's sat down to compose the farewell post to the Dan Plan a hundred times. "I just don't know what to write," he says.

Sitting in his spartan home in Portland, Oregon, McLaughlin is self-effacing and soft-spoken. He recently launched an artisanal soft-drink venture. Discussing the Dan Plan is like reaching back into another life: Seven-plus years ago, aged 30 and unsure even of which hand to grip a

CONTINUE READING

---

10



### A Question for Google's CEO

CONOR FRIEDERSDORF

When CEO Sundar Pichai addressed a controversial memo about diversity that circulated inside Google, culminating in the termination of its author, James Damore, he began by telling the company's 72,053 employees that "we strongly support the right of Googlers to express themselves, and much of what was in that memo is fair to debate, regardless of whether a vast majority of Googlers disagree with it."

"However," he added, "portions of the memo violate our

CONTINUE READING

---

VIDEO



### 'Holy Shit, We're in a Cult'

JACLYN SKURIE AND NICOLAS POLLOCK

EnlightenNext was an organization that promised spiritual awakening. Instead, it turned into a complicated, often-sinister community.

WATCH VIDEO

---

VIDEO



### What Does 'Late Capitalism' Really Mean?

LEAH VARJACQUES, ALICE ROTH, AND ANNIE LOWREY

The intellectual meme for a garbage economy

WATCH VIDEO

---

Document title: The More We Know - The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/the-more-we-know/177149/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:39:21 GMT

PLAINTIFF TRIAL EXHIBIT 048

PALIN04503

**JA 1807**



WATCH VIDEO



VIDEO

### Can Single People Be Happy?

KASIA CIEPLAK-MAYR VON BALDEGG, SAM PRICE-WALDMAN, AND GREYSON KORHONEN

We asked experts.

WATCH VIDEO

---

MORE POPULAR STORIES

**0 Comments**     The Atlantic                          1 Login

♡ Recommend     ⤴ Share                                 Sort by Best

👤  Start the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS ⑦

Ⓓ Ⓕ Ⓣ Ⓖ         Name

Be the first to comment.

ALSO ON **THE ATLANTIC**

**2016 Was Hot, Weird, and Unprecedented, Says NOAA**
141 comments • a day ago•
Dopey The Dwarf — "Spencer is on the Board of Advisors of the Cornwall Alliance – a religious group that essentially …

**Why Does Trump Still Refuse to Criticize Putin?**
300 comments • 4 hours ago•
whynotsomethingsomething — That's the beauty of kompromat...Putin's got something on Trump, he owns Trump. …

**A Question for Google's CEO**
271 comments • 6 hours ago•
Odoacer — You and SatanicPanic should really read more:Specifically on Colin …

**Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken**
1800 comments • 7 hours ago•
JanDeDoot — "Trump's order to use nuclear weapons may be unpopular, but the long-term consequences of the …

✉ Subscribe     Ⓓ Add Disqus to your site     🔒 Privacy          **DISQUS**

---



## Subscribe

Get 10 issues a year and save 65% off the cover price.

Name

## Newsletters

*The Atlantic*          *CityLab*

☐ *The Atlantic* Daily     ☐ Today's Top Stories

Document title: The More We Know - The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/the-more-we-know/177149/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:39:21 GMT

PLAINTIFF TRIAL EXHIBIT 048

PALIN04504



Start the discussion...

**LOG IN WITH**          **OR SIGN UP WITH DISQUS** ?

Name

Be the first to comment.

ALSO ON **THE ATLANTIC**

**2016 Was Hot, Weird, and Unprecedented, Says NOAA**
141 comments · a day ago

Dopey The Dwarf — "Spencer is on the Board of Advisors of the Cornwall Alliance – a religious group that essentially …

**Why Does Trump Still Refuse to Criticize Putin?**
300 comments · 4 hours ago

whynotsomethingsomething — That's the beauty of kompromat...Putin's got something on Trump, he owns Trump. …

**A Question for Google's CEO**
271 comments · 6 hours ago

Odoacer — You and SatanicPanic should really read more:Specifically on Colin …

**Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken**
1800 comments · 7 hours ago

JanDeDoot — "Trump's order to use nuclear weapons may be unpopular, but the long-term consequences of the …

✉ Subscribe    🔒 Add Disqus to your site    🔒 Privacy          **DISQUS**



TheAtlantic.com Copyright (c) 2017 by The Atlantic Monthly Group. All Rights Reserved.

PLAINTIFF TRIAL EXHIBIT 048

PALIN04505

# Here Comes the Jared Loughner Competency Hearing (Updated)

**ANDREW COHEN** | MAY 24, 2011 | `U.S.`

f Share   Tweet   ···

TEXT SIZE − +

*Prosecutors and defense lawyers don't intend to question each other's mental-health experts—a sign the alleged shooter may be deemed incompetent to stand trial*



Reuters/Str New

**Update: Wednesday, 3:46p EDT** As predicted, Loughner indeed was found incompetent to stand trial Wednesday afternoon after expert medical witnesses for both sides in the case agreed about the extent of his current mental illness (which ought to tell you the depth of it). *The New York Times* reports that Loughner had to be dragged from the courtroom, screaming "Thank you for the freak show. She did in front of me. You are treasonous." He will be evaluated again in mid-September, as required by the federal statute noted below, and don't be surprised if between now and then we hear about a legal dispute over whether he is a candidate for the involuntarily use of anti-psychotic meds (see below).

ARTICLE CONTINUES AFTER ADVERTISEMENT



AM — ALL THE LATEST GADGETS WITHIN A CLICK'S REACH — CLICK NOW!

**Original article**

It looks more likely than ever now that the Tucson shooting suspect -- Jared Lee Loughner -- will be declared incompetent to stand trial on federal charges for his role in the January 8th shooting that left six dead, including a noted federal judge, and 14 wounded, including Rep. Gabrielle Giffords (D-Ariz.). Such a ruling would delay, indefinitely, Loughner's pending federal trial and would preclude for the time being any state trial as well.

At least that's what conventional wisdom suggests going into Wednesday's competency hearing before U.S. District Judge Larry A. Burns, the San Diego-based jurist who is presiding over *United States v. Jared Lee Loughner*. The psychiatric expert hired by prosecutors and the one hired by defense attorneys

Document title: Here Comes the Jared Loughner Competency Hearing (Updated) -The Atlantic
Capture URL: https://www.theatlantic.com/national/archive/2011/05/here-comes-the-jared-loughner-competency-hearing-updated/239386/
Capture timestamp (UTC): Fri, 11 Aug 2017 21:11:04 GMT

PLAINTIFF TRIAL EXHIBIT 049

PALIN04401

time being any state trial as well.

# JA 1810

At least that's what conventional wisdom suggests going into Wednesday's competency hearing before U.S. District Judge Larry A. Burns, the San Diego-based jurist who is presiding over *United States v. Jared Lee Loughner*. The psychiatric expert hired by prosecutors and the one hired by defense attorneys both have submitted their evaluations of the defendant. Yet neither side intends to question the conclusions of its opposing expert. Kumbaya!

This suggests that the experts agree upon Loughner's current mental state, and, if they do, it's much more likely they agree he is incompetent rather than competent. I mean, if the government's expert thought Loughner was competent to stand trial, the defense would not be nearly so passive in accepting the judgment. And if the defense expert thought Loughner was competent to stand trial, well ... that's not really how the expert-witness game works, is it?

How the competency game works in federal court is fairly clear. In 1960, in *Dusky v. United States*, the United States Supreme Court gave us the legal standard for determining which defendants are mentally suited for trial. The Court said they must have "sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding -- and whether he has a rational as well as factual understanding of the proceedings against him."

ARTICLE CONTINUES AFTER ADVERTISEMENT



This concept has since been codified into federal law. Section 4241(a) of the criminal code *states*:

> At any time after the commencement of a prosecution for an offense and prior to the sentencing of the defendant... the defendant or the attorney for the Government may file a motion for a hearing to determine the mental competency of the defendant. The court shall grant the motion, or shall order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

If and when Judge Burns decides to detour Loughner's criminal trial -- for months, for years, who knows? -- it will likely generate a great deal of anger and frustration among the good burghers of Arizona and elsewhere who will feel the suspect got away with something by not facing a quick trial. But it's not like Loughner will be spending his time at a rehab clinic. He'll be incarcerated and subject to regular mental-health evaluations to determine his status.

Oh, and he'll also probably be forced to take anti-psychotic medication to help him regain his competency. It's true. In 2003, the Supreme Court, in *Sell v. United States*, declared that:



Next story in **U.S.** ›

Document title: Here Comes the Jared Loughner Competency Hearing (Updated) -The Atlantic
Capture URL: https://www.theatlantic.com/national/archive/2011/05/here-comes-the-jared-loughner-competency-hearing-updated/239386/
Capture timestamp (UTC): Fri, 11 Aug 2017 21:11:04 GMT

PLAINTIFF TRIAL EXHIBIT 049

PALIN04402

JA 1811

him regain his competency. It's true. In 2003, the Supreme Court in *Sell v. United States*, declared that:

> [T]he Constitution permits the Government involuntarily to administer antipsychotic drugs to a mentally ill defendant facing serious criminal charges in order to render that defendant competent to stand trial, but only if the treatment is medically appropriate, is substantially unlikely to have side effects that may undermine the fairness of the trial, and, taking account of less intrusive alternatives, is necessary significantly to further important governmental trial-related interests.

Justice Stephen Breyer, who authored the *Sell* decision, tried also to explain and limit its enormous consequences. He wrote:

> Courts, however, must consider the facts of the individual case in evaluating the Government's interest in prosecution. Special circumstances may lessen the importance of that interest. The defendant's failure to take drugs voluntarily, for example, may mean lengthy confinement in an institution for the mentally ill-and that would diminish the risks that ordinarily attach to freeing without punishment one who has committed a serious crime. We do not mean to suggest that civil commitment is a substitute for a criminal trial. The Government has a substantial interest in timely prosecution. And it may be difficult or impossible to try a defendant who regains competence after years of commitment during which memories may fade and evidence may be lost. The potential for future confinement affects, but does not totally undermine, the strength of the need for prosecution.

I may be completely wrong, but this looks to be where the Loughner case is headed next -- toward a great deal of sustained legal limbo while the lawyers and the doctors and the judges try to figure out the extent of the limbo going on inside the defendant's now infamous head.

 Share   Tweet   Comments

*The Atlantic*

**Subscribe to The Atlantic today—and save up to 78%**

Support 160 years of journalism

Subscribe Today

**LATEST VIDEO**



**How Cable News Fails Viewers**

Jon Lovett wonders if political commentary has become theater criticism.

**ABOUT THE AUTHOR**

ANDREW COHEN is a contributing editor at *The Atlantic*. He is a legal analyst for *60 Minutes* and CBS Radio News, a fellow at the Brennan Center for Justice, and commentary editor at The Marshall Project.

Twitter

**From The Web**                                    Ads by Revcontent



**We Can Guess Your Education with Only 10 Questions**
Topix

**20 Makeup Routines All Older Women Should Know**
Trending Mama

**Why Doctors in the Know No Longer Prescribe Blood Pressure Meds**
Vibrant Health Network

**How This App Can Teach You a Language In 3 Weeks**
Babbel

## Most Popular

 

PLAINTIFF TRIAL EXHIBIT 049

# Most Popular



### Have Smartphones Destroyed a Generation?

JEAN M. TWENGE

One day last summer, around noon, I called Athena, a 13-year-old who lives in Houston, Texas. She answered her phone—she's had an iPhone since she was 11—sounding as if she'd just woken up. We chatted about her favorite songs and TV shows, and I asked her what she likes to do with her friends. "We go to the mall," she said. "Do your parents drop you off?," I asked, recalling my own middle-school days, in the 1980s, when I'd enjoy a few parent-free hours shopping with my friends. "No—I go with my family," she

CONTINUE READING



### How America Lost Its Mind

KURT ANDERSEN

When did America become untethered from reality?

I first noticed our national lurch toward fantasy in 2004, after President George W. Bush's political mastermind, Karl Rove, came up with the remarkable phrase *reality-based community.* People in "the reality-based community," he told a reporter, "believe that solutions emerge from your judicious study of discernible reality ... That's not the way the world really works anymore." A year later, *The Colbert*

CONTINUE READING



### Is the World Slouching Toward a Grave Systemic Crisis?

PHILIP ZELIKOW

*On August 5, Philip Zelikow delivered the following keynote address at the annual meeting of the Aspen Strategy Group, a discussion forum for experts and government practitioners. Zelikow, who is currently the White Burkett Miller Professor of History at the University of Virginia, has served at all levels of American government, and for administrations of both parties —including roles at the White House, State Department, and Pentagon. He was also the executive director of the 9/11 Commission. In this speech he reflects on the much-discussed*

CONTINUE READING



### Why Does Trump Still Refuse to Criticize Putin?

DAVID A. GRAHAM

President Trump is most comfortable when he's on the verbal offensive. He loves a good war of words, whether his target is a foreign adversary, a foreign ally, a Republican rival, or Rosie O'Donnell. According to a *New York Times* tally, Trump has attacked 351 separate people, places, and things on Twitter alone since July 2015.

The president has demonstrated that tendency this week,

Document title: Here Comes the Jared Loughner Competency Hearing (Updated) -The Atlantic
Capture URL: https://www.theatlantic.com/national/archive/2011/05/here-comes-the-jared-loughner-competency-hearing-updated/239386/
Capture timestamp (UTC): Fri, 11 Aug 2017 21:11:04 GMT

PLAINTIFF TRIAL EXHIBIT 049

PALIN04404



a foreign adversary, a foreign ally, a Republican rival, or Rosie O'Donnell. According to a *New York Times* tally, Trump has attacked 351 separate people, places, and things on Twitter alone since July 2015.

The president has demonstrated that tendency this week, with his escalating, improvised threats against North Korea

CONTINUE READING

---



## The Average Guy Who Spent 6,003 Hours Trying to Be a Professional Golfer

STEPHEN PHILLIPS

Dan McLaughlin reckons he's sat down to compose the farewell post to the Dan Plan a hundred times. "I just don't know what to write," he says.

Sitting in his spartan home in Portland, Oregon, McLaughlin is self-effacing and soft-spoken. He recently launched an artisanal soft-drink venture. Discussing the Dan Plan is like reaching back into another life: Seven-plus years ago, aged 30 and unsure even of which hand to grip a

CONTINUE READING

---



## No Country for Colin Kaepernick

VANN R. NEWKIRK II

A year ago, Colin Kaepernick—as an injured San Francisco 49ers backup quarterback during an exhibition game—began his practice of sitting during the pregame rendition of the national anthem. "I am not going to stand up to show pride in a flag for a country that oppresses black people and people of color," he said of his protest. Through the season, even as he regained the starting gig for 11 games, Kaepernick continued his demonstration.

CONTINUE READING

---



## Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken

KRISHNADEV CALAMUR

President Trump this week has gone from saying the U.S. will respond to North Korean threats with "fire and fury like the world has never seen" to clarifying those words were perhaps not "tough enough," and to spelling out Friday, in case there were doubts, that the U.S. military was "locked and loaded" to counter any threat.



Donald J. Trump 🔵                    Follow

CONTINUE READING

---



## How to Deal With North Korea

MARK BOWDEN

Document title: Here Comes the Jared Loughner Competency Hearing (Updated) -The Atlantic
Capture URL: https://www.theatlantic.com/national/archive/2011/05/here-comes-the-jared-loughner-competency-hearing-updated/239386/
Capture timestamp (UTC): Fri, 11 Aug 2017 21:11:04 GMT
PLAINTIFF TRIAL EXHIBIT 049

PALIN04405



### How to Deal With North Korea

MARK BOWDEN

点击这里阅读中文版本 | Read this article in Chinese.

Thirty minutes. That's about how long it would take a nuclear-tipped intercontinental ballistic missile (ICBM) launched from North Korea to reach Los Angeles. With the powers in Pyongyang working doggedly toward making this possible—building an ICBM and shrinking a nuke to fit on it —analysts now predict that Kim Jong Un will have the capability before Donald Trump completes one four-year

CONTINUE READING

---



### A Question for Google's CEO

CONOR FRIEDERSDORF

When CEO Sundar Pichai addressed a controversial memo about diversity that circulated inside Google, culminating in the termination of its author, James Damore, he began by telling the company's 72,053 employees that "we strongly support the right of Googlers to express themselves, and much of what was in that memo is fair to debate, regardless of whether a vast majority of Googlers disagree with it."

"However," he added, "portions of the memo violate our

CONTINUE READING

---



### How Trump's Transgender Ban Compromises His Military Authority

GARRETT EPPS

"Our opponents, the media, and the whole world will soon see, as we begin to take further actions, that the powers of the president to protect our country are very substantial and will not be questioned," presidential adviser Stephen Miller told the nation on February 13.

Rarely has a prophecy been quite this wrong. As president, Donald Trump has displayed a perverse genius: He is able to convince even reluctant judges to question his judgment

CONTINUE READING

---



### 'Holy Shit, We're in a Cult'

JACLYN SKURIE AND NICOLAS POLLOCK

EnlightenNext was an organization that promised spiritual awakening. Instead, it turned into a complicated, often-sinister community.

WATCH VIDEO

PLAINTIFF TRIAL EXHIBIT 049

PALIN04406



VIDEO

## What Does 'Late Capitalism' Really Mean?

LEAH VARJACQUES, ALICE ROTH, AND ANNIE LOWREY

The intellectual meme for a garbage economy

WATCH VIDEO



VIDEO

## Can Single People Be Happy?

KASIA CIEPLAK-MAYR VON BALDEGG, SAM PRICE-WALDMAN, AND GREYSON KORHONEN

We asked experts.

WATCH VIDEO

MORE POPULAR STORIES



## Subscribe

Get 10 issues a year and save 65% off the cover price.

Name

Address 1 | Address 2

City | State | Zip

United States | Email

**ORDER NOW**

Fraud Alert regarding The Atlantic

## Newsletters

*The Atlantic*

☐ *The Atlantic* Daily
☐ This Week
☐ This Month
☐ New Photo Galleries
☐ Top Videos This Week
☐ Politics & Policy Daily

CityLab

☐ Today's Top Stories
☐ This Week's Most Popular Stories
☑ *I want to receive updates from partners and sponsors.*

Email

**SIGN UP**

## Follow

f Facebook
in LinkedIn
t Tumblr

🐦 Twitter
📷 Instagram
📌 Pinterest

## About

Masthead
FAQ
Press
Jobs

Contact Us
Send a News Tip
Privacy Policy
Advertise

Document title: Here Comes the Jared Loughner Competency Hearing (Updated) -The Atlantic
Capture URL: https://www.theatlantic.com/national/archive/2011/05/here-comes-the-jared-loughner-competency-hearing-updated/239386/
Capture timestamp (UTC): Fri, 11 Aug 2017 21:11:04 GMT

PLAINTIFF TRIAL EXHIBIT 049

Page 7 of 8

PALIN04407



**JA 1816**

WATCH VIDEO



VIDEO

### Can Single People Be Happy?

KASIA CIEPLAK-MAYR VON BALDEGG, SAM PRICE-WALDMAN, AND GREYSON KORHONEN

We asked experts.

WATCH VIDEO

MORE POPULAR STORIES

**2 Comments**     **The Atlantic**     🔴 Login ▾

♡ Recommend  1          ⬆ Share                    Sort by Best ▾

👤 | Join the discussion...

LOG IN WITH         OR SIGN UP WITH DISQUS ⑦

Ⓓ f 🐦 G         | Name

**Rev. Rob** · 6 years ago
The kid seems pretty crazy. Do you think he's competent so stand trial? Or doesn't it matter? He left a big scar in America. He was able to plan this whole thing. Poll: http://www.wepolls.com/r/54...
ʌ | ∨ · Reply · Share ›

**Osama Was Laden** · 6 years ago
Shooting someone in the head is definitely insane-- unless it's ME!
ʌ | ∨ · Reply · Share ›

ALSO ON **THE ATLANTIC**

**No Country for Colin Kaepernick**
288 comments · 4 hours ago·
Bill Smith — Lesson here is this: if you are going to be a controversial figure who wants to lecture to the people paying ...

**How Trump's Transgender Ban Compromises His Military Authority**
30 comments · 5 hours ago·
cmbennett01 — The GOP ceased to be the party of Lincoln a long time ago. It is now the party of neo-confederates and ...

**Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken**
1927 comments · 8 hours ago·
JanDeDoot — "Trump's order to use nuclear weapons may be unpopular, but the long-term consequences of the ...

**Why Does Trump Still Refuse to Criticize Putin?**
352 comments · 4 hours ago·
whynotsomethingsomething — That's the beauty of kompromat...Putin's got something on Trump, he owns Trump. ...

