# Ballard Spahr LLP

_____

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Jay Ward Brown
Tel: 202.508.1136
Fax: 202.661.2299
brownjay@ballardspahr.com

September 20, 2022

*By Electronic Filing*

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Palin v. New York Times Company*, No. 22-558,
              Defendants-Appellees' Local Rule 31.2 Briefing Schedule Request

Dear Ms. O'Hagan Wolfe:

In accordance with Local Rule 31.2(a)(1)(B), Defendants-Appellees The New York Times Company and James Bennet, by and through their undersigned counsel, hereby request a due date of December 9, 2022 by which to file Appellees' Brief in the above-referenced matter. This date is within 91 days after the filing of Appellant's Brief, which occurred on September 15, 2022.

Respectfully submitted,

*/s/ Jay Ward Brown*

Jay Ward Brown

cc:    All Counsel of Record (via ECF)