# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Palin v. The New York Times Company    Docket No.: 22-558

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Kenneth G. Turkel

Firm: Turkel Cuva Barrios, P.A.

Address: 100 North Tampa Street, Suite 1900, Tampa, FL 33602

Telephone: 813-834-9191    Fax: 813-443-2193

E-mail: kturkel@tcb-law.com

Appearance for: Sarah Palin/Appellant
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Shane B. Vogt/Turkel Cuva Barrios, P.A. )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ K. Turkel

Type or Print Name: Kenneth G. Turkel