# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-558

**Caption [use short title]**

**Motion for:** Consent Motion for a 14-day extension to file Reply Brief

Set forth below precise, complete statement of relief sought:

Appellant seeks a 14-day extension of time (until January 13, 2023) to file her Reply Brief based on her Counsel's unavailability to work from December 12-28, 2022 as a result of an in-progress move to a new home and other personal matters.

**Sarah Palin v. The New York Times Co.**

**MOVING PARTY:** Sarah Palin

**OPPOSING PARTY:** None. Appellees Consent to this Motion.

☐ Plaintiff   ☐ Defendant
☑ Appellant/Petitioner   ☑ Appellee/Respondent

**MOVING ATTORNEY:**
[name of attorney, with firm, address, phone number and e-mail]
Turkel Cuva Barrios, P.A.
100 North Tampa St., Ste. 1900, Tampa, FL 33602
(813)-834-9191 svogt@tcb-law.com

**OPPOSING ATTORNEY:** Appellees' counsel, Jacquelyn Schell, consents to this Motion.
Ballard Spahr LLP
1675 Broadway, 19th Floor, New York, NY 10019-5820
(646)-346-8048 SchellJ@ballardspahr.com

**Court- Judge/ Agency appealed from:** S.D.N.Y. (Hon. Jed S. Rakoff)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
Shane B. Vogt, Esq.   **Date:** 12/6/2022   **Service by:** ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

No. 22-558
(1:17-cv-04853-JSR)

SARAH PALIN, an individual,

    Plaintiff-Appellant

v.

THE NEW YORK TIMES COMPANY
and JAMES BENNET, an individual,

    Defendants-Appellees.

**PLAINTIFF-APPELLANT'S CONSENT MOTION FOR A 7-DAY EXTENSION OF TIME TO FILE HER REPLY BRIEF**

Plaintiff-Appellant Sarah Palin ("Appellant") respectfully moves for a 14-day extension of the deadline for the filing of her Reply Brief to and including January 13, 2023. In support thereof, Appellant states as follows:

1. Appellees' Response Brief is due on December 9, 2022. Under Local Rule 31.2(a)(2), Appellant's Reply Brief will then be due on December 30, 2022.

2. Counsel for Appellant is in the process of packing and about to begin moving his family of 6 into a new home and has other time off scheduled for the

upcoming holidays, which is during the current period Counsel for Appellant has to prepare Appellant's Reply Brief.

3. As a result of the foregoing personal commitments, Appellant's Counsel will not be able to work at all from at least December 12-28, 2022.

5. Considering the above, a 14-day extension of the deadline for the filing of Appellant's Reply Brief to and including January 13, 2023, will substantially aid Appellant and her Counsel in the effective presentation of the important issues in this case to the Court and the Court's consideration of this case.

6. Counsel for Appellant has conferred with Counsel for Appellees, and Counsel for Appellees consent to this Motion and the relief requested herein and do not intend to file a response to this Motion.

7. Counsel for Appellant have not previously requested or received an extension of any deadline in this case.

8. This extension is sought for good cause, is not sought for any improper purpose, will not prejudice any party, and will not substantially delay the progression of this case or the administration of justice.

WHEREFORE Appellant respectfully requests that the Court grant her an extension of the deadline for the filing of her Reply Brief to and including January 13, 2023.

Date: December 6, 2022.              Respectfully Submitted,

                                                  */s/ Shane B. Vogt*
Kenneth G. Turkel (Co-Lead Counsel)
kturkel@tcb-law.com
Shane B. Vogt (Co-Lead Counsel)
svogt@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
*Attorneys for Plaintiff-Appellant,
Sarah Palin*

3

## CERTIFICATE OF SERVICE

I certify that on December 6, 2022, the foregoing document was served on all parties or their counsel of record through the CM/ECF system, which will send notification to the following:

David L. Axelrod
axelrodd@ballardspahr.com
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599

Thomas B. Sullivan
sullivant@ballardspahr.com
Jacquelyn N. Schell
schellj@ballardspahr.com
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019

*Counsel for Defendant-Appellee The New York Times Company*

Dated: December 6, 2022.                By:  /s/ *Shane B. Vogt*
                                                Shane B. Vogt

4