# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of December, two thousand twenty-two.

_____

Sarah Palin, an individual,

    Plaintiff - Appellant,

v.

The New York Times Company, James Bennet, an individual,

    Defendants - Appellees.
_____

**ORDER**

Docket No. 22-558

    Appellant moves for an extension of time to January 13, 2023 to file the reply brief. Appellees do not oppose this request.

    IT IS HEREBY ORDERED that the motion is GRANTED.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court