## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Docket Number(s): **22-558**

Motion for: **Leave to File a Supplemental Appendix**

Set forth below precise, complete statement of relief sought:

**Leave to file a supplemental appendix including documents that were inadvertently omitted from the parties' Joint Appendix**

**Palin v. The New York Times Company., et al.**

MOVING PARTY: **The New York Times Company & James Bennet**   OPPOSING PARTY: **Sarah Palin**

☐ Plaintiff   ☑ Defendant

☐ Appellant/Petitioner   ☑ Appellee/Respondent

MOVING ATTORNEY: **Jacquelyn N. Schell**   OPPOSING ATTORNEY: **Shane Vogt**

[name of attorney, with firm, address, phone number and e-mail]

| | |
|---|---|
| **Ballard Spahr LLP, 1675 Broadway, 19th Fl.** | **Turkel Cuva Barrios, P.A.** |
| **New York, NY 10019** | **100 N. Tampa St., Ste. 1900, Tampa, FL 33602** |
| **646-346-8048, schellj@ballardspahr.com** | **813-834-9191, svogt@tcb-law.com** |

Court- Judge/ Agency appealed from: **S.D.N.Y. (Hon. Jed S. Rakoff)**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below?   ☐ Yes   ☐ No
Has this relief been previously sought in this court?   ☐ Yes   ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?   ☐ Yes   ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☑ No If yes, enter date:

Signature of Moving Attorney:

Date: **Dec. 7, 2022**   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

SARAH PALIN,

        Plaintiff-Appellant,

    v.

THE NEW YORK TIMES
COMPANY and JAMES BENNET,

        Defendants-Appellees

Docket No. 22-558

**DECLARATION OF
JACQUELYN N. SCHELL
IN SUPPORT OF MOTION FOR
LEAVE TO FILE A
SUPPLEMENTAL APPENDIX**

**Jacquelyn N. Schell**, pursuant to 28 U.S.C. § 1746, declares as follows:

1.     I am a partner with the law firm of Ballard Spahr LLP, counsel of record for the Defendants-Appellees, The New York Times Company and James Bennet ("Defendants"), in the above-captioned case.

2.     I am providing this declaration in support of Defendants' Motion for Leave to File a Supplemental Appendix. I am familiar with the facts and circumstances set forth herein.

3.     Pursuant to Fed. R. App. P. 30(b)(1), the parties to this action worked together to agree on the contents of the Joint Appendix. On review of the Joint Appendix, however, it appears that several documents were inadvertently omitted. Defendants now seek leave to file those documents in a Supplemental Appendix.

4.     On December 5, 2022, I contacted counsel for Plaintiff-Appellant Sarah Palin ("Palin") about this intended motion.  Palin's counsel has no objection and consents to this motion and the relief requested.

5.     Defendants respectfully request that the Court issue an order granting Defendants leave to file the Supplemental Appendix attached hereto as Exhibit A and granting such other and further relief as the Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2022.

 */s/ Jacquelyn N. Schell*
Jacquelyn N. Schell

Exhibit A

# 22-558

## In the
## United States Court of Appeals
### For the Second Circuit



SARAH PALIN, an individual,

*Plaintiff-Appellant,*

– v. –

THE NEW YORK TIMES COMPANY and JAMES BENNET, an individual,

*Defendants-Appellees.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK (NEW YORK CITY)

## SUPPLEMENTAL APPENDIX FOR
## DEFENDANTS-APPELLEES

DAVID L. AXELROD
JAY WARD BROWN
JACQUELYN N. SCHELL
THOMAS B. SULLIVAN
BALLARD SPAHR LLP
*Attorneys for Defendants-Appellees*
1675 Broadway, 19th Floor
New York, New York 10019
(202) 508-1136
axelrodd@ballardspahr.com
brownjay@ballardspahr.com
schellj@ballardspahr.com
sullivant@ballardspahr.com

i

# Table of Contents

**Page**

First Amended Complaint, Dated December 30, 2019 ................SApp-1

Exhibit 1 to First Amended Complaint -
"America's Lethal Politics," Online Version, June 14, 2017....SApp-52

Exhibit 2 to First Amended Complaint -
"America's Lethal Politics," Print Version, June 15, 2017.......SApp-56

Exhibit 3 to First Amended Complaint -
"The NY Times promised to fact check their new climate
denier columnist-they lied" .......................................................SApp-57

Exhibit 4 to First Amended Complaint -
"The New York Times corrected Bret Stephens's climate
column, but not nearly enough of it".........................................SApp-65

Exhibit 5 to First Amended Complaint -
"'The Truth Is Hard,' Says The New York Times First-Ever
Oscars Ad" ..................................................................................SApp-66

Exhibit 6 to First Amended Complaint -
Advertisements............................................................................SApp-70

Exhibit 7 to First Amended Complaint -
"Arrest Made in Threat on Sen. Bennet's Office" ...................SApp-74

Exhibit 8 to First Amended Complaint -
"What We Know About Jared Lee Loughner" .........................SApp-80

Exhibit 9 to First Amended Complaint -
"Suspect's Odd Behavior Caused Alarm" ................................SApp-88

Exhibit 10 to First Amended Complaint -
"The More We Know" ................................................................SApp-95

Exhibit 11 to First Amended Complaint -
"The Corner" ............................................................................SApp-102

Exhibit 12 to First Amended Complaint -
"Looking Behind the Mug-Shot Grin".....................................SApp-104

Exhibit 13 to First Amended Complaint -
"Caldwell's Unfairness"............................................................SApp-116

Exhibit 14 to First Amended Complaint -
"Ten Days That Defined 2011"..................................................SApp-119

Exhibit 15 to First Amended Complaint -
"She Who Must Not Be Named" ...............................................SApp-130

ii

**Page**

Exhibit 16 to First Amended Complaint -
"Bloodshed and Invective in Arizona," "As We Mourn,"
"Gabby Giffords's Farewell," "6,000 Bullets," "Myths About
Gun Regulation," "Democrats Find Their Voice on Gun
Control," and "No One Listened to Gabrielle Giffords" ..........SApp-133

Exhibit 17 to First Amended Complaint -
Initial Draft of Editorial by Elizabeth Williamson, June 14,
2017................................................................................................SApp-153

Exhibit 18 to First Amended Complaint -
"Sarah Palin's Crosshairs Ad Dominates Gabrielle Giffords
Debate," ABCNews, January 9, 2011 .......................................SApp-155

Exhibit 19 to First Amended Complaint -
"Trump's Wink Wink to 'Second Amendment People'".........SApp-157

Exhibit 20 to First Amended Complaint -
@NYTimes Tweet, June 14, 2017 ............................................SApp-161

Exhibit 21 to First Amended Complaint -
"America's Lethal Politics" .......................................................SApp-162

Exhibit 22 to First Amended Complaint -
"Shooting Is Latest Eruption in a Grim Ritual of Rage and
Blame"...........................................................................................SApp-165

Exhibit 23 to First Amended Complaint -
"'The Indigenous American Berserk' Strikes Again"...............SApp-170

Exhibit 24 to First Amended Complaint -
"Rhetoric and Bullets" ...............................................................SApp-174

Exhibit 25 to First Amended Complaint -
"The Tucson Witch Hunt".........................................................SApp-179

Exhibit 26 to First Amended Complaint -
"A Rare Libel Suit Against The Times" ..................................SApp-183

Exhibit 27 to First Amended Complaint -
*Ethical Journalism: A Handbook of Values and Practices
for the News and Editorial Departments*..................................SApp-186

Exhibit 28 to First Amended Complaint -
"Standards and Ethics"...............................................................SApp-243

Exhibit 29 to First Amended Complaint -
The Society of Professional Journalists' Code of Ethics ..........SApp-245

iii

Page

**Trial Transcripts**

Excerpts of Trial Transcript, Dated February 4, 2022 .................SApp-247

Excerpts of Trial Transcript, Dated February 9, 2022 .................SApp-254

Excerpts of Trial Transcript, Dated February 10, 2022 ...............SApp-265

**Plaintiff's Trial Exhibits**

Plaintiff's Exhibit 1 -
"America's Lethal Politics," Online Version, June 14, 2017........SApp-436

Plaintiff's Exhibit 4 -
"America's Lethal Politics," Print Version, June 15, 2017...........SApp-440

Plaintiff's Exhibit 5 -
"America's Lethal Politics," Online Version with June 15, 2017
Correction ....................................................................................SApp-441

Plaintiff's Exhibit 6 -
"America's Lethal Politics," Online Version with June 16, 2017
Correction ....................................................................................SApp-445

Plaintiff's Exhibit 7 -
@NYTOpinion Tweets, June 15, 2017 .........................................SApp-449

Plaintiff's Exhibit 8 -
@NYTimes Tweet, June 15, 2017 .................................................SApp-450

Plaintiff's Exhibit 10 -
Correction, Print Edition, June 16, 2017......................................SApp-451

Plaintiff's Exhibit 117 -
Elizabeth Williamson Email, June 14, 2017 .................................SApp-452

Plaintiff's Exhibit 141 -
Initial Draft of Editorial by Elizabeth Williamson,
June 14, 2017 ...............................................................................SApp-454

Plaintiff's Exhibit 142 -
"Sarah Palin's 'Crosshairs' Ad Dominates Gabrielle Giffords
Debate," ABC News, January 9, 2011 ..........................................SApp-456

**Defendants' Trial Exhibit**

Defendants' Exhibit 61 -
Crosshairs Map.............................................................................SApp-459

SApp-1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

SARAH PALIN, an individual,

      Plaintiff,

v.

THE NEW YORK TIMES COMPANY,
a New York corporation, and
JAMES BENNET, an individual,

      Defendants.

_____/

Case No.:  17 Civ. 4853

**FIRST AMENDED COMPLAINT**

**JURY TRIAL DEMANDED**

      Plaintiff, Sarah Palin ("Gov. Palin"), by her undersigned attorneys, for her First Amended Complaint against Defendants, The New York Times Company ("*The Times*") and James Bennet, alleges as follows:

## NATURE OF THE ACTION

      1.      Gov. Palin brings this action to hold James Bennet and *The Times* accountable for defaming her by falsely asserting what they knew to be false:  that Gov. Palin was clearly and directly responsible for inciting a mass shooting at a political event in January 2011. Specifically, on June 14, 2017, *The Times* published an editorial authored in the name of its Editorial Board (which represents the "voice" of *The Times*[1]) that falsely stated as a matter of fact to millions of people that Gov. Palin incited Jared Loughner's January 8, 2011, mass shooting at a political event in Tucson, Arizona, during which he shot thirteen people, severely wounding United States Congresswoman Gabrielle Giffords, and killing six others, including Chief U.S. District Court Judge John Roll and a nine-year-old girl (the "Loughner Shooting").  A copy of the June 14, 2017, online version of *The Times'* defamatory editorial, "*America's Lethal*

---

[1] www.nytimes.com/interactive/opinion/editorialboard.html

*Politics*" (the "Palin Article") is attached as **Exhibit 1**.  A copy of the print version the Palin Article published on June 15, 2017, is attached as **Exhibit 2.**

2.      The primary author of the defamatory passages in the Palin Article, James Bennet ("Mr. Bennet"), is a seasoned journalist and editor with decades of experience who served as the Editor-In-Chief of *The Atlantic* at the time of the Loughner Shooting.  When Mr. Bennet wrote and *The Times* published the defamatory passages in the Palin Article, they had actual knowledge that there was no direct and clear link between Gov. Palin and the Loughner Shooting and that Gov. Palin did not politically incite Loughner's horrific crime.

3.      However, Mr. Bennet is an ardent gun-control advocate who harbors deep-seeded resentment and animus toward Gov. Palin and her political views.

4.      That ill-will and hostility motivated Mr. Bennet and *The Times* to use the false assertions of fact about Gov. Palin's incitement of and "direct" and "clear" link to Loughner's Shooting as an artifice to exploit and score political points using the shooting that occurred on June 14, 2017, when James Hodgkinson, a man *The Times* described as a "Bernie Sanders supporter and campaign volunteer virulently opposed to President Trump," launched a sniper-style attack with an assault rifle upon members of Congress and current and former congressional aides practicing for the annual charity Congressional Baseball Game at a field near the Capitol in Virginia.

5.      As early reports about the Hodgkinson shooting sparked speculation about whether his actions were motivated by liberal, anti-Republican political rhetoric, Mr. Bennet was outraged and decided to respond by reviving what he knew to be debunked speculation that Gov. Palin incited Loughner's Shooting.  To do so, Mr. Bennet ignored his own knowledge of the facts surrounding the Loughner Shooting, the well-known consensus (including within *The*

*Atlantic* and *The Times*) that Gov. Palin's political activities played no role in Loughner's Shooting, readily available information and articles about the Loughner Shooting, and the most basic and fundamental tenants of ethical journalism – including his Editorial Board's own fact-checking policies -- because Mr. Bennet was willfully blinded by a pre-determined desire to lash out against conservatives and Second Amendment advocates by attacking Gov. Palin.

6.      The prominently-placed Palin Article capitalized on Gov. Palin's name and status as a conservative archetype in connection with Loughner's and Hodgkinson's horrific attacks to support its false assertion that there was a "sickeningly familiar pattern" of politically motivated violence against members of Congress.  This supposed "pattern" consisted of two events:  (1) the fabricated "clear" and "direct" link between Gov. Palin and her incitement of Loughner's 2011 assault against Representative Giffords and other innocent bystanders in Tucson, Arizona; and (2) Hodgkinson's Virginia shooting.

7.      Incredulously, at the time of publication Mr. Bennet knew about, remembered and had published, reviewed, edited and approved numerous articles/columns confirming that there was no established connection between Gov. Palin and Loughner's 2011 Shooting.

8.      Mr. Bennet also knew and believed that there was not even evidence that Hodgkinson's shooting was politically motivated.   Nevertheless, to make his predetermined point, Mr. Bennet proclaimed without any factual support that Hodgkinson's "derangement had found its fuel in politics" as pretext to rip-into Gov. Palin with his false statements about the link between her and the Loughner Shooting.

9.      Despite just publicly rededicating themselves to truthful journalism, fact-checking and accountability, Mr. Bennet and *The Times* published and promoted the Palin Article with actual knowledge that the lynchpin of the "sickening pattern" of politically-incited shootings was

the false assertion that Gov. Palin incited Loughner to murder six people, among them a child and federal judge, and seriously wound numerous others; a deliberately false and deadly serious charge which was buttressed by the admittedly false assertions that Gov. Palin circulated a map placing crosshairs over individual lawmakers, including Rep. Giffords, and that Hodgkinson's shooting was, like Loughner's, fueled by politics.

10.    Ultimately, Mr. Bennet and *The Times* labeled Gov. Palin's fabricated connection to the Loughner Shooting "lethal politics" and professed the established existence of that connection despite its known falsity because Mr. Bennet had already decided to use Gov. Palin as an  artifice to promote gun control and to denounce "vicious" American politics.

11.    Given the history of attacks against Gov. Palin and her unfortunate role as an easy target for barbs against conservative policies, at the time of publication of the Palin Article Mr. Bennet and *The Times* did not suspect that the false attack upon Gov. Palin (the proverbial punching-bag for gun-control and political civility assaults) would evoke criticism and backlash from their own readers and liberal media outlets.  But, it did.

12.    As that backlash mounted, Mr. Bennet and *The Times* were forced to try to save face for intentionally fabricating facts about Gov. Palin to support their politically-motivated narrative.   Self-interest, not remorse or responsibility, motivated them to make edits and "corrections" to their fabricated claim, along with half-hearted Twitter apologies to their "readers"—**not** to Gov. Palin—none of which sufficiently corrected the falsehoods that the paper published.   In fact, none of the corrections or apologies even mentioned Gov. Palin or acknowledged that she did not incite a deranged man to commit mass murder.

13.    Gov. Palin brings this action to hold Mr. Bennet and *The Times* accountable for falsely stating to millions of people that she is responsible for inciting a mass shooting that

seriously injured fourteen and killed six innocent people, including a nine-year-old girl who, at that time, was the same age as Gov. Palin's youngest daughter.  Gov. Palin brings this action because Mr. Bennet and *The Times* did not live up to the primary responsibility attendant to the extraordinary power of the press: tell the truth.

## PARTIES, JURISDICTION & VENUE

14.     Gov. Palin is an individual who resides in and is a citizen of the State of Alaska.

15.     *The Times* is a New York corporation with its principal place of business at 620 Eighth Avenue, New York, New York.

16.     Mr. Bennet is an individual who resides in and is a citizen of the State of New York.

17.     This Court has personal jurisdiction over Mr. Bennet and *The Times* pursuant to New York Civil Practice Law and Rules § 301 ("CPLR") because Mr. Bennet resides in, works in, is registered to vote in and is a citizen of New York, New York, *The Times* has offices and its principal place of business in New York, New York, and because this action arises out of their transaction of business in New York, New York.

18.     This Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

19.     Venue properly lies within this judicial district pursuant to 28 U.S.C. § 1391 because *The Times* and Mr. Bennet reside in this judicial district and a substantial portion of the events giving rise to the claims asserted in this action occurred in this judicial district.

{BC00272907:1}                                                    5

SApp-6

## THE FACTS

### Overview of the Parties

**A.    Gov. Palin**

20.    In 2006, Gov. Palin became the youngest and first female Governor of Alaska. She rose to national prominence in 2008 when Senator John McCain tapped her as his vice-presidential running mate, making her the first woman to run on the Republican presidential ticket.

21.    In July 2009, Gov. Palin resigned as Governor of Alaska and focused on her career as a prolific author, political commentator, television personality and voice for conservative values.

22.    Gov. Palin tries to live her life as a passionate voice on faith, family, and making America safe and secure for her family and the families of all Americans.

23.    Gov. Palin has been named to *TIME Magazine's* "*100 Most Influential People in the World*" list and one of the Smithsonian Institute's "*100 Most Significant Americans of All Time.*"

**B.    *The Times***

24.    *The Times* is a multi-billion-dollar global media organization that publishes *The New York Times* daily newspaper, one of the oldest and most widely circulated print papers in the United States, and distributes content generated by its newsroom through its website www.NYTimes.com and several mobile platforms.  *The New York Times* has been regarded as a national "newspaper of record," a moniker that reflects the considerable weight and influence attributed to the "voice" of *The Times*.

{BC00272907:1}                                          6

25.     *The Times'* print newspaper is sold in the United States and around the world through individual home delivery subscriptions, bulk subscriptions (primarily by schools and hotels) and single-copy sales.

26.     *The Times'* content reaches a broad audience through its print, web and mobile platforms, including over three million paid subscribers and approximately 122 million monthly unique visitors to its website. *The Times* charges consumers for content provided on its website and mobile applications. Digital subscriptions can be purchased individually or through group corporate or group education subscriptions. *The Times'* "Metered Model" offers Internet users free access to a set number of articles per month on its website, and then charges users for access to content beyond that limit.

27.     In recent years, *The Times* has been transitioning from its celebrated past as a great American print newspaper to a subscription-first, mobile-first news provider that is increasingly dependent upon click-based digital advertisements to generate revenue. Its digital-only subscriptions have more than doubled during that time; its digital advertising revenue rose 19% in the first quarter of 2017.

28.     As part of this transition, *The Times* and its Editorial department maintain their own social media accounts, such as Twitter and Facebook, on which they actively promote articles. One such promoted article was the defamatory Palin Article.

29.     The transition to the fast-paced digital age of journalism has not been easy for *The Times*, particularly in the area of accuracy.

30.     *The Times* and its Editorial Board have faced several instances of false reporting over recent years—the most recent of which occurred in April 2017, when Bret Stephens (a controversial columnist hired by Mr. Bennet) published a climate change column that was widely

SApp-8

criticized for factual inaccuracies.  In fact, the column is so deeply flawed that *The Times' own* reporters and news editors immediately started to denounce it on Twitter, as reported in the *Think Process* article, "The *NY Times* promised to fact check their new climate denier columnist – they lied."  (See **Exhibit 3**)  In response (just two months before publishing the Palin Article), Mr. Bennet affirmed that *The Times* Editorial Department applies "the same standards for fairness and accuracy" as the rest of the paper.  (See **Exhibit 4**)

31.     In fact, following the 2016 election, *The Times* had already pledged to rededicate itself to accurate reporting and publishing "the complete, unvarnished truth as best we can learn it."

32.     This supposed rededication to accuracy coincided with *The Times'* new advertising campaign, "*The Truth Is Hard*," which debuted at the Academy Awards in February 2017.  (See **Exhibit 5**)  As part of that campaign, *The Times* marketed itself by asking the public to "Support fact-based journalism" by subscribing to *The Times*, and professed that "Truth. It has no alternative… it comes at a cost… [and]… It's hard to find. But easier with 1,000+ journalists looking."  (See **Exhibit 6**)  *The Times* even professed to the public that "The Truth is more important now than ever."  (Id.)

**C.      The Editorial Board**

33.     *The Times'* Editorial Board is comprised of 16 experienced journalists with varying focuses of expertise.

34.     The Editorial Board represents the "voice" of the board and *The Times* itself.

35.     *The Times'* publishes its editorials unsigned because they are the product of a group of people who bring their experience and intellect to bear on a given topic.  Editorials

usually are written by the board member who is most expert in the subject, and then edited by a deputy editor or, as was the case with the Palin Article, the Editorial Page Editor, Mr. Bennet.

36.     When it comes to facts—verifiable pieces of information—editorials are no different than any other article in *The Times*.  The Editorial Board's policy is that if something is represented as a fact, it has to be correct.

37.     Thus, as Mr. Bennet recognized in April 2017, the Editorial Board is supposed to ensure that facts are correct the same way *The Times* newsroom does.  Also, the Editorial Board relies upon the news pages of *The Times* (and other papers, too) for facts to support editorials.

