# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of December, two thousand twenty-two.

_____

Sarah Palin, an individual,

        Plaintiff - Appellant,

v.

The New York Times Company, James Bennet, an individual,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 22-558

    Appellees move for leave to file a supplemental appendix. Appellant does not oppose this motion.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                  For the Court:

                                  Catherine O'Hagan Wolfe,
                                  Clerk of Court