✉ Subscribe     ➕ Add Disqus to your site     🔒 Privacy          **DISQUS**

Subscribe          Newsletters

PLAINTIFF TRIAL EXHIBIT 049

PALIN04408



Popular · · · ·ates ·     Sections ⌄     Magazine ⌄     More ⌄     Subscribe     🔍

# Ten Days That Defined 2011

Out of the year's 365 days, here are 10 that made 2011 what it was.

**RICHARD LAWSON**  |  DEC 29, 2011  |  **GLOBAL**

[f Share]  [🐦 Tweet]  [ ... ]

TEXT SIZE  − +

*This article is from the archive of our partner* 

*Out of the year's 365 days, here are 10 that made 2011 what it was.*

### A Shooting in Arizona



On the sunny morning of **January 8th**, a mentally ill man named Jared Loughner approached a town hall meeting being held in a Tucson Safeway parking lot by congresswoman Gabrielle Giffords and shot her point-blank in the head. He then opened fire on the crowd, killing six people, including a nine-year-old girl, and wounding fourteen others. As the newsmedia scrambled to get accurate reports from the horrific scene, Giffords was declared dead then alive then dead then alive, depending on who you were following. Giffords was in fact alive, and has made a pretty remarkable recovery in the almost-year since. Loughner is currently incarcerated and undergoing psychiatric treatment, after being diagnosed with schizophrenia and deemed unfit to stand trial in May. In a meta media sense, the bad thing to come out of this already terrible story was a round of blame hurling, with people rushing to point at Sarah Palin's infamous target map or Loughner's left seeming (but not really) anti-Bush sentiments. In truth, Loughner is clinically insane and this was not really about politics at all. That many, including us, immediately jumped to that conclusion says some pretty sorry things about the state of our political machine.

ARTICLE CONTINUES AFTER ADVERTISEMENT



NOW ON THEATLANTIC.COM

**How Americans Are Still Reeling from the Great Recession**

[READ NOW]

SPONSOR CONTENT
Betterment

### A Revolution Begins

Starting at the very end of 2010, pro-democracy protests in Tunisia led to the ousting of that nation's dictatorial president Zine El Abidine Ben Ali on

**ALL-DAY OFFSITE MEETINGS CALL FOR ALL-DAY BATTERY LIFE.**

**QUALCOMM ENGINEERS BUILT THE ANSWER.**

QUALCOMM

Document title: Ten Days That Defined 2011 - The Atlantic
Capture URL: https://www.theatlantic.com/international/archive/2011/12/ten-days-defined-2011/333741/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:46:39 GMT

PLAINTIFF TRIAL EXHIBIT 050

Page 1 of 11

PALIN04487

JA 1818

## A Revolution Begins

Starting at the very end of 2010, pro-democracy protests in Tunisia led to the ousting of that nation's dictatorial president Zine El Abidine Ben Ali on **January 14th.** The Tunisians' struggle and success created a wave of civic protests, both peaceful and violent, that swept across North Africa and into the Middle East, a phenomenon that came to be known as Arab Spring. Rallies began in Cairo, Egypt on January 25th, beginning the Egyptian Revolution that would see the end of Hosni Mubarak's reign and Tahrir Square's elevation to that of a household place name. Later, NATO deployed bombers to aid Libyan revolutionaries, who captured and killed long-reviled big bad Muammar Qaddafi sometime around October 20th. Now, civil unrest continues in Syria (and in Egypt and in Libya and in Yemen, etc.) and the political fate of the region remains uncertain. (As do its economic prospects.) What made January 14th, and many other days of Arab Spring, so landmark, beyond the obvious, is that much of the protesting was organized using 21st century media, particularly social networks like Facebook and Twitter. It would be grandiose and overreaching to say that either one of them personally felled any dictators, but they certainly proved effective rallying tools.



## Charlie's Wild Ride

On Thursday, **February 24th** actor Charlie Sheen did an interview with radio host Alex Jones in which he lashed out at *Two and a Half Men* creator Chuck Lorre, a bizarre and drug-fueled tirade that led to his firing from the show and began a long and strange trip down the tiger blood-soaked rabbit hole that is Charlie Sheen's mind. We all watched in awe as his brand spanking new Twitter account gained what seemed like 10,000 new followers every second on the day he started it, March 1st. The harrowing celebrity supernova experience seemed like it would never end -- there were goddesses and roasts and videos and more addled rantings -- but, as these things go, the whole thing had basically sputtered out by the fall. Now *Two and a Half Men* is back and going strong (ratings-wise, at least) with Ashton Kutcher as the replacement Sheen (whose character died a terrible off-screen death), while Charlie is on quiet damage control, trying to put a new show together and acting contrite in interviews. Phew!

## Catastrophe in Japan

On **March 11th**, a massive earthquake struck off the coast of Japan, triggering a tsunami that reached heights of 130 feet and traveled ten miles inland. The horror of the disaster was compounded when damaged nuclear reactors began failing and the possibility of a major fallout catastrophe loomed. Luckily the reactors were eventually cooled and repaired, by insanely brave workers who walked into radioactive ground zeros, and radiation leakage, while high, did not reach cataclysm-level. Still, some 15,000 people lost their lives in the tsunami and entire towns were wiped off the map. Reaction was immediate and mostly sympathetic, save for those few who made unfortunate Pearl Harbor references or poorly timed jokes on various social media outlets. On the lighter side of the year in earthquakes, a 5.8 magnitude quake struck in

ADVERTISEMENT



# Want to Retire Comfortably?

If you have a $500,000 portfolio, download the guide by *Forbes* columnist Ken Fisher's firm. It's called, *The Definitive Guide to Retirement Income.*

**Click Here** to Download Your Guide!

FISHER INVESTMENTS*

 Home   Share   Tweet

Next story in **Global** ›

PLAINTIFF TRIAL EXHIBIT 050

PALIN04488

lives in this situation and bridge to one sent expert on issues
immediate and mostly sympathetic, save for those few unfortunate
Pearl Harbor references or poorly timed jokes on various social media outlets. On
the lighter side of the year in earthquakes, a 5.8 magnitude quake struck in
Virginia on August 23rd, a surreal but ultimately harmless experience that shook
(and shocked) East Coasters who thought such a thing impossible. The National
Cathedral and Washington Monument were damaged, but really the Great East
Coast Earthquake of 2011 mostly existed so people in the BosWash corridor can
now say we've felt an earthquake too.

### A Surprising New Star



Also bizarrely on **March 11th**, fittingly a Friday, *Mystery
Science Theater 3000* comedian Michael J.
Nelson tweeted a link to a music video calling it "the
worst video ever made." That video? "Friday," a
tuneless yet auto-tuned music video by a young lady named Rebecca Black, the
first guinea pig out of the Ark Music Factory, a company that records songs and
makes videos for teen wannabes in exchange for cash. For whatever reason, by the
time Friday had become Monday, Black's video was a phenomenon. When
Ark pulled the video from YouTube (only to repost for maximum monetizing) on
June 16th, the video had been watched nearly 170 million times. (That's almost
three views for every living soul in the UK, for some perspective.) Did Rebecca
Black's insane rise to infamy teach us anything? Maybe something about the
power of YouTube, or Twitter, or how fast-spreading the digital conversation can
be. But mostly it taught us the days of the week. If yesterday was Thursday, then
today is... Friday!

ARTICLE CONTINUES AFTER ADVERTISEMENT



SPONSOR CONTENT  *Fidelity*

If you live in a smart city,
the street lights might be
texting you before long.

Listen to "When Cities Get Smart"

Listen to Episode 6

PREVIEW

THE FUTURE ACCORDING TO NOW

A NEW PODCAST

### A Modern Fairy Tale



It had been thirty long years since the unwashed
masses got to witness a grand British royal wedding, so
anticipation for the impending nuptials of Prince
William to party supply heiress Kate Middleton had
reached a fever pitch by the time the shindig went down
on **April 29th**. The ceremony, which was mostly boring
pomp and circumstance, just about took over the internet -- an instant star was
born as Kate's sister Pippa made her international debut, and Princess Beatrice's

 Home    Share    Tweet

Next story in **Global** ›

PLAINTIFF TRIAL EXHIBIT 050

PALIN04489

on **April 29th**. The ceremony, which was mostly boring pomp and circumstance, just about took over the internet -- an instant star was born as Kate's sister Pippa made her international debut, and Princess Beatrice's hat became the most important hat since Aretha Franklin's inauguration chapeau in 2009. There were kisses and horses and a long white train and all that good royal wedding stuff. While many may find the idea of royalty politically and economically silly, as far as entertainment goes, you can do little better. The problem is now our appetite for grand weddings has been whetted, and we really kinda need Harry to get married like right away. To us, preferably. But if not, Pippa will do.

### Mission Actually Accomplished



On the evening of **May 1st**, a Sunday, an announcement went out saying that President Obama would be making some sort of... announcement later in the night, the subject of which was unclear. People on Twitter, Facebook, and all other manner of social media immediately began speculating about the topic -- a death, a war, a pregnancy? -- but the most popular guess was that nearly ten years after the September 11th terrorist attacks that he orchestrated, Al Qaeda head Osama bin Laden had been killed or captured. The conjecture quickly became fact and essentially the entire nation, or at least those that were near a television or computer, watched and waited for the formal announcement. Finally, hours after the initial speculation began, the president delivered a brief-ish speech confirming bin Laden's death and giving the rough details of the Navy SEAL raid in Pakistan that killed him. "Long form death certificate" jokes abounded on Twitter, a strange cheering death cult formed, we were reminded of our own mortality as we realized that many kids don't even know who Osama bin Laden is, and Obama's (don't say Osama's! That was a common misspeak in those first heady days) approval ratings spiked. The mission was probably the most concrete and tangible success of the often dismaying and misguided War on Terror, and it gave many hope that our bad fortunes were reversing. Of course the news ultimately didn't change much of anything -- terrorism still exists, Afghanistan is still a depressing nightmare -- but at least we got the top guy, right?

### Weiner Slip



On **May 27th**, beloved New York congressman Anthony Weiner accidentally tweeted out a picture of a man's crotch, only to quickly delete the post and blame it on some sort of hacking. But, as happens in this internet age, the truth quickly revealed itself: Weiner had been sending pictures of his, well, self to women and one accidentally got made public. One woman he'd sent the image to gave it to conservative blogger Andrew Breitbart and a standoff began. Weiner denied, denied, denied, insisting he was hacked, but on June 6th he held a press conference during which he admitted that he'd been sexting and resigned from office. Two days later, the photo leaked. An embarrassing (though perhaps temporary) end to a promising political career. Weiner wasn't the only congressman felled by technology this year, as the trawlers at Gawker got ahold of and published, on February 9th, a Craigslist sex ad posted by New York representative Christopher Lee, who resigned amid the scandal. And of course actor turned California governor Arnold Schwarzenegger split from his wife this



ADVERTISEMENT

SIEMENS
Ingenuity for life

When you control your own energy, you control your future.

Learn more >

Document title: Ten Days That Defined 2011 - The Atlantic
Capture URL: https://www.theatlantic.com/international/archive/2011/12/ten-days-defined-2011/333741/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:46:39 GMT

PLAINTIFF TRIAL EXHIBIT 050

Page 4 of 11

PALIN04490

JA 1821

of and published, on February 9th, a Craigslist sex ad posted by New York representative Christopher Lee, who resigned amid the scandal. And of course actor turned California governor Arnold Schwarzenegger split from his wife this spring, only to admit on May 17th that he had secretly fathered a child by another woman. He was safely out of office by then, but it was insanely bad PR for a guy who was trying to ingratiate himself to American movie audiences again. Tsk tsk, gentlemen.

---

ARTICLE CONTINUES AFTER ADVERTISEMENT


ALL THE LATEST GADGETS WITHIN A CLICK'S REACH
CLICK NOW!

---

### The Rise of the 99%



On **September 17th**, a thousand or so protesters, spurred on by the Canadian magazine *Adbusters* and the hacktivist group Anonymous, took to Wall Street to protest corporate greed, big business's influence in Washington, and a lot of other stuff. They quickly settled in nearby Zuccotti Park and were dubbed, or dubbed themselves, Occupy Wall Street, which was a domain name registered by *Adbusters* back in June. Similar Occupy protests began to sprout up all over the world as the core Zuccotti protest grew, with celebrity endorsers and gallons of blog ink behind it. After one false start, the Zuccotti Park encampment was eventually broken up by police on November 15th, after nearly two months of drum beating, car pooping, and other annoyances that unfortunately distracted from the movement's genuinely important, if perhaps too big to wrangle, message about human lives lived as pawns of the always dispassionate and indifferent financial sector. It's hard to say if anything specific was accomplished by the Occupy protests, but there is certainly at least an acute awareness now of the left's version of the Tea Party. (A comparison that, yes, *may* be a little specious, but also kind of fits.)

---

### Death of Invention



On **October 5th**, Steve Jobs, the co-founder, CEO, and creative visionary (to use a word often used when discussing him) of innovative tech giant Apple, died after a long struggle with pancreatic cancer. Jobs, who had stepped down from his position in August, was a hero to many in the tech/online community, and thus tributes were myriad in the days after his death. There were also some harsher analyses of his legacy, but mostly people just felt sad -- sad like a rockstar or someone of that status had died. Jobs made computers, yes, but he also expertly sold a particular lifestyle: Something at once sleek and functional but also whimsical and playful. The proud owner of a shiny-cool Apple product -- be it computer, phone, or music device -- was granted, to some, a kind of instant cachet. They bought the more expensive products because they smoothly functioned like wondrous external organs. And to some, they helped define personhood and personality. Because Jobs himself was so personally tied up in this mystique, some feared Apple stock would suffer in the wake of his death. But the inherent strength of his products endured and the company has continued on smoothly. Still, it's hard to imagine


How Men Tighten Skin
LATEST VIDEO


Home | Share | Tweet

Next story in **Global** ›

---

Document title: Ten Days That Defined 2011 - The Atlantic
Capture URL: https://www.theatlantic.com/international/archive/2011/12/ten-days-defined-2011/333741/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:46:39 GMT

PLAINTIFF TRIAL EXHIBIT 050

PALIN04491

Jobs himself was so personally tied up in this mystique that the company's stock would suffer in the wake of his death. But the inherent strength of his products endured and the company has continued on smoothly. Still, it's hard to imagine any other nerd in a turtleneck engendering as much adoration as Jobs, and perhaps rightfully so -- people used his products to Occupy, to watch "Friday," to text the Red Cross for Japan, to organize protests in North Africa, to read the news of Osama bin Laden's death. Job's death marked a year that, in some ways, his accomplishments helped make possible.

*This article is from the archive of our partner The Wire.*

 Share    Tweet    Comments

**From The Web**

Ads by Revcontent


**Front Sight Focus is Actually Making You a Whimp Shooter**
Spec Ops Shooting


**Very Few People Can Answer These 10 U.S History Questions**
Topix


**Mainstream Media Refuses to Report Truth? Fake News is an Epidemic**
Casey Research


**Best Defense Against Attacker is Not Pepper Spray**
Safesound Personal Alarm




**How Men Tighten Skin**

LATEST VIDEO

**How Cable News Fails Viewers**
Jon Lovett wonders if political commentary has become theater criticism.

# Most Popular



### Have Smartphones Destroyed a Generation?

JEAN M. TWENGE

One day last summer, around noon, I called Athena, a 13-year-old who lives in Houston, Texas. She answered her phone—she's had an iPhone since she was 11—sounding as if she'd just woken up. We chatted about her favorite songs and TV shows, and I asked her what she likes to do with her friends. "We go to the mall," she said. "Do your parents drop you off?," I asked, recalling my own middle-school days, in the 1980s, when I'd enjoy a few parent-free hours shopping with my friends. "No—I go with my family," she

CONTINUE READING



### How America Lost Its Mind

KURT ANDERSEN

When did America become untethered from reality?

I first noticed our national lurch toward fantasy in 2004, after President George W. Bush's political mastermind, Karl Rove, came up with the remarkable phrase *reality-based community*. People in "the reality-based community," he told a reporter, "believe that solutions emerge from your judicious study of discernible reality ... That's not the way the world really works anymore." A year later, *The Colbert*

CONTINUE READING

PLAINTIFF TRIAL EXHIBIT 050

PALIN04492

really works anymore." A year later, *The Colbert*

CONTINUE READING

---



### Is the World Slouching Toward a Grave Systemic Crisis?

PHILIP ZELIKOW

*On August 5, Philip Zelikow delivered the following keynote address at the annual meeting of the Aspen Strategy Group, a discussion forum for experts and government practitioners. Zelikow, who is currently the White Burkett Miller Professor of History at the University of Virginia, has served at all levels of American government, and for administrations of both parties —including roles at the White House, State Department, and Pentagon. He was also the executive director of the 9/11 Commission. In this speech he reflects on the much-discussed*

CONTINUE READING

---



### Why Does Trump Still Refuse to Criticize Putin?

DAVID A. GRAHAM

President Trump is most comfortable when he's on the verbal offensive. He loves a good war of words, whether his target is a foreign adversary, a foreign ally, a Republican rival, or Rosie O'Donnell. According to a *New York Times tally*, Trump has attacked 351 separate people, places, and things on Twitter alone since July 2015.

The president has demonstrated that tendency this week, with his escalating, improvised threats against North Korea

CONTINUE READING

---



### No Country for Colin Kaepernick

VANN R. NEWKIRK II

A year ago, Colin Kaepernick—as an injured San Francisco 49ers backup quarterback during an exhibition game— began his practice of sitting during the pregame rendition of the national anthem. "I am not going to stand up to show pride in a flag for a country that oppresses black people and people of color," he said of his protest. Through the season, even as he regained the starting gig for 11 games, Kaepernick continued his demonstration.

CONTINUE READING

---



### The Average Guy Who Spent 6,003 Hours Trying to Be a Professional Golfer

STEPHEN PHILLIPS

Dan McLaughlin reckons he's sat down to compose the farewell post to the Dan Plan a hundred times. "I just don't know what to write," he says.

Sitting in his spartan home in Portland, Oregon, McLaughlin is self-effacing and soft-spoken. He recently

Document title: Ten Days That Defined 2011 - The Atlantic
Capture URL: https://www.theatlantic.com/international/archive/2011/12/ten-days-defined-2011/333741/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:46:39 GMT

PLAINTIFF TRIAL EXHIBIT 050

PALIN04493



...Laughlin reckons he's sat down to compose the first well post to the Dan Plan a hundred times. "I just don't know what to write," he says.

Sitting in his spartan home in Portland, Oregon, McLaughlin is self-effacing and soft-spoken. He recently launched an artisanal soft-drink venture. Discussing the Dan Plan is like reaching back into another life: Seven-plus years ago, aged 30 and unsure even of which hand to grip a

CONTINUE READING



### Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken

KRISHNADEV CALAMUR

President Trump this week has gone from saying the U.S. will respond to North Korean threats with "fire and fury like the world has never seen" to clarifying those words were perhaps not "tough enough," and to spelling out Friday, in case there were doubts, that the U.S. military was "locked and loaded" to counter any threat.

 Donald J. Trump 

CONTINUE READING



### How to Deal With North Korea

MARK BOWDEN

点击这里阅读中文版本 | Read this article in Chinese.

Thirty minutes. That's about how long it would take a nuclear-tipped intercontinental ballistic missile (ICBM) launched from North Korea to reach Los Angeles. With the powers in Pyongyang working doggedly toward making this possible—building an ICBM and shrinking a nuke to fit on it —analysts now predict that Kim Jong Un will have the

CONTINUE READING



### Emmanuel Macron: Monsieur Unpopular

YASMEEN SERHAN

Emmanuel Macron has said that he wants to govern like the Roman god Jupiter, staying above the fray of everyday government issues. But less than three months into the French president's time in office, his poll numbers are proving just how mortal he is. U.K.-based pollster YouGov reported a seven-point drop in the young leader's approval rating, which fell from 43 to 36 percent over the month of July. French pollster Ifop observed a similar decline over the same period, noting that: "Apart from Jacques Chirac in July

CONTINUE READING



### A Question for Google's CEO

CONOR FRIEDERSDORF

Document title: Ten Days That Defined 2011 - The Atlantic
Capture URL: https://www.theatlantic.com/international/archive/2011/12/ten-days-defined-2011/333741/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:46:39 GMT

PLAINTIFF TRIAL EXHIBIT 050

Page 8 of 11

PALIN04494



### A Question for Google's CEO

CONOR FRIEDERSDORF

When CEO Sundar Pichai addressed a controversial memo about diversity that circulated inside Google, culminating in the termination of its author, James Damore, he began by telling the company's 72,053 employees that "we strongly support the right of Googlers to express themselves, and much of what was in that memo is fair to debate, regardless of whether a vast majority of Googlers disagree with it."