38.     Editorial Board writers have the first and primary responsibility for fact-checking, but they are backed up by the editors who edit their editorials, staff researchers and copy editors.

39.     Those writing and editing editorials for *The Times'* Editorial Page, particularly Mr. Bennet, know and understand the importance of accuracy and fact-checking their work before publication, a policy that was summarized by *Times'* columnist Bret Stephens as follows:

> Sweat the small stuff.  Read over each sentence—read it aloud—
> and ask yourself:  Is this true?  Can I defend every single word of
> it?  Did I get the facts, quotes, dates and spellings exactly right?...

40.     In the end, however, Mr. Bennet is personally responsible for the content and accuracy of each and every editorial published by *The Times*, particularly the editorials which he authors and edits.

**D.     James Bennet**

41.     Mr. Bennet is the Editorial Page Editor for *The Times*.  He is Ivy-league educated and has decades of experience in journalism as a reporter and editor.  Early in his career, he spent 15 years working as a reporter for *The Times* in several roles, including as its' Detroit bureau chief, White House correspondent and Jerusalem bureau chief.

SApp-10

42.     From 2006 to 2016, Mr. Bennet served as Editor-In-Chief of *The Atlantic*.  In that role he had the final say on what *The Atlantic* published and he was responsible for reviewing his publication's articles for accuracy and potential defamation.  Throughout 2011, he reviewed, approved and had the final say on the stories published in *The Atlantic*.

43.     Mr. Bennet returned to *The Times* as its Editorial Page Editor in May 2016.

44.     Upon returning to *The Times*, Mr. Bennet was responsible for the hiring of Bret Stephens; a journalist who Mr. Bennet knew courted controversy.  Mr. Stephens' first *Times* column did not disappoint.  In it, Mr. Stephens misstated facts while questioning climate change, which resulted in well-publicized calls for greater fact-checking of *The Times'* Editorial Page.

45.     Mr. Bennet also has a long lineage in and personal connection to Democratic politics.  His father, Douglas J. Bennet, Jr., served in prominent roles for the Democratic Party, including running the U.S. Agency for International Development under President Jimmy Carter and serving as an Assistant Secretary of State in the Clinton Administration.  Mr. Bennet's grandfather was an economic advisor in President Roosevelt's administration.  His brother, Michael F. Bennet, served as Counsel to the Deputy Attorney General in the Clinton Administration, and later served in the Clinton White House.  Michael Bennet is currently the senior Democratic Senator for Colorado—a position to which he was appointed in late 2009.

46.     Sen. Bennet was running for re-election in 2010 when Gov. Palin's political action committee posted a map of targeted electoral districts (the "Palin Map"), including two districts in Sen. Bennet's home state.  The two incumbent Colorado lawmakers whose districts were depicted on the Palin Map, Reps. John Salazar and Betsy Markey, endorsed Sen. Bennet during his 2010 Democratic primary.

47.     On January 6, 2011—two days before the Loughner Shooting—a man called Sen. Bennet's offices and threatened to "come down there and shoot you all." Following additional threats, the man was arrested (two days after the Loughner Shooting). The FBI even placed additional security at Sen. Bennet's home and Denver office.

48.     Mr. Bennet was aware of the threats made against his brother surrounding the Loughner Shooting. His *Atlantic* reported on the arrest made and the threat on Sen. Bennet's office. (See **Exhibit 7**) That article even disclosed the family connection between Mr. Bennet and his brother.

49.     Like Mr. Bennet, Sen. Bennet became an outspoken advocate for gun control. He gave a floor speech on gun control in June 2016, joining 30 of his Democratic colleagues for a filibuster about gun laws.

50.     That same month, Gov. Palin endorsed Darryl Glenn, the Republican candidate who would become Sen. Bennet's opponent in the November 2016 election. Mr. Glenn described himself as "an unapologetic Christian-constitutional-conservative-pro-life-Second Amendment-loving American."

51.     Shortly thereafter, Sen. Bennet was endorsed by Rep. Gabrielle Giffords' PAC, Americans for Responsible Solutions, a gun control political action committee.

52.     For the reasons set forth in paragraphs 45-51 above, as well as his own personal politics, support for gun control and hostility against political rhetoric, Mr. Bennet held ill-will and animosity toward Gov. Palin and a vested personal and professional interest in and closely followed the events surrounding the Loughner Shooting, specifically including any role Gov. Palin or her political activities may have played in it. Mr. Bennet's brother was threatened by gun violence at the very same time of the Loughner Shooting (soon after the Palin Map was

released).  Those events were among the leading political stories covered by *The Atlantic* at that time.  And Mr. Bennet held deep-seeded political and personal beliefs against Second Amendment advocates and politicians standing on conservative "tea party" platforms—the most vocal, high-profile and targeted of whom was Gov. Palin.

53.     Simply stated, as a highly-educated journalist, editor-in-chief and gun control advocate working in a field that requires him to remember facts, who also had a strong personal connection to threats of gun violence against politicians, Mr. Bennet very closely followed and had and continues to have actual knowledge of the events surrounding the Loughner Shooting, the Palin Map, and the well-recognized consensus within the media that no link was ever established between the two.

### Actual Knowledge That No Link Was Established

54.     While Mr. Bennet was serving as Editor-In-Chief of *The Atlantic*, he was responsible for the content of, reviewed, edited and approved the publication of numerous articles confirming that there was no link between Gov. Palin and Loughner's Shooting.

55.     Mr. Bennet, *The Atlantic* and Andrew Sullivan (a close-friend of Mr. Bennet whom he hired to work for *The Atlantic* as a senior editor) also followed Gov. Palin very closely.

56.     For the better part of two years (from 2009 through 2011) while working for *The Atlantic*, Mr. Sullivan relentlessly pursued Gov. Palin claiming that she was not actually the mother of her son, Trig, who suffers from Downs Syndrome.  Mr. Bennet knew about and approved of Mr. Sullivan's "Trig-Trutherism" campaign.

57.     In the midst of that attack on Gov. Palin, and on the day of the Loughner Shooting, Mr. Sullivan (in *The Atlantic*) was one of the first journalists to raise the possibility of any connection between the Palin Map and Loughner.  In his January 8, 2011, *Atlantic* column,

{BC00272907:1}                                        12

"*An Assassination?*" Mr. Sullivan prominently posted an image of the Palin Map and, while cautiously refusing to claim any actual, established connection between the two, questioned the responsibility of "political rhetoric involving words like "target" and "gun-sights."

58.     That same day, Mr. Sullivan live-blogged on *The Atlantic's* website under the post "*An Assassination Attempt in Arizona: Live-Blogging.*"

59.     In the ensuing days, Mr. Bennet's *Atlantic* published numerous articles about the Loughner Shooting which focused on any connection between Gov. Palin or the Palin Map and the shooting, including but not limited to:

a.     "*Was shooting of Rep. Gabrielle Giffords Political?*" (January 8, 2011);

b.     "*Did Sarah Palin's Target Map Play Role in Giffords Shooting?*" (January 10, 2011);

c.     "*What We Know about Jared Lee Loughner*" (January 10, 2011);

d.     "*Stop the Blame Game*" (January 11, 2011);

e.     "*The More We Know*" (January 17, 2011);

f.     "*Ten Days That Defined 2011*" (December 29, 2011).

60.     As *The Atlantic's* Editor-in-Chief, Mr. Bennet knew about, read, edited and/or approved his publication's articles and Mr. Sullivan's columns about the Loughner Shooting, all of which addressed whether any connection between Gov. Palin's political activities and Loughner's shooting existed.  Thus, Mr. Bennet gained actual knowledge of their contents.

61.     *The Atlantic's* January 10, 2011 article, "*What We Know about Jared Lee Loughner,*" (See **Exhibit 8**) includes the following passages:

•     **He Was More Delusional Than Political**… Jared Lee Loughner appeared to be more driven by a delusional mind than a real interest in politics, mental health experts said Sunday…

- **Ambiguous Politics** "The exact role of politics in Mr. Loughner's life—or whether he had a specific political perspective at all—is harder to pin down" says <u>Kirk Johnson, Serge Kovaleski, Dana Frosch and Eric Lipton</u> in *The New York Times…*

62.    The reference and hyperlink therein to *The New York Times* is to *The Times'* January 9, 2011 article, "*Suspect's Odd Behavior Caused Growing Alarm*" an in-depth report about Loughner's behavior and past.  (See **Exhibit 9**)  Thus, Mr. Bennet and *The Atlantic* were keeping tabs on what other media outlets, including *The Times*, were reporting about the Loughner Shooting.

63.    *The Atlantic's* January 17, 2011 article, "*The More We Know*," (See **Exhibit 10**) hyperlinked to a *National Review* article, which is described as being cited "in exonerating the far right from any influence on Jared Loughner's disturbed mind" and states:

> My point here is not that Loughner was a far right ideologue.  It is that he was a paranoid, mentally ill, gun-obsessed loner who had picked up shards of far right ideology—on currency, the constitution, gender roles—that need to be recognized for what they are.  It's muddled up in an addled mind and diseased soul into something unique.  Ron Paul bears no more **direct** responsibility for this madman than Sarah Palin does… (Emphasis added)

64.    This *National Review* article hyperlinked by *The Atlantic* is titled, "*Dupnik's Confession*," (See **Exhibit 11**), and it in turn cited and hyperlinked to a "long *New York Times* piece on [Loughner]," which is *The Times'* January 15, 2011 article "*Looking Behind the Mug-Shot Grin*" (See **Exhibit 12**), a heavily cited, well known, in-depth report on Loughner and his mental condition.

65.    Within days of the Loughner Shooting, the consensus within *The Times*, *The Atlantic* and media as a whole was that Gov. Palin and the Palin Map did not incite Loughner's Shooting, and that no direct or clear link between the two was ever established.  As Editor-In-

Chief of *The Atlantic*, Mr. Bennet was aware of this consensus within his publication and the journalism community.

66.     In fact, on January 15, 2011, Mr. Bennet's good friend and senior editor, Mr. Sullivan, published a column in *The Atlantic* titled "*Caldwell's Unfairness*," in which Mr. Sullivan demanded a correction from a journalist for the *Financial Times* who wrote that "Andrew Sullivan, the *New York Times* columnist Paul Krugman, and the Pima County Sheriff Clarence Dupnik **linked** the shootings to Republican ideology or rhetoric, as expressed by former vice presidential candidate Sarah Palin…" (See **Exhibit 13**) (emphasis added) Mr. Sullivan's column asked Mr. Caldwell for "actual evidence" to support such a charge and then stated that Mr. Sullivan's "first personal judgment of any link between Loughner and the Tea Party is to *debunk* it." Mr. Sullivan then concluded with the following passage:

> Did I explore the issue of far right violence after Giffords' father cited the Tea Party? You bet I did. How could I not? Did I ever link the shootings to Republican ideology or rhetoric? Nope. Do I think such rhetoric is over the top in a world where crazy people have access to guns? Yes. Do I agree with Giffords that Palin's imagery was dangerous? Yes. But as for the motive of Loughner, by the time 6:32 p.m. comes along, I have concluded that this was likely a psychotic breakdown, and cited a psychiatrist to that effect, and specifically ended with the case that he is "of no party." How can I be accused of linking Loughner to the GOP when I specifically cite that he seems to be of "no party"?

> *The Financial Times* needs to run a correction.

67.     Given his role within *The Atlantic*, Mr. Bennet knew about, read and discussed the "*Caldwell's Unfairness*" column with Mr. Sullivan. The men were close friends and Mr. Sullivan was demanding a retraction from a fellow journalist for contending that Mr. Sullivan wrote that a "link" existed between "Republican… rhetoric, as expressed by Sarah Palin" and the Loughner's Shooting. As Editor-In-Chief of *The Atlantic*, Mr. Bennet's job required him to be aware of such facts. Moreover, Mr. Sullivan's column and demand for a retraction stood out

{BC00272907;1}                                    15

even more in Mr. Bennet's mind because of his close personal connection to and professional obligations to follow the Loughner Shooting.

68.     In a year-ending 2011 piece, "*Ten Days That Defined 2011*," (See **Exhibit 14**) *The Atlantic* plainly recognized (under Mr. Bennet's supervision, approval and stewardship) that it was wrong to link Gov. Palin to the Loughner Shooting:

> In a meta media sense, the bad thing to come out of this already terrible story was a round of blame hurling, with people rushing to point at Sarah Palin's infamous <u>target map</u> or Loughner's left seeming (but not really) anti-Bush sentiments.  In truth, Loughner is clinically insane and this was not really about politics at all.  That many, including us, immediately jumped to that conclusion says some pretty sorry things about the state or our political machine.

69.     Certainly, Mr. Bennet read, reviewed, edited and remembered *The Atlantic's* recap of the most important events in 2011, the most prominent of which is listed as the Loughner Shooting and refers to "pointing at Sarah Palin's infamous <u>target map</u>"[2] as "blame hurling."

70.     As a well-educated, seasoned journalist charged with chief editorial responsibility for *The Atlantic* and the "voice" of *The Times*, with a close personal and political connection to the Loughner Shooting and whether Gov. Palin or her political activities played and role in it, Mr. Bennet certainly would have committed to memory that no link between Gov. Palin or the Palin Map was ever established and that no evidence was unearthed to suggest that Gov. Palin "politically incited" Loughner's horrific crime.

71.     Without question, Mr. Bennet and his colleagues diligently searched for evidence and reports that established any such link or connection because uncovering such a connection would have validated Mr. Bennet's beliefs and opinions about the implications of violent

---

[2] "Target Map" is a hyperlink to *The Atlantic* article "Did Sarah Palin's Target Map play Role in Giffords Shooting?"

political rhetoric and the need for gun control.  In other words, Mr. Bennet certainly would know and recall whether a direct and clear link between Gov. Palin or the Palin Map and the Loughner Shooting had actually been established.

72.     In fact, Mr. Bennet's *Atlantic* recognized the opposite: the rank speculation about any such link or political incitement was quickly dispelled after the Loughner shooting (including by publications such as *The Times*) because Loughner's criminal proceedings revealed that he was a mentally unstable man who was obsessed with Representative Giffords long before 2011.

73.     However, the mere suggestion in 2011 that Gov. Palin provoked or incited Loughner's attack profoundly impacted her personal and professional life.  Among other things, it led to the end of her position as a Fox News political commentator, influenced her decision not to run for President of the United States, and tainted her personal and professional image.

74.     It took Gov. Palin years to overcome the detrimental impacts of the false speculation that she caused Loughner to commit murder.

### The Palin Effect

75.     Unfortunately, members of the media (including Mr. Bennet and other members of *The Times'* Editorial Department) continued to perceive Gov. Palin as a convenient target for attacks against conservative policies and a subject likely to spark readership interest.  As set forth above, Mr. Bennet's *Atlantic* hounded Gov. Palin over issues such as "Trig-Trutherism" because such controversial attacks drove readership.

76.     *The Times* even recognized this phenomenon in Charles M. Blow's December 3, 2010 column "*She Who Must Not Be Named*" (attached as **Exhibit 15**):

> She was a vice presidential nominee. But she lost. She was the governor of Alaska. But she quit. Now she's just a political

SApp-18

personality — part cheerleader, part bomb-thrower — being kept afloat in part by the hackles of her enemies and the people who admire her resilience in the face of them. The left's outsize and unrelenting assault on her has made her a folk hero. The logic goes that if she's making people on the left this upset, she must be doing something right.

Yet the left continues to elevate her every utterance so that they can mock and deride her. The problem is that this strategy continues to backfire. The more the left tries to paint her as one of the "Mean Girls," the more the right sees her as "Erin Brockovich." The never-ending attempts to tear her down only build her up. She's like the ominous blob in the horror films: the more you shoot at it, the bigger and stronger it becomes.

Yes, she's about as sharp as a wet balloon, but we already know that. How much more time and energy must be devoted to dissecting that? How is this constructive, or even instructive at this point? *What purpose does it serve other than inflaming passions to drive viewership and Web clicks?*

As Politico's editor in chief, John F. Harris, and its executive editor, Jim VandeHei, very candidly expressed in August: "More traffic comes from an item on Sarah Palin's 'refudiation' faux pas than from our hundreds of stories on the complexities of health care reform or Wall Street regulation."

So left-leaning blogs like The Huffington Post plaster pictures of her and her family all over their sites with entries about her latest gaffe or sideswipe. But she's barely mentioned on popular conservative blogs.

The same leftward skew is also true on television. An analysis of CNN, MSNBC and Fox News from Nov. 3 to Dec. 2, using data from ShadowTV, a monitoring service, found that CNN mentioned the name "Sarah Palin" nearly 800 times… Left-leaning MSNBC mentioned it nearly 1,000 times. But Fox News, which employs her, mentioned it fewer than 600 times…

People on the left seem to need her, to bash her, because she is, in three words, the way the left likes to see the right: hollow, dim and mean. But since she's feeding on the negativity, I suggest three other words: get over it.

(Emphasis added)

**SApp-19**

77.     Mr. Blow's column acknowledges what Mr. Bennet knows and felt when he wrote and edited the Palin Article:   hostility toward Gov. Palin and her beliefs, and that using her name and attacks upon her inflames passions and drives viewership and Web clicks to media companies—even when those attacks are not true and spark controversy; an effect Mr. Bennet knew well from Mr. Sullivan's attack against Gov. Palin over her son.

78.     Given his political beliefs and personal and professional disdain for the policies Gov. Palin endorses, as well as the information he learned while editing and running *The Atlantic*, Mr. Bennet was well-aware of the reality that Gov. Palin is an easy target for attacks against conservative politics who, at the same time, generates traffic to media websites.

79.     Mr. Bennet and *The Times* also appreciate in the increasingly competitive digital media landscape in which they find themselves that attacking Gov. Palin, whether justified or not, scores political points with readers and stirs controversy that drives viewership and brings an economic benefit to their business.   In fact, *The Times* utilizes software, programs, and/or applications to evaluate which topics generate the most traffic.

**The Defamatory Palin Article**

**A.     The Predetermined Conclusion of the Palin Article**

80.     After the Hodgkinson shooting on the morning on June 14, 2017, *Times* Editorial Board member Elizabeth Williamson raised the idea that the board should comment on the shooting.

81.     Ms. Williamson, Mr. Bennet, and other Editorial Board members, editors and writers had a fair amount of back and forth over the course of the day about the points they wanted to make following the Hodgkinson shooting and ultimately arrived at three:  (1) to focus attention on the shooting; (2) to restate the longstanding position of *The Times'* Editorial Board

Case 22-558, Document 84-1, 12/07/2022, 3432481, Page28 of 102

in favor of sensible gun control; and (3) to express concern about the state of "political rhetoric" in the country and of "political incitement;" the danger of increasingly treating political opponents like enemies in a conflict.  During that back and forth, communications must have been exchanged and discussions had about the truth of any claim that Gov. Palin incited Loughner's Shooting.

82.    Mr. Bennet tasked Ms. Williamson with drafting the editorial, and asked her to look back at editorials and Op-Ed columns that *The Times* had published in the immediate wake of the Loughner Shooting because Mr. Bennet knew and recalled that *The Times* (like his *Atlantic* during that time) had written about the Loughner Shooting and wanted to make sure that the editorial Ms. Williamson was drafting would be consistent with what *The Times* said following the Loughner Shooting.

83.    Specifically, Mr. Bennet wanted the research to focus on any conclusions *The Times* reached following the Loughner Shooting regarding the role of "political incitement."

84.    From the outset, Mr. Bennet's subjective intent was pre-determined to use the Loughner Shooting as the sole example of "political incitement" to advance a gun-control and anti-political rhetoric agenda, an intent presumably communicated to others within *The Times*. Mr. Bennet did not care whether any political incitement, in fact, existed.  He merely wanted confirmation that the agenda he had already decided to promote was consistent with *The Times'* prior writings on gun control.  Simply stated, Mr. Bennet only cared about hypocrisy (i.e. whether *The Times* spoke out at all after the Loughner Shooting), not accuracy (i.e. what *The Times* and other media outlets actually said about the link).

85.    Based on his prior personal and professional experience and his actual knowledge of *The Atlantic's* publications and other media publications described in paragraphs 59-69,

**SApp-21**

above, Mr. Bennet already knew that there was no established connection or link between political rhetoric or "incitement" and Loughner's shooting, let alone any "clear" and "direct" link between Gov. Palin or the Palin Map and Loughner's horrific crime.

86.     That is why Mr. Bennet's intent when directing Ms. Williamson and a *Times* researcher to review prior *Times* publications was not to verify facts.  Mr. Bennet's intent was merely to verify whether *The Times* had criticized right-wing "incitement" in the context of the Loughner's Shooting because he was worried about being vulnerable to a charge of hypocrisy if he was silent on the topic in the wake of Hodgkinson's shooting.

87.     Thus, before Ms. Williamson had ever set pen to paper and any research had been conducted, Mr. Bennet already had made up his mind to use Gov. Palin as the only factual example of political incitement of a mass shooting—regardless of whether the facts supported his very serious charge.

88.     At Mr. Bennet's direction, *The Times* researcher reviewed some of *The Times'* editorials and Op-Ed columns about the Loughner Shooting.

89.     That research resulted in at least six editorials and one op-ed column (See Composite **Exhibit 16**) addressing political rhetoric and gun control in the context of the Loughner Shooting:

　　　　(a)     "Bloodshed and Invective in Arizona," January 9, 2011;

　　　　(b)     "As We Mourn," January, 12, 2011;

　　　　(c)     "Gabby Giffords's Farewell," January 26, 2012;

　　　　(d)     "6,000 Bullets," July 23, 2012;

　　　　(e)     "Myths About Gun Regulation," January 31, 2013;

　　　　(f)     "Democrats Find Their Voice on Gun Control," July 29, 2016; and

     (g)   "No One Listened to Gabrielle Giffords," January 15, 2011.