"However," he added, "portions of the memo violate our

CONTINUE READING

---



VIDEO

### 'Holy Shit, We're in a Cult'

JACLYN SKURIE AND NICOLAS POLLOCK

EnlightenNext was an organization that promised spiritual awakening. Instead, it turned into a complicated, often-sinister community.

WATCH VIDEO

---



VIDEO

### What Does 'Late Capitalism' Really Mean?

LEAH VARJACQUES, ALICE ROTH, AND ANNIE LOWREY

The intellectual meme for a garbage economy

WATCH VIDEO

---



VIDEO

### Can Single People Be Happy?

KASIA CIEPLAK-MAYR VON BALDEGG, SAM PRICE-WALDMAN, AND GREYSON KORHONEN

We asked experts.

WATCH VIDEO

---

MORE POPULAR STORIES

0 Comments    The Atlantic                          1  Login

♡ Recommend      ⤴ Share                        Sort by Best

PLAINTIFF TRIAL EXHIBIT 050

PALIN04495

JA 1826

MORE POPULAR STORIES



0 Comments          The Atlantic                                                                      1 Login

♡ Recommend          ⤴ Share                                                                      Sort by Best

Start the discussion...

LOG IN WITH          OR SIGN UP WITH DISQUS ⓘ

Name

Be the first to comment.

ALSO ON **THE ATLANTIC**

**No Country for Colin Kaepernick**
264 comments · 4 hours ago

Bill Smith — Lesson here is this: if you
are going to be a controversial figure who
wants to lecture to the people paying ...

**Trump Doubles Down on North Korea**
297 comments · a day ago

bigjericho — Oh, shut the hell up. Every
day this guy proves that he's unfit to lead
and you know it. Stop making excuses ...

**The Democratic Party's Abortion Dilemma**
203 comments · a day ago

viskarenvista — Shocking stupidity on the
part of the Democrats, shows they've
learned nothing from their stunning ...

**Why Does Trump Still Refuse to Criticize Putin?**
307 comments · 4 hours ago

whynotsomethingsomething — That's the
beauty of kompromat...Putin's got
something on Trump, he owns Trump...

✉ Subscribe          Add Disqus to your site          🔒 Privacy                              **DISQUS**



## Subscribe

Get 10 issues a year and
save 65% off the cover price.

Name

Address 1          Address 2

City          State          Zip

United States          Email

**ORDER NOW**

Fraud Alert regarding The Atlantic

## Follow

f Facebook                    🐦 Twitter

in LinkedIn                    📷 Instagram

t Tumblr                    📌 Pinterest

RSS                    App Store

## Newsletters

*The Atlantic*          CityLab

☐ *The Atlantic* Daily          ☐ Today's Top Stories

☐ This Week          ☐ This Week's Most
                              Popular Stories

☐ This Month

☐ New Photo Galleries          ☑ I want to receive updates
                              from partners and
☐ Top Videos This Week          sponsors.

☐ Politics & Policy Daily          Email

                              **SIGN UP**

## About

Masthead          Contact Us

FAQ          Send a News Tip

Press          Privacy Policy

Jobs          Advertise

Shop          Advertising Guidelines

Books          Terms and Conditions

Emporium          Responsible Disclosure

PLAINTIFF TRIAL EXHIBIT 050

PALIN04496



Start the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

ALSO ON THE ATLANTIC

**No Country for Colin Kaepernick**
129 comments • 4 hours ago

Bill Smith — Lesson here is this: if you are going to be a controversial figure who wants to lecture to the people paying …

**The Democratic Party's Abortion Dilemma**
203 comments • a day ago

viskarenvisla — Shocking stupidity on the part of the Democrats, shows they've learned nothing from their stunning …

**Trump Doubles Down on North Korea**
297 comments • a day ago

bigjericho — Oh, shut the hell up. Every day this guy proves that he's unfit to lead and you know it. Stop making excuses …

**Why Does Trump Still Refuse to Criticize Putin?**
307 comments • 4 hours ago

whynotsomethingsomething — That's the beauty of kompromat…Putin's got something on Trump, he owns Trump. …

Subscribe      Add Disqus to your site      Privacy                    **DISQUS**



## Subscribe

Get 10 issues a year and save 65% off the cover price.

Name

Address 1 | Address 2

City | State | Zip

United States | Email

**ORDER NOW**

Fraud Alert regarding The Atlantic

## Follow

Facebook          Twitter

LinkedIn          Instagram

Tumblr            Pinterest

RSS               App Store

## Newsletters

*The Atlantic*          CityLab

☐ *The Atlantic* Daily     ☐ Today's Top Stories

☐ This Week              ☐ This Week's Most Popular Stories

☐ This Month

☐ New Photo Galleries    ☑ *I want to receive updates from partners and sponsors.*

☐ Top Videos This Week

☐ Politics & Policy Daily   Email

                         SIGN UP

## About

Masthead              Contact Us

FAQ                   Send a News Tip

Press                 Privacy Policy

Jobs                  Advertise

Shop                  Advertising Guidelines

Books                 Terms and Conditions

Emporium              Responsible Disclosure

Manage Subscription   Site Map

TheAtlantic.com Copyright (c) 2017 by The Atlantic Monthly Group. All Rights Reserved.

Document title: Ten Days That Defined 2011 - The Atlantic
Capture URL: https://www.theatlantic.com/international/archive/2011/12/ten-days-defined-2011/333741/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:46:39 GMT     PLAINTIFF TRIAL EXHIBIT 050     Page 11 of 11

PALIN04497

JA 1828



# THE DENVER POST

eEdition   Subscribe/Members   Newsletters   Obituaries

News ⌄ | Sports ⌄ | Business ⌄ | Entertainment ⌄ | Lifestyle ⌄ | Opinion ⌄ | Politics ⌄ | Cannabist | Classifieds ⌄ | Video          Search

**Trending:** Severe weather forecast | Taylor Swift trial | Broncos beat Bears | Free and cheap deals, Aug. 11-18 | Colorado Classic details | "Frozen" inside look

**POLITICS**

## Sarah Palin endorses Darryl Glenn in Colorado's U.S. Senate primary



Sarah Palin has endorsed Darryl Glenn in the five-way Republican primary in Colorado for U.S. Senate.

Hyoung Chang, The Denver Post

By JOEY BUNCH | jbunch@denverpost.com | The Denver Post
PUBLISHED: June 7, 2016 at 1:38 pm | UPDATED: June 7, 2016 at 3:15 pm

Sarah Palin, a former vice presidential pick and conservative figurehead, is endorsing Darryl Glenn in the five-way Republican primary for U.S. Senate, she said on her Facebook page Tuesday afternoon.

"I'm proud to endorse a proven warrior for US Senate in Colorado — Darryl Glenn is who this country needs!" she wrote. "Over two decades of exemplary military service brought him honor and adulation for his intelligence, leadership skills, fiscal responsibility and patriotism. His deserved recognition honed a servant's heart. He's one who proudly clings to God, guns and our constitution!

"Darryl Glenn is a conservative outsider needed to take Washington by



Denver Post file
Darryl Glenn, U.S. Senate candidate, addresses the state Republican convention in April in Colorado Springs.

 **SIGN UP** FOR NEWSLETTERS AND ALERTS

 **SUBMIT** YOUR NEWS TIPS OR PHOTOS

**MOST POPULAR**

**1** Elderly Denver man died in elevator after twice pushing emergency button

**2** Broncos' new offense, QBs uninspiring in preseason opener

**3** Will Kyle Sloter get to vie for Broncos' starting QB job?

**4** Which dinosaur is the biggest? There's a new contender – and it's alarmingly large.

**5** Before alleged Taylor Swift groping, radio host David Mueller's bosses were unsatisfied with his work

Document title: Sarah Palin endorses Darryl Glenn in Colorado&#39;s U.S. Senate race
Capture URL: http://www.denverpost.com/2016/06/07/sarah-palin-endorses-darryl-glenn-in-colorado-us-senate-primary/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:53:57 GMT          PLAINTIFF TRIAL EXHIBIT 073

PALIN04567

 

servant's heart. He's one who proudly clings to God, guns and our constitution!

state Republican convention in April in Colorado Springs.

"Darryl Glenn is a conservative outsider needed to take Washington by storm. Colorado — please support Darryl Glenn for US Senate."

Glenn, an El Paso County commissioner, faces presumed party-establishment favorite Jon Keyser, Colorado Springs businessman Robert Blaha, former Aurora City Councilman Ryan Frazier and former Colorado State University athletic director Jack Graham in the June 28 primary.

"This is a true honor, and we look forward to working for brighter tomorrow together. It is time for Colorado to lead, and we are proud to have Sarah Palin on board," Glenn said.

Palin's nod is the second high-profile endorsement for Glenn. Two weeks ago he was picked by the Senate Conservatives Fund, a major political booster with strong Tea Party roots.

The group was founded by former U.S. Sen. Jim DeMint of South Carolina and has spent millions of dollars supporting conservative candidates since its start in 2008.

Palin's endorsements have been a mixed bag. In 2010, 33 endorsees won, and 20 lost, according to The Washington Post. She endorsed American Constitution Party candidate Tom Tancredo in the governor's race, which he lost to John Hickenlooper, and Congressional District 3 candidate Bob McConnell, who lost in the GOP primary to Scott Tipton.

By 2014, her influence had waned significantly, The Post reported.



**Worst Foods for Digestion**

Cut a bit of belly bloat each day, by avoiding these 3 foods

TAGS: **DARRYL GLENN,** **SARAH PALIN,** **SENATE GOP PRIMARY,** **U.S. SENATE RACE 2016**



**Joey Bunch**
Joey Bunch was a reporter for 12 years at The Denver Post before leaving to join The Gazette in Colorado Springs. For various newspapers he has covered the environment, water issues, politics, civil rights, sports and the casino industry. He likes stories more than reports.

Follow Joey Bunch @joeybunch

SPONSORED CONTENT



A WORLD IN EVERY PINT

Before alleged Taylor Swift groping, radio host David Mueller's bosses were unsatisfied with his work

**6**

Dobbs: Lessons from Liberia and Venezuela: Leadership matters

Document title: Sarah Palin endorses Darryl Glenn in Colorado&#39;s U.S. Senate race
Capture URL: http://www.denverpost.com/2016/06/07/sarah-palin-endorses-darryl-glenn-in-colorado-us-senate-primary/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:53:57 GMT

**PLAINTIFF TRIAL EXHIBIT 073**

Page 2 of 4

PALIN04568

   



We went hunting for a tick that could kill you

BY VICE NEWS                                          **VICE NEWS**

**CLICK FOR DIGITAL & HOME DELIVERY - 60% OFF**

SPONSORED STORIES                                    Recommended by Outbrain



Yahoo! Search
**What is Psoriatic Arthritis?**



Worldation
**What North Korea's Military Looks Like Compared to the U.S ? Who Will Win WWIII ? The**



theBrofessional
**Real Reason Much of Australia is Uninhabitable**



Burst Daily
**The 20 Most Affluent NFL Players & The Exceptional Women Behind Them**



Scribol
**Tim Tebow Turned Down This Girl's Prom Invite, But What He Did Next Made Mom Cry**



OMGi
**30 Hilarious Illustrations of Everyday Married Life That Will Make Your Day Instantly Better**



deepeasto
**Victoria Osteen Reveals Her Decision To Leave It All Behind**



Ice Pop
**Remember 'The Human Barbie'? Well, You Should See Her Now**

MORE FROM THE DENVER POST



**Ask Amy: Single guy wonders if he should give up the ghost**



**3 things to watch (aside from QBs) in the Broncos-Bears preseason opener**



**"Drug-infested den" and "true American patriots": Donald Trump's map of America**



**Semi-truck trailer burst into flames on I-70 near Genesee**



**Woman who saw child-sex texts on plane and helped rescue kids says she's no hero**



**Nuggets begin golden anniversary celebration by unveiling new uniforms**



**Greg Holland shaved his head and face after consecutive blown saves, but the Rockies**



**Taylor Swift took every opportunity Thursday to say David Mueller "grabbed my**

Recommended by Outbrain

COMMENTS (0)                                                          LOG IN

DP | Sarah Palin endorses Darryl Glenn in Colorado's... **JA 1831**

💬 **COMMENTS** (0)                                                    LOG IN

Post your comment...

SUBMIT

*Civil* COMMENTS                                              PRIVACY   TERMS

---

**MORE IN POLITICS**



**Former Colorado GOP chairman pleads not guilty to voter fraud charges, is headed to trial**
August 10, 2017, 1:18 pm

A former chairman of the Colorado Republican Party, who prosecutors allege committed voter fraud using his ex-wife's identity in the 2016 election, has a four-day trial scheduled to start in December in Weld District Court.



**Cory Gardner holding three in-person town halls next week**
August 11, 2017, 2:40 pm

U.S. Sen. Cory Gardner will hold three in-person town halls next week after months of liberal activists chastising him for not doing so and on the heels of an at-times unruly meeting with constituents last week in Durango, where he was berated for his votes to repeal the Affordable Care Act.



**Mike Coffman named "legislator of the year" by Vietnam Veterans of America**
August 11, 2017, 2:12 pm

U.S. Rep. Mike Coffman has been named "legislator of the year" by Vietnam Veterans of America, calling the Vietnam War the most influential conflict of his legislative career — despite his own deployments — while accepting the award Friday at the organization's gathering in New Orleans.



**Twitter users are reporting Trump's account for "threatening violence" against North Korea**
August 11, 2017, 1:18 pm

Can a president be suspended from Twitter for threatening to attack another country?

---

Member Services   News Alerts                                    f  t  instagram  rss

**Subscribe**                    **Classifieds**            **Contact Us**              **Today's Front Page**
Become a Member / Subscribe      Autos                      Submit a News Tip           Back Issues
Place a Hold                     Real Estate                Member Services             Archives
Denver Post Store                Jobs                       Advertise With Us           Mobile Apps
Digital Replica Edition          Today's Ads                Careers
                                 Weekly Ads                 Place an Obituary
                                 Daily Ads
                                 Special Sections

Copyright © 2017 Digital First Media   Privacy Policy   Terms of Use   Site Map   Ethics Policy   Powered by WordPress.com VIP   Arbitration

---

Document title: Sarah Palin endorses Darryl Glenn in Colorado&#39;s U.S. Senate race
Capture URL: http://www.denverpost.com/2016/06/07/sarah-palin-endorses-darryl-glenn-in-colorado-us-senate-primary/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:53:57 GMT

PLAINTIFF TRIAL EXHIBIT 073

PALIN04570



*The* Atlantic

Popular    Latest    Sections ⌄    Magazine ⌄    More ⌄    Subscribe    🔍

# Arrest Made in Threat on Sen. Bennet's Office

GARANCE FRANKE-RUTA  |  JAN 10, 2011  |  POLITICS

[f Share]  [🐦 Tweet]  [···]

TEXT SIZE
[−]  [+]

Subscribe to *The Atlantic*'s Politics & Policy Daily, a roundup of ideas and events in American politics.

[Email_____]  [SIGN UP]

**Updated 4:35 p.m.**

A spokesman for Western Democrat Sen. Michael Bennet (Colo.) e-mails:

> We can confirm that there was a threat against Senator Bennet's office and that the FBI working with the Capitol Police have arrested the individual responsible for the threat. Per their advice, we are referring inquiries related to this matter to the Capitol Police. Michael has full confidence in the law enforcement agencies handling the case and remains focused on his job serving the people of Colorado

The Denver Post has more:

> Federal authorities have arrested a man accused of repeatedly making threats to Colorado U.S. Sen. Michael Bennet's staff.
>
> The most recent threats allegedly came on Thursday, two days before a gunman in Arizona killed six people and wounded 14 others, including a congresswoman.
>
> According to an arrest warrant affidavit, John Troy Davis called Bennet's Denver office Thursday upset over his social security benefits and during the call said he, "may go to terrorism." He also allegedly said, "To get your attention, I will go down there and set fire to the perimeter," according to the affidavit.
>
> During a call several days earlier, Davis, who lives in the metro area, told another Bennet staffer, "I'm just going to come down there and shoot you all," while complaining about social security benefits, according to the affidavit.

LATEST VIDEO



**How Cable News Fails Viewers**
Jon Lovett wonders if political commentary has become theater criticism.


✕

Document title: Arrest Made in Threat on Sen. Bennet&#39;s Office - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/arrest-made-in-threat-on-sen-bennets-office/69270/
Capture timestamp (UTC): Fri, 11 Aug 2017 14:37:21 GMT
PLAINTIFF TRIAL EXHIBIT 074

PALIN04382

## JA 1833

Join Lewis Wagons I political commentary has become theater criticism.

(Disclosure: Sen. Bennet's brother James Bennet edits The Atlantic.)

ABOUT THE AUTHOR



**GARANCE FRANKE-RUTA** is a former senior editor covering national politics at *The Atlantic*.

Twitter    Email

 Share     Tweet    Comments

**From The Web**                                                Ads by Revcontent


**We Can Guess Your Education with Only 10 Questions**
Topix


**20 Makeup Routines All Older Women Should Know**
Trending Moms


**Why Doctors in the Know No Longer Prescribe Blood Pressure Meds**
Vibrant Health Network


**1 Easy Trick to See Better at Night While Driving**
Clear Sight Glasses

# Most Popular



### Have Smartphones Destroyed a Generation?

JEAN M. TWENGE

One day last summer, around noon, I called Athena, a 13-year-old who lives in Houston, Texas. She answered her phone—she's had an iPhone since she was 11—sounding as if she'd just woken up. We chatted about her favorite songs and TV shows, and I asked her what she likes to do with her friends. "We go to the mall," she said. "Do your parents drop you off?," I asked, recalling my own middle-school days, in the 1980s, when I'd enjoy a few parent-free hours shopping with my friends. "No—I go with my family," she

CONTINUE READING



### How America Lost Its Mind

KURT ANDERSEN

When did America become untethered from reality?

I first noticed our national lurch toward fantasy in 2004, after President George W. Bush's political mastermind, Karl Rove, came up with the remarkable phrase *reality-based community*. People in "the reality-based community," he told a reporter, "believe that solutions emerge from their judicious study of discernible reality ... That's not the way the world really works anymore." A year later, *The Colbert*

CONTINUE READING



### Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken

 ✕

PLAINTIFF TRIAL EXHIBIT 074

PALIN04383

JA 108

## Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken

KRISHNADEV CALAMUR



President Trump this week has gone from saying the U.S. will respond to North Korean threats with "fire and fury like the world has never seen" to clarifying those words were perhaps not "tough enough," and to spelling out Friday, in case there were doubts, that the U.S. military was "locked and loaded" to counter any threat.

Donald J. Trump ✔
@realDonaldTrump                    ✚ Follow

CONTINUE READING

## Is the World Slouching Toward a Grave Systemic Crisis?

PHILIP ZELIKOW



*On August 5, Philip Zelikow delivered the following keynote address at the annual meeting of the Aspen Strategy Group, a discussion forum for experts and government practitioners. Zelikow, who is currently the White Burkett Miller Professor of History at the University of Virginia, has served at all levels of American government, and for administrations of both parties —including roles at the White House, State Department, and Pentagon. He was also the executive director of the 9/11 Commission. In this speech he reflects on the much-discussed*

CONTINUE READING

## How to Deal With North Korea

MARK BOWDEN



点击这里阅读中文版本 | Read this article in Chinese.

Thirty minutes. That's about how long it would take a nuclear-tipped intercontinental ballistic missile (ICBM) launched from North Korea to reach Los Angeles. With the powers in Pyongyang working doggedly toward making this possible—building an ICBM and shrinking a nuke to fit on it —analysts now predict that Kim Jong Un will have the capability before Donald Trump completes one four-year

CONTINUE READING

## Are Index Funds Evil?

FRANK PARTNOY



If you're like me, you've cheered the decades-long rise of index funds—investment vehicles that seem (these days) to be a rare case of financial innovation that actually helps regular people. By trying merely to match the market, not beat it—investing passively in stocks that mimic a published market index, like the S&P 500—they're able to offer both low fees and peace of mind for people not inclined to try to pick which stocks to buy and sell.

⚊ Home    f Share    🐦 Tweet                    Next story in **Politics** ❯

✕

Document title: Arrest Made in Threat on Sen. Bennet&#39;s Office -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/arrest-made-in-threat-on-sen-bennets-office/69270/
Capture timestamp (UTC): Fri, 11 Aug 2017 14:37:21 GMT

PLAINTIFF TRIAL EXHIBIT 074

PALIN04384

JA 1835

to which stocks to buy and sell.