90.   *The Times* researcher emailed the results of this search to Ms. Williamson and Mr. Bennet.

91.   Ms. Williamson, an experienced journalist who covered national politics and several congressional and presidential races (including Gov. Palin's 2008 campaign), reviewed the research compiled regarding *The Times'* prior editorials and op-ed columns on the Loughner Shooting.  She also conducted her own research about the subject.

92.   Through her prior professional experience and that research, Ms. Williamson knew that a link had never been established between Gov. Palin, the Palin Map or political incitement and Loughner's Shooting.

93.   That is why Ms. Williamson did not make such a knowingly false assertion about a link between Gov. Palin and the Loughner Shooting in the editorial she initially drafted.

94.   Ms. Williamson's initial draft (attached as **Exhibit 17**) was untitled, began with a factual account of the Hodgkinson shooting, and then followed with these pertinent passages:

> Just after 7 a.m. on Wednesday, members of Congress met in a quiet section of Alexandria, Va., to practice for this week's bipartisan congressional baseball game when James Hodgkinson appeared from behind the dugout, and began firing through the chain link fence.
>
> Mr. Hodgkinson was armed with a long rifle and "I think he had handguns as well," said Representative Jeff Flake of Arizona, who saw the gunman just as the shooting started. Mr. Hodgkinson fired at least 50 rounds at the group of congressmen, current and former staffers, who dove for cover or tried to crawl to safety. "He was hunting us," said Representative Mike Bishop, Republican of Michigan, who was at home plate when the gunman appeared. He seemed to be "double-tapping," the trigger, Mr. Bishop said, firing so rapidly "you couldn't get up and run." Senator Rand Paul of Kentucky, also at the field, told CNN it "was basically a killing field."

**SApp-23**

Security officers detailed to Representative Steve Scalise of Louisiana, the House majority whip, exchanged fire with Mr. Hodgkinson as Mr. Scalise, wounded, left a trail of blood as he combat-crawled to hide in taller grass. He is in critical condition after surgery on the bullet wound in his hip. The gunman was killed; in all five people were injured, including Capitol Police officers <mark>need to check/update</mark>

That in 10 minutes a single gunman could wreak such carnage in a bedroom community a short drive from the Capitol is horrifying, but no longer surprising. Not all the details are known yet, but a sickeningly familiar pattern is emerging: a deranged individual with a gun-perhaps multiple guns-and scores of rounds of ammunition uses politics as a pretense for a murderous shooting spree. Mr. Hodgkinson was a Bernie Sanders supporter and campaign volunteer virulently opposed to President Trump, who among many anti-Trump messages posted "Time to Destroy Trump & Co." on social media in March.

Just as in 2011, when Jared Lee Loughner opened fire in a supermarket parking lot, grievously wounding Representative Gabby Giffords and killing six people, including a nine year-old girl, Mr. Hodgkinson's rage was nurtured in a vile political climate. Then, it was the pro-gun right being criticized: in the weeks before the shooting Sarah Palin's political action committee circulated a map of targeted electoral districts that put Ms. Giffords and 19 other Democrats under stylized crosshairs.

95.    The word "circulated" in Ms. Williamson's draft is a hyperlink to a January 9,

2011 ABC Article, "*Sarah Palin's 'Crosshairs' Ad Dominates Gabrielle Giffords Debate*," (See

**Exhibit 18**) (the "ABC Article").  The ABC Article includes a prominently placed photo of

Gov. Palin, disuses the Palin Map and plainly states:

No connection has been made between this graphic and the Arizona shooting, but it has put the Palin team somewhat on the defensive.

96.    Based on her own personal knowledge and having read the ABC Article that she

hyperlinked as a source in her draft, Ms. Williamson knew that any assertion that there was a

clear and direct link between Gov. Palin and Loughner's Shooting would be false.  Therefore,

she made no such assertion. Likewise, because no evidence existed establishing a connection between Hodgkinson's shooting and political rhetoric, she did not make that assertion either.

97.     Instead, Ms. Williamson suggested that Hodgkinson used "politics as a ***pretense*** for a murderous shooting spree." (Ex. 17, emphasis added) "Pretense" means "a professed rather than real intention or purpose… a false showing of something."

98.     Ms. Williamson analogized the nurturing of Hodgkinson's rage in a "vile political climate" to the circumstances surrounding the Loughner Shooting—where the "pro-gun right [was] being criticized;" and so she cited Gov. Palin as an example of one who was being criticized at that time (2011).

99.     Ms. Williamson did, however, falsely state that the Palin Map "put Giffords and 19 other Democrats under stylized crosshairs." *Id.* The Palin Map depicted crosshairs over targeted electoral districts, not Rep. Giffords and other individual lawmakers.

**B.    Mr. Bennet's Defamatory Re-Write and Purposeful Avoidance of the Truth**

100.   Ms. Williamson sent her initial draft of the Palin Article to Mr. Bennet.

101.   Upon receipt, Mr. Bennet reviewed it and considered it very much a first draft because it did not accomplish the objectives he wanted to achieve.

102.   Mr. Bennet considered the first few passages of the draft unnecessary because they contained a summary of the news about the Hodgkinson shooting, which he knew *The Times* readers would already know by the time the editorial was published. As an editorial, the column Mr. Bennet was working on was not "hot news."

103.   Mr. Bennet also did not like the way Ms. Williamson wrote about the connection between the Palin Map and the Loughner Shooting, so he decided to substantially re-write the editorial himself.

104.   Because *The Times* already had reported on the facts of the Hodgkinson shooting, the editorial Mr. Bennet was substantially re-writing was not "hot news" that had to be published immediately or on a deadline.  The points Mr. Bennet wanted to make could have waited to allow for a careful review for factual accuracy consistent with *The Times'* and its' Editorial Board's practices and policies outlined in paragraphs 36-40, above.

105.   However, that review for factual accuracy did not happen because Mr. Bennet had already decided on the thesis he wanted to advance, with Gov. Palin as its sole factual predicate, and he wanted to advance his conclusion as quickly as possible.  To that end, Mr. Bennet willfully disregarded the truth, his own personal knowledge of the facts, *The Times'* research that he had ordered, Ms. Williamson's hyperlink to the ABC Article, and his Editorial Department's and *The Times'* policies and procedures on accuracy and fact-checking—so that he could immediately launch an attack on Gov. Palin and the policies she symbolizes because he was predetermined to make political points at her expense, regardless of the veracity of his serious charges against her.

106.   Mr. Bennet's malicious intent was rooted in his personal and professional animosity toward Gov. Palin and her politics (as detailed in paragraphs 45-53, above) which had grown to a boiling point while Mr. Bennet followed the 2016 presidential campaign and election, and then erupted in the defamatory Palin Article immediately following Hodgkinson's shooting.

107.   In fact, Mr. Bennet had already found his inspiration for his foregone conclusion about Gov. Palin and his eventual re-write of Ms. Williamson's draft in fellow-*Times* journalist, Thomas Friedman's, August 9, 2016 column, "*Trump's Wink Wink to 'Second Amendment People*," (See **Exhibit 19**) and its premise that "Donald Trump's language… could end up *inciting*… violence," akin to the "wave of toxic *incitement* against [Yitzhak] Rabin," which

included calls for Rabin's death prior to his assassination at a peace rally in 1995. (Emphasis added)

108.   As an editor, Mr. Bennet is in the business of knowing and understanding the meanings and significance of words and adjectives—so much so that he has spent the past eleven years correcting other journalists on their use.

109.   Mr. Bennet was calculated and deliberate in his decision to use a very strong phrase, "political incitement," as the label for Gov. Palin's political activities; and he did so because he wanted to drive home the horrific impact of the "clear [and] direct link" that he had already decided to profess to exist between Gov. Palin and Loughner's Shooting.

110.   When choosing to use the word "incitement," Mr. Bennet drew from his journalism experience in Jerusalem and intended "incitement" to mean "deliberate orders, invocations, summonses for people to carry out violent attacks."

111.   Having already determined the conclusion he wanted to make and the words he would use to describe it, Mr. Bennet willfully chose to ignore the truth—because the truth would not allow Mr. Bennet to make the point he had decided to make—and in so doing he intentionally defamed Gov. Palin.

C.    **The Defamatory Passages**

112.   On June 14, 2017, Mr. Bennet and *The Times* exceeded the bounds of legality, decency and civility by publishing the false and defamatory Palin Article, "*America's Lethal Politics*," which was promptly Tweeted to nearly 39 million *Times* Twitter followers.   (See **Exhibit 20**).

113.   On June 15, 2017, *The Times* published the Palin Article in *The New York Times* print edition (See **Exhibit 2**).  The print edition did not contain any hyperlink or citation to the ABC Article.

114.   Mr. Bennet's underlying premise in the Palin Article professed that there is a "sickening pattern" of politically "incited" violence against members of Congress and that this pattern stems from Gov. Palin's direct and clear incitement of Loughner's  Shooting.

115.   Mr. Bennet and *The Times* fabricated this supposed "pattern" and Gov. Palin's role in it, resurrecting the false connection (which Mr. Bennet and *The Times* knew had been debunked) between Gov. Palin's political activities and Loughner's 2011 rampage in Arizona; thereby attacking the conservative policies Gov. Palin promotes, inflaming passions and driving digital advertising revenues at Gov. Palin's expense.

116.   There was no legitimate reason or factual basis for the defamatory statements in the Palin Article, much less for Mr. Bennet and *The Times* to have falsely linked Gov. Palin to Loughner's and Hodgkinson's shootings in any respect.

117.   In the Palin Article,  within the context of the fabricated pattern of politically motivated shootings, Mr. Bennet wrote and *The Times* published the following false and defamatory statements of and concerning Gov. Palin:

> Was this attack evidence of how vicious American politics has become?  Probably.  In 2011, when Jared Lee Loughner opened fire in a supermarket parking lot, grievously wounding Representative Gabby Giffords and killing six people, including a 9-year-old girl, the link to political incitement was clear.  Before the shooting, Sarah Palin's political action committee circulated a map of targeted electoral districts that put Ms. Giffords and 19 other Democrats under stylized cross hairs.
>
> Conservatives and right-wing media were quick on Wednesday to demand forceful condemnation of hate speech and crimes by anti-Trump liberals.  They're right.  Though there's no sign of

> incitement as direct as in the Giffords attack, liberals should of
> course hold themselves to the same standard of decency that they
> ask for of the right.

118.    Mr. Bennet knew the inflammatory consequences of using the phrases "Lethal

Politics," "political incitement," "direct link" and "clear link."   Mr. Bennet also knew that the

Palin Map did not put crosshairs over individual lawmakers.

119.    Nevertheless, these defamatory statements of and concerning Gov. Palin were

published and circulated to millions of *The Times'* readers in print, on-line and through mobile

and social media.

120.    The online version of the Palin Article included several advertisements, which

generated revenue for *The Times* (*See* online advertisements highlighted in **Exhibit 21**).  *The

Times* generates advertising revenue from banners, video, rich media and other interactive ads on

its web and mobile platforms; such as those that ran on the Palin Article.

121.    When Mr. Bennet re-wrote and *The Times* published the Palin Article, they knew

that there was no link or connection, let alone a "clear" and "direct" one, between Gov. Palin's

political activities and Loughner's Shooting.   They also knew that Gov. Palin did not

"incite" Loughner's horrific crime.

122.    As set forth in paragraphs 54-72, above, Mr. Bennet had actual knowledge of

numerous *Atlantic* articles confirming and the media's consensus that there was no direct and

clear link between Loughner's Shooting and Gov. Palin's political activities.

123.    In addition, on June 14, 2017, *The Times* published its article "*Shooting Is Latest

Eruption in a Grim Ritual of Rage and Blame*" (attached as **Exhibit 22**), which recognized:

> In 2011, the shooting of Mr. Giffords by a mentally ill assailant
> came during a convulsive political period, when a bitter debate
> over health care yielded a wave of threats against lawmakers.
> Sarah Palin, the former vice-presidential candidate, drew sharp

> criticism for having posted a graphic online that showed cross hairs
> over the districts of several members of Congress; including
> Ms. Giffords—***though no connection to the crime was
> established***.

(Emphasis added)

124.   A June 15, 2017 column written by *The Times* Op-Ed columnist, Mr. Stephens, "*'The Indigenous American Berserk' Strikes Again*" (attached as **Exhibit 23**), which Mr. Bennet would have been involved in reviewing, editing and/or approving for publication, acknowledged the same:

> It was foul of the left to accuse the Tea Party of inciting
> Loughner's rampage—Bernie Sanders among them—all the more
> so since evidence for the claim was so strained.
> …
>
> Jared Loughner was a paranoid schizophrenic of no fixed
> ideological orientation.

125.   That same day, *The Times* published Op-Ed columnist Charles M. Blow's column "*Rhetoric and Bullets*" (attached as **Exhibit 24**) (another column which Mr. Bennet would have been involved in reviewing, editing and/or approving for publication), that recounts how, shortly after Loughner's 2011 attack, Mr. Blow was "moved to commit an entire column to condemning the left for linking the shooting so closely to political rhetoric," and how he felt compelled to do the same thing on the heels of Hodgkinson's Virginia shooting because:

> What I abhor is ideological exploitation that reduces these acts to a
> political sport and uses them as weapons to silence political
> opponents and their "rhetoric," rather than viewing them as
> American tragedies that we can work together to prevent through
> an honest appraisal and courageous action.

126.   The "entire column" to which Mr. Blow referred in his June 15, 2017 column was published by *The Times* just days after Loughner's 2011 rampage, and dispelled any notion that Loughner's crime was incited by political rhetoric.  Mr. Blow's January 14, 2011, column "*The*

SApp-30

*Tucson Witch Hunt*" (attached as **Exhibit 25**), would have been amongst the Op-Ed columns

researched at Mr. Bennet's direction on June 14, 2017, and provides as follows:

> Immediately after the news broke, the air became thick with conjecture, speculation and innuendo.  There was a giddy, almost punch-drunk excitement on the left.  The prophecy had been fulfilled: "words have consequences."  And now, the right's rhetorical chickens had finally come home to roost.

> The dots were too close and the temptation to connect them too strong.  The target was a Democratic congresswoman.  There was the map of her district in the cross hairs.  There were her own prescient worries about overheated rhetoric.

> Within hours of the shooting, there was a full-fledged witch hunt to link the shooter to the right.

> "I saw Goody Proctor with the devil!  Oh, I mean Jared Lee Loughner!  Yes him.  With the devil!"

> ***The only problem is that there was no evidence then, and even now, that overheated rhetoric from the right had anything to do with the shooting.  (In fact, a couple of people who said they knew him have described him as either apolitical or "quite liberal.")  The picture emerging is of a sad and lonely soul slowly, and publicly, slipping into insanity.***

(Emphasis added)  Certainly, the research Mr. Bennet ordered on June 14, 2017

would have found Mr. Blow's *"The Tucson Witch Hunt"* op-ed column.


     127.    Another *Times* January 15, 2011 article, "*Looking Behind the Mug-Shot Grin*"

(attached as **Exhibit 12**), which was cited by *Atlantic* articles published under Mr. Bennet's

authority (See paragraphs 63-64, above) also recognized that no direct or clear link between

political rhetoric and Loughner's actions could be claimed:

> Since last Saturday's shooting frenzy in Tucson, investigators and the news media have spent the week frantically trying to assemble the Jared Loughner Jigsaw puzzle in hopes that the pieces will fit, a clear picture will emerge and the answer to why will be found, providing the faint reassurance of a dark mystery solved.

30

Instead, the pattern of facts so far presents only a lack of one, a curlicue of contradictory moments open to broad interpretation. Here he is, a talented saxophonist with a prestigious high school jazz band, and there he is, a high school dropout. Here he is, a clean-cut employee of an Eddie Bauer store, and there he is, so unsettling a presence that tellers at a local bank would feel for the alarm button when he walked in.

…

What the cacophony of facts do suggest is that Mr. Loughner is struggling with a profound mental illness (most likely paranoid schizophrenia, many psychiatrists say); that his recent years have been marked by a stinging rejection—from his country's military, his community college, his girlfriends and, perhaps, his father; that he, in turn, rejected American society, including its government, its currency, its language, even its math. Mr. Loughner once declared to his professor that the number 6 could be called 18.

...

In the last three months, Mr. Loughner had a 9-millimeter bullet tattooed on his right shoulder blade and turned increasingly to the Internet to post indecipherable tutorials about the new currency, bemoan the presence of illiteracy and settle scores with the Army and Pima Community College, both of which had slammed him. He also may have felt rejected by the American government in general, and by Ms. Giffords in particular, with whom he had a brief—and, to him, unsatisfactory—encounter in 2007.

128.    *The Times'* Editorial Board, including Mr. Bennet, Ms. Williamson, and the other writers, editors and staff who worked on the Palin Article, all followed Loughner's criminal case closely and knew about the facts it revealed. *The Times, The Atlantic* and the other media outlets that they followed all reported regularly about the case. Those investigations, proceedings, and reports failed to unearth any evidence that Loughner's actions were politically motivated, let alone "incited" by Gov. Palin or the Palin Map. In fact, there is no evidence to suggest that Loughner ever saw the Palin Map. Such evidence about a fact as important as a direct and clear link between Gov. Palin and incitement of the Loughner Shooting is not something that any journalist—particularly Mr. Bennett—would forget.

**SApp-32**

129.    To the contrary, the well-known media consensus was what  Mr. Bennet's *Atlantic* recognized in 2011:  "Loughner is clinically insane and this was not really about politics at all."

130.    And yet, Mr. Bennet decided to move forward with his incendiary, false charges against Gov. Palin.

### *The Times* Concedes the Falsity of the Palin Article—
### <u>But Does Not Meaningfully Retract It or Apologize</u>

131.    Soon after the Palin Article was published, *The Times* was hit by public backlash from its readers and even liberal-leaning media outlets over falsely stating that Gov. Palin incited Loughner to commit murder.

132.    This public backlash took Mr. Bennet by surprise.  He never expected to be called out for attacking Gov. Palin, even if Mr. Bennet's claim of a direct and clear link was false.

133.    Motivated not by remorse over defaming Gov. Palin or over falsely asserting that she incited Loughner's Shooting, Mr. Bennet set out to do as little as possible to save face amongst *Times* readers and his colleagues.

134.    First, he tried to quietly save face by editing the Palin Article online.  When that failed to quell the outcry, he and *The Times* made further edits to the Palin Article and posted two woefully insufficient online "corrections" and an "apology" — to *The Times'* readers, not to Gov. Palin.

135.    The first edit merely deleted the phrase "the link to political incitement was clear" from the end of the following sentence:  "In 2011, when Jared Lee Loughner opened fire in a supermarket parking lot, grievously wounding Representative Gabby Giffords and killing six people, including a 9-year-old girl."  It also added the words:  "But no connection to that crime was ever established."    *The Times* left in place, however, an inconsistent and defamatory

**SApp-33**

sentence in the next paragraph of the column, which stated:   "*Though there's no sign of incitement as direct as in the Giffords attack*, liberals should of course hold themselves to the same standard of decency that they ask of others."  (Emphasis added)

136.   Faced with continuing public and media criticism, *The Times* then deleted the phrase, "[t]hough there's no sign of incitement as direct as in the Giffords attack…" while adding a half-hearted correction (the "First Attempted Correction") written in a passive voice about the "link" between "political incitement" and Loughner's heinous crime:

*Correction: June 15, 2017*
*An earlier version of this editorial incorrectly stated that a link existed between political incitement and the 2011 shooting of Representative Gabby Giffords. In fact, no such link was established.*

137.   The First Attempted Correction did not remove the unnecessary reference in the column to Gov. Palin, even though there was no established connection between "political incitement" and Loughner's crime.  As written, it also suggests that such a connection may still be established, when Mr. Bennet and *The Times* already knew that no such link existed. Moreover, the First Attempted Correction made no mention of Gov. Palin, while the column continued to reference her by name.

138.   Given that Mr. Bennet's entire premise in re-writing the Palin Article was the "sickening pattern" of politically incited violence that emanated from a fabricated link between Gov. Palin and Loughner's 2011 crime, which *The Times* conceded did not exist, the entire Palin Article should have been retracted—not minimally and inadequately corrected.

139.   Instead, *The Times* published a second online correction (which proved equally lacking), but only after it was called out by CNN for falsely asserting that the Palin Map placed crosshairs over individual lawmakers and, specifically, Rep. Giffords.  Still devoid of any

Case 22-558, Document 84-1, 12/07/2022, 3432481, Page42 of 102

reference to Gov. Palin, this second correction (the "Second Attempted Correction") addressed the mischaracterization of the map of targeted electoral districts as placing stylized cross hairs on Gabrielle Giffords and other lawmakers *individually* and changed the word "incitement" to "rhetoric."

### Correction: June 16, 2017

*An editorial on Thursday about the shooting of Representative Steve Scalise incorrectly stated that a link existed between political rhetoric and the 2011 shooting of Representative Gabby Giffords. In fact, no such link was established. The editorial also incorrectly described a map distributed by a political action committee before that shooting. It depicted electoral districts, not individual Democratic lawmakers, beneath stylized cross hairs.*

140.    By referring only to "a" political action committee, *The Times'* Second Attempted Correction continued the paper's steadfast refusal to acknowledge and correct that it had falsely asserted that Gov. Palin incited Loughner's deadly rampage.

141.    *The Times* and Mr. Bennet simply refused to meaningfully apologize to Gov. Palin for what they had done.