CONTINUE READING

---



### Why Is Trump Turning on the Ally He Needs Most?

DAVID A. GRAHAM

The three people with the greatest power over Donald Trump's political future are Senate Majority Leader Mitch McConnell, Special Counsel Robert Mueller, and Trump himself.

And if the president's recent treatment of McConnell and Mueller is any indication, Trump had better watch out.

The president is on a sustained campaign against the leader of the Senate. For the second day in a row, Trump broke

CONTINUE READING

---



### Annie Dillard's Classic Essay: 'Total Eclipse'

ANNIE DILLARD

*Ever since it was first published in 1982, readers—including this one—have thrilled to "Total Eclipse," Annie Dillard's masterpiece of literary nonfiction, which describes her personal experience of a solar eclipse in Washington State. It first appeared in Dillard's landmark collection,* Teaching a Stone to Talk, *and was recently republished in* The Abundance, *a new anthology of her work. The Atlantic is pleased to offer the essay in full, here, until the day after the 'Great American Eclipse' on August 21.*

CONTINUE READING

---



### Emmanuel Macron: Monsieur Unpopular

YASMEEN SERHAN

Emmanuel Macron has said that he wants to govern like the Roman god Jupiter, staying above the fray of everyday government issues. But less than three months into the French president's time in office, his poll numbers are proving just how mortal he is. U.K.-based pollster YouGov reported a seven-point drop in the young leader's approval rating, which fell from 43 to 36 percent over the month of July. French pollster Ifop observed a similar decline over the same period, noting that: "Apart from Jacques Chirac in July

CONTINUE READING

---



### The Blue-Collar Eclipse

JAY RYAN

You might say I've been chasing eclipses my whole life—I just haven't caught one yet. I've been an astronomy enthusiast since my youth in the 1970s, the era of the Apollo program. Along with millions of people across the

---

A Home | f Share | Tweet

Next story in **Politics** ›

✕

Document title: Arrest Made in Threat on Sen. Bennet&#39;s Office - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/arrest-made-in-threat-on-sen-bennets-office/69270/
Capture timestamp (UTC): Fri, 11 Aug 2017 14:37:21 GMT

PLAINTIFF TRIAL EXHIBIT 074

PALIN04385



might say I've been chasing eclipses my whole life—I just haven't caught one yet. I've been an astronomy enthusiast since my youth in the 1970s, the era of the Apollo program. Along with millions of people across the world, I watched Neil Armstrong take that giant leap onto the moon's surface in July 1969. After watching the first moon landing, I was eager to see the moon block out the sun during the total solar eclipse of March 7, 1970. But as an 8-year-old in Cleveland, Ohio, there was no way for my single

CONTINUE READING

---



VIDEO

### 'Holy Shit, We're in a Cult'

JACLYN SKURIE AND NICOLAS POLLOCK

EnlightenNext was an organization that promised spiritual awakening. Instead, it turned into a complicated, often-sinister community.

WATCH VIDEO

---



VIDEO

### What Does 'Late Capitalism' Really Mean?

LEAH VARJACQUES, ALICE ROTH, AND ANNIE LOWREY

The intellectual meme for a garbage economy

WATCH VIDEO

---



VIDEO

### Can Single People Be Happy?

KASIA CIEPLAK-MAYR VON BALDEGG, SAM PRICE-WALDMAN, AND GREYSON KORHONEN

We asked experts.

WATCH VIDEO

---

MORE POPULAR STORIES

0 Comments    The Atlantic                                    1 Login

♡ Recommend    ⤷ Share                                    Sort by Best

Start the discussion…

LOG IN WITH         OR SIGN UP WITH DISQUS ?

Ⓐ Home    f Share    🐦 Tweet                    Next story in **Politics** ›

×

Document title: Arrest Made in Threat on Sen. Bennet&#39;s Office -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/arrest-made-in-threat-on-sen-bennets-office/69270/
Capture timestamp (UTC): Fri, 11 Aug 2017 14:37:21 GMT
PLAINTIFF TRIAL EXHIBIT 074

PALIN04386

JA 1837



Start the discussion...

LOG IN WITH                OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

ALSO ON **THE ATLANTIC**

**Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken**
137 comments • an hour ago•
JanDeDoot — "Trump's order to use nuclear weapons may be unpopular, but the long-term consequences of the …

**Is the World Slouching Toward a Grave Systemic Crisis?**
25 comments • 6 hours ago•
Harveydanger — article's title was very attractive, but the more I was reading it, the more disappointed I was. Really …

**The Blue-Collar Eclipse**
23 comments • 2 hours ago•
question? — Your virtue signal has been received. You have proven your moral and intellectual superiority. Congrats.

**Trump Doubles Down on North Korea**
251 comments • 18 hours ago•
bigjericho — Oh, shut the hell up. Every day this guy proves that he's unfit to lead and you know it. Stop making excuses …

✉ Subscribe    🅾 Add Disqus to your site    🔒 Privacy                **DISQUS**



Document title: Arrest Made in Threat on Sen. Bennet&#39;s Office -The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/arrest-made-in-threat-on-sen-bennets-office/69270/
Capture timestamp (UTC): Fri, 11 Aug 2017 14:37:21 GMT
PLAINTIFF TRIAL EXHIBIT 074
Page 6 of 6

PALIN04387

JA 1838

AMERICANS FOR
**RESPONSIBLE**
SOLUTIONS

JOIN US

Email Address    Zip    SUBMIT

▶ CONTRIBUTE

| HOME | ABOUT | NEWS | LEARN | ACTION |

# ARS PAC ENDORSES MICHAEL BENNET FOR THE UNITED STATES SENATE

*Aug 24th, 2016*

Tweet   👍 Like 1   Share

**August 24, 2016** – Americans for Responsible Solutions PAC (ARS PAC) – the gun violence prevention organization founded by former Congresswoman Gabrielle Giffords and retired NASA astronaut Captain Mark Kelly – today announced its endorsement of Senator Michael Bennet for United States Senate. Citing his support for a broad set of responsible gun violence prevention policies and record of voting for laws that help keep guns out of the wrong hands and protect the rights of law-abiding Americans, ARS PAC declared Michael Bennet its Colorado Champion for the Vocal Majority.

The endorsement is part of ARS PAC's "Vocal Majority" campaign this fall to mobilize millions of Americans to make the 2016 election a referendum on gun violence prevention and to support leaders up and down the ballot who are committed to responsible steps that reduce gun violence.

"Senator Bennet is the best person to fight for the safety and rights of Coloradans in the United States Senate," **said ARS PAC Co-Founders Congresswoman Giffords and Captain Kelly.** "Senator Bennet will continue to be a strong voice in the Senate for preventing gun tragedies and closing the dangerous loopholes in our laws that put our communities at risk. We need more commonsense leaders like Senator Bennet – leaders who will protect the rights of law-abiding gun owners like us, but who also have the courage to stand up to the gun lobby. We are looking forward to ensuring Senator Bennet remains a steady, bipartisan, and pragmatic voice for responsibility in Congress."

"I'm proud to have the support of Gabby Giffords and her husband Mark Kelly, both dedicated public servants who continue to work to make our country safer," **said Senator Michael Bennet.** "There's no reason why we can't come together as Republicans and Democrats to pass background checks and prevent suspected terrorists from being able to buy firearms — commonsense measures that don't infringe on the rights of Colorado's hunters, sportsmen and law-abiding gun owners."

« Previous                                                                 Next »

Paid for by Americans for Responsible Solutions, a section 501(c)(4) issue advocacy organization, and Americans for Responsible Solutions PAC, a federal political committee. Not authorized by any candidate or candidate's committee.

Contact    Privacy Policy

PLAINTIFF TRIAL EXHIBIT 077

PALIN00046



# The COLORADO INDEPENDENT

HOME   ABOUT US   THE BEATS   IN-DEPTH   LITTWIN   KEEFE   MAILING LIST   DONATE

## Watch Colorado U.S. Sen. Michael Bennet's floor speech on guns

Corey Hutchins

June 16, 2016   Just In   No Comments

"Small Media, Big News"
- Founded, 2006. Born again, 2013.

Search The Site ...

HOME FRONT

Today's front pages from across Colorado

WIRETAP

Must-reads from around the web

support independent, nonprofit news.

DONATE today.

NEWS POETRY

Democratic U.S. Sen. Michael Bennet, up for re-election in Colorado this fall, joined 30 of his Democratic colleagues in D.C. for a filibuster about gun laws yesterday following the latest massacre, this time in Orlando, which left a bloody mark as the worst single-gunman mass shooting in U.S. history.

Led by Connecticut Sen. Chris Murphy, Democrats spent roughly 15 hours talking about gun violence. The marathon session was aimed at forcing the Republican Senate leadership to allow votes on gun measures.

When Bennet took the floor, he talked about the difference between the ways Colorado lawmakers and Congress have reacted to gun violence. Colorado has passed new laws; Congress has not.

"Unlike Washington, in Colorado our legislators actually rose to the occasion to take some tough decisions … they got together and they actually strengthened our background check system. Colorado's legislature closed the gun show loophole and the internet loophole and required a background check for every gun sale," Bennet said.

The Senator then ran down the list of what that has meant for Colorado in practice within the past year.

"I want to be precise about this," he said, noting that in 2015 background checks had blocked 7,714 people from buying guns, a figure that made up about 2 percent of the applications for firearms purchases.

Those within that 2 percent included murderers, rapists, domestic abusers and kidnappers who were denied guns because of the new rules, Bennet said.

PLAINTIFF TRIAL EXHIBIT 078

PALIN04551

"I want to be precise about this," he said, noting that 261,000 background checks had blocked 7,714 people from buying guns. He said that made up about 2 percent of the applications for firearms purchases.

Those within that 2 percent included murderers, rapists, domestic abusers and kidnappers who were denied guns because of the new rules, Bennet said.

"Is there anyone who is going to come to the floor of the United States Senate and say that Colorado is worse off because we've kept guns out of the hands of murderers and kidnappers or rapists?" he asked. "This isn't mythical. This is the actual fact of what's going on in a Western state that has background checks."


Sen. Michael Bennet Speaks on Need for Gun Reforms

In January, President Barack Obama made executive actions to hire more people to do background checks, narrow the scope of who can sell guns without a license and ramp up enforcement of existing gun laws, saying Congress had failed to act on curbing gun violence.

Colorado already has tougher gun laws on its books than the federal government, coupled with measures that deal with mental health. In 2013, state lawmakers put a 15-round limit on gun magazines and implemented background checks for private gun sellers.

But doing so didn't come without political consequences, something Bennet did not mention in his floor speech. In a recall election in 2013, voters ousted two Democratic lawmakers who supported Colorado's new gun laws.

Those two former legislators, John Morse and Angela Giron, who served in the Colorado Senate, accompanied Obama during his January news conference at the White House when he made executive actions.

"It's not odd in the least that we got invited— the president followed Colorado's lead,"Morse said at the time."It just took two-and-a-half years."

Girion said she thought the two had gotten invites to the White House as a reward for standing up to the gun lobby.

In February, when the Democratic presidential primary swung through Colorado, former Secretary of State Hillary Clinton made a hard push about curbing gun violence in the final days of the campaign.

Colorado, of course, is a state with a bloody history of gun violence, from the Columbine school shooting to the slaughter in an Aurora movie theater. Last year, two triple homicides in Colorado Springs — one at a Planned Parenthood clinic, another on a residential street on Halloween — took place within weeks of each other.

One teenager was a witness to both.

"The first time, she cried," her boyfriend told The New York Times. "She's a



KGNU
88.5 FM | 1390 AM COMMUNITY RADIO

Headlines from The Indy on KGNU every
Monday, Wednesday & Friday, 2:55 pm

KEEP IN TOUCH

## Contact Information

First Name *

Last Name *

Email *
someone@website.com

Sign up

What people are reading

Legalized marijuana smokes out two Colorado statehouse reporters

Littwin: Trump didn't cross a line Saturday— he crossed that line long ago

Littwin: Not sure how or why, but Hick, Kasich are apparently in charge of fixing health care

Once a Republican, Erik Underwood is running for Colorado governor as a Democrat

Littwin: Not to be alarmist, but what happens if Kim does fire those missiles toward Guam?

JUST IN

The Home Front: This small Colorado town wants to run on 100 percent renewable energy by 2030

Littwin: Trump didn't cross a line Saturday— he crossed that line long ago

Littwin: Not to be
scroll

Read More

EVENTS

TOP

Document title: Watch Colorado U.S. Sen. Michael Bennet's floor speech on guns |The Colorado Independent
Capture URL: http://www.coloradoindependent.com/159774/michael-bennet-guns
Capture timestamp (UTC): Mon, 14 Aug 2017 16:44:43 GMT

PLAINTIFF TRIAL EXHIBIT 078

PALIN04552

Last year, two triple homicides in Colorado Springs — one at a Planned Parenthood clinic, another on a residential street on Halloween — took place within weeks of each other.

One teenager was a witness to both.

"The first time, she cried," her boyfriend told *The New York Times*. "She's a veteran now."

- filibuster
- Gun Laws
- gun violence
- Michael Bennet
- U.S. Senate

*Like this story? Steal it!* Feel free to republish it in part or in full, just please give credit to The Colorado Independent and add a link to the original.

Got a tip? Story pitch? *Send us an e-mail.* Follow *The Colorado Independent on Twitter.*

## Like this article? Share it!

- Twitter
- Facebook 337
- Google
- Reddit
- Tumblr
- Email
- More

## About the Author

### COREY HUTCHINS

is a journalist in Colorado, and Columbia Journalism Review's Rocky Mountain correspondent for the United States Project. Follow him on Twitter @CoreyHutchins and email him at CoreyHutchins [at] gmail [dot] com.

### Related Posts

Littwin: Chances for Obamacare repeal may be up in the air, but Cory Gardner is all in

Updated: Betsy DeVos is coming to Denver Thursday to speak to the conservative group ALEC — and protesters are ready

What repealing Obamacare would mean for one rural Colorado hospital

Despite Gardner vote, US Senate fails to revoke Obama methane rule

### 2 Comments

Sort by Oldest

Add a comment...

**Greg Weitz** · Consultant at Imagine Communications

Thank you, senator Bennet, for standing up to protect the people of Colorado and the USA with common sense measures to keep military assault weapons out of the hands of dangerous people.

Like · Reply · Jun 17, 2016 1:42am

**Jeff Neuman-Lee** · Denver, Colorado

It's time to move beyond the polarized rhetoric that refuses to understand what others are saying. The Dems have been reasoned, logical, and their proposals are modest. Others use the miserable "slippery slope" argument which amounts to all inaction. Senator Bennet takes a stand and makes us proud.

---

**EVENTS**



**We did it!!!**

We at The Indy send a delighted thank you to our readers who were able to make Friday night's fundraiser at the Mercury Café! It was a [...]

Read More

**WATCH: Family Speaks on Anniversary of Marvin Booker's Death**

**TWITTER**

Tweets by @COindependent

COindependent
@COindependent

'Boy, that's a good one. I haven't heard about the new figure.' Well, have *you*'?
coloradoindependent.com/166606/parched...
(Spoiler: Cost of CO water plan)

PARCHED: Anticipated tab for state w...
Implementing Gov. John Hickenlooper's ...
coloradoindependent.com

58s

COindependent
@COindependent

The temptation is to say a line was crossed this weekend. But Littwin can't bring himself to say it. Here's why:
coloradoindependent.com/166653/trumpoa...

Embed                    View on Twitter

**THE BLOGS**

**The Home Front: This small Colorado town wants to run on 100 percent renewable energy by 2030**

"The town of Nederland is poised to [become] the 42nd community in the country to commit

Document title: Watch Colorado U.S. Sen. Michael Bennet's floor speech on guns |The Colorado Independent
Capture URL: http://www.coloradoindependent.com/159774/michael-bennet-guns
Capture timestamp (UTC): Mon, 14 Aug 2017 16:44:43 GMT                    PLAINTIFF TRIAL EXHIBIT 078

Page 3 of 4

PALIN04553

JA 1842

Obamacare repeal
may be up in the air,
but Cory Gardner is
all in

is coming to Denver
Thursday to speak to
the conservative
group ALEC — and
protesters are ready

Obamacare
mean for one
Colorado hospital

fails to
Obama
methane rule

The graphics are true and one can cross hairs
weekend. But Littwin can't bring himself to do it.
Here's why:
coloradoindependent.com/166653/trumpona

Embed                                    View on Twitter

**2 Comments**                                    Sort by    Oldest ▾



Add a comment...

**Greg Weitz** · Consultant at Imagine Communications
Thank you, senator Bennet, for standing up to protect the people of Colorado and the USA
with common sense measures to keep military assault weapons out of the hands of
dangerous people.
Like · Reply · Jun 17, 2016 1:42am

**Jeff Neuman-Lee** · Denver, Colorado
It's time to move beyond the polarized rhetoric that refuses to understand what others are
saying. The Dems have been reasoned, logical, and their proposals are modest. Others
use the miserable "slippery slope" argument which amounts to all inaction. Senator Bennet
takes a stand and makes us proud.
Like · Reply · Jun 17, 2016 2:04am

f Facebook Comments Plugin

## Leave a Response

Your email address will not be published.

Comment                                          Name *

                                                 Email *

                                                 Website

                                                 ☐ Notify me of new posts by email.

                        Post Comment

**THE BLOGS**

**The Home Front: This small
Colorado town wants to run on
100 percent renewable energy by
2030**

"The town of Nederland is poised to [become]
the 42nd community in the country to commit
to achieving 100 percent renewable electricity
by 2030," reports […]

Read More

**FACEBOOK**

The Colorado Indepen...
9.6K likes

f Like Page          Learn More

Be the first of your friends to like this

Search The Site...    🔍

**COLORADO
INDEPENDENT**

**Our Mission**

The Colorado Independent is a
statewide online news source
operating in a time when spin is
plentiful, but factual, fair and
unflinching news in the public interest
is all too rare. Our award-winning
team of veteran investigative and
explanatory reporters and news
columnists aims to amplify the voices
of Coloradans whose stories are
unheard, shine light on the
relationships between people, power
and policy, and hold public officials to
account. We strive to report the news
with context, social conscience, and
soul, and to give Coloradans the
insight they need to promote
conversation, understanding and
progress in this square, swing state
we call home.

**Categories**
Civil Rights
Criminal Justice
Education
Environment/Energy
Health
Politics

**Information**
About us
DONATE
Contact Us
Privacy Policy
Board of Directors

HOME    ABOUT US    THE BEATS    IN-DEPTH    LITTWIN    KEEFE    MAILING LIST    DONATE

Photo Credit: Denver Public Library, Western History Collection; L. C. McClure, MCC-1824, Site    TOP

Document title: Watch Colorado U.S. Sen. Michael Bennet's floor speech on guns |The Colorado Independent
Capture URL: http://www.coloradoindependent.com/159774/michael-bennet-guns
Capture timestamp (UTC): Mon, 14 Aug 2017 16:44:43 GMT     PLAINTIFF TRIAL EXHIBIT 078

PALIN04554

**1.**  Gunman in Bronx Hospital Shooting Is Dead, Officials Say

**2.**  'Morning Joe' Hosts and Trump Bring National Enquirer Into Their Feud

**3.** Trump Suggests Repealing Health Law Now and Replacing It Later

**4.** OP-ED COLUMNIST Understanding Republican Cruelty

PAID POST: VEUVE CLICQUOT  See the Fabulous Style at the Veuve Clicquot Polo Classic 

**5.** OP-ED I've C Dona


up to **5 Mbps** starting at **$29⁹⁹** a month for 12 months    **COX**

PUBLIC EDITOR

# The Public Editor Signs Off

Liz Spayd
THE PUBLIC EDITOR   JUNE 2, 2017

f 𝕏 ✉ ⤴ 🔖   💬 534



Michael Putland/Getty Images

There probably hasn't been a time in recent American history when the role of the media was more important than now. The Trump administration is drowning in scandal, the country is calcified into two partisan halves. And large newsrooms are faced with a choice: to maintain an independent voice, but one as aggressive and unblinking as the days of Watergate. Or to morph into something more partisan, spraying ammunition at every favorite target and openly delighting in the chaos.

If I think back to one subject I've harped on the most as public editor over the last year, this is probably it. Digital disruption and collapsing business models get all the attention, but the prospect of major media losing its independence, and its influence, ranks equally high among the industry's perils. Derision may feel more satisfying, but in the long run stories that are measured in tone are more powerful. Whether journalists realize it or not, with impartiality comes authority — and right now it's in short supply.

Mike Morell, former acting director of the C.I.A. and a backer of Hillary Clinton, earlier this week likened the U.S. media's reaction to Donald Trump to the Venezuelan media's reaction when Hugo Chávez became president nearly 20 years ago. With little political opposition to Chávez, the media assumed that role, Morrell said, and ultimately lost its credibility with the Venezuelan people.