142.    Instead, in a reflection of *The Times'* and Mr. Bennet's utter lack of concern for the harm they had inflicted, *The Times'* Editorial Page tweeted "We're sorry about this and we appreciate that our readers called us on the mistake;" as if *The Times* had made a simple, ministerial error such as misspelling someone's name or getting a date wrong:



143.    *The Times* never issued a full and fair retraction of its defamatory Palin Article and never issued any apology to Gov. Palin for stating that she incited murder.

144.    For *The Times* to have made a legally sufficient retraction, it would have to have issued it in such a manner as to manifest an honest intention and sincere effort to repair the harm done to Gov. Palin.  It did not.

145.    To do so would have required a complete retraction free from insinuations and hesitant withdrawals.  Quite simply, a full, fair and legally sufficient retraction would have required the removal of the Palin Article in its entirety because, absent the false and defamatory assertion that Gov. Palin incited Loughner's  Shooting and absent the admittedly false assertion that Hodgkinson's "rage had found its fuel in politics," *The Times'* continued assertion that

Gov. Palin is part of a "pattern" of politically motivated crimes emanating from "lethal Politics" is false and indefensible.

146.    *The Times'* hesitant, equivocal and incomplete acknowledgement of the falsity of its statements linking Gov. Palin to Loughner's crime and the undeniable truth that Loughner's Shooting was not politically incited, did not approach the degree of the retraction and apology necessary and warranted by *The Times'* false assertion that Gov. Palin incited a mass shooting and murder.

147.    On June 16, 2017, *The Times'* refusal to accept responsibility continued when, in its print edition of *The New York Times*, *The Times* merely re-published at the bottom of its Editorial Page, in fine print, the same two prior, inadequate online corrections—completely devoid of any reference or apology to Gov. Palin.

148.    Incredibly, Mr. Bennet and *The Times* confirmed that they would not accept responsibility for the defamatory Palin Article in a statement provided to CNN,  in which Mr. Bennet said:

> While it is always *agonizing* to get something wrong we appreciate it when our readers call us out like this.  We made an *error of fact* in the editorial and we've corrected it.  ***But that error doesn't undercut or weaken the argument of the piece.***

(Emphasis added)

149.    Mr. Bennet's statement demonstrates that, when it comes to Gov. Palin, he and *The Times* are willing to operate with a purposeful avoidance of the truth—marked by a deliberate decision not to acknowledge facts confirming the falsity of the grave charges they cast against Gov. Palin.

150.    *The Times'* unwavering refusal to issue a meaningful apology to Gov. Palin and a complete retraction is not surprising given *The Times'* public pronouncements about its

**SApp-37**

imperviousness to legal liability for libel.  As recently as May 10, 2017, *The Times'* Public Editor,[3] Liz Spayd, touted that "hardly anyone jousts with *The Times* when it comes to formally asserting libel…[because]…When they do, they almost never win….[and that]… the last time the newspaper lost a libel suit in the United States was at least the early 1960s" (*see* **Exhibit 26**), while further noting:

> But it's curious how few companies or individuals actually do sue the paper for allegedly libelous claims.  That's a good thing if this is a measure of how rarely people feel defamed by *The Times*.  It's a bit more disconcerting if it suggests that those with a legitimate claim feel too intimidated to even try.

## ACTUAL MALICE

151.    Mr. Bennet and *The Times* published the defamatory Palin Article with actual knowledge of its falsity or reckless disregard for the falsity of the statements made about Gov. Palin.

**A.     Actual Knowledge of Falsity**

152.    Mr. Bennet had actual knowledge that the false and defamatory statements he wrote and *The Times* published about Gov. Palin were untrue.  As set forth in paragraphs 45 – 53 and 57 - 70, above, Mr. Bennet knew and had significant personal and professional motivation to and actually did commit to memory that Gov. Palin and the Palin Map did not incite Louglmer's Shooting.

153.    Mr. Bennet read, reviewed, edited and approved for publication numerous articles in *The Atlantic* which established that there was no established link between the Palin Map and Louglmer's crime. Mr. Bennet knew about and recalled those articles when he wrote the Palin Article.

---

[3] *The Times'* Public Editor evaluates journalistic integrity and examines both the quality of journalism and the standards being applied across the newsroom.

154.     Mr. Bennet also read, reviewed and approved for publication Mr. Sullivan's column, "*Caldwell's Unfairness*," which specifically demanded a retraction from another journalist for accusing Mr. Sullivan *of saying* there was a "link" between Gov. Palin or political rhetoric and the Loughner Shooting.

155.     Moreover, because of his close personal and political ties to the Loughner Shooting and the issues of gun control and political rhetoric, Mr. Bennet knew about, closely followed, read about and committed to memory *The Atlantic's* publications and other news reports about the events surrounding the Loughner Shooting and, in particular, the consensus that no link was established between the Palin Map and Loughner's crime.

156.     When he re-wrote Ms. Williamson's draft and added his passages about "lethal politics," "political incitement," and existence of the "clear and direct link" between Gov. Palin and Loughner, Mr. Bennet knew that he was making definitive statements of fact, but cited no sources establishing Gov. Palin's clear and direct link to and incitement of Loughner's Shooting.

157.     Even though the charges Mr. Bennet was making against Gov. Palin were extremely serious and easily verifiable, Mr. Bennet did not read or review the hyperlinked ABC Article, the other research his staff compiled or any of the numerous other articles about the charges he was making against Gov. Palin, all of which were easily and instantaneously available by searching *The Times'* website (an Editorial Department practice for fact-checking every editorial column) because he knew they would show that there was no connection between Gov. Palin and Loughner.

158.     Instead, Mr. Bennet and *The Times* deliberately ran the Palin Article knowing that the statements made about Gov. Palin were false and defamatory.

**B.     Reckless Disregard**

159.    Alternatively, Mr. Bennet and *The Times* published the Palin Article with reckless disregard for and a purposeful avoidance of the truth.

160.    Mr. Bennet was outraged over the Hodgkinson shooting and the inability to implement gun control and quell political rhetoric in the years since the Loughner Shooting.  Mr. Bennet was further enraged by the current president and his rhetoric (*i.e.,* Friedman's 8/9/16 column, as referenced in paragraph 107, above).  So, Mr. Bennet decided to use the Hodgkinson shooting as a pulpit to re-affirm his predetermined narrative about political rhetoric and gun control and to use Gov. Palin as its only factual support.

161.    Mr. Bennet also made the conscious decision to use the incendiary label of political "incitement" to encapsulate his false assertion of a clear and direct link between Gov. Palin and Loughner in order to emphasize the seriousness of the charge he was making against Gov. Palin.  The seriousness of that charge — that Gov. Palin's Map was akin to "deliberate orders, invocations, summonses for people to carry out violent attacks" and directly and clearly linked to Loughner's Shooting  — made fact-checking it even more important.

**1.    Preconceived Storyline and Avoidance of Contradictory Information**

162.    Mr. Bennet's personal, political and professional motivations and ill-will toward Gov. Palin's politics led him to ignore facts of which he already had knowledge and facts which were easily, instantly and readily available; and also drove him to ignore and to refuse to even look at the hyperlinked ABC Article and the research compiled by his *Times* staff, all of which refuted the false assertions Mr. Bennet made about Gov. Palin.

163.    As set forth above in paragraphs 81-93 and 104-111, Mr. Bennet had a predetermined and preconceived plan to attack Gov. Palin and conceived his storyline about her in advance.

{BC00272907:1}                                                39

164.    Mr. Bennet knew that fact-checking would only undermine his pre-determined conclusion and prevent him from using Gov. Palin as the sole factual predicate for the points he was trying to make, so he consciously avoided evidence that would contradict his preconceived storyline.

**2.   Bias and Ill Will**

165.    As set forth in paragraphs 41-53, above, Mr. Bennet held deep-seeded animosity and ill-will toward Gov. Palin and the political views she symbolized, and had a history of allowing his publication attack Gov. Palin (i.e. "Trig-Trutherism").

166.    Moreover, Mr. Bennet and other members of *The Times'* Editorial Department Gov. Palin was as a convenient target for attacks against conservative policies who also inflames passions and drives viewership, as set forth in paragraphs 75-79, above.

167.    Mr. Bennet also knew, based on his professional experience, that controversy — even over false allegations — also drives readership and brings an economic benefit to his publications, as alleged in paragraphs 44, 55-57 and 79, above.

168.    In addition to profit  motive and the desire to use Gov. Palin's name to stir controversy and drive readership, Mr. Bennet held deep-seeded hostility and ill-will toward Gov. Palin based on his long association with liberal publications, personal connections to the Loughner Shooting and his brother's adversarial relationship with Gov. Palin, as well as his ardent political views on gun control and political rhetoric and his personal politics and his family's political background.

**3.   Grossly Inadequate Investigation About Serious Charge Under No Time Pressure**

169.    Mr. Bennet authored defamatory passages that directly and in no uncertain terms made very serious charges against Gov. Palin in an editorial column which by its very nature and

under the circumstances was not "hot news." Mr. Bennet was under no legitimate time pressure to publish the Palin Article before fact-checking it.

170.     Despite the seriousness of asserting that Gov. Palin politically incited one of the most infamous mass shootings in American history, Mr. Bennet and *The Times* failed to take even the most basic steps to investigate and test the accuracy of their false and defamatory statements, such as looking at the hyperlinked ABC Article in Ms. Williamson's draft or any of the research Mr. Bennet ordered to be completed.

171.     In Fact, Mr. Bennet did not fact-check the single factual example of the "sickening" pattern of politically incited violence against members of congress upon which his thesis was based because he knew that a fact-check would confirm that there was no link between Gov. Palin and Loughner's Shooting (thus contradicting his preconceived storyline).

172.     Thus, Mr. Bennet and *The Times* engaged in highly unreasonable conduct constituting an extreme departure from the standards of investigation and reporting ordinarily adhered to by responsible publishers.

### 4.  <u>Obvious Reason to Question Falsity</u>

173.     Mr. Bennet's and *The Times'* failure to investigate is further compounded by the inherent improbability of and obvious reasons to doubt the veracity of the charges they made against Gov. Palin.

174.     Amongst journalists — particularly those holding political views such as those of Mr. Bennet — it was common knowledge (even in 2011) that no link between the Palin Map and Loughner's Shooting was ever established.

175.     In fact, if a "clear" and "direct" link between Gov. Palin and Loughner's Shooting had been made, it would be something that would have been highly publicized and well-known

{BC00272907;1}                                          41

to any journalist — particularly one with the personal connections, political views and high-ranking media positions that Mr. Bennet held.

176.    Thus, the nature and severity of the false statements about Gov. Palin were such that Mr. Bennet and *The Times* did, in fact, entertain serious doubts as to their truth and/or such that they published them with a high degree of awareness of their probable falsity.

**5.   Failure to Adhere to Journalistic Policies**

177.    Mr. Bennet and *The Times* also failed to comply with their own policies, practices and standards by failing to engage in well-established, "rudimentary" practice of fact-checking of the Palin Article— at a time when *The Times* and Mr. Bennet openly acknowledged the importance of accuracy and *The Times* was marketing itself to the public as a purveyor of absolute "TRUTH."

178.    As set forth in paragraph 40, above, Mr. Bennet was personally responsible for the content and accuracy of every editorial —particularly those he wrote and edited.  And Mr. Bennet claimed in April 2017 that his Editorial Department adhered to the same standards for fairness and accuracy as *The Times* news reporting side.

179.    However, in this instance, Mr. Bennet turned a blind-eye to *The Times'* own policies and procedures, which forbid his conduct and label it "intolerable."

180.    In its handbook entitled "Ethical Journalism: A Handbook of Values and Practices for the News and Editorial Departments"[4] (attached as **Exhibit 27**), *The Times* mandates that:

> Reporters, editors, photographers and all members of the news
> staff of The New York Times share a common and essential

---

[4]  The journalistic standards spelled out in *The Times* 1999 "Guidelines on Our Integrity" are a supplement to its 2004 Handbook, and provide that: "… it is imperative that The Times and its staff maintain the highest possible standards… [and that]… falsifying any part of a news report cannot be tolerated and will result automatically in disciplinary action up to and including termination."

**SApp-43**

interest in protecting the integrity of the newspaper. As the news, editorial and business leadership of the newspaper declared jointly in 1998: 'Our greatest strength is the authority and reputation of The Times. We must do nothing that would undermine or dilute it and everything possible to enhance it.'

…

The Times treats its readers as fairly and openly as possible. In print and online, we tell our readers **the complete, unvarnished truth as best we can learn it.** It is our policy to correct our errors, large and small, as soon as we become aware of them.

…

Staff members who plagiarize or **who knowingly or recklessly provide false information for publication betray our fundamental pact with our readers. We will not tolerate such behavior.**

(Emphasis added)

181.   Mr. Bennet also ignored and violated *The Times'* Standards and Ethics policy,

which is posted online (attached as **Exhibit 28**), and states in pertinent part:

> **Fairness**
> The goal of The New York Times is to cover the news as impartially as possible—"without fear or favor," in the words of Adolph Ochs, our patriarch—and to treat readers, news sources, advertisers and others fairly and openly, and to be seen to be doing so. The reputation of The Times rests upon such perceptions, and so do the professional reputations of its staff members. Thus The Times and members of its news department and editorial page staff share an interest in avoiding conflicts of interest or an appearance of conflict.
>
> **Integrity**
> For more than a century, men and women of The Times have jealously guarded the paper's integrity. Whatever else we may contribute, our first duty is to make sure the integrity of The Times is not blemished during our stewardship. At a time of growing and even justified public suspicion about the impartiality, accuracy and integrity of some journalists and some journalism, it is imperative that The Times and its staff maintain the highest possible standards to insure that we do nothing that might erode readers' faith and confidence in our news columns. This means that the journalism we practice daily must be beyond reproach.

Because our voice is loud and far-reaching, The Times recognizes an ethical responsibility to correct all its factual errors, large and small. The paper regrets every error, but it applauds the integrity of a writer who volunteers a correction of his or her own published story. We observe the Newsroom Integrity Statement, promulgated in 1999, which deals with such rudimentary professional practices as the importance of checking facts, the exactness of quotations, the integrity of photographs and our distaste for anonymous sourcing.

**Truth**

As journalists we treat our readers, viewers, listeners and online users as fairly and openly as possible. Whatever the medium, we tell our audiences the complete, unvarnished truth as best we can learn it. We correct our errors explicitly as soon as we become aware of them. We do not want for someone to request a correction. We publish corrections in a prominent and consistent location or broadcast time slot. Staff members who plagiarize or who knowingly or recklessly provide false information for publication betray our fundamental pact with our readers. We do not tolerate such behavior.

182. Mr. Bennet likewise ignored and violated the Society of Professional Journalists'

Code of Ethics (attached as **Exhibit 29**), followed by *The Times* and also published on its

website, which states in pertinent part:

**Seek Truth and Report It**

 Journalists should be honest, fair and courageous in gathering, reporting and interpreting information.

Journalists should:

- Test the accuracy of information from all sources and exercise care to avoid inadvertent error. Deliberate distortion is never permissible.

- Diligently seek out subjects of news articles to give them the opportunity to respond to allegations of wrongdoing.

- Distinguish between advocacy and news reporting. Analysis and commentary should be labeled and not misrepresent fact or context.

…

**Minimize Harm**

Ethical journalists treat sources, subjects and colleagues as human beings deserving of respect.

Journalists should:

- Show compassion for those who may be affected adversely by news coverage.

183.   Worse yet, Mr. Bennet even ignored his own Editorial Department's practices and policies, which are more-fully described in paragraphs 36-40, above.

184.   Specifically, Mr. Bennet did not ensure that what he was representing as fact about Gov. Palin was correct and he did not fact-check his re-write.

185.   Mr. Bennet also failed to follow any of the basic steps to ensure the accuracy of the Palin Article, steps which he expects of all of his editorial writers.   He did not read each sentence of his re-write and ask himself: Is this true?   Can I defend it?   Did I get the facts exactly right?

186.   Mr. Bennet's and *The Times'* failures to follow "rudimentary" fact-checking practices are only compounded by the seriousness of the charges Mr. Bennet made against Gov. Palin.

187.   As recognized by his good friend, Mr. Sullivan, Mr. Bennet's first instinct should have been to debunk any supposed "link" between the Palin Map and the Loughner Shooting. Instead, Mr. Bennet did the opposite.

188.   In publishing the Palin Article and their half-hearted "corrections" and apology— instead of removing the entire article or, at the very least, all references in it to Gov. Palin, and making a meaningful and sincere public apology to Gov. Palin—Mr. Bennet and *The Times*

SApp-46

violated and blatantly ignored all of their own practices and policies and the basic standards of ethical journalism which they have adopted, expect others to abide by and use to market themselves to the public.

### *The Times* Should Not Profit At Gov. Palin's Significant Expense

189.    In the Palin Article and the way in which *The Times* and Mr. Bennet handled it in the days following its publication, profit, ill-will, hostility and politics took precedence over their self-professed principles.

190.    This is particularly troubling given that *The Times* had just unleashed its "Truth" advertising campaign and, on November 13, 2016, had pledged to rededicate itself to the "fundamental mission" of *The Times* journalism (the "Pledge"):

> That is to report to America and the world honestly, without fear or favor, striving always to understand and reflect all political perspectives and life experiences in the stories that we bring to you.   It is also to hold power to account, impartially and unflinchingly.

191.    In this instance, *The Times* (including Mr. Bennet) is the power that must be held to account and, consistent with its Pledge, should accept full economic and journalistic responsibility to Gov. Palin for the falsehoods in the Palin Article and the failure to meaningfully retract it and issue a full and complete apology to Gov. Palin.

192.    As set forth above, Mr. Bennet and *The Times* know that Gov. Palin is a proverbial "lightning rod" that can be used as an easy target for political barbs intended to inflame passions to generate website traffic.  Mr. Bennet also knows that controversy sells.

193.    In fact, Mr. Bennet, by virtue of his roles at *The Atlantic* and *The Times*, knew that he could, and he actually did, use controversy to drive viewership.

194.    Mr. Bennet and *The Times* also knew that the defamatory statements about Gov. Palin would be viewed by millions of people and republished by numerous other news

outlets and websites, both because of the horrific conduct *The Times* ascribed to Gov. Palin in connection with the most prominent news story of that day; and also because such re-publication is a part of *The Times'* conscious business strategy.

195.     *The Times* actively promoted the Palin Article on social media, including on its Twitter feed, which has over 38 million followers, as did *The Times'* Editorial Board, whose Twitter feed has nearly 600,000 followers.

196.     Not surprisingly, the widely circulated and heavily promoted Palin Article resulted in hatred and hostility toward Gov. Palin.

197.     As one example, a democratic strategist seized on *The Times'* narrative about Gov. Palin, tagging Gov. Palin in a Tweet about the false link between Gov. Palin and the Giffords shooting along with the hash tag "#HuntRepublicans."

198.     As set forth in the above referenced ethical policies and standards, which *The Times* and Mr. Bennet adopted and expect of themselves and others, "Ethical journalists treat… subjects… as human beings deserving of respect."

199.     Gov. Palin, regardless of her political views, is first and foremost a human being, whom *The Times* and Mr. Bennet did not treat with respect in the Palin Article and its aftermath.

200.     Anyone would be devastated by being falsely labeled an inciter of the murder of six people, including a nine-year-old girl.  Apparently, *The Times* and Mr. Bennet forgot or simply did not care in this instance that Gov. Palin is no different than any other human being.

201.     When *The Times* and Mr. Bennet resurrected a 6-1/2 year-old false narrative about Gov. Palin, they not only ripped open old wounds, but also used their loud and "far reaching voice" to inflict new ones which are far worse and painful for Gov. Palin.

{BC00272907:1}                                                47

202.    As a direct and proximate result of *The Times'* and Mr. Bennet's intentional and malicious misconduct, Gov. Palin suffered anguish, humiliation, embarrassment, and damage to her reputation—all of which are continuing in nature and will be suffered in the future.  Gov. Palin is entitled to recover for these harms, as well as damages for the cost of repairing her reputation and/or the cost of correcting the defamatory statement.

203.    As a direct and proximate result of *The Times'* and Mr. Bennet's intentional and malicious misconduct, and their deliberate misuse of the known benefits of Gov. Palin's name and status, *The Times* reaped ill-gotten gains from Internet advertising on the Palin Article, which under the unique and special circumstances of this case, it should not be permitted to retain.

204.    *The Times* should not be permitted to profit from a false and defamatory column printed with actual malice and with the knowledge that because of the identity of the victim of the publication it will inevitably "drive viewership and web clicks."

205.    All conditions precedent to the filing and maintenance of this action have been performed, have occurred or have been waived.

## Cause of Action
### (Defamation)

206.    Gov. Palin re-alleges and incorporates paragraphs 1 through 205.

207.    *The Times* and Mr. Bennet published or caused to be published false and defamatory statements in the Palin Article, which did and had the tendency to expose Gov. Palin to hatred, contempt, ridicule and/or disgrace.

208.    The defamatory statements in the Palin Article are of and concerning Gov. Palin, and reasonably understood to be about Gov. Palin.

209.    The defamatory statements in the Palin Article are false.

{BC00272907:1}                                48

210.   *The Times* and Mr. Bennet published the defamatory statements in the Palin Article knowing that they are false or with reckless disregard for the truth of the statements.

211.   The defamatory statements in the Palin Article constitute defamation *per se* because they tended to injure Gov. Palin in her trade, business or profession and directly implicated Gov. Palin in a horrific crime, including that she and her virtual presence incited a politically motivated assault upon and murder of innocent victims that included sitting federal officials and a 9-year-old girl.