The U.S. isn't Venezuela but the media here shouldn't fall into the same trap. I don't worry that The Times, or The Washington Post or others with most resources will fail to pursue ripe investigative targets. And I hope so. But in their effort to hold Trump accountable, will they play their

### The Public Editor
Liz Spayd, the sixth public editor, is at the intersection of Times readers and Times journalists.

Friday Mailbag: Manchester, Stereotypes and Social Security Math   MAY 26

The Bombing, the Crime Scene Photos and the Outcry   MAY 25

Vague Guidelines Lead to a Misstep on Gender Pronouns   MAY 25

The Real Power of Journalism? Blockbuster Scoops   MAY 20

Friday Mailbag: Spilled Beans, Monochrome Faces and Renegade Readers   MAY 19

See More »

💬 RECENT COMMENTS

**Mary Gay Daly**   June 16, 2017
I am shocked and saddened by the Times's stupid decision to eliminate the public editor. At a time when the press is under such intense...

**Timshel**   June 16, 2017
For years I very often read the NYT. I stopped, however reading the NYT's political coverage after they did a hatchet job on Bernie...

**Name**   June 16, 2017
Why did you drag this poor woman away from the Post, ignore her for a year and then decide you're too high and mighty for a Public Editor?

SEE ALL COMMENTS

7
ARTICLES REMAINING

PLAINTIFF TRIAL EXHIBIT 100

PALIN03643

1.  Gunman in Bronx Hospital Shooting Is Dead, Officials Say

2.  'Morning Joe' Hosts and Trump Bring National Enquirer Into Their Feud

3.  Trump Suggests Repealing Health Law Now and Replacing It Later

4. OP-ED COLUMNIST  Understanding Republican Cruelty

PAID POST: VEUVE CLICQUOT
See the Fabulous Style at the Veuve Clicquot Polo Classic

5. OP-ED I've O Dona

the most resources will run to pursue ripe investigative targets. And I hope they do. But in their effort to hold Trump accountable, will they play their hands wisely and fairly? Or will they make reckless decisions and draw premature conclusions?

ADVERTISEMENT

We capture videos, websites & social media for legal use

PAGEVAULT

REQUEST A FREE QUOTE

And who will be watching, on this subject or anything else, if they don't acquit themselves well? At The Times, it won't be the public editor. As announced on Wednesday, that position is being eliminated, making this my last column. Media pundits and many readers this week were questioning the decision to end this role, fearing that without it, no one will have the authority, insider perspective or ability to demand answers from top Times editors. There's truth in that. But it overlooks a larger issue.

It's not really about how many critics there are, or where they're positioned, or what Times editor can be rounded up to produce answers. It's about having an institution that is willing to seriously listen to that criticism, willing to doubt its impulses and challenge the wisdom of the inner sanctum. Having the role was a sign of institutional integrity, and losing it sends an ambiguous signal: Is the leadership growing weary of such advice or simply searching for a new model? We'll find out soon enough.

I leave this job plenty aware that I have opinions — especially about partisan journalism — that don't always go over well with some of the media critics in New York and Washington. I'm not prone to worry much about stepping in line with conventional thinking. I try to hold an independent voice, to not cave to outside — or inside — pressure, and to say what I think, hopefully backed by an argument and at least a few facts. In this job, I started to know which columns would land like a grenade, and I'm glad to have stirred things up. I'll wear it like a badge.

Thanks to the many editors and reporters inside the building who took my questions and answered them fairly and professionally. Thanks to my dedicated and wise assistant, Evan Gershkovich, whom I am grateful to have had by my side. Thanks to Eric Nagourney, my copy editor, who saved me many times from fumbling over my own words.

And thanks most of all to the thousands of readers who kept their concerns coming and kept me on my toes.

All right, enough.

Time to rip off the Kevlar and turn out the lights.



Smith's

Sign on and Save More
Save money and time with a digital account today!

Create Your Account

SQUARESPACE

EdBrown.law|

EdBrown.law
EdBrown.net
EdBrown.org

## The Public Editor

Liz Spayd, the sixth public editor, is at the intersection of Times readers and Times journalists.


**Friday Mailbag: Manchester, Stereotypes and Social Security Math**
Readers wondered about the continued naming of the arena's performer. Other concerns: a photo and a take


**The Bombing, the Crime Scene Photos and the Outcry**
The smoke had barely cleared from the Manchester attack before The New York Times ran forensic-evidence images. British officials were angry. So were readers.

**Vague Guidelines Lead to a Misstep on Gender Pronouns**
At a time when society's views on gender identity are outpacing the language to describe it, easily referenced rules can prevent embarrassing mistakes.

7 ARTICLES REMAINING

TRENDING

1. Gunman in Bronx Hospital Shooting Is Dead, Officials Say 

2. 'Morning Joe' Hosts and Trump Bring National Enquirer Into Their Feud 

3. Trump Suggests Repealing Health Law Now and Replacing It Later 

4. Op-Ed Columnist: Understanding Republican Cruelty 

5. Op-Ed Columnist: I've Overestimated Donald Trump 

Document title: The Public Editor Signs Off - The New York Times
Capture URL: https://www.nytimes.com/2017/06/02/public-editor/liz-spayd-final-public-editor-column.html
Capture timestamp (UTC): Fri, 30 Jun 2017 21:18:53 GMT

PLAINTIFF TRIAL EXHIBIT 100

PALIN03644

PUBLIC EDITOR | The Public Editor Signs Off                                                Subscribe

   

questions and answered them fairly and professionally. Thanks to my dedicated and wise assistant, Evan Gershkovich, whom I am grateful to have had by my side. Thanks to Eric Nagourney, my copy editor, who saved me many times from fumbling over my own words.

And thanks most of all to the thousands of readers who kept their concerns coming and kept me on my toes.

All right, enough.

Time to rip off the Kevlar and turn out the lights.

---

## The Public Editor

Liz Spayd, the sixth public editor, is at the intersection of Times readers and Times journalists.

**Friday Mailbag: Manchester, Stereotypes and Social Security Math** 

Readers wondered about the continued naming of the arena's performer. Other concerns: a photo of food stamp recipients and a take on the U.S. debt.

**The Bombing, the Crime Scene Photos and the Outcry**

The smoke had barely cleared from the Manchester attack before The New York Times ran forensic-evidence images. British officials were angry. So were readers.

**Vague Guidelines Lead to a Misstep on Gender Pronouns**

At a time when society's views on gender identity are outpacing the language to describe it, easily referenced rules can prevent embarrassing mistakes.

---

## Recommended for You

Go to All Recommendations »



Trump Mocks Mika Brzezinski; Says She Was 'Bleeding Badly From a Face-Lift'



GAIL COLLINS
I've Overestimated Donald Trump



'Morning Joe' Hosts and Trump Bring National Enquirer Into Their Feud

---

### TRENDING

1. Gunman in Bronx Hospital Shooting Is Dead, Officials Say 

2. 'Morning Joe' Hosts and Trump Bring National Enquirer Into Their Feud 

3. Trump Suggests Repealing Health Law Now and Replacing It Later 

4. Op-Ed Columnist: Understanding Republican Cruelty 

5. Op-Ed Columnist: I've Overestimated Donald Trump 

6. Contributing Op-Ed Writer: What Cookies and Meth Have in Common 

7. Trump Mocks Mika Brzezinski; Says She Was 'Bleeding Badly From a Face-Lift' 

8. What Happens Just Before Show Time at the Met Opera, in 12 Rooms You'll Never See 

9. Trump Backers 'Furious' That Senator Stood Against Health Care Bill 

10. Jay-Z Releases His Personal and Political Album '4:44' on Tidal

View More Trending Stories »

---

Ad

40+ & Run a 9 Min Mile?
Over 40 and Can Still Run a 9 Minute Mile? See how much you can save on life insurance.
Visit Site

---

**The New York Times**                                                Go to Home Page »

| NEWS | OPINION | ARTS | LIVING | LISTINGS & MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| World | Today's Opinion | Today's Arts | Automobiles | Classifieds | Home Delivery |
| U.S. | Op-Ed Columnists | Art & Design | Crossword | Tools & Services | Digital Subscriptions |
| Politics | Editorials | Books | Food | Times Topics | Crossword |
| N.Y. | Contributing Writers | Dance | Education | Public Editor | |
| Business | Op-Ed Contributors | Movies | Fashion & Style | N.Y.C. Events Guide | Email Newsletters |
| Tech | Opinionator | Music | Health | Blogs | Alerts |
| Science | Letters | N.Y.C. Events Guide | Jobs | Multimedia | Gift Subscriptions |
| Health | Sunday Review | Television | Magazine | Photography | Corporate Subscriptions |
| Sports | Taking Note | Theater | N.Y.C. Events Guide | Video | Education Rate |
| Education | Room for Debate | Video: Arts | Real Estate | NYT Store | |
| Obituaries | Public Editor | | T Magazine | Times Journeys | Mobile Applications |
| Today's Paper | Video: Opinion | | Travel | Subscribe | Replica Edition |
| Corrections | | | Weddings & Celebrations | Manage My Account | |

© 2017 The New York Times Company | Contact Us | Work With Us | Advertise | Your Ad Choices | Privacy | Terms of Service | Terms of Sale        Site Map | Help | Site Feedback | Subscriptions

**JA 1846**

Message

| | |
|---|---|
| **From**: | Bennet, James [jamesb@nytimes.com] |
| on behalf of | Bennet, James <jamesb@nytimes.com> [jamesb@nytimes.com] |
| **Sent**: | 6/14/2017 7:42:11 PM |
| **To**: | Elizabeth Williamson [Elizabeth Williamson <elizabeth.williamson@nytimes.com>] |
| **Subject**: | Re: hey |

Thanks again.

On Wed, Jun 14, 2017 at 7:29 PM, <elizabeth.williamson@nytimes.com> wrote:
No worries the lede does a much better job of conveying how incredibly awful this was, which is what i was trying to do too as well. And I could tell from your messages that you were keen to take this on! Looks great. E.

Elizabeth Williamson
Editorial Board, National Politics
The New York Times
o: 202 862 0382
c: 202 674 2463
https://twitter.com/NYTLiz

On Jun 14, 2017, at 7:22 PM, Bennet, James <jamesb@nytimes.com> wrote:

> I really reworked this one. I hope you can see what I was trying to do. Please take a look. Thank you for the hard work today and I'm sorry to do such a heavy edit.

PLAINTIFF TRIAL EXHIBIT 163

NYTIMES0003239

**JA 1847**

| Message | |
|---|---|
| **From**: | elizabeth.williamson@nytimes.com [elizabeth.williamson@nytimes.com] |
| **Sent**: | 6/14/2017 11:05:13 PM |
| **To**: | Wegman, Jesse [ Wegman, Jesse <jesse.wegman@nytimes.com>] |
| **Subject**: | Re: Guns |

Thanks Jesse but I have to say that was mostly a James production. I supplied the skeleton and he the riffs. The goal was shared:!to communicate the horror of the morning and the fact that until the culture changes we can all expect this. But he was super keen to take it on and he did a great job. E.

Elizabeth Williamson
Editorial Board, National Politics

o: 202 862 0382
c: 202 674 2463
https://twitter.com/NYTLiz

On Jun 14, 2017, at 9:32 PM, Wegman, Jesse <jesse.wegman@nytimes.com> wrote:

> That was a superb piece -- perfectly tuned. I always rest easier when I know you're writing the day's lead. I groaned when I thought about trying to thread the needle on this one -- my anger about US gun culture is so intense that I can't be calm -- but you took exactly the right, direct, and honest tone.

> Jesse Wegman
> Editorial Board
> The New York Times
> (212) 556-8911 (o)
> (917) 690-3962 (m)
> Twitter: @jessewegman

NYTIMES0001407

JA 1848

| Message | |
|---|---|
| **From:** | elizabeth.williamson@nytimes.com [elizabeth.williamson@nytimes.com] |
| **Sent:** | 6/16/2017 9:25:41 AM |
| **To:** | Elizabeth Williamson [Elizabeth Williamson <elizabeth.williamson@nytimes.com>] |
| **Subject:** | Text exchange w James |

E: Hey I'm sorry James. I should have read those grafs more closely and asked more questions. That's on me. Will get a cx drafted soonest. E.

JB: No worries. I feel lousy about this one -- I just moved too fast. I'm sorry.

Now what I need from you/Eileen soonest is a rock-solid version of what we should say -- that an investigation showed NO  link to incitement, or NO DIRECT link or NO CLEAR link. I don't want to soften if it we don't need to -- if there was no link we should say so.

E: On it. We'll do the right thing

Elizabeth Williamson
Editorial Board, National Politics

o: 202 862 0382
c: 202 674 2463
https://twitter.com/NYTLiz

**JA 1849**

108

Elizabeth >

there out of sheer
homesickness E.

Jun 11, 2017, 9:09 AM

Great piece -- thank you.

Jun 14, 2017, 11:38 PM

Are you up? The right is coming
after us over the Giffords
comparison. Do we have it
right?

Jun 15, 2017, 6:15 AM

Sorry I had gone to bed. Will
read now what they are saying.

Jun 15, 2017, 8:26 AM

Do you have to talk by phone
this morning?

Now is good

iMessage

JA 1850



**Elizabeth** ›

Jun 15, 2017, 8:26 AM

Do you have to talk by phone this morning?

Now is good

Hey I'm sorry James. I should have read those grafs more closely and asked more questions. That's on me. Will get a cx drafted soonest. E.

No worries. I feel lousy about this one -- I just moved too fast. I'm sorry.

Now what I need from you/ Eileen soonest is a rock-solid version of what we should say -- that an investigation showed NO link to incitement, or NO DIRECT link or NO CLEAR link. I

PLAINTIFF TRIAL EXHIBIT 190

# JA 1851

Message

| | |
|---|---|
| **From:** | Rhoades Ha, Danielle [danielle.rhoades-ha@nytimes.com] |
| on behalf of | Rhoades Ha, Danielle <danielle.rhoades-ha@nytimes.com> [danielle.rhoades-ha@nytimes.com] |
| **Sent:** | 6/15/2017 12:09:12 PM |
| **To:** | James Bennet [James Bennet <jamesb@nytimes.com>] |
| **Subject:** | CNN Request for comment |

James -

Below are questions from <u>Oliver Darcy</u>, a media reporter at CNN who was previously at The Blaze. Please let me know your thoughts on responding and then we can figure out how best to respond (if at all). In a meeting but will be free to discuss shortly.

- Was the Times prompted to make the change after criticism on Twitter. There has been a lot of talk about the removal of the public editor position, and I'm wondering if this was a case where the public's use of social media platforms helped hold the Times accountable.

- The Times revised editorial seems to still suggest the Palin map put Giffords "under stylized cross hairs." The map, in fact, put her district under cross hairs. Will the Times correct?

- What do you make of critics calling on the Times to go further and retract the whole editorial since a core piece of it was found to be incorrect?

- Will the Times be issuing an apology to Sarah Palin for wrongly linking her to the shooting of Giffords?

- How did this error make it to print? It contradicts the Times' own reporting -- even an article that was published in the same edition of the newspaper.

Danielle Rhoades Ha
VP, Communications
The New York Times Company
O: 212-556-8719 M: 917-379-6928
<u>Danielle.Rhoades-Ha@nytimes.com</u>
@daniellerha

NYTIMES0002104

# JA 1852

Message

| | |
|---|---|
| **From:** | Rhoades Ha, Danielle [danielle.rhoades-ha@nytimes.com] |
| **on behalf of** | Rhoades Ha, Danielle <danielle.rhoades-ha@nytimes.com> [danielle.rhoades-ha@nytimes.com] |
| **Sent:** | 6/15/2017 4:07:31 PM |
| **To:** | Darcy, Oliver [ Darcy, Oliver <Oliver.Darcy@turner.com>] |
| **Subject:** | Re: CNN request for comment re: Times editorial |

Hi, Oliver -

The following response is attributable to James Bennet, editorial page editor, The New York Times. On your most recent email, a clarification should be posted soon.

"On your second question, you're right. Thank you for calling that to our attention; we've fixed it.

Yes, criticism on Twitter alerted us to the error. While it's always agonizing to get something wrong we appreciate it when our readers call us out like this. We made an error of fact in the editorial, and we've corrected it. But that error doesn't undercut or weaken the argument of the piece."

Danielle Rhoades Ha
VP, Communications
The New York Times Company
O: 212-556-8719 M: 917-379-6928
Danielle.Rhoades-Ha@nytimes.com
@daniellerha

On Thu, Jun 15, 2017 at 2:14 PM, Darcy, Oliver <Oliver.Darcy@turner.com> wrote:
Hey Danielle,

I notice the Times has quietly fixed the language about the Palin map putting Giffords under crosshairs. Is there a reason that isn't noted in the correction at the bottom of the page?

Oliver

--
**Oliver Darcy**
**senior media reporter | CNN**
**559.451.6306** | @oliverdarcy

> On Jun 15, 2017, at 11:18 AM, Rhoades Ha, Danielle <danielle.rhoades-ha@nytimes.com> wrote:
>
> Oliver -
>
> Eileen is on leave. Your query was forwarded to me.
>
> The editorial has been corrected with the following correction appended.
>
> ### Correction: June 15, 2017

PLAINTIFF TRIAL EXHIBIT 236

NYTIMES0002248

Case 22-558, Document 56, 09/19/2022, 3384731, Page131 of 173

**JA 1853**

## The New York Times

# Ethical Journalism

## A Handbook of Values and Practices
## for the News and Editorial Departments

**Introduction and Purpose**
The Scope of These Guidelines
Other Standards of Behavior

**Our Duty to Our Readers**

**Pursuing the News**
Personal Relations with Sources
Obeying the Law in Pursuit of the News
Accepting Hospitality From Sources
Dealing with the Competition

**Protecting the Paper's Neutrality**
Providing Financial or Other Advice
Speaking Engagements
Competitions and Contests
The Use of Borrowed Equipment
Collaboration and Testimonials

**Participation in Public Life**
Voting, Campaigns and Public Issues
Community Service

**Advertisers, Marketing, Promotion**

**Obligations to The Times**
Speaking for The Times

**Books, Movies, Reprints and Copyright**

**Journalistic Work Outside The Times**

**Appearing on Broadcast Media**

**Sorting Out Family Ties**
Disclosure of Possible Conflicts

**Investments and Financial Ties**
Affirming Good-Faith Compliance
Business-Financial, Technology and Media News
Transitional Arrangements
Annual Filing by Ranking Editors

**Rules for Specialized Departments**
Sports
Culture, Styles, Dining
Art, Pictures, Technology
Automobiles
Travel

**Dealing with Outside Contributors**

**Appendix**
Sample letter declining a gift
Sample letter declining an unsolicited award
Letter of understanding with the Newspaper
Guild of New York

**Exhibit**     **2**
Witness: James Bennet
Date: 5/27/20
Court Reporter: Amanda McCredo

# Introduction and Purpose

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000309

# JA 1854

The goal of The New York Times is to cover the news as impartially as possible — "without fear or favor," in the words of Adolph Ochs, our patriarch — and to treat readers, news sources, advertisers and others fairly and openly, and to be seen to be doing so. The reputation of The Times rests upon such perceptions, and so do the professional reputations of its staff members. Thus The Times and members of its news department and editorial page staff share an interest in avoiding conflicts of interest or an appearance of a conflict.

For more than a century, men and women of The Times have jealously guarded the paper's integrity. Whatever else we contribute, our first duty is to make sure the integrity of The Times is not blemished during our stewardship.

Conflicts of interest, real or apparent, may come up in many areas. They may involve the relationships of staff members with readers, news sources, advocacy groups, advertisers, or competitors; with one another, or with the newspaper or its parent company. And at a time when two-career families are the norm, the civic and professional activities of spouses, family and companions can create conflicts or the appearance of conflicts.

In keeping with its solemn responsibilities under the First Amendment, The Times strives to maintain the highest standards of journalistic ethics. It is confident that its staff members share that goal. The Times also recognizes that staff members should be free to do creative, civic and personal work and to earn extra income in ways separate from their work at The Times. Before engaging in such outside activities, though, staff members should exercise mature professional judgment and consider the stake we all have in The Times's irreplaceable good name.

## The Scope of These Guidelines

These guidelines generally apply to all members of the news and editorial departments whose work directly affects the content of the paper, including those on leaves of absence.

They include reporters, editors, editorial writers, photographers, picture editors, art directors, artists, designers, graphics editors and researchers. This group of professional journalists is what this text means by "staff"

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000310

Case 22-558, Document 56, 09/19/2022, 3384731, Page133 of 173

# JA 1855

or "staff members."