212.   In light of Gov. Palin's standing in the community, the nature of the statements made about her, the extent to which those statements were circulated, and the tendency of such statements to injure someone such as Gov. Palin, the defamatory statements in the Palin Article have directly and proximately caused Gov. Palin to suffer significant damages, including damage to her reputation, humiliation, embarrassment, and mental anguish, all of which are ongoing in nature and will be suffered in the future.  Also, Gov. Palin is entitled to recover damages for the costs associated with repairing her reputation and/or correcting the defamatory statement.

213.   The re-publication of the defamatory statements in the Palin Article in other publications, as well as via the dissemination of the Palin Article through social media, caused Gov. Palin to suffer additional damages; all of which were foreseeable to Mr. Bennet and *The Times.*

214.   *The Times* and Mr. Bennet published the Palin Article with actual knowledge that stories attacking Gov. Palin inflame passions, which drives viewership and Web clicks.  Thus, *The Times* and Mr. Bennet knowingly and voluntarily exploited and retained a benefit conferred by Gov. Palin, in special circumstances particular to this case in which it would be inequitable for *The Times* to retain that benefit without paying the value thereof to Gov. Palin.

{BC00272907:1}                                                              49

215.    The facts and circumstances at issue in this case present a unique and special situation in which the "broad and flexible" equitable remedy of unjust enrichment should be applied.

216.    Unjust enrichment is premised upon equitable principles and governed by "broad considerations of right, justice and morality."

217.    The essential inquiry in any action for restitution is whether it is against equity and good conscious to permit the defendant to retain what is sought to be recovered.

218.    *The Times'* and Mr. Bennet's tortious conduct alleged herein presents special circumstances in which it would be inequitable and unjust to allow *The Times* to retain the advertising revenue generated from the defamatory Palin Article without paying Gov. Palin the value thereof.

219.    As a direct and proximate result of *The Times'* and Mr. Bennet's inequitable, unjust and tortious conduct, Gov. Palin is entitled to restitution in the form of *The Times'* advertising revenues attributable to the Palin Article.

220.    *The Times* and Mr. Bennet's conduct was committed knowingly, intentionally, willfully, wantonly and maliciously, with the intent to harm Gov. Palin, or in blatant disregard of the substantial likelihood of causing her harm, thereby entitling Gov. Palin to an award of punitive damages.

221.    As a direct and proximate result of *The Times'* and Mr. Bennet's misconduct, Gov. Palin is entitled to compensatory, special and punitive damages in an amount to be proven at trial far in excess of $75,000.00.

SApp-51

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff, Sarah Palin, demands judgment against Defendants, The New

York Times Company and James Bennet, as follows:

i.      An award of compensatory, special and punitive damages in appropriate amounts to be established at trial;

ii.     Injunctive relief prohibiting the publication or republication of the defamatory statements in the Palin Article;

iii.    An award of Plaintiff's costs associated with this action, including but not limited to her reasonable attorneys' fees and expenses; and

iv.    Such other and further relief as the Court deems just and appropriate to protect Plaintiff's rights and interests.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all issues so triable.

Dated:  New York, New York
       December 30, 2019

*/s/ Shane B. Vogt*
Kenneth G. Turkel (admitted *pro hac vice*)
Email:  kturkel@bajocuva.com
Shane B. Vogt (admitted *pro hac vice*)
Email:  svogt@bajocuva.com
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Telephone:  (813) 443-2199
Facsimile: (813) 443-2193

S. Preston Ricardo
E-mail:  pricardo@golenbock.com
GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP
711 Third Avenue
New York, NY  10017
Telephone:  (212) 907-7300
Facsimile: (212) 754-0330

*Attorneys for Plaintiff*

{BC00272907;1}



The Opinion Pages | EDITORIAL

# America's Lethal Politics

By THE EDITORIAL BOARD    JUNE 14, 2017

America's elected representatives enjoying America's pastime on a ball field just across the Potomac from the Capitol: A particularly American form of terror changed that idyll early Wednesday morning into what Senator Rand Paul, who was there, called "basically a killing field."

A gunman with a rifle fired dozens of rounds at members of Congress and current and former aides, who dove for cover. "He was hunting us," said Representative Mike Bishop, Republican of Michigan, who was at home plate when the gunman appeared. In all, four victims were hit, including Representative Steve Scalise of Louisiana, the House majority whip, who was in critical condition Wednesday night after surgery on a bullet wound to his hip.

An American would once have been horrified and shocked by such savagery. An American today would be right to be horrified — and not very surprised. This was one of two mass shootings in the United States on Wednesday. At a San Francisco UPS facility, a gunman killed three people and himself.

F.B.I. agents collecting evidence after the shooting at Eugene Simpson Stadium Park in Alexandria, Va.
Al Drago/The New York Times

Not all the details are known yet about what happened in Virginia, but a sickeningly familiar pattern is emerging in the assault: The sniper, James Hodgkinson, who was killed by Capitol Police officers, was surely deranged, and his derangement had found its fuel in politics. Mr. Hodgkinson was a Bernie Sanders supporter and campaign volunteer virulently opposed to President Trump. He posted many anti-Trump messages on social media, including one in March that said "Time to Destroy Trump & Co."

**RELATED COVERAGE**

Steve Scalise Among 4 Shot at Baseball Field; Suspect Is Dead    JUNE 14, 2017

What We Know and Don't Know About the Shooting of the G.O.P. Men's Baseball Team    JUNE 14, 2017

**RECENT COMMENTS**

Garlic Toast    just now
How is it not a lethal threat to millions of Americans for the majority in Congress to propose denying healthcare coverage? When Congress...

elliot    1 minute ago
The sentiment/ally behind the arms movement is precisely what the shooter exhibited: rebellion against the government. (What you will have...

Peter P. Bernard    1 minute ago
I find myself captured by Rand Paul's observation; it would be poetic if the scene had not been so terrifying to those, like Rand, were...

SEE ALL COMMENTS    WRITE A COMMENT

The Times Sale. 50% off for one year. Offer won't last.    SUBSCRIBE NOW    Subscriber login

9 ARTICLES REMAINING



Was this attack evidence of how vicious American politics has become? Probably. In 2011, when Jared Lee Loughner opened fire in a supermarket parking lot, grievously wounding Representative Gabby Giffords and killing six people, including a 9-year-old girl, the link to political incitement was clear. Before the shooting, Sarah Palin's political action committee circulated a map of targeted electoral districts that put Ms. Giffords and 19 other Democrats under stylized cross hairs.

Conservatives and right-wing media were quick on Wednesday to demand forceful condemnation of hate speech and crimes by anti-Trump liberals. They're right. Though there's no sign of incitement as direct as in the Giffords attack, liberals should of course hold themselves to the same standard of decency that they ask of the right.

Was this attack evidence of how readily available guns and ammunition are in the United States? Indisputably. Mr. Hodgkinson, by definition, should not have had a gun, but he was licensed in his home state, Illinois. And in any event it would have been easy for him to acquire a weapon in Virginia, which requires no background checks in private sales, requires no registration for most weapons and has few restrictions on open carry.

**Sign Up for the Opinion Today Newsletter**

Every weekday, get thought-provoking commentary from Op-Ed columnists, the Times editorial board and contributing writers from around the world.

Enter your email address    Sign Up

☑ You agree to receive occasional updates and special offers for The New York Times's products and services.

SEE SAMPLE | PRIVACY POLICY |
OPT OUT OR CONTACT US ANYTIME

The reaction of some was that the only solution is yet more guns. Representative Mo Brooks of Alabama, who was among those who came under fire on Wednesday, said, "It's not easy to take when you see people around you being shot and you don't have a weapon yourself."

That's an entirely reasonable reflex. All people in that situation, unarmed and under fire, would long to be able to protect themselves and their friends. Yet consider the society Americans would have to live in — the choices they would all have to make — to enable that kind of defense. Every member of Congress, and every other American of whatever age, would have to go to baseball practice, or to school, or to work, or to the post office, or to the health clinic — or to any of the other places mass shootings now take place — with a gun on their hip. And then, when an attack came and they returned fire, they would probably kill or wound not the assailant but another innocent bystander, as studies have repeatedly shown.

That is the society the gun lobby is working toward. Is it the one Americans want?

President Trump said just the right thing after the attack on

9 ARTICLES REMAINING    The Times Sale. 50% off for one year. Offer won't last.   SUBSCRIBE NOW   Subscriber login





these to remember that everyone who serves in our nation's capital is here because, above all, they love our country. We can all agree that we are blessed to be Americans, that our children deserve to grow up in a nation of safety and peace."

Yet he will not help create that nation if he continues to advocate easy access to lethal weapons.

---

*Follow The New York Times Opinion section on Facebook and Twitter (@NYTopinion), and sign up for the Opinion Today newsletter.*

A version of this editorial appears in print on June 15, 2017, on Page A24 of the New York edition with the headline: America's Lethal Politics. Today's Paper | Subscribe

RELATED COVERAGE

Steve Scalise Among 4 Shot at Baseball Field; Suspect Is Dead JUNE 14, 2017

What We Know and Don't Know About the Shooting of the G.O.P. Men's Baseball Team JUNE 14, 2017

## More in Opinion

Go to the Opinion Section »

OP-ED CONTRIBUTOR
Trump's Imminent Cuba Problem

CHARLES M. BLOW
Rhetoric and Bullets

PAID POST: VEUVE CLICQUOT
Do You Know What the "Third Man" in Polo Is?

GAIL COLLINS
Play Ball, and Then Gunfire

BRET STEPHENS
'The Indigenous American Berserk' Strikes Again

OP-ED CONTRIBUTOR
London Fire Shows Why Britons Don't Trust the System

## TRENDING

1. The Dutch Have Solutions to Rising Seas. The World Is Watching.
2. The Universal Phenomenon of Men Interrupting Women
3. Mueller Seeks to Talk to Intelligence Officials, Hinting at Inquiry of Trump
4. Trump Mocks Investigators Over 'Phony Collusion' Story
5. Best of Late Night: Late Night Wishes President Trump a Happy Birthday
6. Attack Tests Movement Sanders Founded
7. Editorial: America's Lethal Politics
8. Wells Fargo Is Accused of Making Improper Changes to Mortgages
9. Steve Scalise Among 4 Shot at Baseball Field; Suspect Is Dead
10. London Fire Death Toll Rises to 17; Government Is Criticized

View More Trending Stories »

## Recommended for You

Go to All Recommendations »

Greece Declares Emergency After Earthquake Hits Lesbos

U.S.
The Virginia Shooting: The Scene and Reaction

2 Inmates Kill Georgia Guards and Escape From Prison Bus, Officials Say

NYU PROFESSIONAL PATHWAYS SCHOOL OF PROFESSIONAL STUDIES
Programs Include:
Online and Mobile Fundraising Intensive
Intensive for New Philanthropists and Grantmakers
The Art of the Ask Intensive in Fundraising, and more
ENROLL TODAY FOR SUMMER

Suspect Is Dead JUNE 14, 2017

What We Know and Don't Know About the Shooting of the G.O.P. Men's Baseball Team
JUNE 14, 2017

## More in Opinion

Go to the Opinion Section »

OP-ED CONTRIBUTOR
Trump's Imminent Cuba Problem

CHARLES M. BLOW
Rhetoric and Bullets

PAID POST: VEUVE CLICQUOT
Do You Know What the "Third Man" in Polo Is?

GAIL COLLINS
Play Ball, and Then Gunfire

BRET STEPHENS
'The Indigenous American Berserk' Strikes Again

OP-ED CONTRIBUTOR
London Fire Shows Why Britons Don't Trust the System

## Recommended for You

Go to All Recommendations »

Greece Declares Emergency After Earthquake Hits Lesbos

U.S.
The Virginia Shooting: The Scene and Reaction

2 Inmates Kill Georgia Guards and Escape From Prison Bus, Officials Say

## TRENDING

1. The Dutch Have Solutions to Rising Seas. The World Is Watching.
2. The Universal Phenomenon of Men Interrupting Women
3. Mueller Seeks to Talk to Intelligence Officials, Hinting at Inquiry of Trump
4. Trump Mocks Investigators Over 'Phony Collusion' Story
5. Best of Late Night: Late Night Wishes President Trump a Happy Birthday
6. Attack Tests Movement Sanders Founded
7. Editorial: America's Lethal Politics
8. Wells Fargo Is Accused of Making Improper Changes to Mortgages
9. Steve Scalise Among 4 Shot at Baseball Field; Suspect Is Dead
10. London Fire Death Toll Rises to 17; Government Is Criticized

View More Trending Stories »

NYU PROFESSIONAL PATHWAYS
SCHOOL OF PROFESSIONAL STUDIES
Programs Include:
Online and Mobile Fundraising Intensive
Intensive for New Philanthropists and Grantmakers
The Art of the Ask Intensive in Fundraising, and more
ENROLL TODAY FOR SUMMER

© 2017 The New York Times Company | Contact Us | Work With Us | Advertise | Your Ad Choices | Privacy | Terms of Service | Terms of Sale     Site Map | Help | Site Feedback | Subscriptions

THURSDAY, JUNE 15, 2017

# Opinion

## The New York Times

A22

### EDITORIALS

## America's Lethal Politics

America's elected representatives enjoying America's pastime on a ball field just across the Potomac from the Capitol. A particularly American form of terror changed that idyll early Wednesday morning into what Senator Rand Paul, who was there, called "basically a killing field."

A gunman with a rifle fired dozens of rounds at members of Congress and current and former aides, who dove for cover. "He was hunting us," said Representative Mike Bishop, Republican of Michigan, who was at home plate when the gunman appeared. In all, five victims were hit, including Representative Steve Scalise of Louisiana, the House majority whip, who was in critical condition Wednesday night after surgery on a bullet wound to his hip.

**A sickening pattern emerges in the assault on members of Congress at a ball field.**

An American would once have been horrified and shocked by such savagery. An American today would be right to be horrified — and not very surprised. This was one of two mass shootings in the United States on Wednesday. At a San Francisco UPS facility, a gunman killed three people and himself.

But all the details are known yet about what happened in Virginia, but a sickeningly familiar pattern is emerging in the assault: The sniper, James Hodgkinson, who was killed by Capitol Police officers, was surely deranged, and his derangement had found its fuel in politics. Mr. Hodgkinson was a Bernie Sanders supporter and campaign volunteer virulently opposed to President Trump. He posted many anti-Trump messages on social media, including one in March that read "Time to Destroy Trump & Co."

Was this attack evidence of how vicious American politics has become? Probably. In 2011, when Jared Lee Loughner opened fire in a supermarket parking lot, grievously wounding Representative Gabby Giffords and killing six people, including a 9-year-old girl, the link to political incitement was diffuse. Before the shooting, Sarah Palin's political action committee circulated a map of targeted electoral districts that put Ms. Giffords and 19 other Democrats under

speech and crimes by anti-Trump liberals. They're right. Though there's no sign of incitement as direct as in the Giffords attack, liberals should of course hold themselves to the same standard of decency than their side of the fight.

Was this attack evidence of how readily available guns and ammunition are in the United States? Indisputably. Mr. Hodgkinson, by definition, would have had a gun, but he was licensed in his home state, Illinois. And in any event it would have been easy for him to acquire a weapon in Virginia, which requires no background checks in private sales, requires no registration for most weapons and has few restrictions on open carry.

The reactions of some was that the only solution to yet more guns. Representative Mo Brooks of Alabama, who was among those who came under fire on Wednesday, said, "It's not easy to take when you see people around you being shot and you don't have a weapon yourself."

That's an entirely reasonable reflex. All people in that situation, unarmed and under fire, would long to be able to protect themselves and their friends. Yet consider the hideously adverse incentives you'd have to live in — to enable that kind of defense. Every member of Congress, and every aide? American of whatever age, would have to go to baseball practice, or to school, or to work, or to the post office, or to the beach clinic — or to any of the other placid mass shootings now take place — with a gun on their hip. And then, when an attack came and they returned fire, they would probably kill or wound out the assailant but another innocent bystander, as needless have repeatedly thrown.

That is the society the gun lobby is working toward. Is it the one Americans want?

To President Trump said just the right thing after the attack on Wednesday: "We may have our differences, but we do well in times like these to remember that everyone who serves in our nation's capital is here because, above all, they love our country. We can all agree that we are blessed to be Americans, that our children deserve to grow up in a nation of safety and peace."

Yet he will not help create that nation if he continues to advocate easy access to lethal weapons.

### LETTERS

## The Attack on G.O.P. Lawmakers

**TO THE EDITOR:**

On Wednesday morning there was a shooting at a baseball field filled with Republican members of Congress. Only the influence of their police protectors prevented a mass killing. The gunman has been identified as a political extremist who was anti-Trump and opposed to Republican tax policies.

Has it really come to this? Has the extreme animus and disrespect between Republicans and Democrats finally turned into potentially life-risking violent outbursts? Does this incipient portend a sad and dangerous devolving of societal mores where once President-marginalized people find they have a license, even a duty, to kill those whose views they strongly also agree with?

These are legitimate questions. In this very our presidency, if there has ever been an opportunity and a need for real political leadership and wisdom, it is now from the temptation to politicize this event and to aim to heal the abyss that divides us as a nation.

KEN JÖRDEN, SWARTHMORE, PA.

**TO THE EDITOR:**

Ever since Representative Gabrielle Giffords was shot during an exercise in the outdoor democracy in Tucson in 2011, I've wondered how long it would be before the next senseless act of gun violence in our nation's capital. Now the harm that come from rampant gun proliferation.

I wish Representative Steve Scalise and the others who were shot a full recovery. And I hope Mr. Scalise takes back to his fellow G.O.P. members, and to President Trump, just how much it hurts to get shot.

If this isn't enough of a crime to

persuade Congress to tighten up on gun laws, what kind of a crime would be? We've already seen the carnage of Aurora, Newtown, Columbine and Virginia Tech. President Trump went from advocating a ban on assault rifles to being a National Rifle Association parrot, and now talks as if he really believes that the trouble with America is too few guns, too too many.

RON CSMRACH, TORONTO

**TO THE EDITOR:**

I am as disturbed as anyone by the crash and reckless leadership of President Trump, and what he means to our delicate democracy. But unlike my counterparts of this apparently politically motivated shooting, the cluelessness of America by Trump critics over the supposed anti-American rhetoric, along with celebrations of revanchism (like severed heads held up by comedians, theater companies acting out bloody executions), show no tie.

And that applies especially to the American media, which were rightly appalled when Mr. Trump called Dems the "enemy of the people." But here in the face of worse, presented him in exactly that same way. Is it any wonder folks are bursting at the seams out there?

Now is the perfect moment for a reboot of my leftist brethren. I truly feel my pill has Twitter feed every time he does not, we must all disavow the cowardice of violence even if he does not, we must all disavow the cowardice of violence to oppose politicians and policies with which we may vehemently disagree through the constitutional and electoral freedoms that remain very much alive and well, even in Mr. Trump's America.

STUART GOTTLIEB, NEW YORK

The writer, a former senior adviser in the Senate, teaches public policy at Columbia.

## Daughters Will Suffer From Medicaid Cuts

Nearly one in five adult children at some point provide

that is more than double the total cost of formal care, at $470

Latest Stories     ThinkProgress    

# The NY Times promised to fact check their new climate denier columnist— they lied

Times' news staff trashes column on Twitter, while top scientist says paper is "willingly abetting climate change denialism."

JOE ROMM    APR 29, 2017, 2:54 PM

SHARE  



AD FROM THE NEW YORK TIMES' MARKETING CAMPAIGN. CREDIT: THE NEW YORK TIMES VIA ADAGE

The very first column the New York Times published by extreme climate science denier Bret Stephens is riddled with errors, misstatements, unfair comparisons, straw men, and logical fallacies.

Leading climatologist Dr. Michael Mann emailed ThinkProgress: "This column confirms my worst fear: That the NY Times management is now willingly abetting climate change denialism." Prof. Robert Brulle—whom the Times itself has called "an expert on environmental communications"—called the piece "climate misinformation."



WHAT WILL YOU GIVE?

$25        $50

Case 1:17-cv-04853-JSR    Document 49-6    Filed 12/30/19    Page 3 of 8



SHARE

$25     $50

$150    OTHER $

DOING THE MOST GOOD!    GIVE NOW

The column is so deeply flawed that New York Times reporters and news editors immediately started slamming it on Twitter. Even Andy Revkin, the former Times climate reporter and blogger whom Stephens quotes twice in his piece, slammed Stephens' piece on twitter as featuring "straw men" and other flaws.

The Stephens column proves three things:

1. Bret Stephens doesn't understand the first thing about climate science (and he provides no actual facts to support his claims).
2. The Times' editorial page staff overseeing Stephens apparently also doesn't understand climate science.
3. Editorial page editor James Bennet was not telling the truth when he told Huffington Post last week that the opinion side of the Times applies the "same standards for fairness and accuracy."

Indeed, the basic errors in Stephens' piece are so basic it is stunning that the New York Times published them—especially in the Trump era, where the paper advertises itself as a defender of truth.



**New York Times defends hiring extreme climate denier: 'millions agree with him'**
The Times replaces search for truth with search for popular ideas that are false. But would they hire a Holocaust...

In his entire piece, Stephens has only one sentence where he presents specific scientific claims—and he gets them all wrong:

> Anyone who has read the 2014 report of the Intergovernmental Panel on Climate Change knows that, while the modest (0.85 degrees Celsius, or about 1.5 degrees Fahrenheit) warming of the Northern Hemisphere since 1880 is indisputable, as is the human influence on that warming, much else that passes as accepted fact is really a matter of probabilities.

This probably sets the record for most errors in a single sentence ever published in the New York Times.



Case 1:17-cv-04853-JSR Document 39-9 Filed 12/30/19 Page 4 of 9

...this probably sees the recourse of most errors in a single sentence ever published in the New York Times.