News clerks, administrative assistants, secretaries and other support staff are generally not bound by these strictures, with two important exceptions: First, no newsroom or editorial page employee may exploit for personal gain any nonpublic information acquired at work, or use his or her association with The Times to gain favor or advantage. And second, no one may do anything that damages The Times's reputation for strict neutrality in reporting on politics and government; in particular, no one may wear campaign buttons or display any other form of political partisanship while on the job.

Our contracts with freelance contributors require them to avoid conflicts of interest, real or apparent. In keeping with that, they must honor these guidelines in their Times assignments, as set forth in Section 14.

The Times believes beyond question that its staff shares the values these guidelines are intended to protect. In the past The Times has resolved differences of view over applying these values amiably through discussion, almost without exception. The paper has every reason to believe that pattern will continue. Nevertheless, The Times views any deliberate violation of these guidelines as a serious offense that may lead to disciplinary action, potentially including dismissal, subject to the terms of any applicable collective bargaining agreement.

Our fundamental purpose is to protect the impartiality and neutrality of The Times and the integrity of its report. In many instances, merely applying that purpose with common sense will point to the ethical course. Sometimes the answer is self-evident. Simply asking oneself whether a course of action might damage the paper's reputation is often enough to gauge whether the action is appropriate.

Every staff member is expected to read this document carefully and to think about how it might apply to his or her duties. A lack of familiarity with its provisions cannot excuse a violation; to the contrary, it makes the violation worse. The provisions presented here can offer only broad principles and some examples. Our world changes constantly, sometimes dramatically. No written document could anticipate every possibility. Thus we expect staff members to consult their supervisors and the standards editor or the deputy editorial page editor if they have any doubts about any particular situation or opportunity covered by this

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000311

document. In most cases an exchange of emails should suffice.

Thus this handbook is not an exhaustive compilation of all situations that may give rise to an actual or perceived conflict of interest. It does not exclude situations or issues giving rise to such conflicts simply because they are not explicitly covered within this document, nor does the document or any of its particular provisions create an implied or express contract of employment with any individual to whom the guidelines apply. The Times reserves the right to modify and expand the guidelines from time to time, as appropriate. (See the letter of understanding with the Newspaper Guild of New York, included in the appendix below.)

The authority to interpret and apply these guidelines is vested in department heads and ranking editors, most notably in the standards editor and the deputy editorial page editor. They may delegate that duty to their ranking assistants, but they remain responsible for decisions made in their name.

### Other Standards of Behavior

In addition to this handbook, we observe the Newsroom Integrity Statement, promulgated in 1999, which deals with such rudimentary professional practices as the importance of checking facts, the exactness of quotations, the integrity of photographs and our distaste for anonymous sourcing; and the Policy on Confidential Sources, issued in 2004. These documents are available from the standards editor or on the Newsroom home page under Policies.

As employees of the Times Company, we observe the Rules of the Road, which are the axiomatic standards of behavior governing our dealing with colleagues and going about our work. We also observe the company's policies against harassment and on computers and electronic communications.

# Our Duty to Our Readers

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000312

Case 22-558, Document 56, 09/19/2022, 3384731, Page135 of 173

JA 1857

The Times treats its readers as fairly and openly as possible. In print and online, we tell our readers the complete, unvarnished truth as best we can learn it. It is our policy to correct our errors, large and small, as soon as we become aware of them.

We treat our readers no less fairly in private than in public. Anyone who deals with readers is expected to honor that principle, knowing that ultimately the readers are our employers. Civility applies whether an exchange takes place in person, by telephone, by letter or online. Simple courtesy suggests that we not alienate our readers by ignoring their letters and emails that warrant reply.

The Times gathers information for the benefit of its readers. Staff members may not use their Times position to make inquiries for any other purpose. As noted above, they may not seek any advantage for themselves or others by acting on or disclosing information acquired in their work but not yet available to readers.

Staff members who plagiarize or who knowingly or recklessly provide false information for publication betray our fundamental pact with our readers. We will not tolerate such behavior.

## Pursuing the News

The Times treats news sources just as fairly and openly as it treats readers. We do not inquire pointlessly into someone's personal life. Staff members may not threaten to damage uncooperative sources. They may not promise favorable coverage in return for cooperation. They may not pay for interviews or unpublished documents.

Staff members should disclose their identity to people they cover (whether face to face or otherwise), though they need not always announce their status as journalists when seeking information normally available to the public. Staff members may not pose as police officers, lawyers, business people or anyone else when they are working as journalists. (As happens on rare occasions, when seeking to enter countries that bar journalists, correspondents may take cover from vagueness and identify themselves as traveling on business or as

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000313

tourists.)

Theater, music and art critics and other writers who review goods or services offered to the public may conceal their Times connection but may not normally assert a false identity or affiliation. As an exception, restaurant critics may make reservations in false names to protect their identity. Restaurant critics and travel writers must conceal their Times affiliation to eliminate the possibility of special treatment.

## Personal Relations with Sources

Relationships with sources require the utmost in sound judgment and self discipline to prevent the fact or appearance of partiality. Cultivating sources is an essential skill, often practiced most effectively in informal settings outside of normal business hours. Yet staff members, especially those assigned to beats, must be sensitive that personal relationships with news sources can erode into favoritism, in fact or appearance. And conversely staff members must be aware that sources are eager to win our good will for reasons of their own.

Even though this topic defies hard and fast rules, it is essential that we preserve a professional detachment, free of any whiff of bias. Staff members may see sources informally over a meal or drinks, but they must keep in mind the difference between legitimate business and personal friendship. A City Hall reporter who enjoys a weekly round of golf with a City Council member, for example, risks creating an appearance of coziness, even if they sometimes discuss business on the course. So does a reporter who joins a regular card game or is a familiar face in a corporation's box seats or who spends weekends in the company of people he or she covers. Scrupulous practice requires that periodically we step back and take a hard look at whether we have drifted too close to sources we deal with regularly. The acid test of freedom from favoritism is the ability to maintain good working relationships with all parties to a dispute.

Clearly, romantic involvement with a news source would foster an appearance of partiality. Therefore staff members who develop close relationships with people who might figure in coverage they provide, edit, package or supervise must disclose those relationships to the standards editor, the associate managing editor for news administration

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000314

Case 22-558, Document 56, 09/19/2022, 3384731, Page137 of 173

**JA 1859**

or the deputy editorial page editor. In some cases, no further action may be needed. But in other instances staff members may have to recuse themselves from certain coverage. And in still other cases, assignments may have to be modified or beats changed. In a few instances, a staff member may have to move to a different department — from business and financial news, say, to the culture desk—to avoid the appearance of conflict.

### Obeying the Law in Pursuit of the News

Staff members must obey the law in the pursuit of news. They may not break into buildings, homes, apartments or offices. They may not purloin data, documents or other property, including such electronic property as databases and email or voice mail messages. They may not tap telephones, invade computer files or otherwise eavesdrop electronically on news sources. In short, they may not commit illegal acts of any sort.

Staff members may not use the identification cards or special license plates issued by police or other official agencies except in doing their jobs. Staff members who have applied for or hold "NYP" or other special plates should disclose that fact to the associate managing editor for news administration or the deputy editorial page editor. Staff members whose duties do not require special plates must return them.

Staff members may not record conversations without the prior consent of all parties to the conversations. Even where the law allows recording with only one party aware of it, the practice is a deception. Masthead editors may make rare exceptions to this prohibition in places where recordings made secretly are legal.

### Accepting Hospitality from Sources

The Times pays the expenses when its representatives entertain news sources (including government officials) or travel to cover them. In some business situations and in some cultures, it may be unavoidable to accept a meal or a drink paid for by a news source. For example, a Times reporter need not decline every invitation to interview an executive over lunch in the corporation's private dining room, where it is all but impossible to pick up the check. Whenever practical, however,

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000315

Case 22-558, Document 56, 09/19/2022, 3384731, Page138 of 173

**JA 1860**

the reporter should suggest dining where The Times can pay. A simple buffet of muffins and coffee at a news conference, for example, is harmless, but a staff member should not attend a breakfast or lunch held periodically for the press by a "newsmaker" unless The Times pays for the staff member's meals.

Staff members may not accept free or discounted transportation and lodging except where special circumstances give us little or no choice. Among them are certain military or scientific expeditions and other trips for which alternative arrangements would be impractical — for example, a flight aboard a corporate jet during which an executive is interviewed. Staff members should consult their supervisors and the standards editor or the deputy editorial page editor when special circumstances arise.

Staff members who review artistic performances or cover athletic or other events where admission is charged (for example, the New York Auto Show) may accept the press passes or tickets customarily made available. No other staff members, not even editors in the culture and sports departments, may accept free tickets. Even when paying the box office price, no staff member may use his or her Times position to request choice or hard-to-get seats unless the performance has a clear bearing on his or her job.

### Dealing with the Competition

Staff members compete zealously but deal with competitors openly and honestly. We do not invent obstacles to hamstring their efforts. When we use facts reported by another publication, we attribute them.

Staff members may not join teams covering news events for other organizations, and they may not accept payment from competitors for news tips. They may not be listed on the masthead of any non-Times publication. (Exceptions can be made for publications that do not in any way compete with The Times, such as a church or synagogue newsletter, an alumni magazine or a club bulletin.)

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000316

Case 22-558, Document 56, 09/19/2022, 3384731, Page139 of 173

JA 1861

## Protecting the Paper's Neutrality

Staff members may not accept gifts, tickets, discounts, reimbursements or other inducements from any individuals or organizations covered by The Times or likely to be covered by The Times. (Exceptions may be made for trinkets of nominal value, say, $25 or less, such as a mug or a cap with a company logo.) Gifts should be returned with a polite explanation. A sample letter for use in such situations appears below. See the appendix.

Staff members may not accept employment or compensation of any sort from individuals or organizations who figure or are likely to figure in coverage they provide, edit, package or supervise.

Staff members may not accept anything that could be construed as a payment for favorable coverage or as an inducement to alter or forgo unfavorable coverage. They may share in reprint fees that other journalistic media pay The Times, according to the terms of our contract with the Newspaper Guild. They may also share in fees paid by non-journalistic parties for permission to reprint Times material in advertisements or promotions, though their share of those fees may not exceed $200 an article.

Staff members may accept any gifts or discounts available to the general public. Normally they are also free to take advantage of conventional corporate discounts that the Times Company has offered to share with all employees (for example, corporate car rental rates). And staff members may accept free admission at museums or other benefits extended to all Times employees by virtue of the Times Company Foundation's support of various cultural institutions.

Staff members must be mindful, however, that large discounts — even those negotiated by the Times Company — may create the appearance of partiality, especially by those who have a hand in the coverage of the company or industry offering the discount. If General Motors, for instance, offers substantial trade discounts to all Times Company employees, the Detroit correspondent should not accept without discussing the possible appearance of favoritism with the responsible

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000317

Case 22-558, Document 56, 09/19/2022, 3384731, Page140 of 173

JA 1862

editors. If any such discounts do raise doubts, staff members should bring them to the attention of their department heads and the standards editor or the deputy editorial page editor before accepting.

Unless the special terms are offered by The New York Times Company or a Times subsidiary or affiliate, staff members may not buy stock in initial public offerings through "friends and family shares" where any plausible possibility exists of a real or apparent conflict of interest. Staff members may not accept allocations from brokerage firms.

### Providing Financial or Other Advice

It is an inherent conflict for a Times staff member to perform public relations work, paid or unpaid. Staff members may not advise individuals or organizations how to deal successfully with the news media (though they may of course explain the paper's normal workings and steer outsiders to the appropriate Times person). They may not, for example, advise candidates for public office, write or edit annual reports or contribute to the programs of sports teams. They should not take part in public relations workshops that charge admission or imply privileged access to Times people, or participate in surveys asking their opinion of an organization's press relations or public image. They are free, however, to offer reasonable help to institutions such as their child's school, a small museum, a community charity or their house of worship. (See the section on Community Service for a fuller discussion of permissible participation.)

Staff members may not serve as ghost writers or co-authors for individuals who figure or are likely to figure in coverage they provide, edit, package or supervise. They may not undertake such assignments for organizations that espouse a cause.

Staff members may not engage in financial counseling (except in the articles they write). They may not manage money for others, proffer investment advice, or operate or help operate an investment company of any sort, with or without pay. They may not do anything that would require registration as an investment adviser. They may, however, help family members with ordinary financial planning and serve as executors or administrators of estates of relatives and friends and as court-appointed conservators and guardians.

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000318

## Speaking Engagements

The Times freely acknowledges that outside appearances can enhance the reputation of its bylines and serve the paper's interests. Nevertheless, no staff member may appear before an outside group if the appearance could reasonably create an actual or apparent conflict of interest or undermine public trust in the paper's impartiality. No staff member who takes part in a broadcast, webcast, public forum or panel discussion may write or edit news articles about that event.

Staff members should be especially sensitive to the appearance of partiality when they address groups that might figure in coverage they provide, edit, package or supervise, especially if the setting might suggest a close relationship to the sponsoring group. Before accepting such an invitation, a staff member must consult with the standards editor or the deputy editorial page editor. Generally, a reporter recently returned from the Middle East might comfortably address a suburban synagogue or mosque but should not appear before a group that lobbies for Israel or the Arab states. A reporter who writes about the environment could appropriately speak to a garden club but not to conservation groups known for their efforts to influence public policy.

Staff members may not accept invitations to speak before a single company (for example, the Citigroup executive retreat) or an industry assembly (for example, organized baseball's winter meeting) unless The Times decides the appearance is useful and will not damage the newspaper's reputation for impartiality. In that case, The Times will pay expenses; no speaker's fee should be accepted. Staff members invited to make such appearances should consult their supervisors and the standards editor or the deputy editorial page editor.

Staff members should not accept invitations to speak where their function is to attract customers to an event primarily intended as profit-making.

Staff members may accept speaking fees, honorariums, expense reimbursement and free transportation only from educational or other nonprofit groups for which lobbying and political activity are not a major focus. If a speaking fee exceeds $5,000, the staff member must consult the standards editor, the associate managing editor for news

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000319

Case 22-558, Document 56, 09/19/2022, 3384731, Page142 of 173

administration or the deputy editorial page editor before accepting.

Staff members who accept fees, honorariums or expenses for speaking engagements must file with the associate managing editor for news administration or the deputy editorial page editor by January 31 of each year an accounting of the previous year's appearances. If their fees total less than $5,000, no annual accounting is required. Fees earned under Times auspices for promotional or other approved purposes need not be included.

Staff members who write books and want to promote them must give their supervisor a schedule of proposed appearances. They may accept routine expenses and fees in promotional appearances, but they must make every effort to ensure that their appearances conform to the spirit of these guidelines and do not interfere with their responsibilities to the paper. If they have doubts about an appearance, they must consult their supervisor and the standards editor or the deputy editorial page editor.

Speeches and other outside endeavors by staff members, or unpaid, should not imply that they carry the endorsement of The Times (unless they do). To the contrary, the staff member should gracefully remind the audience that the views expressed are his or her own. Outside commitments should not interfere with the speaker's responsibilities at The Times. Thus no staff member should agree to an extensive speaking schedule without approval from a supervisor.

### Competitions and Contests

Staff members may not enter competitions sponsored by individuals or groups who have a direct interest in the tenor of Times coverage. They may not act as judges for these competitions or accept their awards. Common examples are contests sponsored by commercial, political or professional associations to judge coverage of their affairs. The standards editor or the deputy editorial page editor may make exceptions for competitions underwritten by corporate sponsors if broad in scope and independently judged, such as the University of Missouri awards for consumer journalism, long sponsored by J.C. Penney.

Staff members may compete in competitions sponsored by groups whose members are all journalists or whose members demonstrably

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000320

Case 22-558, Document 56, 09/19/2022, 3384731, Page143 of 173

**JA 1865**

have no direct interest in the tenor of coverage of the field being judged. Times staff members may act as judges for such competitions and accept their awards. For example, a staff member may enter a university-sponsored competition for coverage of economic or foreign affairs but not accept an advocacy group's prize for outstanding environmental coverage.

This prohibition on taking part in sponsored competitions applies to film festivals or awards in which critics are asked to vote and to such competitions as the Tony Awards, the Heisman Trophy, most valuable player and rookie of the year honors and admission to sports halls of fame. Cooperation of this sort puts the paper's independence into question.

A current list of some competitions that The Times has approved is posted on the Newsroom home page under Policies. Staff members who would like to enter others should consult their supervisors and the standards editor or the deputy editorial page editor. A critical factor in approving a competition, whatever its sponsorship, is a record of arm's-length decisions, including a willingness to honor critical reporting.

Staff members who win unsought awards from groups that do not meet the criteria established here should decline politely. A sample reply appears below in the appendix.

Normally staff members are free to accept honorary degrees, medals and other awards from colleges, universities and other educational institutions. Those who cover higher education or supervise that coverage should be sensitive to any appearance of coziness or favoritism. Those in doubt should consult the standards editor or the deputy editorial page editor.

## The Use of Borrowed Equipment

Staff members who borrow equipment, vehicles or other goods for evaluation or review must return the borrowed items as soon as possible. Similarly, items borrowed to be photographed, such as fashion apparel or home furnishings, should be returned promptly.

Staff members may keep for their own collections — but may not sell or copy — books, recordings, tapes, compact discs and computer

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000321

Case 22-558, Document 56, 09/19/2022, 3384731, Page144 of 173

**JA 1866**

programs sent to them for review. Such submissions are considered press releases. Recorded or digital media, such as tapes or disks, must be destroyed or returned to the provider if not retained by the journalist; they may not be copied, given away or left where they could be carried off for illicit copying or reuse.

### Collaboration and Testimonials

Staff members may not collaborate in ventures involving individuals or organizations that figure or are likely to figure in coverage they provide, edit, package or supervise. Among other things, this prohibition applies to collaborating in writing books, pamphlets, reports, scripts, scores or any other material and in making photographs or creating artwork of any sort.

Except in reviews or columns published in The Times or on its website or appropriately voiced in authorized public appearances, staff members may not offer endorsements, testimonials or promotional blurbs for books, films, television programs or any other programs, products or ventures. Masthead editors may authorize rare exceptions (for instance, when a staff member has become expert in a field unrelated to his or her Times duties). This restriction does not apply when permission is given to reprint Times material.

# Participation in Public Life

Staff members of The Times are family members and responsible citizens as well as journalists. The Times respects their educating their children, exercising their religion, voting in elections and taking active part in community affairs. Nothing in this policy is meant to infringe upon those rights. But even in the best of causes, Times staff members have a duty to avoid the appearance of a conflict. They should never invoke The Times's name in private activities.

Certain of these requirements apply to all newsroom and editorial page employees, journalists and support staff alike. No newsroom or editorial employee may do anything that damages The Times's reputation for

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000322

Case 22-558, Document 56, 09/19/2022, 3384731, Page145 of 173

**JA 1867**

strict neutrality in reporting on politics and government. In particular, no one may wear campaign buttons or display any other sign of political partisanship while on the job. Otherwise, "staff members" in this section refers only to the professional journalists defined above.

## Voting, Campaigns and Public Issues

Journalists have no place on the playing fields of politics. Staff members are entitled to vote, but they must do nothing that might raise questions about their professional neutrality or that of The Times. In particular, they may not campaign for, demonstrate for, or endorse candidates, ballot causes or efforts to enact legislation. They may not wear campaign buttons or themselves display any other insignia of partisan politics. They should recognize that a bumper sticker on the family car or a campaign sign on the lawn may be misread as theirs, no matter who in their household actually placed the sticker or the sign.

Staff members may not themselves give money to, or raise money for, any political candidate or election cause. Given the ease of Internet access to public records of campaign contributors, any political giving by a Times staff member would carry a great risk of feeding a false impression that the paper is taking sides.

No staff member may seek public office anywhere. Seeking or serving in public office plainly violates the professional detachment expected of a journalist. It poses a risk of having the staff member's political views imputed to The Times, and it can sow a suspicion of favoritism in The Times's political coverage when one of its staff is an active participant.

Staff members may not march or rally in support of public causes or movements, sign ads taking a position on public issues, or lend their name to campaigns, benefit dinners or similar events if doing so might reasonably raise doubts about their ability or The Times's ability to function as neutral observers in covering the news. Staff members must keep in mind that neighbors and other observers commonly see them as representatives of The Times.

Staff members may appear from time to time on radio and television programs devoted to public affairs, but they should avoid expressing views that go beyond what they would be allowed to say in the paper.

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000323

Op-Ed columnists and editorial writers enjoy more leeway than others in speaking publicly because their business is expressing opinions. The Times nevertheless expects them to consider carefully the forums in which they appear and to protect the standards and impartiality of the newspaper as a whole.