Fact: "Anyone who has read the 2014 report of the" IPCC knows no such things.

Fact: As you can see from the link which Stephens provided, the report clearly states that the 0.85°C warming is *global*:

> The globally averaged combined land and ocean surface temperature data as calculated by a linear trend show a warming of 0.85 [0.65 to 1.06] °C [FN2] over the period 1880 to 2012....

As an aside, the northern hemisphere has been warming considerably faster than the southern because it contains much more land.

Fact: The 0.85°C is not "modest." It is roughly the same as the entire variation the Earth experienced during the several thousand years of stable climate that enabled the development of modern civilization, global agriculture, and a world that could sustain a vast population (as the chart below shows).



ThinkProgress

Latest Stories

SHARE



| 10000 BC | 8000 BC | 6000 BC | 4000 BC | 2000 BC | 0 | 2000 AD |

**Year**

Source: *Science* & ClimateProgress.org

Moreover, the *rate* of warming since 1880 is 50 times greater than the rate of cooling in the previous 5000 years—and it is the rate of change that humans and other species have to deal with. In addition, even this 0.85°C warming has been enough to substantially increase the probability of catastrophic events like Superstorm Sandy's storm surge—and their overall destructiveness.

Fact: It is clear from the sentence quoted from the IPCC that the 0.85°C is not "indisputable." That's why the IPCC gives a range of 0.65 to 1.06 °C. Indeed, the IPCC explicitly puts in a footnote on the same page saying "ranges in square brackets or following '±' are expected to have a 90 percent likelihood of including the value that is being estimated."

Fact: "The human influence on that warming" is equally disputable in the sense that the IPCC always presents its statements about the degree of human influence on that warming in probabilistic terms.

These last two facts are not a quibble. It goes to the very heart of Stephens' misunderstanding of science. He wants you to think that there is some sharp delineation in science between our certainty of what happened in the past and our uncertainty of what will happen in the future.

Indeed, the basic smear of Stephens' piece, which is titled "Climate of complete certainty," is that "claiming total certainty about the science traduces the spirit of science and creates openings for doubt whenever a climate claim proves wrong."

The thing is, while Stephens creates the impression that those advocating climate action routinely claim "total certainty about the science" he fails to provide a single instance of anyone doing that. Not one. It's the classic straw man fallacy.

Promoting doubt and uncertainty was also the top strategy of the tobacco companies in their successful fight to delay serious regulations—and then it was

SApp-61



Case 1:17-cv-04853-JSR   Document 46-3   Filed 12/30/19   Page 6 of 8

SHARE



Promoting doubt and uncertainty was also the top strategy of the tobacco companies in their successful fight to delay serious regulations—and then it was embraced by the fossil fuel companies and GOP strategists like Frank Luntz in their successful effort to delay serious climate action.

In reality, pretty much every aspect of science has some aspect of uncertainty, error bars, or ranges of outcomes—including essentially every medical course of treatment you were ever recommended and every science policy recommendation ever offered by the scientific community to policymakers.

If we only acted in our private or public lives when there was 100 percent certainty, no one would ever act. You would never get into a car, fly in an airplane, or even stay home (where most accidents occur).

The point is, the presence of uncertainty or "error bars" has never been a reason for inaction. In one of his tweets responding to Stephens, Revkin notes that he wrote a 2012 piece citing this conclusion from a 2004 study, "uncertainty is the reason for acting in the near term, and that uncertainty cannot be used as a justification for doing nothing."

The basic argument of Stephens' piece is an intellectually dishonest comparison between polling, which is not scientifically rigorous, with climatology, which is. It is truly stunning that the NY Times editorial page editors let Stephens make such an argument in his very first piece.

Stephens argues that because the Clinton campaign was overconfident about its voter polling, we can't trust basic climate physics. It's like your doctor diagnosing your persistent cough as early-stage emphysema caused by your two-pack-a-day cigarette habit, saying the overwhelming consensus of medical science is that you should quit smoking so it won't get worse—and your reply is, "but, doc, everybody thought Hillary Clinton was going to win."

The cigarette analogy is apt for two reasons. First, as the American Association for the Advancement of Science explained in a 2014 report: "Physicians,



ThinkProgress

Latest Stories

SHARE

The cigarette analogy is apt for two reasons. First, as the American Association for the Advancement of Science explained in a 2014 report: "Physicians, cardiovascular scientists, public health experts and others all agree smoking causes cancer. And this consensus among the health community has convinced most Americans that the health risks from smoking are real. A similar consensus now exists among climate scientists."

Second, the question is what is the most prudent strategy in the face of serious risks and certainty that isn't 100 percent. Obviously, the doctor doesn't know for sure whether cigarette smoking will continue to destroy your health. But tha: doesn't change the right course of action. Same for climate change.

Revkin tweeted about the myriad flawed arguments in the piece:



The column also features the kind of straw men and other familiar foils (e.g.: "demanding abrupt and expensive changes in public policy") used by those more wedded to a world view or policy position than committed to a deep examination of a complex and consequential problem.

Uncertainty is real, but hardly a reason for simply more conversation.

Andy Revkin ✔
@Revkin

Follow

Some quick thoughts on @BretStephensNYT take on climate science, policy, & implications of @deepuncertainty: facebook.com/andrew.revkin.…

3:04 AM · Apr 29, 2017 · New York, USA

♡ 23    ⟲ 272    ♡ 412

How ironic that it is Stephens himself who appears "wedded to a worldview or policy position"—certain that the best course of action is inaction.

In every single one of his recent articles and interviews, Stephens never endorses a single serious climate action and in fact he dismisses most of them.



### NY Times' new columnist: Global warming can't be serious if activists have kids

The New York Times' indefensible hire of a climate denier keeps getting worse.

Indeed, Stephens' line, "demanding abrupt and expensive changes in public policy raises fair questions about ideological intentions," actually flies in the face of the

Document title: The NY Times promised to fact check their new climate denier columnist  —  they lied – ThinkProgress
Capture URL: https://thinkprogress.org/the-ny-times-promised-to-fact-check-their-new-climate-denier-columnist-they-lied-72ad9bdf6019/
Capture timestamp (UTC): Fri, 11 Aug 2017 14:29:05 GMT

Case 1:17-cv-04853-JSR   Document 76-6   Filed 12/30/19   Page 8 of 9



**ThinkProgress**   Latest Stories

**SHARE**

Indeed, Stephens' line, "demanding abrupt and expensive changes in public policy raises fair questions about ideological intentions," actually flies in the face of the IPCC report he himself cites. The IPCC reviewed the entire literature and concluded the annual growth loss to preserve a livable climate is 0.06 percent—and that's "relative to annualized consumption growth in the baseline that is between 1.6 percent and 3 percent per year." So we're talking annual growth of, say, 2.24 percent rather than 2.30 percent to save billions and billions of people from needless suffering for decades if not centuries.

Had the paper subjected Stephens' piece to the "same standards for fairness and accuracy" as its news stories—as they promised—there would be very little left of it.

#CLIMATE,   #CLIMATE CHANGE,   #ENVIRONMENT,   #MEDIA,   #SCIENCE

## Sponsored Content



**The Barefoot Caravan May Be the Most Awesome Camper Ever [Video]**
Digital Trends



**The SIEMENS hearing aid of the future is here**
Hear.com



**Obama's Post Presidency Style is Infuriating to Republicans**
Travelwhip - Travel Tastefully



**Life in North Korea is Not What You'd Expect**
Travelwhip - Travel Tastefully



**How To Fix Aging Skin (Do This Every Day)**
Health Headlines



**North Korea's Supreme Military Compared To The US**
HistoryInOrbit.com

Recommended by Outbrain

## More From ThinkProgress



**You do not have a constitutional right to be extremely sexist at work**
ThinkProgress



**Following Trump's threat, Nevada Republican now faces primary challenge from pro-**
ThinkProgress



**This is what America will look like if we follow Trump's climate policies**
ThinkProgress





SApp-64





SHARE

Had the paper subjected Stephens' piece to the "same standards for fairness and accuracy" as its news stories—as they promised—there would be very little left of it.

#CLIMATE,   #CLIMATE CHANGE,   #ENVIRONMENT,   #MEDIA,   #SCIENCE

## Sponsored Content



**The Barefoot Caravan May Be the Most Awesome Camper Ever [Video]**
Digital Trends



**The SIEMENS hearing aid of the future is here**
Hear.com



**Obama's Post Presidency Style is Infuriating to Republicans**
Travelwhip - Travel Tastefully



**Life in North Korea is Not What You'd Expect**
Travelwhip - Travel Tastefully



**How To Fix Aging Skin (Do This Every Day)**
Health Headlines



**North Korea's Supreme Military Compared To The US**
HistoryInOrbit.com

Recommended by Outbrain

## More From ThinkProgress



**You do not have a constitutional right to be extremely sexist at work**
ThinkProgress



**Following Trump's threat, Nevada Republican now faces primary challenge from pro-**
ThinkProgress



**This is what America will look like if we follow Trump's climate policies**
ThinkProgress



**Blackwater founder brings up colonization in discussing ideal U.S. policy in Afghanistan**
ThinkProgress

**Australian TV panel tries to discuss leaked Trump transcripts, can't stop laughing**
ThinkProgress

**As Mueller investigation intensifies, Trump unleashes angry rant on Russia probe**
ThinkProgress



About          Email
Careers        Masthead
Tips           Pitches

**ThinkProgress**

© 2017 ThinkProgress
Powered by WordPress.com VIP

MAGAZINE   SUBSCRIBE

NEW REPUBLIC

# ⏱ MINUTES

**Emily Atkin**                                    3 months ago



Christopher Michel/Flickr

***The New York Times* corrected Bret Stephens's climate column, but not nearly enough of it.** The neoconservative writer published his first piece for the Gray Lady last week, a seventeen-paragraph column that disputes the certainty of climate science. Three days later, on Monday, the editors issued a correction for the only sentence that actually cited climate science research.

Stephens had written (emphasis mine):

> Anyone who has read the 2014 report of the Intergovernmental Panel on Climate Change (IPCC) knows that, while the modest (0.85 degrees Celsius, or about 1.5 degrees Fahrenheit) **warming of the Northern Hemisphere since 1880 is indisputable,** as is the human influence on that warming, much else that passes as accepted fact is really a matter of probabilities.

But ThinkProgress' Joe Romm pointed out that the IPCC report says the 0.85 degrees Celsius of warming was global, not just the Northern Hemisphere. The Times corrected that mistake, but let lie Stephens's false claim that such warming is "modest." As Romm notes, "It is roughly the same as the entire variation the Earth experienced during the several thousand years of stable climate that enabled the development of modern civilization, global agriculture, and a world that could sustain a vast population."

James Bennet, the *Times*' editorial page editor, told HuffPost that the opinion side applies the "same standards for fairness and accuracy" as the reporting side. Today's correction doesn't dispel that pledge, but it suggests that if indeed the editors plan to rigorously fact-check Stephens, they're going to have their hands full—and that today's correction is probably the first of many to come for the paper's newest columnist.



Document title: The New York Times corrected Bret Stephens's climate column, but not nearly enough of it. | New Republic
Capture URL: https://newrepublic.com/minutes/142431/new-york-times-corrected-bret-stephenss-climate-column-not-nearly-enough-it
Capture timestamp (UTC): Fri, 11 Aug 2017 14:28:20 GMT

Page 1 of 14

TINT Unleash your most powerful customer voices and amplify them at every marketing experience. LEARN MORE TINTUP.COM

# 'The Truth Is Hard,' Says The New York Times' First-Ever Oscars Ad

By Ann-Christine Diaz. Published on February 23, 2017.

This Sunday, The New York Times will debut its first-ever ad to run on the Academy Awards. The simple, black-and-white typographic spot lays out, line by line, a litany of conflicting statements, anchored by the three words, "the truth is" -- "The truth is alternative facts are lies. The truth is the media is dishonest. ...The truth is a woman should dress like a woman. The truth is women's rights are human rights" and so on.

## Related Stories

Cadillac Takes on 'Divided Nation' in Oscars Ad

Hyatt Makes Social Statement in First-Ever Oscars Campaign

All the while, voiceovers of various people proclaiming their own notions of truth play out in the background. Images and sounds begin to spill over each other at a rapid pace, creating a cacophonous pile-on of information -- until the sound cuts out and the screen goes blank.

Words, now in bold, reappear accompanied by simple piano notes: "The truth is hard/the truth is hard to know/the truth is more important than ever." The ad then closes on the logo of The New York Times.

The spot is part of the publication's first-ever brand campaign in a decade, created out of Droga5 New York. The Oscars version, running nationally, will sub in a pair of lines tailored to Hollywood viewers: "The truth is celebrities should keep their mouths shut. The truth is everyone has the right to speak their mind."

"Picking a program that was high-profile and that would get people talking made sense for us," said New York Times Senior VP-Head of Brand David Rubin. "If one of our objectives was to insert ourselves in the debate that's going on that, frankly, we've been a part of, a high-profile media buy made sense."

And why a new brand campaign, now? "There's a national dialogue going on now about facts and truth and how does one know what the truth is," he said.

TINT Unleash your most powerful customer voices and amplify them at every marketing experience. LEARN MORE

## Most Popular

Tiki: 'We Do Not Support' White Supremacist Torch March

How AB InBev is Trying to Woo Hungry Employees

Yoplait's First Campaign for Oui Is Not Your Mama's Yogurt Marketing

## AdAge PUBLISHING PARTNERS

New Research: The Short-Form Video Ad Experience

ignite
The Smart Way to Find and Activate Your Brand Fans

ignite
Meet the Plurals: Your Next Marketing Challenge

Ad Age Custom White Paper
THE POWER BEHIND PROGRAMMATIC
THE DIGITAL AD





Sections ▾    Latest ▾    Editor's Picks ▾    Most Popular ▾

Case 1:17-cv-04853-JSR   Document 70-5   Filed 12/30/19   Page 3 of 5

LOG IN

one of our objectives was to insert ourselves in the debate that's going on that, frankly, we've been a part of, a high-profile media buy made sense."

And why a new brand campaign, now? "There's a national dialogue going on now about facts and truth and how does one know what the truth is," he said. "We saw an opportunity to be part of that dialogue. We also found in our research that people don't always understand what it takes to do quality original reporting, but when they do, when that becomes part of the dialogue -- about how one finds the truth and about the role journalists can play, they are more interested in supporting it."

Mr. Rubin and his team began working with Droga5 on the campaign about a month and a half ago. It's part of an ongoing effort to align the publication's marketing more closely with its 165-year-old mission to create and deliver high-quality news and information.

"Given the climate we're in, we were looking for ways in which we could reinforce to the world that The New York Times is the pre-eminent place for independent, deeply reported journalism," explained Droga5 Executive Creative Director Tim Gordon. "We started realizing that the actual phrase 'The Truth Is' is batted around a lot way more than you expect. You start noticing it when you listen to the talk shows, late-night, interviews. It's used a lot more to masquerade opinions on one side, so the idea really came from a place of empathy -- knowing that the truth is hard -- to know, and to find. It doesn't matter what side of the spectrum you're on politically."

The simplicity of the ad itself -- using typography and sound to illustrate The New York Times as a "safe harbor" in a noisy storm of information -- was by design. "It felt like a very nice distinction from the barrage of imagery we see daily, whether it's on our feeds, TV or phones," Mr. Gordon said. It felt like a real opportunity to lean into the beauty and simplicity that is the Times. While the ad was produced in-house out of Droga5, the sound design and audio -- key to the impact of the spot -- was created out of Sonic Union.



Out of Home Ad From The New York Times' 'The Truth Is' Campaign. Credit: The New York Times

The non-Oscars version of the spot will continue to run nationally on broadcast for a week after the awards, with digital ad buy continuing for a month. Other assets will include digital and social ads, print ads running in the Times from Friday through Monday, as well as out of home in New York, Los Angeles, Washington, D.C. and San Francisco.

Mr. Rubin did not disclose how much of the Times' marketing budget for the Oscars ad entails. While the Times is "an efficient advertiser," the ad does represent a "huge investment," he said. As reported in Ad Age, 30-second ad slots during ABC's broadcast cost anywhere between $2 to $2.5 million.

Mr. Rubin said the campaign is part of the Times' push to become consumer



Ad Age | Custom White Paper

THE POWER BEHIND PROGRAMMATIC

THE DIGITAL AD FUTURE ISN'T NEW TECH—IT'S PEOPLE

Brought to you by

exchangelab

DOWNLOAD YOUR FREE COPY TODAY!

### Resources



Rounding Out Your Omnichannel Strategy



The Digital Ad Future Isn't New Tech-It's People



Sections ▾     Latest ▾     Editor's Picks ▾     Most Popular ▾          LOG IN

Oscars ad entails. While the Times is "an efficient advertiser," the ad does represent a "huge investment," he said. As reported in Ad Age, 30-second ad slots during ABC's broadcast cost anywhere between $2 to $2.5 million.

Mr. Rubin said the campaign is part of the Times' push to become consumer subscription-first business, a key mandate highlighted in the company's most recent Innovation Report. As of Q4 2016, the Times passed 3 million paid subscribers to print and digital. It also added 276,000 new digital subscriptions to see its best quarter since the pay model debuted in 2011. This has happened as the publication has seen a decline in advertising revenues. For fourth quarter 2016, the company's total revenue decreased 1.1% to $439.7 million, from $444.7 million in the same period in 2015. While ad revenues dropped 9.7% in that period, circulation revenue increased 5%.

The Times' campaign bows as news outlets have become subject of the news themselves, facing intense scrutiny under the Trump administration, with the president calling out major news organizations:



The Oscars ad will also appear at a time when celebrities are sure to use the stage as a political platform. The Golden Globes, for example, became the backdrop for Meryl Streep's high-profile Trump take-down, while Grammys performers and presenters, including Busta Rhymes, Katy Perry, Jennifer Lopez and Laverne Cox, made statements on subjects ranging from the current POTUS and administration to the Dakota Access pipeline and transgender rights.

The Times spot doesn't take a pointed political stance. At first glance, it might be easy for viewers to "see" only the statements they personally adhere to even though it delivers polarized views -- an effect Mr. Rubin says is a telling metaphor for the confusion that happens to viewers as they process real-world information.

🔍 Enlarge

The New York Times 'The Truth Is' Print Ad. Credit: The New York Times

"The New York Times and journalism play a role in our reader's search for the truth, but it's the reader's search," he said. "We don't consider ourselves the sole arbiter of anything, so what we liked about this idea is that it's about the reader's quest to understand. But it leaves the understanding in their court, with the hard work of our journalists being one important part of that journey."

The campaign bows on the heels of another thought-provoking brand effort from The Atlantic, which tapped actor Michael K. Williams to illustrate the tagline "Question Your Answers" for its 160th anniversary.

*Correction: An earlier version of this story incorrectly reported an increase of 276 million digital subscribers. The Times has added 276,000 digital subscribers. Ad Age regrets the error.*

In this article:

*million digital subscribers. The Times has added 276,000 digital subscribers. Ad Age regrets the error.*

In this article:

Advertising | Agencies | Behind The Work | Creativity | Creativity | Entertainment | Media

**Popular In the Community**

zack 3d
great, another way to crush the independe...

Michael Margolies 3h
I enjoyed all the versions but the first...

Bill Crandall 5 Aug
Before moving on to grad school for my...

Michael Margolies 5d
Yet 10s of thousands of conservatives in...

Matthew Cooper 3d
People do find banners completely...

Bill Crandall 6d
While branding the baseball rain tarp is ...

**Conversation (4)**

Sort by **Best**

Add a comment...

**Deb Schaer** ★ Leader · 23 Feb
A more appropriate ad for the NY Times would be, "The Truth is Hard to Report".
Reply · Share · *9 Likes*

> **JOHN DEBELLO** ★ Contributor → Deb Schaer · 25 Feb
> Although I'm amused by the use of "truth" and "New York Times" in the same sentence.
> Reply · Share · *2 Likes*

**PETER ALTSCHULER** ★ Influencer · 23 Feb
There is a minor irony in this. At an event celebrating performers who are virtually all members of SAG-AFTRA, the spot is produced by a shop that hires non-union talent (which may explain why it's an all type commercial with no voiceover).
Reply · Share · *4 Likes*

**Michael Margolies** ★ Leader · 13 Mar
Odd campaign from a media outlet that has a real problem telling the truth.
Reply · Share

Terms · Privacy · Add Spot.IM to your site

# Actor Michael K. Williams Questions His Many Selves in The Atlantic's Thought-Provoking



SApp-70



**Truth.**

**It has no alternative.**

Discover it with us.
Get 60% off for one year.

SEE MY OPTIONS

The New York Times

SApp-71

The New York Times

View in browser

# Truth.
## It comes at a cost.

Get up to 40% off the Times
subscription of your choice.

SEE MY OPTIONS

Document title: NYT-Truth.png (990×631)
Capture URL: http://www.twipemobile.com/wp-content/uploads/2017/02/NYT-Truth.png
Capture timestamp (UTC): Mon, 14 Aug 2017 17:49:42 GMT

# Truth.

## It's hard to find.
## But easier with 1,000+
## journalists looking.

Get up to 40% off the Times
subscription of your choice.