Staff members must be sensitive that perfectly proper political activity by their spouses, family or companions may nevertheless create conflicts of interest or the appearance of conflict. When such a possibility arises, the staff member should advise his or her department head and the standards editor or the deputy editorial page editor. Depending on circumstances, the staff member may have to recuse himself or herself from certain coverage or even move to a job unrelated to the activities in question.

A staff member with any doubts about a proposed political activity should consult the standards editor or the deputy editorial page editor. These restrictions protect the heart of our mission as journalists. Though The Times will consider matters case by case, it will be exceedingly cautious before permitting an exception.

**Community Service**

Staff members may not serve on government boards or commissions, paid or unpaid. They may not join boards of trustees, advisory committees or similar groups except those serving journalistic organizations or otherwise promoting journalism education. Those in doubt about such activities should consult their supervisors and the standards editor or the deputy editorial page editor. Depending on circumstances, exceptions may be made to permit staff members to serve their alma mater (or their children's alma mater) as a trustee or visitor at schools that seldom if ever generate news of interest to The Times.

The Times has no wish to impede good community citizenship. Normally the restriction on joining trustee boards or advisory committees will not apply to organizations that are highly unlikely to generate news of interest to The Times and that do not generally seek to shape public policy. These typically include houses of worship, community charities, local libraries, fine arts groups, hobby groups,

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000324

Case 22-558, Document 56, 09/19/2022, 3384731, Page147 of 173

**JA 1869**

youth athletic leagues, country clubs and alumni groups. Within reason staff members may help such groups with relatively modest fundraising. They should not play a leading role or ever lead a donor to expect a favor in return. They should never solicit anyone with whom they or The Times has professional dealings. Those in any doubt about what is permissible should consult the standards editor or the deputy editorial page editor.

Staff members may not solicit funds for political, social, religious, educational, philanthropic or other causes that reach beyond the sorts of groups described in the preceding paragraph. Doing so could create an expectation of a favor in return. Staff members should think carefully about their own contributions to various causes, bearing in mind the need for neutrality on divisive issues. Those in doubt about contributions should consult their supervisors and the standards editor or the deputy editorial page editor.

## Advertisers, Marketing, Promotion

The Times treats advertisers as fairly and openly as it treats readers and news sources. The relationship between The Times and advertisers rests on the understanding, long observed in all departments, that news and advertising are strictly separate — that those who deal with either one have distinct obligations and interests and neither group will try to influence the other.

Members of the news department should maintain their disinterest and objectivity by avoiding discussions of advertising needs, goals and problems except where those needs or problems are directly related to the business of the news department. In many instances, for example, the news and advertising departments may properly confer on the layout and configuration of the paper or the timing of special sections.

When authorized by the executive editor, members of the news staff may take part in interdepartmental committees on problems that affect several departments, including news. As far as possible they should leave advertising issues to colleagues from the business side.

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000325

Case 22-558, Document 56, 09/19/2022, 3384731, Page148 of 173

JA 1870

From time to time, when authorized by the executive editor or the editorial page editor, staff members may take part in events organized by The Times for marketing or promotion. But they should stick to their expertise and refrain from saying anything that sounds like a sales pitch.

No one in the news department below the masthead level (except when authorized by the executive editor) may exchange information with the advertising department or with advertisers about the timing or content of advertising, the timing or content of articles or the assignment of staff or freelance writers, editors, artists, designers or photographers.

## Obligations to The Times

The Times's good name does not belong to any of us. No one has a right to expropriate it for private purposes.

Staff members may not use Times identification cards for purposes not connected with Times employment. Cards may not be used to obtain special treatment or advantage from governmental, commercial or other organizations (except when the card is required for a benefit available to all Times Company employees by virtue of its foundation's charitable relationships, such as free admission to the Metropolitan Museum).

Staff members may not use Times stationery, business cards, forms or other materials for any purpose except the business of the newspaper.

### Speaking for The Times

Staff members must not disclose confidential information about the operations, policies or plans of The Times or its corporate affiliates.

Department heads and masthead executives may authorize other staff members to comment publicly on policies or plans within the staff members' areas of responsibility and expertise. If staff members are approached by other media or other outsiders to discuss Times content or policy, they should refer the questioners to a masthead executive or the corporate communications department.

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000326

Case 22-558, Document 56, 09/19/2022, 3384731, Page149 of 173

**JA 1871**

Staff members are free to discuss their own activities in public, provided their comments do not create an impression that they lack journalistic impartiality or speak for The Times.

None of these restrictions should be interpreted as barring a staff member from responding openly and honestly to any reasonable inquiry from a reader about that staff member's work. If a reader asks for a correction, that request should be passed promptly to a supervisor. If the request threatens legal action or appears to be from a lawyer, the complaint should be promptly referred to the legal department through a department head.

# Books, Movies, Reprints and Copyright

Any staff member intending to write or assemble a nonfiction book based on material that derives from his or her assignment or beat must notify The Times in advance, so The Times can decide whether to make a competitive bid to publish the work. In this regard, staff members cannot accept or entertain any sort of preemptory bid from an outside publisher before allowing The Times to consider the project. Staff members are required to inform The Times of any such project or proposal, in writing, by sending a letter or email to their department head, as well as to the standards editor or the deputy editorial page editor. The notification should include any information about the anticipated time frame of the project, including (if applicable) the time frame that an outside publisher has set for bidding on the project.

Within a reasonable period, taking into account the time frame for the project, The Times will inform the staff member in writing whether it wants to compete for the project. If it does, The Times will provide the staff member with a competitive bid. In the end, the staff member and his or her agent have no obligation to accept The Times's offer. This process is intended to assure The Times a seat at the table in any negotiations, including auctions, involving books based on materials derived from a Times assignment or beat.

These guidelines do not apply to book proposals or projects that involve the reproduction of articles, columns, photographs, artwork or other

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000327

Case 22-558, Document 56, 09/19/2022, 3384731, Page150 of 173

JA 1872

material created by staff members and published in The Times or on nytimes.com. The Times owns such material outright, and no such material may be reproduced elsewhere without the prior written permission of The Times, nor may it be rewritten, updated or otherwise altered and then republished without The Times's prior written permission. Staff members are often approached by agents, producers, studios or others seeking rights to Times material. Such inquiries must be forwarded immediately to the standards editor or to the deputy editorial page editor and to the legal department. If a staff member represented by the Newspaper Guild has questions about rights to payment for reprints of articles that the staff member has written, he or she should refer to The Times's collective bargaining agreement with the Guild. In general, this agreement calls for a 50/50 split of the fees involved.

In contemplating book projects — or other outside endeavors — staff members must never give an impression they might benefit financially from the outcome of news events. Staff members may not negotiate with any outside person or entity for any rights to an article or story idea before the article has run in The Times. Staff members involved in covering a running story may not negotiate over books, articles, films, programs or media projects of any sort based on that coverage until that news has played out, unless they have written permission in advance from the standards editor or the deputy editorial page editor.

No staff member may serve as a ghost writer or co-author for individuals who figure or are likely to figure in coverage they provide, edit, package or supervise.

No staff member will be given a leave of absence, paid or unpaid, to write a book without the explicit permission of the executive editor or the editorial page editor. Ideally, a staff member who feels he or she will need to leave to complete a book project should inform The Times of the intention to seek a leave at the same time he or she first makes the book project available for consideration by The Times. A decision to grant or deny a request for a book leave — like requests for most other leaves of absence — will be based on many factors, including previous book leaves or accommodations the newspaper has granted to the staff member; the impact the leave will have on departmental staffing needs, and the degree to which The Times believes the book project will accrue

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000328

to the newspaper's interests. If a staff member represented by the Newspaper Guild has a question about a leave of absence, he or she should refer to The Times's collective bargaining agreement with the Guild.

At no time may a staff member turn over notes, interviews documents or other working materials to any third party, including agents, producers, studios or outside production agencies, or share those materials with them unless legally compelled to do so. Staff members are advised that in such circumstances, The Times's legal department will provide assistance. (Those represented by the Guild should refer to their collective bargaining agreement for the parameters of that assistance.) As a matter of policy, The Times will not give commercial producers or publishers access to working materials any more than it would turn them over to government prosecutors for use in court.

This paragraph applies only to television and film: Staff members offered "consulting" agreements by agents, producers, studios or others must consult the standards editor or the deputy editorial page editor before accepting. No staff member may serve as a consultant to a film or program that he or she knows in advance is tendentious or clearly distorts the underlying facts. In no case should a consulting role be described in a way that invokes The Times or implies its endorsement or participation.

## Journalistic Work Outside The Times

Staff members are generally entitled to accept freelance assignments that do not directly compete with The Times's own offerings. Normally, work for competitors will not be permitted. When allowed in rare instances, permission will be limited to cases in which The Times is not interested in assigning the staff member a similar piece or project.

The Times competes in a far larger arena today than in the past. The printed paper remains our flagship, as does The International Herald Tribune internationally, but we reach an audience of millions through The New York Times on the web. We are learning to translate our journalism into outstanding television. We publish numerous books,

PLAINTIFF TRIAL EXHIBIT 017

Case 22-558, Document 56, 09/19/2022, 3384731, Page152 of 173

**JA 1874**

both original and drawn from past articles; we offer archival photos of
museum quality. We deliver The New York Times in its complete form
via the web. Our bedrock mission is to serve a high-quality audience
that values Times journalism, relying on any appropriate medium.

Competitors include any newspaper, magazine or other media of
publication, regardless of form, with an editorial focus on either New
York City or general-interest news and information. If the competitive
status of a publication, website or TV production is unclear, a staff
member should consult with the standards editor or the deputy editorial
page editor.

Staff members are encouraged (but not required) to offer their freelance
work to The Times or, in the case of a website, to The New York Times
on the web before trying to sell it elsewhere. The Times offers a number
of outlets for work for which a staff member is paid extra, including the
Times Magazine, the Book Review and special sections. (Any freelance
material that derives from a Times assignment or beat must first be
offered to The Times before a staff member offers it elsewhere.)

Staff members must ensure that their freelance work does not interfere
with their responsibilities to The Times and that it is consistent with
these policies and guidelines. If any doubt exists, they must consult their
supervisors and the standards editor or the deputy editorial page editor
before accepting outside assignments.

Before accepting a freelance assignment, a staff member should make
sure that the tone and content of the publication, website or program are
in keeping with the standards of The Times. In general, a staff member
should write nothing elsewhere that could not fit comfortably under his
or her byline in The Times or that implies The Times's sponsorship or
endorsement. An outside publication, program or website may identify
staff members by their Times positions but only in a routine way.

Because their primary identification is with The Times, staff members
who accept freelance assignments should adhere to these guidelines in
carrying out those assignments. For example, a staff member on
freelance assignment may not accept compensation, expenses,
discounts, gifts or other inducements from a news source. Similarly,
staff members who establish their own sites online must insure that
their online conduct conforms to these guidelines.

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000330

Frequency matters. Freelance work might create a conflict of interest if it is pursued with such regularity that it interferes with Times assignments or compromises the integrity or independence of The Times. Freelancing might also create a conflict if it identifies a staff member as closely with another publication or website as with The Times. A business reporter who wrote a column in every issue of a trade magazine might soon become more identified with that magazine than with The Times. A critic writing regularly for an arts magazine might foster the impression that The Times was not his or her prime responsibility. The use of a pseudonym does not alter the obligation to comply with this provision.

A regular contribution to an outside enterprise is permissible if it does not interfere with or flow from Times responsibilities or involve intellectual matter owed to The Times and its readers. Examples of acceptable affiliations might be a foreign desk copy editor who writes a monthly column on stamp-collecting or a mapmaker working as a freelance illustrator. Staff members considering such continuing ventures should confer with their supervisors and with the standards editor or the deputy editorial page editor.

## Appearing on Broadcast Media

Staff members may participate in radio, television or Internet interviews or discussions, paid or unpaid, that deal with articles they have written or subjects that figure in the coverage they provide, edit, package or supervise. Such occasional appearances must not imply that they carry the sponsorship or endorsement of The Times (unless they do). Staff members should be careful about the use of their names and that of the newspaper in materials promoting the appearances. As a courtesy, they should let their department head know about their plans to appear.

In deciding whether to make a radio, television or Internet appearance, a staff member should consider its probable tone and content to make sure they are consistent with Times standards. Staff members should avoid strident, theatrical forums that emphasize punditry and reckless opinion-mongering. Instead, we should offer thoughtful and

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000331

Case 22-558, Document 56, 09/19/2022, 3384731, Page154 of 173

**JA 1876**

retrospective analysis. Generally a staff member should not say anything on radio, television or the Internet that could not appear under his or her byline in The Times.

Staff members may not appear on broadcasts that compete directly with The Times's own offerings on television or the Internet. They may not accept assignments from the Times's TV clients or potential clients without its approval. As the paper moves further into these new fields, its direct competitors and clients or potential clients will undoubtedly grow in number. A staff member who has any doubt about the status of a particular program should consult the standards editor or the deputy editorial page editor.

Appearances might create a conflict of interest if they come so regularly that they interfere with Times assignments or compromise the integrity or independence of The Times. They might also create a conflict if they identify a staff member as closely with a radio or television program or a website as with The Times. A Washington reporter who appeared weekly on a television program might soon become more known for that program than for work done for The Times. Occasional appearances on the same program would not run that risk.

## Sorting Out Family Ties

In a day when most families balance two careers, the legitimate activities of companions, spouses and other relatives can sometimes create journalistic conflicts of interest or the appearance of conflicts. They can crop up in civic or political life, professional pursuits and financial activity. A spouse or companion who runs for public office would obviously create the appearance of conflict for a political reporter or an editor involved in election coverage. A brother or a daughter in a high-profile job on Wall Street might produce the appearance of conflict for a business reporter or editor.

To avoid such conflicts, staff members may not write about people to whom they are related by blood or marriage or with whom they have close personal relationships, or edit material about such people or make news judgments about them. For similar reasons, staff members should

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000332

Case 22-558, Document 56, 09/19/2022, 3384731, Page155 of 173

**JA 1877**

not recruit or directly supervise family members or close friends. Some exceptions are permissible — in a foreign bureau, for instance, where a married couple form a team, or in the case of an article by a food writer profiling her brother the Yankee star, where the kinship is of genuine news interest.

### Disclosure of Possible Conflicts

Staff members must be sensitive to these possibilities. Any staff member who sees a potential for conflict or a threat to the paper's reputation in the activities of spouse, friends or relatives must discuss the situation with his or her supervising editor and the standards editor or the deputy editorial page editor.

In some cases, disclosure is enough. But if The Times considers the problem serious, the staff member may have to withdraw from certain coverage. Sometimes an assignment may have to be modified or a beat changed. In a few instances, a staff member may have to move to a different department — from business and financial news, say, to the culture desk — to avoid the appearance of conflict.

Although this policy necessarily imposes restraints, The Times has no wish to intrude upon the private lives of its staff members and their families. Nothing in this document seeks to prohibit a companion, spouse or other relative of a Times staff member from taking part in any political, financial, commercial, religious or civic activity. The Times understands that friends and relatives of its staff have every right to pursue full and active lives, personally and professionally. If restrictions are necessary, they fall on the Times employee. But any attempt to disguise a staff member's participation in prohibited activity by using a relative's name or any other alias (or by acting anonymously) violates this guideline.

In all cases The Times depends on staff members to disclose potential problems in a timely fashion so that we can work together to prevent embarrassment for staff members and The Times.

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000333

Case 22-558, Document 56, 09/19/2022, 3384731, Page156 of 173

JA 1878

# Investments and Financial Ties

Every member of the Times staff must be constantly vigilant against any appearance that he or she is abusing nonpublic information for financial gain. That imperative applies to all departments.

Though staff members must necessarily accept certain limits on their freedom to invest, this policy leaves a broad range of investments open to them. Any staff member, regardless of assignment, is free to own diversified mutual funds, money market funds and other diversified investments that the reporter or editor cannot control. Any member also may own treasury bills, investment-grade municipal bonds, debt securities other than speculative bonds, and securities issued by the New York Times Company. And staff members are of course free to own stocks entirely unrelated to their Times assignment.

No staff member may own stock or have any other financial interest in a company, enterprise or industry that figures or is likely to figure in coverage that he or she provides, edits, packages or supervises regularly. A book editor, for example, may not invest in a publishing house, a health writer in a pharmaceutical company or a Pentagon reporter in a mutual fund specializing in defense stocks. For this purpose an industry is defined broadly; for example, a reporter responsible for any segment of media coverage may not own any media stock. "Stock" should be read to include futures, options, rights, and speculative debt, as well as "sector" mutual funds (those focused on one industry).

Staff members may not buy or sell securities or make other investments in anticipation of forthcoming articles that originate with The Times. In general, staff members must refrain from acting on such information before noon Eastern time the day of print publication. This restriction does not apply to spot news that first appears on wire services or that originates elsewhere. That information is public.

## Affirming Good-Faith Compliance

Staff members in any department will be asked when hired to affirm that they have no investments that would violate the rules above with

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000334

Case 22-558, Document 56, 09/19/2022, 3384731, Page157 of 173

**JA 1879**

respect to the assignment they are being given. If a new staff member is unable to make this affirmation, the staff member may choose to sell the conflicting holding. If not, he or she must be given a different assignment where no such conflict exists.

Staff members should be acutely sensitive that the investments and business interests of their spouse, family and companions may create real or apparent conflicts of interest by raising questions of favoritism. Staff members will be asked when hired to affirm that to the best of their knowledge no spouse, family member or companion has financial holdings that might reasonably raise doubts about the impartiality of the staff member's reporting or editing in his or her proposed assignment. Depending on circumstances, the new staff member may have to recuse himself or herself from certain coverage or accept an alternative assignment unrelated to the holdings in question.

The standards editor or the deputy editorial page editor may from time to time ask staff members in any department to affirm that they have no investments in violation of the rules above. Such a request might be expected, for example, when a staff member is about to begin a new assignment or work on a particularly sensitive article.

Similarly, staff members may be asked on occasion to affirm that to the best of their knowledge no spouse, family member or companion has financial holdings that might reasonably raise doubts about the impartiality of the staff member's reporting or editing. If and when such conditions come up, the staff member must alert his or her department head and the standards editor. Depending on circumstances, the staff member may have to recuse himself or herself from certain coverage or even to move to a job unrelated to the holdings.

If a reporter who owns stock in a company outside his or her regular beat is assigned to write an article about that company or its industry, the reporter must discuss the investment with the assigning editor before beginning the work. Similarly, editors assigned to major articles or a series about companies or industries in which they have investments must advise their supervisors of potential conflicts before beginning the editing. In many instances it will be perfectly permissible for the work to proceed, but the reporter or editor who works on such an article or series may not buy or sell stock in the company or industry until two weeks after publication.

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000335

Case 22-558, Document 56, 09/19/2022, 3384731, Page158 of 173

**JA 1880**

## Business-Financial, Technology and Media News

Staff members in business-financial news regularly work with sensitive information that affects financial prices. Because of that sensitivity, they are subject to additional and stricter requirements. Staff members in technology news and media news are subject to the same rules as those in business-financial news, for the same reason.

Members of these three departments may not play the market. That is, they may not conduct in-and-out trading (buying and selling the same security within three months). They may not buy or sell options or futures or sell securities short. Any of these actions could create the appearance that a staff member was speculating by exploiting information not available to the public.

In special circumstances — a family financial crisis, for example — the associate managing editor for news administration may waive the three-month holding period.

Supervising editors in business-financial, technology or media news should be especially cautious in investing because they may reasonably expect to become involved in the coverage of virtually any company at any time. Their counterparts in other departments should be equally sensitive to possible conflicts in supervising coverage of companies in their domain.

Because of the sensitivity of their assignments, some business financial staff members may not own stock in any company (other than the New York Times Company). These include the Market Place writer, other market columnists, the regular writer of the daily stock market column, reporters regularly assigned to mergers and acquisitions, the daily markets editor, the Sunday investing editor, the Sunday Business editor, the business and financial editor and his or her deputies.

Masthead editors and other editors who play a principal part in deciding the display of business and financial news, including its display on Page 1, may not own stock in any company (other than the New York Times Company).

The editorial page editor, the deputy editorial page editor and the Op-Ed editor may not own stock in any company (other than the New York

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000336

**JA 1881**

Times Company). Nor may editorial writers and Op-Ed columnists regularly assigned to write about business, finance or economics.