Document title: truth4.png (770×500)
Capture URL: https://4.bp.blogspot.com/-Sq29IXbA-k4/WItQcWmmc5I/AAAAAAAA3WA/xrPyK9k0n2QyyDIBekWGPffDWhlbzJUmgCLcB/s1600/truth4.png
Capture timestamp (UTC): Mon, 14 Aug 2017 17:49:55 GMT

SApp-73

**The truth is hard.**

**The truth is hidden.**

**The truth must be pursued.**

**The truth is hard to hear.**

**The truth is rarely simple.**

**The truth isn't so obvious.**

**The truth is necessary.**

**The truth can't be glossed over.**

**The truth has no agenda.**

**The truth can't be manufactured.**

**The truth doesn't take sides.**

**The truth isn't red or blue.**

**The truth is hard to accept.**

**The truth pulls no punches.**

**The truth is powerful.**

**The truth is under attack.**

**The truth is worth defending.**

**The truth requires taking a stand.**

**The truth is more important now than ever.**

The New York Times

SApp-74



The Atlantic    Popular    Latest    Sections ⌄    Magazine ⌄    More ⌄    Subscribe

# Arrest Made in Threat on Sen. Bennet's Office

GARANCE FRANKE-RUTA    |    JAN 10, 2011    |    POLITICS

**f** Share    **𝕏** Tweet    • • •

TEXT SIZE
−    +

Subscribe to *The Atlantic*'s *Politics & Policy Daily*, a roundup of ideas and events in American politics.

Email    SIGN UP

**Updated 4:35 p.m.**

A spokesman for Western Democrat Sen. Michael Bennet (Colo.) e-mails:

> We can confirm that there was a threat against Senator Bennet's office and that the FBI working with the Capitol Police have arrested the individual responsible for the threat. Per their advice, we are referring inquiries related to this matter to the Capitol Police. Michael has full confidence in the law enforcement agencies handling the case and remains focused on his job serving the people of Colorado

The Denver Post has more:

> Federal authorities have arrested a man accused of repeatedly making threats to Colorado U.S. Sen. Michael Bennet's staff.
>
> The most recent threats allegedly came on Thursday, two days before a gunman in Arizona killed six people and wounded 14 others, including a congresswoman.
>
> According to an arrest warrant affidavit, John Troy Davis called Bennet's Denver office Thursday upset over his social security benefits and during the call said he, "may go to terrorism." He also allegedly said, "To get your attention, I will go down there and set fire to the perimeter," according to the affidavit.
>
> During a call several days earlier, Davis, who lives in the metro area, told another Bennet staffer, "I'm just going to come down there and shoot you all," while complaining about social security benefits, according to the affidavit.

LATEST VIDEO



**How Cable News Fails Viewers**
Jon Lovett wonders if political commentary has become theater criticism.

  ✕

Jon Lovett wonders if political commentary has become theater criticism.

ABOUT THE AUTHOR

 GARANCE FRANKE-RUTA is a former senior editor covering national politics at *The Atlantic*.

🐦 Twitter  ✉ Email

(Disclosure: Sen. Bennet's brother James Bennet edits The Atlantic.)

[f Share]  [🐦 Tweet]  [💬 Comments]

**From The Web**

Ads by Revcontent


We Can Guess Your Education with Only 10 Questions
Tippr


20 Makeup Routines All Older Women Should Know
Trendley Moms


Why Doctors in the Know No Longer Prescribe Blood Pressure Meds
Vibrant Health Network


1 Easy Trick to See Better at Night While Driving
Clear Sight Glasses

⚙

# Most Popular



**1**

### Have Smartphones Destroyed a Generation?

JEAN M. TWENGE

One day last summer, around noon, I called Athena, a 13-year-old who lives in Houston, Texas. She answered her phone—she's had an iPhone since she was 11—sounding as if she'd just woken up. We chatted about her favorite songs and TV shows, and I asked her what she likes to do with her friends. "We go to the mall," she said. "Do your parents drop you off?," I asked, recalling my own middle-school days, in the 1980s, when I'd enjoy a few parent-free hours shopping with my friends. "No—I go with my family," she

CONTINUE READING



**2**

### How America Lost Its Mind

KURT ANDERSEN

When did America become untethered from reality?

I first noticed our national lurch toward fantasy in 2004, after President George W. Bush's political mastermind, Karl Rove, came up with the remarkable phrase *reality-based community*. People in "the reality-based community," he told a reporter, "believe that solutions emerge from your judicious study of discernible reality ... That's not the way the world really works anymore." A year later, *The Colbert*

CONTINUE READING



**3**

### Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken

 ✕

✕

SApp-76

Case 1:17-cv-04853-SR   Document 76-7   Filed 12/30/19   Page 4 of 7



### Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken

KRISHNADEV CALAMUR

President Trump this week has gone from saying the U.S. will respond to North Korean threats with "fire and fury like the world has never seen" to clarifying those words were perhaps not "tough enough," and to spelling out Friday, in case there were doubts, that the U.S. military was "locked and loaded" to counter any threat.

 Donald J. Trump ✓ 

CONTINUE READING



### Is the World Slouching Toward a Grave Systemic Crisis?

PHILIP ZELIKOW

*On August 5, Philip Zelikow delivered the following keynote address at the annual meeting of the Aspen Strategy Group, a discussion forum for experts and government practitioners. Zelikow, who is currently the White Burkett Miller Professor of History at the University of Virginia, has served at all levels of American government, and for administrations of both parties —including roles at the White House, State Department, and Pentagon. He was also the executive director of the 9/11 Commission. In this speech he refers to the much-discussed*

CONTINUE READING



### How to Deal With North Korea

MARK BOWDEN

点击这里阅读中文版本 | Read this article in Chinese.

Thirty minutes. That's about how long it would take a nuclear-tipped intercontinental ballistic missile (ICBM) launched from North Korea to reach Los Angeles. With the powers in Pyongyang working doggedly toward making this possible—building an ICBM and shrinking a nuke to fit on it —analysts now predict that Kim Jong Un will have the

CONTINUE READING



### Are Index Funds Evil?

FRANK PARTNOY

If you're like me, you've cheered the decades-long rise of index funds—investment vehicles that seem (these days) to be a rare case of financial innovation that actually helps regular people. By trying merely to match the market, not beat it—investing passively in stocks that mimic a published market index, like the S&P 500—they're able to offer both low fees and peace of mind for people not inclined to try to pick which stocks to buy and sell.

⋀ Home    f Share    🐦 Tweet                    Next story in **Politics** ›

✕

Document title: Arrest Made in Threat on Sen. Bennet&#39;s Office - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/arrest-made-in-threat-on-sen-bennets-office/69270/
Capture timestamp (UTC): Fri, 11 Aug 2017 14:37:21 GMT                    Page 3 of 6

Case 1:17-cv-04853-JSR    Document 70-7    Filed 12/30/19    Page 5 of 7

low fees and peace of mind for people not inclined to try to pick which stocks to buy and sell.

CONTINUE READING



### Why Is Trump Turning on the Ally He Needs Most?

DAVID A. GRAHAM

The three people with the greatest power over Donald Trump's political future are Senate Majority Leader Mitch McConnell, Special Counsel Robert Mueller, and Trump himself.

And if the president's recent treatment of McConnell and Mueller is any indication, Trump had better watch out.

The president is on a sustained campaign against the leader

CONTINUE READING



### Annie Dillard's Classic Essay: 'Total Eclipse'

ANNIE DILLARD

*Ever since it was first published in 1982, readers—including this one—have thrilled to "Total Eclipse," Annie Dillard's masterpiece of literary nonfiction, which describes her personal experience of a solar eclipse in Washington State. It first appeared in Dillard's landmark collection,* Teaching a Stone to Talk, *and was recently republished in* The Abundance, *a new anthology of her work. The Atlantic is pleased to offer the essay in full, here, until the day after the 'Great American Eclipse' on August 21.*

CONTINUE READING



### Emmanuel Macron: Monsieur Unpopular

YASMEEN SERHAN

Emmanuel Macron has said that he wants to govern like the Roman god Jupiter, staying above the fray of everyday government issues. But less than three months into the French president's time in office, his poll numbers are proving just how mortal he is. U.K.-based pollster YouGov reported a seven-point drop in the young leader's approval rating, which fell from 43 to 36 percent over the month of July. French pollster Ifop observed a similar decline over the same period, noting that: "Apart from Jacques Chirac in July

CONTINUE READING



### The Blue-Collar Eclipse

JAY RYAN

You might say I've been chasing eclipses my whole life—I just haven't caught one yet. I've been an astronomy enthusiast since my youth in the 1970s, the era of the Apollo program. Along with millions of people across the

×

 Home    Share    Tweet                    Next story in **Politics** ›

Document title: Arrest Made in Threat on Sen. Bennet&#39;s Office - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/arrest-made-in-threat-on-sen-bennets-office/69270/
Capture timestamp (UTC): Fri, 11 Aug 2017 14:37:21 GMT

Case 1:17-cv-04853-JSR Document 70-7 Filed 12/30/19 Page 6 of 7



You might say I've been chasing eclipses my whole life—I've been an astronomy enthusiast since my youth in the 1970s, the era of the Apollo program. Along with millions of people across the world, I watched Neil Armstrong take that giant leap onto the moon's surface in July 1969. After watching the first moon landing, I was eager to see the moon block out the sun during the total solar eclipse of March 7, 1970. But as an 8-year-old in Cleveland, Ohio, there was no way for my single...

CONTINUE READING

---



### 'Holy Shit, We're in a Cult'

JACLYN SKURIE AND NICOLAS POLLOCK

EnlightenNext was an organization that promised spiritual awakening. Instead, it turned into a complicated, often-sinister community.

WATCH VIDEO

---



### What Does 'Late Capitalism' Really Mean?

LEAH VARJACQUES, ALICE ROTH, AND ANNIE .OWREY

The intellectual meme for a garbage economy

WATCH VIDEO

---



### Can Single People Be Happy?

KASIA CIEPLAK-MAYR VON BALDEGG, SAM PRICE-WALDMAN, AND GREYSON KORHONEN

We asked experts.

WATCH VIDEO

---

MORE POPULAR STORIES

0 Comments     The Atlantic                              🔒 Login ▾

♡ Recommend      🗗 Share                             Sort by Best ▾

[👤]  Start the discussion...

LOG IN WITH          OR SIGN UP WITH DISQUS ⑦

⋀ Home    f Share    🐦 Tweet                    Next story in **Politics** ›

✕





 Start the discussion...

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

ALSO ON THE ATLANTIC

Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken
137 comments • an hour ago•
JanDeDoot — "Trump's order to use nuclear weapons may be unpopular, but the long-term consequences of the ...

The Blue-Collar Eclipse
23 comments • 2 hours ago•
question? — Your virtue signal has been received. You have proven your moral and intellectual superiority. Congrats.

Is the World Slouching Toward a Grave Systemic Crisis?
25 comments • 6 hours ago•
Harveydanger — article's title was very attractive, but the more I was reading it, the more disappointed I was. Really ...

Trump Doubles Down on North Korea
251 comments • 18 hours ago•
bigjericho — Oh, shut the hell up. Every day this guy proves that he's unfit to lead and you know it. Stop making excuses ...

Subscribe Add Disqus to your site Privacy DISQUS

## Subscribe

Get 10 issues a year and save 65% off the cover price.

Name
Address 1 Address 2
City State Zip
United States Email
ORDER NOW

Fraud Alert regarding The Atlantic

## Newsletters

*The Atlantic*
- *The Atlantic* Daily
- This Week
- This Month
- New Photo Galleries
- Top Videos This Week
- Politics & Policy Daily

*CityLab*
- Today's Top Stories
- This Week's Most Popular Stories
- *I want to receive updates from partners and sponsors.*

Email
SIGN UP

## Follow

Facebook Twitter
LinkedIn Instagram
Tumblr Pinterest
RSS App Store

## About

Masthead Contact Us
FAQ Send a News Tip
Press Privacy Policy
Jobs Advertise
Shop Advertising Guidelines
Books Terms and Conditions
Emporium Responsible Disclosure
Manage Subscription Site Map

Home Share Tweet

Next story in **Politics ›**

*The Atlantic*    Popular    Latest    Sections ⌄    Magazine ⌄    More ⌄    Subscribe    🔍

# What We Know About Jared Lee Loughner

**Reporters gather facts and interviews about the Arizona shooter**

JOHN HUDSON  |  JAN 10, 2011  |  POLITICS

[f Share]  [🐦 Tweet]  [...]



TEXT SIZE:  −  +

*This article is from the archive of our partner* **THE WIRE**

In the aftermath of Jared Lee Loughner's deadly killing spree, reporters are scrambling to piece together his troubled background. Accurately depicting a shooter's mental constitution is no easy task, but reporters are doing it the only way they can: interviewing scores of friends, high school and college instructors and mental health experts. In the past few days, neither Loughner nor his family have been available for comment. Here's what we know about the man who allegedly killed six and injured 14 in Arizona Saturday.

- **Loughner's Roots**  "Loughner spent his adolescence just north of Tucson, in a community where a flat carpet of strip malls and low subdivisions dissolves at its fringes into dirt roads and rolling, saguaro-spiked desert," report Alexandra Berzon and Charles Forelle at The Wall Street Journal. "High-school friends give varying accounts of his home life; one, Alex Montanaro, describes a warm family who encouraged Mr. Loughner's interest in music; another, Zach Osler, says Mr. Loughner told him he was unhappy being at home."

- **Testimony from Friends** "Friends of ... Loughner have described him as a cannabis-smoking loner with a 'twisted' sense of humour and an obsession for conspiracy theories," adds Damien Pearse at Sky News. "One told how during an advanced poetry writing class he grabbed his crotch and galloped around the room--reading a bland poem about going to the gym." In another incident, Loughner apparently burst out laughing while a classmate read a "very personal" poem about her abortion. He also reportedly showed up in class stinking of tequila and passed out within five minutes of sitting down. "He was convinced that the 9/11 attack was orchestrated by the US government, believed the mission to Mars was fake and described humans as 'sheep,'" said his friends.

- **He Was More Delusional Than Political**, report Carolyn Jones and Casey Newton at the San Francisco Chronicle: "Posting strange and paranoid messages on the Internet and fixating on the end of the world, accused gunman Jared Lee Loughner appeared to be more driven by a delusional mind than a real interest in politics, mental health experts said Sunday." They interview Dr. Bob Dolgoff, the medical director of Alta Bates Summit Medical Center's mental health division. "I doubt people who say this is about politics have a good understanding of mental illness," he says. "It could be conspiracy theories or men from outer space. The important thing here is, why wasn't he in treatment?" They note Loughner's odd "obsession" with the Mayan prophecy of a 2012 apocalypse, mind control, illiteracy and the gold standard.

about politics have a good understanding of mental illness," he says. "It <s>Case 1:17-cv-04853-JSR m Document 70-8 at Filed 12/30/19   Page 3 of 9</s> here is, why wasn't he in treatment?" They note Loughner's odd "obsession" with the Mayan prophecy of a 2012 apocalypse, mind control, illiteracy and the gold standard.

- **Run-Ins with the Law**  "On Sept. 9, 2007, the day before his 19th birthday, he was arrested in Pima County for possession of drug paraphernalia," write Jack Gillum and Peter Eisler at USA Today. "He was sentenced to attend classes in a diversion program that led to the charge being dismissed. Just over a year later, on Oct. 17, 2008, he was charged with a graffiti misdemeanor in Marana. A police report said he drew a stylized CX on a street sign; he said it was a symbol for Christian. That charge also was dismissed after Loughner completed a diversion program and paid restitution."

- **An Eccentric Student,** contributes Slate's Christopher Beam, who interviewed Loughner's community college instructor, Kent Slinker.

> Loughner was a model student when it came to attendance—he always showed up on time to the twice-a-week class, at least before he dropped out toward the end of the semester. But in other respects, he was a mess. He didn't perform well on tests. He would ask questions that didn't make any sense. "His thoughts were unrelated to anything in our world," says Slinker. One time, he handed in an assignment with geometric doodles instead of answers. Slinker also remembers that Loughner would have "exaggerated 'Aha!' moments just completely not connected to anything in class." He was mentally checked-out. "He always was looking away, not out the window, but like someone watching a scene play out in his mind."

- **May Have Ties to an Anti-Immigration Publication,** reports Jennifer Griffin at Fox News. "No direct connection, but strong suspicion is being directed at American Renaissance, an organization that Loughner mentioned in some of his internet postings and federal law enforcement officials are investigating Loughner's possible links to the organization." American Renaissance's editor tells the New York Times that there is no record of Loughner ever subscribing to the newsletter or attending their conferences.

- **Ambiguous Politics**  "The exact role of politics in Mr. Loughner's life--or whether he had a specific political perspective at all--is harder to pin down," say Kirk Johnson, Serge Kovaleski, Dan Frosch and Eric Lipton in The New York Times. "Investigators will have to wrestle with the difficult question of whether Mr. Loughner's parroting the views of extremist groups was somehow more a cause of the shootings or simply a symptom of a troubled life." They interview his classmate who says he was particularly interested in U.S. currency. "He wished that the U.S. would change to a different currency because our currency is worthless."

- **He's No 'Paultard'** writes Matt Welch at Reason, referring to supporters of Texas Congressman Ron Paul.

 

Next story in **Politics** ›

Texas Congressman Ron Paul.

As someone more familiar than your average *NYT*er with gold-buggery complaints about the Federal Reserve and the Debauched Dollar, my personal testimony is that the phrase, "the current government officials are in power for their currency," if it's the "hallmark" of anything, is of...a crazy dude just stone rambling about shit. If there is evidence of this guy sounding like a "Paultard" on currency, that ain't it. Neither is the notion that the Fed is "a completely private entity."

- **A Devoted Gamer** "His compatriots in an online website for computer gamers--some who'd known him virtually for years--grew concerned last year about his controversial postings on the game sites, several of the game players said over email Sunday," report Alexandra Berzon and Charles Forelle at The Wall Street Journal. "In April, Mr. Loughner was removed from an alliance of players in the game 'Earth:Empires.'"

*This article is from the archive of our partner The Wire.*



LATEST VIDEO



**How Cable News Fails Viewers**
Jon Lovett wonders if political commentary has become theater criticism.

f Share    Tweet    💬 Comments

**From The Web**                                    Ads by Revcontent


**We Can Guess Your Education with Only 10 Questions**
Tippla


**20 Makeup Routines All Older Women Should Know**
Trending Mums


**Why Doctors in the Know No Longer Prescribe Blood Pressure Meds**
Vibrant Health Network


**How This App Can Teach You a Language In 3 Weeks**
Babbel

# Most Popular



### Have Smartphones Destroyed a Generation?

JEAN M. TWENGE

One day last summer, around noon, I called Athena, a 13-year-old who lives in Houston, Texas. She answered her phone—she's had an iPhone since she was 11—sounding as if she'd just woken up. We chatted about her favorite songs and TV shows, and I asked her what she likes to do with her friends. "We go to the mall," she said. "Do your parents drop you off?," I asked, recalling my own middle-school days, in the 1980s, when I'd enjoy a few parent-free hours shopping with my friends. "No—I go with my family," she

CONTINUE READING



### How America Lost Its Mind

KURT ANDERSEN



## How America Lost Its Mind

**KURT ANDERSEN**

When did America become untethered from reality?

I first noticed our national lurch toward fantasy in 2004, after President George W. Bush's political mastermind, Karl Rove, came up with the remarkable phrase *reality-based community*. People in "the reality-based community," he told a reporter, "believe that solutions emerge from your judicious study of discernible reality ... That's not the way the world really works anymore." A year later, *The Colbert*

CONTINUE READING

## Is the World Slouching Toward a Grave Systemic Crisis?

**PHILIP ZELIKOW**



*On August 5, Philip Zelikow delivered the following keynote address at the annual meeting of the Aspen Strategy Group, a discussion forum for experts and government practitioners. Zelikow, who is currently the White Burkett Miller Professor of History at the University of Virginia, has served at all levels of American government, and for administrations of both parties —including roles at the White House, State Department, and Pentagon. He was also the executive director of the 9/11 Commission. In this speech he reflects in the much-discussed*

CONTINUE READING

## Why Does Trump Still Refuse to Criticize Putin?

**DAVID A. GRAHAM**



President Trump is most comfortable when he's on the verbal offensive. He loves a good war of words, whether his target is a foreign adversary, a foreign ally, a Republican rival, or Rosie O'Donnell. According to a *New York Times tally*, Trump has attacked 351 separate people, places, and things on Twitter alone since July 2015.

The president has demonstrated that tendency this week, with his escalating, improvised threats against North Korea

CONTINUE READING

## The Average Guy Who Spent 6,003 Hours Trying to Be a Professional Golfer

**STEPHEN PHILLIPS**



Dan McLaughlin reckons he's sat down to compose the farewell post to the Dan Plan a hundred times. "I just don't know what to write," he says.

Sitting in his spartan home in Portland, Oregon, McLaughlin is self-effacing and soft-spoken. He recently launched an artisanal soft-drink venture. Discussing the Dan Plan is like reaching back into another life: Seven-plus years ago, aged 30 and unsure even of which hand to grip a

Document title: What We Know About Jared Lee Loughner - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/what-we-know-about-jared-lee-loughner/342711/
Capture timestamp (UTC): Fri, 11 Aug 2017 21:12:11 GMT



Case 1:17-cv-04853-JSR   Document 72-8   Filed 12/30/19   Page 6 of 9

Sitting in his spartan home in Portland, Oregon, Dan Laughlin is discussing his spoon-to-mouth-launched an artisanal soft-drink venture. Discussing the Dan Plan is like reaching back into mother life: Seven-plus years ago, aged 30 and unsure even of which hand to grip a

CONTINUE READING



## No Country for Colin Kaepernick

VANN R. NEWKIRK II

A year ago, Colin Kaepernick—as an injured San Francisco 49ers backup quarterback during an exhibition game—began his practice of sitting during the pregame rendition of the national anthem. "I am not going to stand up to show pride in a flag for a country that oppresses black people and people of color," he said of his protest. Through the season, even as he regained the starting gig for 11 games, Kaepernick continued his demonstration.