## Transitional Arrangements

A staff member who owns stock and moves into an assignment where such holdings are not permitted must sell the stock. Those who are newly barred from owning stock of any sort (for example, on being promoted to deputy business and financial editor) may dispose of their shares in phases, following a reasonable plan worked out with the associate managing editor for news administration. But the phase-out does not apply to reporters or editors who own shares in specific industries they are newly assigned to cover. For instance, it is manifestly untenable for a new Automobiles editor to own stock in an auto company, so divestiture must be prompt.

Whenever this document requires the sale of stock holdings, a staff member can satisfy the requirement by putting the shares into a blind trust (or into an equivalent financial arrangement that meets the same goal: preventing an individual from knowing at any given time the specific holdings in the account and blocking the individual from controlling the timing of transactions in such holdings). If The Times assigns a staff member to a new job where mandatory divestiture would impose an undue hardship, The Times will reimburse the staff member for the reasonable costs of setting up a blind trust.

## Annual Filing by Ranking Editors

To avoid an appearance of conflict, certain editors must annually affirm to the chief financial officer of The Times Company that they have no financial holdings in violation of the rules above or any other provision of these guidelines. They include the executive editor, the managing editor, deputy and assistant managing editors, associate managing editors, the business and financial editor, his or her deputies and the Sunday Business editor. They also include the editorial page editor, the deputy editorial page editor and the Op-Ed editor.

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000337

# Rules for Specialized Departments

**Sports**

To avoid an appearance of bias, no member of the sports department may gamble on any sports event, except for occasional recreational wagering on horse racing (or dog racing or jai alai). This exception does not apply to staff members who cover such racing or regularly edit that coverage.

Except for journalists who receive press passes to cover sporting events, members of the sports department may not accept tickets, travel expenses, meals, gifts or any other benefit from teams or promoters.

Sports reporters assigned to cover games may not serve as scorers. Members of the sports department may not take part in voting for the Heisman Trophy, most valuable player and rookie of the year awards, entry into the Baseball Hall of Fame or similar honors.

**Culture, Styles, Dining**

The Times has exceptional influence in such fields as theater, music, art, dance, publishing, fashion and the restaurant industry. We are constantly scrutinized for the slightest whiff of favoritism. Therefore staff members working in those areas have a special duty to guard against conflicts of interest or the appearance of conflict.

Reporters, reviewers, critics and their editors in the Book Review, the Times Magazine and the cultural news, media news and styles departments, beyond abiding by the other provisions of this document, may not help others develop, market or promote artistic, literary or other creative endeavors.

They may not suggest agents, publishers, producers or galleries to aspiring authors, playwrights, composers or artists. They may not suggest chefs to restaurant owners or designers to clothing manufacturers. They may not recommend authors, playwrights, composers or other artists to agents, publishers, producers or galleries.

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000338

Case 22-558, Document 56, 09/19/2022, 3384731, Page161 of 173

**JA 1883**

They may not offer suggestions or ideas to people who figure or are likely to figure in coverage they provide, edit, package or supervise. They may not invest in productions that figure or are likely to figure in their coverage. (Food writers and editors may not invest in restaurants.) They may not comment, even informally, on works in progress before those works are reviewed.

They may not serve on advisory boards, awards juries, study committees or other panels organized by the people they cover or whose coverage they supervise. They may not accept awards from such people. And they may not request extra copies of books, tapes or other materials that are routinely submitted for review.

An arts writer or editor who owns art of exhibition quality (and thus has a financial stake in the reputation of the artist) may inspire questions about the impartiality of his or her critical judgments or editing decisions. Thus members of the culture staff who collect valuable objects in the visual arts (paintings, photographs, sculpture, crafts and the like) must annually submit a list of their acquisitions and sales to the associate managing editor for news administration.

The Times recognizes that members of its talented staff write books, operas and plays; create sculpture, and give recitals. It further recognizes that such projects require commercial arrangements to come to fruition. A writer requires a publisher, a playwright a production company.

Nevertheless those commercial ties can be a breeding ground for favoritism, actual or perceived. Staff members who enter into such arrangements must disclose them to their supervisors, who may require them to withdraw from coverage of the parties involved. Staff members who have a publisher or a movie contract, for example, must be exceedingly sensitive to any appearance of bias in covering other publishers or studios. Those with any doubts about a proposed arrangement should consult the standards editor or the deputy editorial page editor.

Certain positions, such as those of the Book Review editor and the culture editor, have such potential for conflicts that those editors may not enter into any commercial arrangements with publishers, studios, or other arts producers without the executive editor's written approval.

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000339

Case 22-558, Document 56, 09/19/2022, 3384731, Page162 of 173

## JA 1884

### Art, Pictures, Technology

Beyond honoring all the other provisions of this document, Times photographers, picture editors, art directors, lab personnel and technology editors and reporters may not accept gifts of equipment, programs or materials from manufacturers or vendors. They may not endorse equipment, programs or materials, or offer advice on product design. This guideline is not meant to restrict The Times from working with vendors to improve its systems or equipment.

With the approval of the picture editor, the design director, the technology editor or the Circuits editor, staff members may test equipment or materials on loan from manufacturers or vendors, provided such tests are properly monitored. The equipment or materials should be returned promptly after testing unless purchased by The Times.

### Automobiles

It is our policy that no one may test drive or review a vehicle for The Times unless the paper is paying the vehicle's owner the normal market rental or its equivalent. Rare exceptions may occur when an equivalent rent is largely hypothetical, as with military vehicles, vintage autos or race cars.

Reviewers should carry out their testing expeditiously and return the vehicle promptly. A reasonable amount of personal use is permissible provided that the use contributes to the review.

### Travel

No writer or editor for the Travel section, whether on assignment or not, may accept free or discounted services of any sort from any element of the travel industry. This includes hotels, resorts, restaurants, tour operators, airlines, railways, cruise lines, rental car companies and tourist attractions. This prohibition applies to the free trips commonly awarded in raffles at travel industry events. It does not apply, however, to routinely accumulated frequent-flyer points.

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000340

Case 22-558, Document 56, 09/19/2022, 3384731, Page163 of 173

**JA 1885**

Travel editors who deal with non-staff contributors have a special obligation to guard against conflicts of interest or the appearance of conflict. They must bear in mind that it is our policy not to give Travel assignments to freelance writers who have previously accepted free services. Depending on circumstances, the Travel editor may make rare exceptions, for example, for a writer who ceased the practice years ago or who has reimbursed his or her host for services previously accepted. It is also our policy not to give Travel assignments to anyone who represents travel suppliers or who works for a government tourist office or as a publicist of any sort. The Travel editor may make rare exceptions, for example, for a writer widely recognized as an expert in a particular culture.

Writers on assignment for Travel must conceal their Times affiliation. The validity of their work depends on their experiencing the same conditions as an ordinary tourist or consumer. If the Times affiliation becomes known, the writer must discuss with an editor whether the reporting to that point can be salvaged. On rare occasions, the affiliation may be disclosed, for example, when a special permit is required to enter a closed area.

No Travel writer may write about any travel service or product offered by a family member or close friend.

These rules also apply to writers and editors of travel content in other sections.

## Dealing with Outside Contributors

Times readers apply exacting standards to the entire paper. They do not distinguish between staff written articles and those written by outsiders. Thus as far as possible, freelance contributors to The Times, while not its employees, will be held to the same standards as staff members when they are on Times assignments, including those for the Times Magazine. If they violate these guidelines, they will be denied further assignments.

Before being given an assignment, freelance contributors must sign a

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000341

Case 22-558, Document 56, 09/19/2022, 3384731, Page164 of 173

**JA 1886**

contract with The Times. These contracts oblige them to take care to avoid conflicts of interests or the appearance of conflict. Specifically, in connection with work for The Times, freelancers will not accept free transportation, free lodging, gifts, junkets, commissions or assignments from current or potential news sources. In addition, they will publish no similar article in a competing publication within 14 days unless The Times approves.

The contracts' concise provisions cannot cover every circumstance that might arise. Assigning editors should ensure that contributors are aware of this document and to the greatest extent possible, in fact honor its provisions while on assignment for The Times. Any disagreement over whether a specific provision applies to outside contributors should be resolved before the assignment proceeds.

Assigning editors in business and financial news who deal with non-staff contributors have a special duty to guard against conflicts of interest or the appearance of conflict. To the extent possible, assigning editors should ensure that outside contributors meet the strict standards outlined above for the business and financial news staff.

# Appendix

### Sample letter declining a gift

Dear XXXXXXXXX,

Your recent gift came as a pleasant surprise. I appreciate your thinking of me.

But the gift puts me in an awkward position. The New York Times bars its reporters and editors from accepting anything of value from the people or groups they cover. The paper does not want to risk the perception that it will cover a subject more thoroughly or skew its coverage of controversial subjects because interested parties have expressed appreciation for its efforts.

So I must return your gift with thanks. I hope you understand our

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000342

Case 22-558, Document 56, 09/19/2022, 3384731, Page165 of 173

position, and I thank you for your thoughtfulness.

Sincerely,

**Sample letter declining an unsolicited award**

Dear XXXXXXXXX,

Your recent letter informing me that I'd been selected to receive an award from XXXXXXXX came as a pleasant surprise. I appreciate the sentiment behind the award.

But your decision puts me in an awkward position. The New York Times bars its reporters and editors from accepting awards conferred by groups that have an interest in the subjects covered by the award recipients. The paper does not want to risk the perception that it will cover a subject more thoroughly or skew its coverage of controversial subjects because interested parties have applauded its efforts.

So I must decline your award with thanks. I hope you and your colleagues understand our position.

Thank you again for your kind words.

Sincerely,

**Letter of understanding with the Newspaper Guild of New York**

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000343

# JA 1888

**The New York Times**

229 WEST 43RD STREET
NEW YORK, N.Y. 10036

JAY L. SABIN, ESQ.
Vice President
Labor Relations

Tel: 212 556-7888
Fax: 212 556-6907
E-mail: jls@nytimes.com

July 28, 2004

Mr. Barry F. Lipton
President
Newspaper Guild of New York
1501 Broadway, Suite 708
New York, New York 10036

Re:　Ethical Journalism

Dear Barry:

This will confirm our understanding reached during recent negotiations concerning the newsroom conflict of interest policy entitled "Ethical Journalism."

We have agreed that Guild-related activities and Guild-sponsored member benefits and discounts shall be excluded from the limitations on employee conduct contained in Paragraphs 33 (Guild benefits/discounts); 34 (Guild employment/compensation); 39 (Guild public relations); 42 (appearances at Guild meetings); 62 (Guild campaign buttons); 69 (Guild trustees); and wherever else they may be referenced in the policy. In addition, with respect to the monetary caps referenced in Paragraphs 35, 46 and 47, The Times agrees to discuss with the Guild, from time to time, whether such figures should be revised.

We have also agreed to discuss with the Guild any growth in the number of New York Times' competitors, clients or potential clients insofar as such growth relates to the application of Paragraph 103. In addition, we have agreed to discuss appropriate fee schedules for Guild covered employees who appear on television, radio or other media at the request of The Times.

Very truly yours,

Agreed To and Accepted By:

Barry Lipton, President
Newspaper Guild of New York

Js 15a:\bl-ethicaljrnidesidltr2

PLAINTIFF TRIAL EXHIBIT 017

NYTIMES0000344

JA 1889

The New York Times

# Guidelines on Integrity

Reporters, editors, photographers and all members of the news staff of The New York Times share a common and essential interest in protecting the integrity of the newspaper. As the news, editorial and business leadership of the newspaper declared jointly in 1998: "Our greatest strength is the authority and reputation of The Times. We must do nothing that would undermine or dilute it and everything possible to enhance it."

**MAY 7, 1999 / UPDATED SEPT. 25, 2008**

Exhibit     3
Witness: James Bennet
Date:   5/27/20
Court Reporter:   Amanda McCredo

At a time of growing and even justified public suspicion about the impartiality, accuracy and integrity of some journalists and some journalism, it is imperative that The Times and its staff maintain the highest possible standards to insure that we do nothing that might erode readers' faith and confidence in our news columns. This means that staff members should be vigilant in avoiding any activity that might pose an actual or apparent conflict of interest and thus threaten the newspaper's ethical standing. And it also means that the journalism we practice daily must be beyond reproach. No one needs to be reminded that falsifying any part of a news report cannot be tolerated and will result automatically in

PLAINTIFF TRIAL EXHIBIT 018

NYTIMES0000345

Case 22-558, Document 56, 09/19/2022, 3384731, Page168 of 173

**JA 1890**

disciplinary action up to and including termination. But in a climate of increased scrutiny throughout the news business, these further guidelines are offered, to resolve questions that sometimes arise about specific practices:

## Quotations

Readers should be able to assume that *every word* between quotation marks is what the speaker or writer said. The Times does not "clean up" quotations. If a subject's grammar or taste is unsuitable, quotation marks should be removed and the awkward passage paraphrased. Unless the writer has detailed notes or a recording, it is usually wise to paraphrase long comments, since they may turn up worded differently on television or in other publications. "Approximate" quotations can undermine readers' trust in The Times.

The writer should, of course, omit extraneous syllables like "um" and may judiciously delete false starts. If any further omission is necessary, close the quotation, insert new attribution and begin another quotation. (The Times does adjust spelling, punctuation, capitalization and abbreviations within a quotation for consistent style.) Detailed guidance is in the stylebook entry headed "quotations." In every case, writer and editor must both be satisfied that the intent of the subject has been preserved.

## Other People's Reporting

When we use facts gathered by any other organization, we attribute them. This policy applies to material from newspapers, magazines, books and broadcasts, as well as news agencies like The Associated Press (for example, "the Senator told The Associated Press"). In other words, even though The AP is a co-op and we are members, we do not treat its reporting as our own. When writing from a pool report, if we have not witnessed the events, we attribute them to the pool reporter. In a roundup, we may use a phrase like "reports from news agencies and New York Times bureaus."

PLAINTIFF TRIAL EXHIBIT 018

NYTIMES0000346

Case 22-558, Document 56, 09/19/2022, 3384731, Page169 of 173

# JA 1891

Our preference, when time and distance permit, is to do our own reporting and verify another organization's story; in that case, we need not attribute the facts. But even then, as a matter of courtesy and candor, we credit an exclusive to the organization that first broke the news.

Attribution to another publication, though, cannot serve as license to print rumors that would not meet the test of The Times's own reporting standards. Rumors must satisfy The Times's standard of newsworthiness, taste and plausibility before publication, even when attributed. And when the need arises to attribute, that is a good cue to consult with the department head about whether publication is warranted at all.

In those cases when it makes a difference whether we directly witnessed a scene, we should distinguish in print between personal interviews and telephone or email interviews, as well as written statements.

## Fact Checking

Writers at The Times are their own principal fact checkers and often their only ones. (Magazine articles, especially those by nonmembers of our staff, are factchecked, but even magazine writers are accountable in the first instance for their own accuracy.) Concrete facts — distances, addresses, phone numbers, people's titles — must be verified by the writer with standard references like telephone books, city or legislative directories and official websites. More obscure checks may be referred to the research desk. If deadline pressure requires skipping a check, the editors should be alerted with a flag like "desk, please verify," but ideally the writer should double back for the check after filing; usually the desk can accommodate a last-minute repair. It is especially important that writers verify the spelling of names, by asking. A person who sees his or her own name misspelled in The Times is likely to mistrust whatever else we print. And too often, our correction column makes it clear that someone has guessed a spelling by the sound.

## Corrections

PLAINTIFF TRIAL EXHIBIT 018

NYTIMES0000347

Case 22-558, Document 56, 09/19/2022, 3384731, Page170 of 173

# JA 1892

Because our voice is loud and far-reaching, The Times recognizes an ethical responsibility to correct all its factual errors, large and small. The paper regrets every error, but it applauds the integrity of a writer who volunteers a correction of his or her own published story. Whatever the origin, though, any complaint should be relayed to a responsible supervising editor and investigated quickly. If a correction is warranted, fairness demands that it be published immediately. In case of reasonable doubt or disagreement about the facts, we can acknowledge that a statement was "imprecise" or "incomplete" even if we are not sure it was wrong.

## Rebuttals

Few writers need to be reminded that we seek and publish a response from anyone criticized in our pages. But when the criticism is serious, we have a special obligation to describe the scope of the accusation and let the subject respond in detail. No subject should be taken by surprise when the paper appears, or feel that there was no chance to respond.

## Anonymity and Its Devices

The use of unidentified sources is reserved for situations in which the newspaper could not otherwise print information it considers newsworthy and reliable. When possible, reporter and editor should discuss any promise of anonymity before it is made, or before the reporting begins on a story that may result in such a commitment. (Some beats, like criminal justice or national security, may carry standing authorization for the reporter to grant anonymity.) The stylebook discusses the forms of attribution for such cases: the general rule is to tell readers as much as we can about the placement and known motivation of the source. While we avoid automatic phrases about a source's having "insisted on anonymity," we should try to state tersely what kind of understanding was actually reached by reporter and source, especially when we can shed light on the source's reasons. The Times does not dissemble about its sources — does not, for example, refer to a single person as "sources' and does not say "other officials' when quoting someone who has already been cited by

PLAINTIFF TRIAL EXHIBIT 018

NYTIMES0000348

Case 22-558, Document 56, 09/19/2022, 3384731, Page171 of 173

**JA 1893**

name. There can be no prescribed formula for such attribution, but it should be literally truthful, and not coy.

## Fictional Devices

No reader should find cause to suspect that the paper would knowingly alter facts. For that reason, The Times refrains outright from assigning fictional names, ages, places or dates, and it strictly limits the use of other concealment devices.

If compassion or the unavoidable conditions of reporting require shielding an identity, the preferred solution is to omit the name and explain the omission. (That situation might arise, for example, in an interview conducted inside a hospital or a school governed by privacy rules.) If a complex narrative must distinguish among several shielded identities, it may be necessary to use given names with last initials or, less desirable, given names alone (Hilary K.; Ashley M.; Terry). Descriptions may serve instead (the lawyer; the Morristown psychotherapist). As a rare last resort, if genuine given names would be too revealing, real or coined single initials (Dr. D, Ms. L) may be used after consultation with senior editors. The article must gracefully indicate the device and the reason.

## Masquerading

Times reporters do not actively misrepresent their identity to get a story. We may sometimes remain silent on our identity and allow assumptions to be made — to observe an institution's dealings with the public, for example, or the behavior of people at a rally or police officers in a bar near the station house. But a sustained, systematic deception, even a passive one — taking a job, for example, to observe a business from the inside — may be employed only after consultation between a department head and masthead editors. (Obviously, specific exceptions exist for restaurant reviewing and similar assignments.)

## Photography and Images

PLAINTIFF TRIAL EXHIBIT 018

NYTIMES0000349

Case 22-558, Document 56, 09/19/2022, 3384731, Page172 of 173

**JA 1894**

Images in our pages, in the paper or on the Web, that purport to depict reality must be genuine in every way. No people or objects may be added, rearranged, reversed, distorted or removed from a scene (except for the recognized practice of cropping to omit extraneous outer portions). Adjustments of color or gray scale should be limited to those minimally necessary for clear and accurate reproduction, analogous to the "burning" and "dodging" that formerly took place in darkroom processing of images. Pictures of news situations must not be posed.

In some sections, and in magazines, where a photograph is used to serve the same purposes as a commissioned drawing or painting — as an illustration of an idea or situation or as a demonstration of how a device works, etc. — it must always be clearly labeled as a photo illustration. This does not apply to portraits or still-lifes (photos of food, shoes, etc.), but it does apply to other kinds of shots in which we have artificially arranged people or things, as well as to collages, montages, and photographs that have been digitally altered.

A credit line beginning with "photo illustration" is obligatory in all such cases. Occasionally, an explanatory caption may be advisable.

Altered or contrived photographs are a device that should not be overused. Taking photographs of unidentified real people as illustrations of a generic type or a generic situation (like using an editor or another model in a dejected pose to represent executives being laid off) usually turns out to be a bad idea.

If you have any question about the appropriateness of an alteration or are not sure how best to make clear to the reader that the image has been manipulated or the scene contrived, consult with the director of photography, the standards editor, the design director, or the News Desk (but before an actual post or the final proof of a printed page, to avoid last-minute disagreements and unsatisfactory improvised solutions).

PLAINTIFF TRIAL EXHIBIT 018
NYTIMES0000350

Case 22-558, Document 56, 09/19/2022, 3384731, Page173 of 173

JA 1895

Copyright ©2019

**About**

The New York Times
Company

Privacy Policy

Terms of Sale

Terms of Service

**Help**

Frequently Asked
Questions

Contact Us

Feedback

**Ways to Subscribe**

Digital + Home
Delivery

Education Rates

Corporate Rates

Spotify + NYT All
Access

NYTimes Crosswords

Gift Subscriptions

PLAINTIFF TRIAL EXHIBIT 018

NYTIMES0000351