CONTINUE READING



## Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken

KRISHNADEV CALAMUR

President Trump this week has gone from saying the U.S. will respond to North Korean threats with "fire and fury like the world has never seen" to clarifying those words were perhaps not "tough enough," and to spelling out Friday, in case there were doubts, that the U.S. military was "locked and loaded" to counter any threat.

 Donald J. Trump    Follow

CONTINUE READING



## How to Deal With North Korea

MARK BOWDEN

点击这里阅读中文版本 | Read this article in Chinese.

Thirty minutes. That's about how long it would take a nuclear-tipped intercontinental ballistic missile (ICBM) launched from North Korea to reach Los Angeles. With the powers in Pyongyang working doggedly toward making this possible—building an ICBM and shrinking a nuke to fit on it —analysts now predict that Kim Jong Un will have the

CONTINUE READING



## Emmanuel Macron: Monsieur Unpopular

YASMEEN SERHAN

Emmanuel Macron has said that he wants to govern like the Roman god Jupiter, staying above the fray of everyday government issues. But less than three months into the

SApp-85



### Emmanuel Macron: Monsieur Unpopular

YASMEEN SERHAN

Emmanuel Macron has said that he wants to govern like the Roman god Jupiter, staying above the fray of everyday government issues. But less than three months into the French president's time in office, his poll numbers are proving just how mortal he is. U.K.-based pollster YouGov reported a seven-point drop in the young leader's approval rating, which fell from 43 to 36 percent over the month of July. French pollster Ifop observed a similar decline over the same period, noting that: "Apart from Jacques Chirac in July

CONTINUE READING



### A Question for Google's CEO

CONOR FRIEDERSDORF

When CEO Sundar Pichai addressed a controversial memo about diversity that circulated inside Google, culminating in the termination of its author, James Damore, he began by telling the company's 72,053 employees that "we strongly support the right of Googlers to express themselves, and much of what was in that memo is fair to debate, regardless of whether a vast majority of Googlers disagree with it."

"However," he added, "portions of the memo violate our

CONTINUE READING



### 'Holy Shit, We're in a Cult'

JACLYN SKURIE AND NICOLAS POLLOCK

EnlightenNext was an organization that promised spiritual awakening. Instead, it turned into a complicated, often-sinister community.

WATCH VIDEO



### What Does 'Late Capitalism' Really Mean?

LEAH VARJACQUES, ALICE ROTH, AND ANNIE LOWREY

The intellectual meme for a garbage economy

WATCH VIDEO



### Can Single People Be Happy?

KASIA CIEPLAK-MAYR VON BALDEGG, SAM PRICE-WALDMAN, AND GREYSON KORHONEN

We asked experts.

Document title: What We Know About Jared Lee Loughner - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/what-we-know-about-jared-lee-loughner/342711/
Capture timestamp (UTC): Fri, 11 Aug 2017 21:12:11 GMT

SApp-86



### Can Single People Be Happy?

KA SIA CIEPLAK-MAYR VON BALDEGG, SAM PRICE-WALDMAN, AND GREYSON KORHONEN

We asked experts.

WATCH VIDEO

---

MORE POPULAR STORIES

0 Comments          The Atlantic                                    1 Login

♡ Recommend        ⤴ Share                                Sort by Best

👤  | Start the discussion… |

LOG IN WITH          OR SIGN UP WITH DISQUS ?

D  F  🐦  G        | Name |

Be the first to comment.

ALSO ON THE ATLANTIC

**Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken**
1928 comments • 8 hours ago
JanDeDoot — "Trump's order to use nuclear weapons may be unpopular, but the long-term consequences of the …

**No Country for Colin Kaepernick**
288 comments • 4 hours ago
Bill Smith — Lesson here is this: if you are going to be a controversial figure who wants to lecture to the people paying …

**Why Does Trump Still Refuse to Criticize Putin?**
353 comments • 4 hours ago
whynotsomethingsomething — That's the beauty of kompromat…Putin's got something on Trump, he owns Trump. …

**Is the World Slouching Toward a Grave Systemic Crisis?**
64 comments • 12 hours ago
Dopey The Dwarf — Just an aside… I know comment boards are unusually partisan (like this one), but blind …

✉ Subscribe    ⊙ Add Disqus to your site    🔒 Privacy          DISQUS



## Subscribe

Get 10 issues a year and save 65% off the cover price.

| Name |
| Address 1 | Address 2 |
| City | State ▾ | Zip |
| United States | Email |

**ORDER NOW**

Fraud Alert regarding The Atlantic

## Newsletters

*The Atlantic*
☐ *The Atlantic Daily*
☐ This Week
☐ This Month
☐ New Photo Galleries
☐ Top Videos This Week
☐ Politics & Policy Daily

CityLab
☐ Today's Top Stories
☐ This Week's Most Popular Stories

☑ *I want to receive updates from partners and sponsors.*

| Email |

**SIGN UP**

Document title: What We Know About Jared Lee Loughner - The Atlantic
Capture URL: https://www.theatlantic.com/politics/archive/2011/01/what-we-know-about-jared-lee-loughner/342711/
Capture timestamp (UTC): Fri, 11 Aug 2017 21:12:11 GMT                    Page 7 of 8





Start the discussion…

LOG IN WITH

OR SIGN UP WITH DISQUS

Name

Be the first to comment.

ALSO ON THE ATLANTIC

**Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken**
1928 comments • 8 hours ago
JanDeDoot — "Trump's order to use nuclear weapons may be unpopular, but the long-term consequences of the …

**No Country for Colin Kaepernick**
288 comments • 4 hours ago
Bill Smith — Lesson here is this: if you are going to be a controversial figure who wants to lecture to the people paying …

**Why Does Trump Still Refuse to Criticize Putin?**
353 comments • 4 hours ago
whynotsomethingsomething — That's the beauty of kompromat...Putin's got something on Trump, he owns Trump. …

**Is the World Slouching Toward a Grave Systemic Crisis?**
84 comments • 12 hours ago
Dopey The Dwarf — Just an aside... I know comment boards are unusually partisan (like this one), but blind …

Subscribe Add Disqus to your site Privacy DISQUS

## Subscribe

Get 10 issues a year and save 65% off the cover price.

Name
Address 1 | Address 2
City | State | Zip
United States | Email

ORDER NOW

Fraud Alert regarding The Atlantic

## Newsletters

*The Atlantic*
- *The Atlantic* Daily
- This Week
- This Month
- New Photo Galleries
- Top Videos This Week
- Politics & Policy Daily

*CityLab*
- Today's Top Stories
- This Week's Most Popular Stories
- *I want to receive updates from partners and sponsors.*

Email

SIGN UP

## Follow

Facebook
Twitter
LinkedIn
Instagram
Tumblr
Pinterest
RSS
App Store

## About

Masthead
Contact Us
FAQ
Send a News Tip
Press
Privacy Policy
Jobs
Advertise
Shop
Advertising Guidelines
Books
Terms and Conditions
Emporium
Responsible Disclosure
Manage Subscription
Site Map

TheAtlantic.com Copyright (c) 2017 by The Atlantic Monthly Group. All Rights Reserved.

SECTIONS HOME SEARCH The New York Times SUBSCRIBE NOW LOG IN

Building Boom in Boston Casts Shadows on History and Public Space

At Crash Site of Marine Corps Plane, Bodies 'Were Everywhere'

Strategy for Democratic Mayors Facing Troubles: Attack Trump

Trump Jr. Was Told in Email of Russian Effort to Aid Campaign
PAID POST: TOMORROW SLEEP A Neuroscientist Explains How to Optimize Your Sleep

U.S. Is In Sanders C College B

U.S.

# *Suspect's Odd Behavior Caused Growing Alarm*

By KIRK JOHNSON, SERGE F. KOVALESKI, DAN FROSCH and ERIC LIPTON JAN. 9, 2011

TUCSON — In a community college classroom here last June, on the first day of the term, the instructor in Jared L. Loughner's basic algebra class, Ben McGahee, posed what he thought was a simple arithmetic question to his students. He was not prepared for the explosive response.

"How can you deny math instead of accepting it?" Mr. Loughner asked, after blurting out a random number, according to Mr. McGahee.

Mr. McGahee, for one, was disturbed enough by the experience to complain to school authorities, who as early as last June were apparently concerned enough themselves to have a campus officer visit the classroom. And what Mr. McGahee described as a pattern of behavior by Mr. Loughner, marked by hysterical laughter, bizarre non sequiturs and aggressive outbursts, only continued.

"I was getting concerned about the safety of the students and the school," said Mr. McGahee, who took to glancing out of the corner of his eye when he was writing on the board for fear that Mr. Loughner might do something. "I was afraid he was going to pull out a weapon."

RELATED COVERAGE

The Criminal Complaint

Federal Charges in Giffords Shooting Cite Assassination Plan JAN. 9, 2011

Security for Congress, After Arizona Shooting, Gets Fresh Look JAN. 9, 2011

Arizona Suspect's Recent Acts Offer Hints of Alienation JAN. 8, 2011

TIMES TOPIC
Gabrielle Giffords

ADVERTISEMENT

A student in the class, Lynda Sorenson, 52, wrote an e-mail to a friend expressing her concerns.

"We do have one student in the class who was disruptive today, I'm not certain yet if he was on drugs (as one person surmised) or disturbed. He scares me a bit," Ms. Sorenson wrote in an e-mail in June that was forwarded Sunday to The New York Times.

"The teacher tried to throw him out and he refused to go, so I talked to the teacher afterward. Hopefully he will be out of class very soon, and not come back with an automatic weapon."

Mr. Loughner's behavior grew so troubling that he was told he could no longer attend the school, and he appeared, given his various Internet postings, to find a sense of community in some of the more paranoid corners of the Internet.

Mr. Loughner seems at some point to have crossed a border. From being a young man whom acquaintances described as odd, he became the sole suspect in the shooting of Representative Gabrielle Giffords, a Democrat [of] Arizona's Eighth District. The police say he bought a 9-millimeter handgun in November, and devised a plan to kill the congresswoman.

FROM OUR ADVERTISERS

NORTON
A Cybercriminal's New Target
How hackers have set their sights on your home network.

MEXICO TOURISM
Get to Know Mexico
See a side of Mexico you've never seen before.

PERU
Eat Like a Peruvian
Explore Peru's new food revolution.

TNT "WILL"
Was Shakespeare a Playboy?
Commitment issues? Shakespeare had them, too.

3 ARTICLES REMAINING

     

U.S.   Suspect's Odd Behavior Caused Growing Alarm   Subscribe

    

Glock handgun in November, and devised a plan to kill the congresswoman.

Robert S. Mueller III, the F.B.I. director, who has taken charge of the investigation here, said at a news conference that possible links to extremist groups would be a continued focus.

"The ubiquitous nature of the Internet means that not only threats but also hate speech and other inciteful speech is much more readily available to individuals than quite clearly it was 8 or 10 or 15 years ago," Mr. Mueller said. "That absolutely presents a challenge for us, particularly when it results in what would be lone wolves or lone offenders undertaking attacks."

The words echoed comments by Pima County Sheriff Clarence W. Dupnik, who said Saturday at a news conference that "unbalanced people" could be affected by the vitriol, anger and hatred of antigovernment rhetoric.



Jared L. Loughner  Reuters




Mr. Loughner's friends and acquaintances said he was left isolated by his increasingly erratic behavior, apparently exacerbated by drug use. A military official said Sunday that Mr. Loughner had failed a drug screening when he tried to enlist in the Army.

Lydian Ali, a classmate at Pima Community College, said, "He would laugh a lot at inappropriate times, and a lot of the comments he made had no relevance to the discussion topic."

Mr. Ali, 26, continued: "He presented a poem to the class that he'd written called 'Meathead' that was mostly just about him going to the gym to work out. But it included a line about touching himself in the shower while thinking about girls. He was very enthusiastic when he read the poem out loud."

At the Y.M.C.A. where Mr. Loughner worked out, he would ask the staff strange questions, like how often they disinfected the bathroom doors. Once he asked an employee how he felt "about the government taking over." Another time, he sat in the men's room for 30 minutes, leaving front-desk staff members to wonder what he was doing. When he emerged, he asked what year it was.

"…day it would be a tie-dye shirt, and the next he'd dressed like a …r, with a beanie and everything," said a trainer at the Y.M.C.A., Ben …"It was almost like he was trying to be different people…"















rapper, with a beanie and everything," said a trainer at the Y.M.C.A., Ben Lujan. "It was almost like he was trying to be different people."

The exact role of politics in Mr. Loughner's life — or whether he had a specific political perspective at all — is harder to pin down. Investigators will have to wrestle with the difficult question of whether Mr. Loughner's parroting the views of extremist groups was somehow more a cause of the shootings or simply a symptom of a troubled life.

Mr. McGahee, the algebra instructor, said that after he went to school officials to complain about Mr. Loughner, he was told by a counselor that Mr. Loughner had caused problems in other classes and had "extreme political views."

But one classmate, Steven Cates, said he had tried on occasion to engage Mr. Loughner in political discussions, with no luck. He instead liked to talk about philosophy, or logic or literature, Mr. Cates said. He added that one topic that Mr. Loughner seemed to be obsessed with was the American dollar.

"He had talked about not liking the currency," Mr. Cates said. "And he wished that the U.S. would change to a different currency because our currency is worthless."

Some people who study right-wing militia groups and those who align themselves with the so-called Patriot movement said Mr. Loughner's comments on subjects like the American currency and the Constitution, which he posted online in various video clips, were strikingly similar in language and tone to the voices of the Internet's more paranoid, extremist corners.

In the text on one of the videos, for example, Mr. Loughner states, "No! I won't pay debt with a currency that's not backed by gold and silver." He also argues that "the current government officials are in power for their currency" and he uses his videos to display text about becoming a treasurer of "a new money system."





A next-door neighbor, Anthony Woods, right, said the Loughner family was difficult to get to know.
Chris Hinkle for The New York Times

The position, for instance, that currency not backed by a gold or silver standard is worthless is a hallmark of the far right and the militia movement, said Mark Potok, who directs research on hate groups for the Southern Poverty Law Center.



Document title: Jared L. Loughner's Odd Behavior Caused Alarm - The New York Times
Capture URL: http://www.nytimes.com/2011/01/10/us/10shooter.html?rref=collection%2Ftimestopic%2FLoughner%2C%20Jared%20Lee
Capture timestamp (UTC): Tue, 11 Jul 2017 19:52:40 GMT



Southern Poverty Law Center.

"That idea is linked closely to the belief among militia supporters that the Federal Reserve is a completely private entity engaged in ripping off the American people," Mr. Potok said.

But Mr. Loughner also posits in his Web postings the idea that the government is seeking to control people through rules and structure of grammar and language.



### California Today

The news and stories that matter to Californians (and anyone else interested in the state), delivered weekday mornings.

Enter your email address | Sign Up

☑ You agree to receive occasional updates and special offers for The New York Times's products and services.

[ ] I'm not a robot. reCAPTCHA

SEE SAMPLE | PRIVACY POLICY | OPT OUT OR CONTACT US ANYTIME

This is similar to the position of David Wynn Miller, 62, a former tool-and-die welder from Milwaukee who describes himself as a "Plenipotentiary-judge" seeking to correct, through a mathematical formula, what he sees as the erroneous and manipulative use of grammar and language worldwide. The Southern Poverty Law Center considers Mr. Miller a conspiracy theorist, some of whose positions have been adopted by militias in general.

"The government is implying mind control and brainwash on the people by controlling grammar," Mr. Loughner said in a video. He also defiantly asserted, "You control your English grammar structure."

Mr. Miller, in an interview, said the argument sounded familiar. "He's probably been on my Web site, which has been up for about 11 years," Mr. Miller said. "The government does control the schools, and the schools determine the grammar and language we use. And then it is all reinforced by newspapers, magazines, TV, radio and everything we do in society."

We capture social media, websites & videos for legal use

Request a free quote

PAGEVAULT

Law enforcement officials said they suspected that Mr. Loughner might also have been influenced by things like American Renaissance, a conservative magazine that describes itself as "America's premiere publication of racial-realist thought."

"We think that white Americans have an entirely legitimate reason to want to remain a majority in the United States because when a neighborhood or a school or an organization changes in demographics and becomes majority black or Hispanic, it is no longer the same institution or neighborhood," said Jared Taylor, its editor.

He added, "It may be shocking to hear something stated so bluntly."

Mr. Taylor said that his organization had searched its subscriber list going back 20 years, as well as lists of those who had attended the group's conferences since 1994, but that there was no record of a Mr. Loughner.

But even as Mr. Loughner was exploring the outer boundaries of extremist philosophy, his life at school, which some acquaintances said was very important to him, was unraveling.

Through the fall, administrators at Pima Community College became increasingly concerned as reports involving Mr. Loughner, like that day in algebra class, continued to come in.



3
ARTICLES REMAINING

       

U.S.   Suspect's Odd Behavior Caused Growing Alarm

      

Building Boom in Boston Casts Shadows on History and Public Space | At Crash Site of Marine Corps Plane, Bodies 'Were Everywhere' | Strategy for Democratic Mayors Facing Troubles: Attack Trump | Trump Jr. Was Told in Email of Russian Effort to Aid Campaign | A Neuroscientist Explains How to Optimize Your Sleep | U.S. Is In Sanders College B





The police said Jared L. Loughner bought his gun at Sportsman's Warehouse in Tucson.
Chris Hinkle for The New York Times

Most of the reports, according to Paul Schwalbach, a college spokesman, were about how Mr. Loughner was "acting out" in disruptive or inappropriate ways. By last fall, officials at the college had learned about an Internet video that Mr. Loughner had prepared citing Pima College and claiming that it was in some way illegal or unconstitutional.

The college had its lawyers review the video and decided at that point to take action, drafting a letter suspending Mr. Loughner, which was delivered to his parents' home in northwest Tucson by two police officers on Sept. 29.

At a meeting in early October at the college's northwest campus, where he attended classes, Mr. Loughner said he would withdraw. Three days later, the college sent him a letter telling him that if he wanted to return, he would need to undergo a mental health evaluation. "After this event, there was no further college contact with Loughner," the college said in a statement.

Mr. Cates, the former classmate, said he thought that leaving Pima was probably a major blow to Mr. Loughner.

"He was really into school. He really loved the acquisition of knowledge. He was all about that," Mr. Cates said. "It would make sense that losing that outlet would be a negative thing for him psychologically."

But this was just the latest in a series of blows. Mr. Loughner also tried to enlist in the Army in 2008, but failed a drug-screening test, Pentagon officials confirmed.

Some people who knew, or at least glimpsed, Mr. Loughner's life at home with his parents, Randy and Amy Loughner, said they found the family inscrutable sometimes, and downright unpleasant at other times, especially the behavior of Randy Loughner.

"Sometimes our trash would be out, and he would come up and yell that the trash stinks," said a next-door neighbor, Anthony Woods, 19. "He's very aggressive."

Mrs. Loughner has worked for the city's Parks Department for many years, Tucson officials confirmed. Mr. Loughner's employment, if any, was not known. Mr. Woods and his father, Stephen, 46, said they rarely saw the older Mr. Loughner go anywhere.

No one was home, or came to the door, at the Loughners' house on Sunday [mor]ning. The house itself was mostly obscured by a tree and a huge [inter]twined cactus in the front.



3
ARTICLES REMAINING

Document title: Jared L. Loughner's Odd Behavior Caused Alarm - The New York Times
Capture URL: http://www.nytimes.com/2011/01/10/us/10shooter.html?rref=collection%2Ftimestopic%2FLoughner%2C%20Jared%20Lee
Capture timestamp (UTC): Tue, 11 Jul 2017 19:52:40 GMT

Page 5 of 7



Security for Congress, After Arizona Shooting, Gets Fresh Look JAN. 9, 2011

SHOW ALL

## More in U.S.

Go to the U.S. Section »

Building Boom in Boston Casts Shadows on History and Public Space

At Crash Site of Marine Corps Plane, Bodies 'Were Everywhere'

PAID POST: HSBC
Learn About the Most Sought-After Neighborhoods in NYC

Strategy for Democratic Mayors Facing Troubles: Attack Trump

Trump Jr. Was Told in Email of Russian Effort to Aid Campaign

U.S. Is Investigating Jane Sanders Over Burlington College Bank Loan

## Recommended for You

Go to All Recommendations »

'Curb Your Enthusiasm' Announces Season 9 Return Date

### Trump Nominates Randal K. Quarles to Oversee Wall Street...

The former Treasury official is up for a top post at the Federal Reserve, where he is expected to lead efforts to reduce regulation.

Why Some Online Video Stars Opt for Facebook Over YouTube

## TRENDING

1. Russian Dirt on Clinton? 'I Love It,' Donald Trump Jr. Said
2. Read the Emails on Donald Trump Jr.'s Russia Meeting
3. Op-Ed Columnist: How We Are Ruining America
4. Trump Jr. Was Told in Email of Russian Effort to Aid Campaign
5. Feature: This Town Melts Down
6. Editorial: Donald Trump Jr. and the Culture of Dishonesty
7. Twitter Users Blocked by Trump File Lawsuit
8. Trump Rules: The Deep Industry Ties of Trump's Deregulation Teams
9. At Crash Site of Marine Corps Plane, Bodies 'Were Everywhere'
10. Trump Aides Recruited Businessmen to Devise Options for Afghanistan

View More Trending Stories »

We capture videos, websites & social media for legal use
PAGEVAULT
REQUEST A FREE QUOTE

© 2017 The New York Times Company | Contact Us | Work With Us | Advertise | Your Ad Choices | Privacy | Terms of Service | Terms of Sale
Site Map | Help | Site Feedback | Subscriptions

