Case 1:17-cv-04853-JSR   Document 45-13   Filed 12/30/19   Page 4 of 54



year-old who lives in Houston, Texas. She answered her
phone on the first ring, and seemed surprised that anyone
if she'd just woken up. We chatted about her favorite songs
and TV shows, and I asked her what she likes to do with her
friends. "We go to the mall," she said. "Do your parents
drop you off?," I asked, recalling my own middle-school
days, in the 1980s, when I'd enjoy a few parent-free hours
shopping with my friends. "No—I go with my family," she

CONTINUE READING



### How America Lost Its Mind

KURT ANDERSEN

When did America become untethered from reality?

I first noticed our national lurch toward fantasy in 2004,
after President George W. Bush's political mastermind, Karl
Rove, came up with the remarkable phrase *reality-based
community*. People in "the reality-based community," he
told a reporter, "believe that solutions emerge from your
judicious study of discernible reality ... That's not the way
the world really works anymore." A year later, *The Colbert*

CONTINUE READING



### Is the World Slouching Toward a Grave Systemic Crisis?

PHILIP ZELIKOW

*On August 5, Philip Zelikow delivered the following keynote
address at the annual meeting of the Aspen Strategy Group, a
discussion forum for experts and government practitioners.
Zelikow, who is currently the White Burkett Miller Professor of
History at the University of Virginia, has served at all levels of
American government, and for administrations of both parties
—including roles at the White House, State Department, and
Pentagon. He was also the executive director of the 9/11
Commission. In this speech he reflects on the grab- discussed*

CONTINUE READING



### Why Does Trump Still Refuse to Criticize Putin?

DAVID A. GRAHAM

President Trump is most comfortable when he's on the
verbal offensive. He loves a good war of words, whether his
target is a foreign adversary, a foreign ally, a Republican
rival, or Rosie O'Donnell. According to a *New York Times
tally*, Trump has attacked 351 separate people, places, and
things on Twitter alone since July 2015.

The president has demonstrated that tendency this week,
with his *escalating*, *improvised* threats against North Korea

CONTINUE READING



### No Country for Colin Kaepernick

VANN R. NEWKIRK II

*A year ago, Colin Kaepernick, as an injured San Francisco*

Document title: The More We Know - The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/the-more-we-know/177149/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:39:21 GMT



### No Country for Colin Kaepernick

VANN R. NEWKIRK II

A year ago, Colin Kaepernick—as an injured San Francisco 49ers backup quarterback during an exhibition game—began his practice of sitting during the pregame rendition of the national anthem. "I am not going to stand up to show pride in a flag for a country that oppresses black people and people of color," he said of his protest. Through the season, even as he regained the starting gig for 11 games, Kaepernick continued his demonstration.

CONTINUE READING

---



### Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken

KRISHNADEV CALAMUR

President Trump this week has gone from saying the U.S. will respond to North Korean threats with "fire and fury like the world has never seen" to clarifying those words were perhaps not "tough enough," and to spelling out Friday, in case there were doubts, that the U.S. military was "locked and loaded" to counter any threat.

 Donald J. Trump

CONTINUE READING

---



### How to Deal With North Korea

MARK BOWDEN

点击这里阅读中文版本 | Read this article in Chinese.

Thirty minutes. That's about how long it would take a nuclear-tipped intercontinental ballistic missile (ICBM) launched from North Korea to reach Los Angeles. With the powers in Pyongyang working doggedly toward making this possible—building an ICBM and making a nuke to fit on it —analysts now predict that Kim Jong Un will have the

CONTINUE READING

---



### Emmanuel Macron: Monsieur Unpopular

YASMEEN SERHAN

Emmanuel Macron has said that he wants to govern like the Roman god Jupiter, staying above the fray of everyday government issues. But less than three months into the French president's time in office, his poll numbers are proving just how mortal he is. U.K.-based pollster YouGov reported a seven-point drop in the young leader's approval rating, which fell from 43 to 36 percent over the month of July. French pollster Ifop observed a similar decline over the same period, noting that "Apart from Jacques Chirac in July

CONTINUE READING

Document title: The More We Know - The Atlantic
Capture URL: https://www.theatlantic.com/daily-dish/archive/2011/01/the-more-we-know/177149/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:39:21 GMT



Case 1:17-cv-04853-JSR Document 70-10 Filed 12/30/19 Page 6 of 8

reported a seven-point drop in the young leader's approval
*rating*, which attributed it to his early-summer heatwave
July. French pollster Ifop observed a similar decline over the
same period, noting that "Apart from Jacques Chirac in July...

CONTINUE READING



### The Average Guy Who Spent 6,003 Hours Trying to Be a Professional Golfer

STEPHEN PHILLIPS

Dan McLaughlin reckons he's sat down to compose the
farewell post to the Dan Plan a hunced times. "I just don't
know what to write," he says.

Sitting in his spartan home in Portland, Oregon,
McLaughlin is self-effacing and soft-spoken. He recently
launched an artisanal soft-drink venture. Discussing the
Dan Plan is like reaching back into another life: Seven-plus
years ago, aged 30 and unsure even of which hand to grip a

CONTINUE READING



### A Question for Google's CEO

CONOR FRIEDERSDORF

When CEO Sundar Pichai addressed a controversial memo
about diversity that circulated inside Google, culminating in
the termination of its author, James Damore, he began by
telling the company's 72,053 employees that "we strongly
support the right of Googlers to express themselves, and
much of what was in that memo is fair to debate, regardless
of whether a vast majority of Googlers disagree with it."

"However," he added, "portions of the memo violate our...

CONTINUE READING



### 'Holy Shit, We're in a Cult'

JACLYN SKURIE and NICOLAS POLLOCK

EnlightenNext was an organization that promised spiritual
awakening. Instead, it turned into a complicated, often-
sinister community.

WATCH VIDEO



### What Does 'Late Capitalism' Really Mean?

LEAH VARJACQUES, ALICE ROTH, AND ANNIE LOWREY

The intellectual meme for a garbage economy

WATCH VIDEO



### Can Single People Be Happy?

KASIA CIEPLAK-MAYR VON BALDEGG, SAM PRICE-WALDMAN, AND GREYSON KORHONEN

We asked experts.

WATCH VIDEO

MORE POPULAR STORIES

0 Comments    The Atlantic                              🔴 Login

♡ Recommend     ↪ Share                                Sort by Best

[ Start the discussion… ]

LOG IN WITH          OR SIGN UP WITH DISQUS ?

Ⓓ f 🐦 Ⓖ        [ Name ]

Be the first to comment.

ALSO ON THE ATLANTIC

**2016 Was Hot, Weird, and Unprecedented, Says NOAA**
141 comments • a day ago
Dopey The Dwarf — "Spencer is on the Board of Advisors of the Cornwall Alliance – a religious group that essentially …

**Why Does Trump Still Refuse to Criticize Putin?**
200 comments • 4 hours ago
whynotoomethingsomething — That's the beauty of kompromat...Putin's got something on Trump, he owns Trump. …

**A Question for Google's CEO**
271 comments • 6 hours ago
Odoacer — You and SatanicPanic should really read more.Specifically on Colin …

**Trump is 'Locked and Loaded' in a Nuclear Game of Chicken**
1800 comments • 7 hours ago
JanDeDoot — "Trump's order to use nuclear weapons may be unpopular, but the long-term consequences of the …

✉ Subscribe   ⊕ Add Disqus to your site   🔒 Privacy                    DISQUS









Start the discussion…

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

ALSO ON THE ATLANTIC

**2016 Was Hot, Weird, and Unprecedented, Says NOAA**
141 comments • a day ago•
Dopey The Dwarf — "Spencer is on the Board of Advisors of the Cornwall Alliance – a religious group that essentially …

**A Question for Google's CEO**
271 comments • 6 hours ago•
Odoacer — You and SatanicPanic should really read more:Specifically on Colin …

**Why Does Trump Still Refuse to Criticize Putin?**
300 comments • 4 hours ago•
whynotsomethingsomething — That's the beauty of kompromat...Putin's got something on Trump, he owns Trump. …

**Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken**
1600 comments • 7 hours ago•
JanDeDoot — "Trump's order to use nuclear weapons may be unpopular, but the long-term consequences of the …

Subscribe · Add Disqus to your site · Privacy · DISQUS

## Subscribe

Get 10 issues a year and save 65% off the cover price.

Name
Address 1 | Address 2
City | State | Zip
United States | Email

ORDER NOW

Fraud Alert regarding The Atlantic

## Newsletters

*The Atlantic*

- *The Atlantic* Daily
- This Week
- This Month
- New Photo Galleries
- Top Videos This Week
- Politics & Policy Daily

*CityLab*

- Today's Top Stories
- This Week's Most Popular Stories
- *I want to receive updates from partners and sponsors.*

Email

SIGN UP

## Follow

Facebook · Twitter · LinkedIn · Instagram · Tumblr · Pinterest · RSS · App Store

## About

Masthead · Contact Us · FAQ · Send a News Tip · Press · Privacy Policy · Jobs · Advertise · Shop · Advertising Guidelines · Books · Terms and Conditions · Emporium · Responsible Disclosure · Manage Subscription · Site Map

TheAtlantic.com Copyright (c) 2017 by The Atlantic Monthly Group. All Rights Reserved.

Get Amazing Deals on Freezers and Ice Makers
Sponsored | Kenmore

Remember 'The Human Barbie'? Well, You Should See Her Now
Sponsored | Ice Pop

Plan Your Next Event in Boise, Idaho
Sponsored | Boise

Cats and Dogs and Global Warming

Cancel DACA on Its Fifth Anniversary

Was Fascism Right-Wing (Again)?

Sponsored Links by Outbrain

# THE CORNER
THE ONE AND ONLY.

## Dupnik's Confession



by RICH LOWRY  *January 16, 2011 11:07 PM*
🐦 @RICHLOWRY

Even the sheriff knows Loughner is crazy, per this long New York Times piece on the killer:

> "There's no doubt in my mind that the whole trial will be about did he know right from wrong," the sheriff said. "We'll have 15 psychiatrists saying yes. We'll have 15 psychiatrists saying no. What do I say? I think he's mentally disturbed."

Disturbed enough to be found guilty but insane?

> "I majored in psychology at the university," Sheriff Dupnik answered. "Based on what I've seen, he is psychotic, he has serious problems with reality, and I think he's delusional. Does he meet the legal test of guilty but insane? I don't know."

There's also this detail on Loughner:

> He became intrigued by antigovernment conspiracy theories, including that the Sept. 11 attacks were perpetrated by the government and that the country's central banking system was enslaving its citizens. **His anger would well up at the sight of President George W. Bush**, or in discussing what he considered to be the nefarious designs of government.

THE CORNER          The one and only.          FULL
                                                BLOG  ❯

GET OUR NEWSLETTERS

Your E-Mail     [ GO ]

TRENDING

ON NATIONAL REVIEW

**Antifa and the Alt-Right, Growing in Opposition to One Another**

**Fire Steve Bannon**

**Mothball the Confederate Monuments**

**THE CORNER** The one and only.

FULL BLOG

**Mothball the Confederate Monuments**

## SPONSORED CONTENT

Recommended by Outbrain

**Shopping for a Refrigerator? Great Styles at Great Prices**
*Kenmore*

**Are Collectibles a Good Investment?**
*BNY Mellon Wealth Management*

**Human Barbie Takes Off Make Up, Everyone Speechless**
*Post Popular*

**Each State Hilariously Depicted By One Stereotypical Photo**
*Ice Pop*

**The Israel Anti-Boycott Act is a weapon in the fight against hate**
*TheHill.com*

**People who switch save an average of $620 on car insurance.**
*Progressive*

**The Most Important Map of America You Will Ever See (See Map)**
*Banyan Hill Publishing*

**18 Films About History That Got It Right**
*Standard News*

HOMERUN LOYAL

\#1 Greg Holland
Colorado Rockies
34 Saves in the 2017 Season
Posted on Tuesday, August 15, 2017

See The Full List | Next List

ASTROS VS DIAMONDBACKS 3:40PM ET

MLB Tuesday 3:40pm EDT
**Infield putout head-to-head: Paul Goldschmidt vs Marwin Gonzalez**
On Aug. 15, two dynamically opposite teams, the Arizona Diamondbacks and the Houston Astros, will face off at Chase Field in Phoenix. Last season, Ari...

Next Story

## MORE STORIES

**Krauthammer's Take: President Did Not Have 'Reflexive, Automatic Response' To Charlottesville**

**Campus Conservatives Gave the Alt-Right a Platform**

**Is There Still a Conservative Foreign Policy?**

**James Mattis: No Better Friend, No Worse Enemy**

**Pull the Plug on DACA**

**Let Virginia Prosecute the Charlottesville Terrorism**

Document title: | National Review
Capture URL: http://www.nationalreview.com/corner/257277/dupniks-confession-rich-lowry
Capture timestamp (UTC): Tue, 15 Aug 2017 13:24:58 GMT



**U.S.**

## *Looking Behind the Mug-Shot Grin*

By THE NEW YORK TIMES  JAN. 15, 2011

Jared L. Loughner was described as a curious teenager and talented saxophonist with a prestigious high school jazz band. When he was arrested after the shooting, a deputy detected no remorse.
From left: Marana Unified School District, via Associated Press, Robert Blanco, Pima County Sheriff's Office via the Arizona Republic, via Associated Press

**RELATED COVERAGE**

Signs of Trouble?  JAN. 15, 2011

Jared L. Loughner's Troubles at Pima Community College

A Week Later, Tucson Looks to 'Reclaim Normalcy'  JAN. 15, 2011

Man Shot in Tucson Rampage Is Arrested at TV Taping  JAN. 15, 2011

Political Times - After the Tucson Shooting, Is the Anger Gone?  JAN. 15, 2011

*This article was reported by **Jo Becker, Serge F. Kovaleski, Michael Luo** and **Dan Barry** and written by Mr. Barry.*

TUCSON — Moments after the swirl of panic, blood, death and shock, the suspect was face down on the pavement and squirming under the hold of two civilians, his shaved head obscured by a beanie and the hood of his dark sweatshirt.

Deputy Sheriff Thomas Audetat, a chiseled former Marine with three tours in Iraq to his credit, dug his knee into the gangly young man's back and cuffed him. With the aid of another deputy, he relieved the heroic civilians of their charge and began searching for weapons other than the Glock semiautomatic pistol, secured nearby under a civilian's foot, that had just fired 31 rounds.

In the left front pocket, two 15-round magazines. In the right front pocket, a black, four-inch folding knife. "Are there any other weapons on you?" Deputy Audetat recalled demanding.

"Back right pocket."

But the back right pocket contained no weapons. Instead, in a Ziploc bag, the deputy found about $20 in cash, some change, a credit card and,

The Times Sale. 50% off for one year. Offer won't last.    SUBSCRIBE NOW    Subscriber login

5
ARTICLES REMAINING








☰  𝕿  🔍          U.S.    Looking Behind the Mug-Shot Grin                    Subscribe    f t ✉ ➦ 🔖

| Teenager Who Urged Friend to Kill Himself Is Guilty of Manslaughter | In Atlanta, Murals as Art, and as Zoning Law Test Cases | At Last, Jeff Bezos Offers a Hint of His Philanthropic Plans | In Quick Reversal, Southern Baptists Denounce White Nationalists | Jury Sees Footage of Shooting by Police |

Deputy Audetat lifted the passive, even relaxed suspect to his feet and led him to the patrol car, where the man twisted himself awkwardly across the back seat, face planted on the floor board. Then he invoked an oddly timed constitutional right. "I plead the Fifth," Mr. Loughner said, though the deputy had no intention of questioning him. "I plead the Fifth."

At a Pima County Sheriff's Department substation, Deputy Audetat guided Mr. Loughner to a tiny interview room with a two-way mirror, directed him to a plastic blue chair and offered him a glass of water. The deputy detected no remorse; nothing.

Now to another building for the mug shot. Look into the camera, the suspect was told. He smiled.

Click.

Mr. Loughner's spellbinding mug shot — that bald head, that bright-eyed gaze, that smile — yields no answer to why, why, why, why, the aching question cried out in a subdued Tucson synagogue last week. Does the absence of hair suggest a girding for battle? Does the grin convey a sense of accomplishment, or complete disengagement from the consequence of his actions?

And is his slightly blackened left eye all but winking at the wholesale violence that preceded the camera's click? The attack on a meet-and-greet event with a congresswoman outside a supermarket; the killing of six people, including the chief federal judge in Arizona and a 9-year-old girl; the wounding of 13, including Representative Gabrielle Giffords, shot in the head.

Since last Saturday's shooting frenzy in Tucson, investigators and the news media have spent the week frantically trying to assemble the Jared Loughner jigsaw puzzle in hopes that the pieces will fit, a clear picture will emerge and the answer to why will be found, providing the faint reassurance of a dark mystery solved.

Instead, the pattern of facts so far presents only a lack of one, a curlicue of contradictory moments open to broad interpretation. Here he is, a talented saxophonist with a prestigious high school jazz band, and there he is, a high school dropout. Here he is, a clean-cut employee for an Eddie Bauer store, and there he is, so unsettling a presence that tellers at a local bank would feel for the alarm button when he walked in.

Those who see premeditation in the acts Mr. Loughner is accused of committing can cite, for example, his pleading of the Fifth Amendment or the envelope the authorities found in his safe that bore the handwritten words "Giffords," "My assassination" and "I planned ahead" — or how he bided his time in the supermarket, even using the men's room. Those who suspect he is insane, and therefore a step removed from being responsible for his actions, can point to any of his online postings, including:

"If 987,123,478,961,876,341,234,671,234, 098,601,978,618 is the year in B.C.E then the previous year of 987,123,478,961,876, 341,234,671,234,098,601,978,618 B.C.E is 987,123,478,961,876,341,234,671,234,098, 601,978,619 B.C.E."

What the cacophony of facts do suggest is that Mr. Loughner is struggling with a profound mental illness (most likely paranoid schizophrenia, many psychiatrists say); that his recent years have been marked by stinging rejection — from his country's military, his community college, his







experience Miami

MEXICO TOURISM
Get to Know Mexico
See a side of Mexico you've never seen before.

BRIGHTHOUSE
How to Spend in Retirement
Learn how to easily go from retirement saving to spending.

PERU
Eat Like a Peruvian
Explore Peru's new food revolution.

The New York Times
Cities for Tomorrow
July 10–11, 2017
TheTimesCenter
The preeminent conference for urban decision-makers.    APPLY TO ATTEND

Ad                                                    ⓘ
Crystal Clear
Brilliant Business Phones
Warning: Do not use your business phone until you read this
Visit Site                                          Expert

5
ARTICLES REMAINING    The Times Sale. 50% off for one year. Offer won't last.    SUBSCRIBE NOW    Subscriber login


☰  𝕿  🔍          U.S.   Looking Behind the Mug-Shot Grin                    Subscribe    

 Teenager Who Urged Friend to Kill Himself Is Guilty of Manslaughter     In Atlanta, Murals as Art, and as Zoning Law Test Cases     At Last, Jeff Bezos Offers a Hint of His Philanthropic Plans     In Quick Reversal, Southern Baptists Denounce White Nationalists    Where to Start Your Own Business    Jury Sees Footage of by Police

society, including its government, its currency, its language, even its math. Mr. Loughner once declared to his professor that the number 6 could be called 18.

As he alienated himself from his small clutch of friends, grew contemptuous of women in positions of power and became increasingly oblivious to basic social mores, Mr. Loughner seemed to develop a dreamy alternate world, where the sky was sometimes orange, the grass sometimes blue and the Internet's informational chaos provided refuge.

He became an echo chamber for stray ideas, amplifying, for example, certain grandiose tenets of a number of extremist right-wing groups — including the need for a new money system and the government's mind-manipulation of the masses through language.

In the last three months, Mr. Loughner had a 9-millimeter bullet tattooed on his right shoulder blade and turned increasingly to the Internet to post indecipherable tutorials about the new currency, bemoan the prevalence of illiteracy and settle scores with the Army and Pima Community College, both of which had shunned him. He also may have felt rejected by the American government in general, and by Ms. Giffords in particular, with whom he had a brief — and, to him, unsatisfactory — encounter in 2007.

Nearly four years later, investigators say, Mr. Loughner methodically planned another encounter with her. Eight days ago, on a sunny Saturday morning, he took a $14 taxi ride to a meet-your-representative gathering outside a Safeway, they say, and he was armed for slaughter.

Clarence Dupnik, the outspoken sheriff of Pima County, was driving back from Palm Springs when he received word of the shooting. Ms. Giffords and the slain judge, John M. Roll, were friends of his. "It was like someone kicked me in the stomach," he recalled. "Shock turned to anger. The closer to Tucson, the angrier I got."

Although his law enforcement colleagues are diligently working to shore up their criminal case to counter a possible plea of insanity that could mitigate punishment, Sheriff Dupnik seems torn about Mr. Loughner's mental state.

"There's no doubt in my mind that the whole trial will be about did he know right from wrong," the sheriff said. "We'll have 15 psychiatrists saying yes. We'll have 15 psychiatrists saying no. What do I say? I think he's mentally disturbed."

Disturbed enough to be found guilty but insane?

"I majored in psychology at the university," Sheriff Dupnik answered. "Based on what I've seen, he is psychotic, he has serious problems with reality, and I think he's delusional. Does he meet the legal test of guilty but insane? I don't know."

**Early Signs of Alienation**

One spring morning in 2006, a student showed up at Mountain View High School so intoxicated that he had to be taken to Northwest Hospital, five miles away. A sheriff's deputy went to the hospital's emergency room to question the inebriated 17-year-old student, whose eyes were red from crying.

According to a police report, the teenager explained that he had taken a bottle of vodka from his father's liquor cabinet around 1:30 that morning and, for the next several hours, drank much of its contents. Why? Because I was upset that my father had yelled at me, said the student, Jared

In the search for clues to explain the awfulness to come, this moment

5
ARTICLES REMAINING          The Times Sale. 50% off for one year. Offer won't last.    SUBSCRIBE NOW   Subscriber login

 

Case 1:17-cv-04853-JSR    Document 70-12    Filed 12/30/19    Page 5 of 13

Teenager Who Urged Friend to Kill Himself Is Guilty of Manslaughter | In Atlanta, Murals as Art, and as Zoning Law Test Cases |  At Last, Jeff Bezos Offers a Hint of His Philanthropic Plans |  In Quick Reversal, Southern Baptists Denounce White Nationalists |  Where to Start Your Own Business |   | Jury Sees Footage of by Police 

In the search for clues to explain the awfulness to come, this moment stands out as the first public breach in the facade of domestic calm in the modest Loughner home on Soledad Avenue in the modest subdivision of Orangewood Estates, its front door shrouded by the wide canopy of an old mesquite tree, its perimeter walled off as if for fortification.

The mother, Amy Loughner, worked as the manager of one of the area's parks. Pleasant though reserved, she impressed the parents of her son's friends as a doting mother who shepherded her only child to his saxophone lessons and concerts, and encouraged his dream of one day attending the Juilliard School, the prestigious arts conservatory in New York.

Once, when he was in the ninth grade, Mr. Loughner's parents had to leave town for a week, and he stayed with the family of his friend, Alex Montanaro. Before leaving, Mrs. Loughner presented Alex's mother, Michelle Montanaro, with a document that temporarily granted her power of attorney for Jared — in case something happened.

"This is how I knew his mom doted on Jared," Ms. Montanaro said. "She thought of everything for her son."

But the father, Randy Loughner, was so rarely mentioned by his son that some of Jared's friends assumed that his parents were divorced. Mr. Loughner installed carpets and pool decks, and spent much of his free time restoring old cars. Jared drove a Chevy Nova; his mother, an El Camino.

Some neighbors saw Randy Loughner as private; others as standoffish, even a bit scary. As a member of one neighboring family suggested: if your child's ball came to rest in the Loughners' yard, you left it there.

And, occasionally, word would trickle back to the homes of Jared's friends of a family unhappy in its own way. That Jared and his father did not get along. That a palpable sense of estrangement hovered in the Loughner home.

"He would tell me that he didn't want to go home because he didn't like being home," recalled Ashley Figueroa, 21, who dated him for several months in high school.

Teased for a while as a Harry Potter look-alike, then adopting a more disheveled look, Jared seemed to find escape for a while in music, developing a taste for the singular sounds of John Coltrane and Charlie Parker. A talented saxophonist, he could show off his own musical chops by sweetly performing such jazz classics as "Summertime."

He belonged to the Arizona Jazz Academy, where the director, Doug Tidaback, found him to be withdrawn, though clearly dedicated. He played for two different ensembles, an 18-piece band and a smaller combo, which meant four hours of rehearsal on weekends and many discussions between the director and the mother about her son's musical prospects.

But Mr. Tidaback did not recall ever seeing Jared's father at any of the rehearsals or performances. And one other thing: the music director suspected that the teenager might be using marijuana.

"Being around people who smoke pot, they tend to be a little paranoid," Mr. Tidaback said. "I got that sense from him. That might have been part of his being withdrawn."

Mr. Tidaback, it seems, was onto something. Several of Jared's friends said he used marijuana, mushrooms and, especially, the hallucinogenic herb

**The Daily**
How the news should sound.
A daily audio report on demand.
Hosted by Michael Barbaro.

LISTEN NOW


MEN ELASTIC
Casual Flat Shoes
46% OFF
$33.89
Newchic

5
ARTICLES REMAINING

The Times Sale. 50% off for one year. Offer won't last.    SUBSCRIBE NOW    Subscriber login

       

U.S.    Looking Behind the Mug-Shot Grin    Subscribe

 Teenager Who Urged Friend to Kill Himself Is Guilty of Manslaughter | In Atlanta, Murals as Art and as Zoning Law Test Cases |  At Last, Jeff Bezos Offers a Hint of His Philanthropic Plans |  In Quick Reversal, Southern Baptists Denounce White Nationalists | Where to Start Your Own Business |  Jury Sees Footage of by Police

None of this necessarily distinguished him from his high school buddies. Several of them dabbled in drugs, played computer games like World of Warcraft and Diablo and went through Goth and alternative phases. Jared and a friend, Zane Gutierrez, would also shoot guns for practice in the desert; Jared, Mr. Gutierrez recalled, became quite proficient at picking off can targets with a gun.

But Jared, a curious teenager who at times could be intellectually intimidating, stood out because of his passionate opinions about government — and his obsession with dreams.

He became intrigued by antigovernment conspiracy theories, including that the Sept. 11 attacks were perpetrated by the government and that the country's central banking system was enslaving its citizens. His anger would well up at the sight of President George W. Bush, or in discussing what he considered to be the nefarious designs of government.

"I think he feels the people should be able to govern themselves," said Ms. Figueroa, his former girlfriend. "We didn't need a higher authority."

Breanna Castle, 21, another friend from junior and senior high school, agreed. "He was all about less government and less America," she said, adding, "He thought it was full of conspiracies and that the government censored the Internet and banned certain books from being read by us."

Among the books that he would later cite as his favorites: "Animal Farm," "Fahrenheit 451," "Mein Kampf" and "The Communist Manifesto." Also: "Peter Pan."

And there was that fascination with dreams. Ms. Castle acknowledged that in high school, she too developed an interest in analyzing her dreams. But Jared's interest was much deeper.

"It started off with dream interpretation, but then he delved into the idea of accessing different parts of your mind and trying to control your entire brain at all times," she said. "He was troubled that we only use part of our brain, and he thought that he could unlock his entire brain through lucid dreaming."

With "lucid dreaming," the dreamer supposedly becomes aware that he or she is dreaming and then is able to control those dreams. George Osler IV, the father of one of Jared's former friends, said his son explained the notion to him this way: "You can fly. You can experience all kinds of things that you can't experience in reality."

But the Mr. Osler worried about the healthiness of this boyhood obsession, particularly the notion that "This is all not real."

Gradually, friends and acquaintances say, there came a detachment from the waking world — a strangeness that made others uncomfortable.

Mr. Loughner unnerved one parent, Mr. Osler, by smiling when there wasn't anything to smile about. He puzzled another parent, Ms. Montanaro, by reading aloud a short story he had written, about angels and the end of the world, that she found strange and incomprehensible. And he rattled Breanna Castle, his friend, by making a video that featured a gas station, traffic and his incoherent mumbles.

"The more people became shocked and worried about him, the more withdrawn he got," Ms. Castle said.



Crossword
Subscribe now and save 50%.
SUBSCRIBE



Crossword
Subscribe now and save 50%.
SUBSCRIBE

5
ARTICLES REMAINING    The Times Sale. 50% off for one year. Offer won't last.    SUBSCRIBE NOW    Subscriber login

Case 22-558, Document 91-2, 12/09/2022, 3434267, Page13 of 54

Case 1:17-cv-04853-JSR   Document 70-12   Filed 12/30/19   Page 7 of 13



U.S.  |  Looking Behind the Mug-Shot Grin

with drug paraphernalia in a white van.

Something was happening to Jared Loughner. It was clear to his friends, clear to anyone who encountered him.

"He would get so upset about bigger issues, like why do positive and negative magnets have to attract each other," recalled Mr. Gutierrez, the friend who joined him in target practice in the desert. "He had the most incredible thoughts, but he could not handle them."



*"There's no doubt in my mind that the whole trial will be about did he know right from wrong."* **CLARENCE DUPNIK** Pima County sheriff

John Moore/Getty Images

### Facing Rejection

Two Pima Community College police officers drove into Orangewood Estates and up to a flat-roofed house on Soledad Avenue, the one with that crooked mesquite tree in the front and the old cars always parked in the driveway. Their mission that night in late September was dicey enough to require two other officers to linger in the neighborhood as backup.

The owner of the house, Randy Loughner, locked away the dogs and directed the officers to the garage, where his son, Jared, a student at the community college, was waiting. One of the officers explained that the purpose of their visit was to serve Jared with a "Notice of Immediate Suspension" from the college.

The officer, Dana Mattocks, read the letter aloud, detailing a litany of troubled and disruptive behavior, including the recent posting of an unsettling video titled "Pima Community College School — Genocide/Scam — Free Education — Broken United States Constitution."

As Officer Mattocks spoke, he later recalled, Jared Loughner



**California Today**

The news and stories that matter to Californians (and anyone else interested in the state), delivered weekday mornings.

Enter your email address | Sign Up

☑ You agree to receive occasional updates and special offers for The New York Times's products and services.

☐ I'm not a robot



**Support our mission.**

Sponsor a student subscription and inspire the future generation of readers.

LEARN MORE

5 ARTICLES REMAINING   The Times Sale. 50% off for one year. Offer won't last.   SUBSCRIBE NOW   Subscriber login

☰  T  🔍          U.S.   Looking Behind the Mug-Shot Grin                                    Subscribe   f  🐦  ✉  ↗  🔖


Teenager Who Urged Friend to Kill Himself Is Guilty of Manslaughter


In Atlanta, Murals as Art, and as Zoning Law Test Cases


INSIDE HEALTH
At Last, Jeff Bezos Offers a Hint of His Philanthropic Plans


In Quick Reversal, Southern Baptists Denounce White Nationalists


PAID POST BRANDM
Where to Start Your Own Business

Jury Sees Footage c by Police

"constant trance." The notice was handed to the young man, who then read the letter back to the officers.

"Even though we spent approximately one hours relaying the information and narration of Jared's actions that brought him to his current predicament," Officer Mattocks wrote in a subsequent report, "Jared left his silence and spoke out saying, 'I realize now that this is all a scam.' "

The officers declared the meeting over, chatted briefly with Jared's father in the backyard and left the Loughner family to deal with this "current predicament."

What had happened?

After dropping out of high school, Jared Loughner had tried to straighten up, friends say. He shed his unkempt image, cut drugs from his life and indulged only in the occasional 24-ounce can of Miller High Life. He began wearing crisp clothes and got a job at Eddie Bauer.

"He was damned strait-laced and, I believe, had given up weed," Mr. Gutierrez recalled. "At Eddie Bauer, he tucked his shirt in, wore a belt and dressed himself nicely, real clean cut. He could have been in any office building and would have looked fine."

And when the two friends got together, Mr. Loughner would limit himself to that one big can of beer — he was notoriously frugal — and talk of bettering himself. "He started saying that he wanted to stay out of trouble and was thinking about doing good stuff with his life," Mr. Gutierrez said.

Still, things never quite clicked.

Mr. Loughner seemed to meet rejection at every turn. He tried to enlist in the Army in 2008 but failed its drug test. He held a series of jobs, often briefly: Peter Piper Pizza, but not long enough to make it past the three-month probationary period, an executive said; the Mandarin Grill, where the owner recalled that after less than a month of employment, the teenager simply stopped showing up.

After leaving his job at Eddie Bauer, he became a volunteer at an animal-care center in Tucson. On his application, he came across as a normal and ambitious teenager, expressing interest in "community service, fun, reference and experience." But within two months he was told not to come back until he could follow rules.

At least there was the Northwest Campus of Pima Community College, where tuition was affordable, the quail often skittered across the grounds and Mr. Loughner found intellectual sanctuary. Beginning in the summer of 2005, when he was just 16, he began taking classes: music fundamentals, philosophy, sign language, algebra, biology, computers, logic — even Pilates.

But beginning in 2010, Mr. Loughner's mostly private struggle with basic societal norms tipped into the public settings of the classroom, the library, the campus.

Pima Community College has six campuses, four educational centers and nearly 70,000 students. But one student in particular, it seems, came to occupy the attention of its administrators and security officers.

**Disruptions and Monitoring**


New York, NY      Sotheby's
VIEW DETAILS       INTERNATIONAL REALTY


The New York Times
Still Processing
A culture podcast with Wesley Morris and Jenna Wortham
LISTEN NOW

5
ARTICLES REMAINING   The Times Sale. 50% off for one year. Offer won't last.   SUBSCRIBE NOW   Subscriber login

☰ | 🗽 | 🔍    U.S.    Looking Behind the Mug-Shot Grin    Subscribe    f 🐦 ✉ 🔗 🔖



Case 1:17-cv-04853-JSR    Document 70-12    Filed 12/30/19    Page 9 of 13

 Teenager Who Urged Friend to Kill Himself Is Guilty of Manslaughter    In Atlanta, Murals as Art, and as Zoning Law Test Cases     At Last, Jeff Bezos Offers a Hint of His Philanthropic Plans     In Quick Reversal, Southern Baptists Denounce White Nationalists    PAID POST: BRANDHK  Where to Start Your Own Business      Jury Sees Footage of Police

another student's poem, taking a huge leap from its context to abortion, wars and killing people. The school official described him as "creepy." They would keep an eye on him.

In April, the director of the library summoned the police because Mr. Loughner was making loud noises while listening to music through his earphones. According to a police report, he was advised "that this behavior was not an acceptable practice for a public setting, especially in a library." The student said it would not happen again.

In May, an instructor reported to the campus police that when she informed Mr. Loughner that he had gotten a B in her Pilates class, he threw his work down and declared the grade unacceptable. Things got so tense that the instructor felt intimidated, and feared that the moment might become physical.

In June, a school counselor investigated an incident in which Mr. Loughner had disrupted a math class. When she inquired, Mr. Loughner first said that he was offended by the inquiry, then explained, "My instructor said he called a number 6, and I said I call it 18." He said he also asked the instructor to explain, "How can you deny math instead of accept it?" He went on to strike the increasingly familiar theme of persecution: that he was being "scammed."



"This student was warned," the counselor, Delisa Siddall, wrote in a report. "He has extreme views and frequently meanders from the point. He seems to have difficulty understanding how his actions impact others, yet very attuned to his unique ideology that is not always homogeneous. ... Since he reported that an incident such as this occurred in another class, administrators will have to help this student clearly understand what is appropriate classroom dialog."

Mr. Loughner said that he would not ask any more questions for fear of being expelled. All the while, though, he was expressing himself in sometimes odd conversations with other players in an online strategy game. Writing under the moniker "Dare," he denounced his "scam" education, expressed frustration over his continued unemployment ("How many applications ... is a lot?") and revealed that he had been fired from five jobs — including one, at a hamburger restaurant, that he lost because he left while in the throes of what he called a "mental breakdown."

He also wrote of his "strong interest in logic." But, it seems, it was a logic whose inductive and deductive reasoning made sense only to him.

Around this time, Mr. Loughner bumped into his old girlfriend, Ms. Figueroa, in a store. Years earlier, she had fallen for a shy boy in her computer class; they would hold hands during football games and hang out after marching band practice. Now here he was, his long locks shorn and an off-kilter air. A completely different person, it seemed.

"It was kind of like he wasn't there," Ms. Figueroa recalled. "I can't put my finger on it. It just wasn't a good feeling. I kind of got a chill."

In September, Mr. Loughner filled out paperwork to have his record expunged on the 2007 drug paraphernalia charge. Although he did not need to bother — he completed a diversion program, so the charge was never actually on his record — Judge Jose Luis Castillo, who handled the case in Pima County Consolidated Justice Court, said after the shooting that, in retrospect, it definitely "crossed my mind" that Mr. Loughner was worried that the charge would prevent him from buying a weapon.



5
ARTICLES REMAINING    The Times Sale. 50% off for one year. Offer won't last.    SUBSCRIBE NOW    Subscriber login

Case 1:17-cv-04853-JSR   Document 70-12   Filed 12/30/19   Page 10 of 13

 Teenager Who Urged Friend to Kill Himself Is Guilty of Manslaughter

 In Atlanta, Murals as Art, and as Zoning Law Test Cases

 At Last, Jeff Bezos Offers a Hint of His Philanthropy Plans

 In Quick Reversal, Southern Baptists Denounce White Nationalists

Where to Start Your Own Business

 Jury Sees Footage of by Police

where you live.

EXPLORE NOW

College, another class disruption caused by Mr. Loughner, another summoning of the campus police. A teacher had informed him that he would receive only a half-credit for handing in an assignment late, and he was declaring this a violation of his right to freedom of speech.

One of the responding police officers began to engage him with simple questions, only to enter the Loughner world of logic, in which freedom of speech morphed into freedom of thought and his teacher was required to accept the thoughts he wrote down as a passing grade. The other officer took note of the student's tilted head and jittery, darting eyes.

A few days later, during a meeting with a school administrator, Mr. Loughner said that he had paid for his courses illegally because, "I did not pay with gold and silver" — a standard position among right-wing extremist groups. With Mr. Loughner's consent, that same administrator then arranged to meet with the student and his mother to discuss the creation of a "behavioral contract" for him, after which the official noted: "Throughout the meeting, Jared held himself very rigidly and smiled overtly at inappropriate times."

At the same time, other college administrators and officers were just learning of the "Pima Community College School-Genocide" video, in which the narrator says, "We are examining the torture of students," and "I haven't forgotten the teacher that gave me a B for freedom of speech," and "This is Pima Community College, one of the biggest scams in America" — and "Thank you … This is Jared … from Pima College."

Mr. Loughner was informed in his father's garage that he was suspended. Not long after, the college sent him a letter saying that he would not be welcomed back until he presented certification from a mental health professional that he was not a threat. That never happened.

By now the strange presence that was Jared Loughner was known in places beyond the Northwest Campus of Pima Community College.

**Leaving an Impression**

At a small local branch of a major bank, for example, the tellers would have their fingers on the alarm button whenever they saw him approaching.

It was not just his appearance — the pale shaved head and eyebrows — that unnerved them. It was also the aggressive, often sexist things that he said, including asserting that women should not be allowed to hold positions of power or authority.

One individual with knowledge of the situation said Mr. Loughner once got into a dispute with a female branch employee after she told him that a request of his would violate bank policy. He brusquely challenged the woman, telling her that she should not have any power.

"He was considered to be short-tempered and made people at the bank very uncomfortable," said the individual, who spoke on the condition of anonymity because the person was not authorized to discuss the matter.

The bank's employees could not forget how, after bulletproof glass was installed at the bank, Mr. Loughner would try to stick his finger through a small space atop the glass and laugh to himself, the person said.

And employees at the Sacred Art Tattoo shop would not forget that day in November — the same month in which Mr. Loughner bought a Glock — when he walked in wearing jean shorts and a muscle shirt and holding up a 9-millimeter bullet that he said he wanted replicated on his right shoulder.

5
ARTICLES REMAINING

The Times Sale. 50% off for one year. Offer won't last.     SUBSCRIBE NOW   Subscriber login

Loughner insisted on shaking the artist's hand.

 Teenager Who Urged Friend to Kill Himself Is Guilty of Manslaughter

In Atlanta, Murals as Art, and as Zoning Law Test Cases

INSIDE HEALTH
At Last, Jeff Bezos Offers a Hint of His Philanthropic Plans

In Quick Reversal, Southern Baptists Denounce White Nationalists

PAGE POST: BRANDM
Where to Start Your Own Business

Jury Sees Footage o Posted by Police

Loughner insisted on shaking the artist's hand.

Then, a week later, he returned to get a second bullet tattoo.

"I started talking to him about what he liked to do, hobbies, pastimes," recalled Carl Grace, 30, who drew the second tattoo. "He said he dreamed 14 to 15 hours a day. He said he knew how to control his sleeping and control his dreams." But when the artist asked about the meaning behind the tattoo, the customer just smiled.

"When he left, I said: 'That's a weird dude. That's a Columbine candidate.' "

**A Busy Morning**

At 9:41 last Saturday morning, a 60-year-old cabdriver named John Marino pulled his Ford Crown Victoria into the parking lot of a Circle K convenience store on West Cortaro Farms Road to collect his first fare of the day. The cashier inside raised her finger to signal one minute.

Then out came his customer, just another customer, a normal-looking young man. Climbing into the back seat, the man said he needed to go to the Safeway supermarket on Oracle Road, on the Northwest side. Their five-mile ride began.

Mr. Marino has been driving a taxi for a dozen years; he likes to say that he has hauled everyone from street walkers to mayors. He does not pry for information from his passengers, mostly because he doesn't care. But if a customer wants to talk, he will talk. He glanced at his rear-view mirror and saw his passenger looking out the window. The passenger was quiet, until he wasn't.

"Do you always remember everybody you pick up?" Mr. Marino recalled the man asking.

"Yeah, vaguely," Mr. Marino says he answered. "I've been doing this a long time. It's hard to remember everybody."

At another point, the passenger blurted out, "I drink too much." To which the cabdriver answered, "Oh, that's too bad."

Then it was back to silence.

By this point, the passenger, Mr. Loughner, had already had a full day.

Late the night before, he had dropped off a roll of 35-millimeter film to be developed at a Walgreens on West Ina Road. Law-enforcement officials would later say the roll included many photographs of Mr. Loughner wearing a bright red G-string and posing with a Glock. In some photos, presumably mirrored reflections, he holds the gun by his crotch; in others, next to his naked buttocks.

At 12:30 in the morning, he checked into Room 411 at a Motel 6 less than two miles from his house — an occasional habit, his parents later told investigators. The motel, a mottled brown building, sits near a railroad track; one of its rooms is still boarded up, marking where a guest shot himself recently.

Less than two hours later, he hopped back in his Chevy Nova to run a couple of errands, including a return to the Walgreens to collect those photographs of him posing nearly naked with a Glock. Soon after that, he posted a message on his Myspace page: "Goodbye friends."

Shortly after 6, he headed back out for more predawn errands, including a

nyt Real Estate

Studios. Sublets. Crawl spaces?

RENTERS: A column about braving the New York market.

EXPLORE NOW

5
ARTICLES REMAINING    The Times Sale. 50% off for one year. Offer won't last.    SUBSCRIBE NOW    Subscriber login



At 7:30, minutes after sunrise, he was stopped by an Arizona Game and Fish Department officer for running a red light, but was cordial and cooperative providing his license, registration and insurance card.

He returned home, where his father confronted him about the contents of the black diaper bag he was lifting out the Chevy's trunk. He mumbled something before dashing into the surrounding desert, his father giving futile chase in a vehicle. (Days later, a man walking in the desert came across a black diaper bag jammed with ammunition.)

Mr. Loughner then made his way to the Circle K, about a mile away. He called for a cab.

Now that cab was delivering its passenger in a hooded sweatshirt to his destination, the Safeway supermarket plaza, where a congresswoman was about to greet constituents. Mr. Loughner pulled out the Ziploc bag where he kept his cash and handed Mr. Marino a $20 bill for the $14.25 fare. The driver could not break the bill, so the two men went into the supermarket to get change.

Mr. Marino got in line at the customer-service desk, behind someone cashing in a winning lottery ticket. He received a few bills for the $20 and handed Mr. Loughner a $5 bill — meaning his tip was 75 cents. The cabdriver would later wonder why, considering what was about to happen, his passenger didn't just let him keep the $20.

Before going their separate ways, Mr. Marino recalled, Mr. Loughner asked, "Can I shake your hand?"

Sure.

"And I noticed his hands were really sweaty," recalled the cabdriver who had seen all types. "You know?"

———

Reporting was contributed by A.G. Sulzberger, Richard Oppel and Anicca Tanwoor from Tucson; Sarah Wheaton from New York, and Janie Lorber from Washington. Jack Begg, Toby Lyles, Jack Styczynski and Kitty Bennett contributed research.

A version of this article appears in print on January 16, 2011, on Page A1 of the New York edition with the headline: Looking Behind the Mug Shot Grin. Order Reprints | Today's Paper | Subscribe

**RELATED COVERAGE**

Signs of Trouble?  JAN. 15, 2011

Jared L. Loughner's Troubles at Pima Community College

A Week Later, Tucson Looks to 'Reclaim Normalcy'
JAN. 15, 2011

[ SHOW ALL ]

**More in U.S.**                                   Go to the U.S. Section »

TRENDING

1  Economic Trends: The Amazon-Walmart Showdown That Explains the Modern Economy

2  Trump Acknowledges He Is Under Investigation in Russia Inquiry

3  Michelle Carter Is Guilty of Manslaughter in

5 ARTICLES REMAINING   The Times Sale. 50% off for one year. Offer won't last.   SUBSCRIBE NOW   Subscriber login



Jared L. Loughner's Troubles at Pima Community College

A Week Later, Tucson Looks to 'Reclaim Normalcy'
JAN. 15, 2011

SHOW ALL

## More in U.S.

Go to the U.S. Section »

Teenager Who Urged Friend to Kill Himself Is Guilty of Manslaughter

In Atlanta, Murals as Art, and as Zoning Law Test Cases

PAID POST: VEUVE CLICQUOT
What You Missed at the 2017 Veuve Clicquot Polo Classic

INSIDE WEALTH
At Last, Jeff Bezos Offers a Hint of His Philanthropic Plans

In Quick Reversal, Southern Baptists Denounce White Nationalists

Jury Sees Body Camera Footage of Fatal Shooting by Police Officer

## Recommended for You

Go to All Recommendations »

U.S.
The Virginia Shooting: The Scene and Reaction

Secrecy Surrounding Senate Health Bill Raises Alarms in Both Parties

LETTERS
Reflections on the Alexandria Shooting

## TRENDING

1. Economic Trends: The Amazon-Walmart Showdown That Explains the Modern Economy
2. Trump Acknowledges He Is Under Investigation in Russia Inquiry
3. Michelle Carter Is Guilty of Manslaughter in Texting Suicide Case.
4. Amazon to Buy Whole Foods in $13.4 Billion Deal
5. 'Dreamers' to Stay in U.S. for Now, but Long-Term Fate Is Unclear
6. Helmut Kohl, Chancellor Who Reunited Germany, Dies at 87
7. Op-Ed Contributor: What Bullets Do to Bodies
8. Opinion: Why Are So Many Young Voters Falling for Old Socialists?
9. Op-Ed Columnist: Why Fathers Leave Their Children
10. Theresa May Is Heckled as London Fire's Death Toll Rises to 30

View More Trending Stories »

© 2017 The New York Times Company | Contact Us | Work With Us | Advertise | Your Ad Choices | Privacy | Terms of Service | Terms of Sale | Site Map | Help | Site Feedback | Subscriptions

SApp-116

*The* Atlantic

## Caldwell's Unfairness

THE DAILY DISH
JAN 15, 2011          DAILY DISH

It's important to push back against untruths as much as against incivility. And so when Christopher Caldwell writes the following in the Financial Times, I have to ask him for actual evidence:

> Many prominent people disheartened by the resurgence of the Republican party  notably the blogger Andrew Sullivan, the New York Times columnist Paul Krugman, and the Pima County sheriff Clarence Dupnik  linked the shootings to Republican ideology or rhetoric, as expressed by former vice presidential candidate Sarah Palin or the Tea Party movement or certain talk-show hosts.

Everything I wrote in real time can be read here, and so I challenge Chris to back up his statement. I air as much information and background as it comes in, and that includes the violent context of the last election and Giffords' prescient warning about gun sights imagery (that's my job), but my first actual venture as to the motive for this shooting is the following ambivalence:

> Let's just say for one moment: this is so awful that political grandstanding seems both inappropriate right now, and yet also very appropriate. An attempted political assassination is a political act and deserves a political response. We cannot wish this side of the question away. We do not yet know the motives for this excrescence. But they matter.

An hour later, the first evidence from Loughner:

> Peter Pan, Mein Kampf and the Communist Manifesto. Not exactly a Tea Party purist. But clearly disturbed.

My first impulse in any assassination of a political leader is to ask about possible political motivation, as well as the possibility of none. But my first personal judgment of any link between Loughner and the Tea Party is to *debunk* it (I still wonder what his currency crazy is about, but we'll find out at some point, I guess). Then:

Document title: Caldwell&#39;s Unfairness - The Atlantic
Capture URL: https://www.theatlantic.com/amp/article/177212/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:48:24 GMT

political motivation, as well as the possibility of none. But my first personal instinct of any link between Loughner and the Tea Party theory is I still wonder what his currency crazy is about, but we'll find out at some point, I guess). Then:

> His [MySpace Page] seems just plain nuts to me rather than Tea Partyish.

Compare this with Krugman with whom Chris lumps me:

> We don't have proof yet that this was political, but the odds are that it was.

Where did I ever make that leap? I left the question open, and then leaned toward the mental illness explanation as "a key part" of this. Then:

> So far, the content reveals a character not far from this reader's diagnosis: "This guy is a sui generis nut…no evidence that I can see of Tea Party influence. His concerns are to create his own reality." … It seems to me so far that he appears a disturbed and dangerous individual able to absorb shards of political conspiracy theories and turn them into evil.

At the end of my live-blogging, I conclude with Andrew Sprung's statement:

> It appears to me that this unfortunate insane individual is of no party or clique.

Did I explore the issue of far right violence after Giffords' father cited the Tea Party? You bet I did. How could I not? Did I ever "link the shootings to Republican ideology or rhetoric"? Nope. Do I think such rhetoric is over the top in a world where crazy people have access to guns? Yes. Do I agree with Giffords that Palin's imagery was dangerous? Yes. But as for the motive of Loughner, by the time 6.32 pm comes along, I have concluded that this was likely a psychotic breakdown, and cited a psychiatrist to that effect, and specifically ended with the case that he is "of no party". How can I be accused of linking Loughner to the GOP when I specifically cite that he seems to be "of no party"?

The Financial Times needs to run a correction.

 

ABOUT THE AUTHOR

2006-2011 archives for THE DAILY DISH, featuring Andrew Sullivan

From The Web

Ads by Revcontent

   

Document title: Caldwell&#39;s Unfairness - The Atlantic
Capture URL: https://www.theatlantic.com/amp/article/177212/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:48:24 GMT

Party? You bet I did. How could I not? Did I ever "link the shootings to Republican rhetoric"? No, except to say, as the Northern Alliance anchors did, it was related to the general atmosphere, where crazy people have access to guns? Yes. Do I agree with Giffords that Palin's imagery was dangerous? Yes. But as for the motive of Loughner, by the time 6.32 pm comes along, I have concluded that this was likely a psychotic breakdown, and cited a psychiatrist to that effect, and specifically ended with the case that he is "of no party". How can I be accused of linking Loughner to the GOP when I specifically cite that he seems to be "of no party"?

The Financial Times needs to run a correction.



ABOUT THE AUTHOR

2006-2011 archives for THE DAILY DISH, featuring Andrew Sullivan

From The Web

Ads by Revcontent


**How This App Can Teach You a Language In 3 Weeks**
Babbel


**Why Doctors in the Know No Longer Prescribe Blood Pressure Meds**
Vibrant Health Network


**20 Makeup Routines All Older Women Should Know**
Trending Memo


**There's A Reason Amazon Doesn't Want Women To Know About This Site**
Tophatter

## Most Popular

 1   Have Smartphones Destroyed a Generation?

 2   How America Lost Its Mind

 3   Is the World Slouching Toward a Grave Systemic Crisis?

 4   Why Does Trump Still Refuse to Criticize Putin?

 5   No Country for Colin Kaepernick

 6   The Average Guy Who Spent 6,003 Hours Trying to Be a Professional Golfer

 7   Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken

 8   How to Deal With North Korea

 9   Emmanuel Macron: Monsieur Unpopular

 10   A Question for Google's CEO

Copyright © 2017 by The Atlantic Monthly Group. All Rights Reserved.

Case 1:17-cv-04853-JSR   Document 70-14   Filed 12/30/19   Page 2 of 12



*The Atlantic*   Popular   Latest   Sections ⌄   Magazine ⌄   More ⌄   Subscribe   🔍

# Ten Days That Defined 2011

Out of the year's 365 days, here are 10 that made 2011 what it was.

RICHARD LAWSON | DEC 29, 2011 | **GLOBAL**

[f Share]  [🐦 Tweet]  [···]

TEXT SIZE  − +

*This article is from the archive of our partner* **The Wire**

*Out of the year's 365 days, here are 10 that made 2011 what it was.*

## A Shooting in Arizona



On the sunny morning of **January 8th**, a mentally ill man named Jared Loughner approached a town hall meeting being held in a Tucson Safeway parking lot by congresswoman Gabrielle Giffords and shot her point-blank in the head. He then opened fire on the crowd, killing six people, including a nine-year-old girl, and wounding fourteen others. As the newsmedia scrambled to get accurate reports from the horrific scene, Giffords was declared dead then alive then dead then alive, depending on who you were following. Giffords was in fact alive, and has made a pretty remarkable recovery in the almost-year since. Loughner is currently incarcerated and undergoing psychiatric treatment, after being diagnosed with schizophrenia and deemed unfit to stand trial in May. In a meta media sense, the bad thing to come out of this already terrible story was a round of blame hurling, with people rushing to point at Sarah Palin's infamous target map or Loughner's left seeming (but not really) anti-Bush sentiments. In truth, Loughner is clinically insane and this was not really about politics at all. That many, including us, immediately jumped to that conclusion says some pretty sorry things about the state of our political machine.

ARTICLE CONTINUES AFTER ADVERTISEMENT



NOW ON THEATLANTIC.COM

How Americans Are Still Reeling from the Great Recession

[READ NOW]

SPONSOR CONTENT
Betterment

## A Revolution Begins



Starting at the very end of 2010, pro-democracy protests in Tunisia led to the ousting of that nation's dictatorial president Zine El Abidine Ben Ali on



ALL-DAY OFFSITE MEETINGS CALL FOR ALL-DAY BATTERY LIFE.

QUALCOMM ENGINEERS BUILT THE ANSWER.

QUALCOMM

## A Revolution Begins



Starting at the very end of 2010, pro-democracy protests in Tunisia led to the ousting of that nation's dictatorial president Zine El Abidine Ben Ali on **January 14th.** The Tunisians' struggle and success created a wave of civic protests, both peaceful and violent, that swept across North Africa and into the Middle East, a phenomenon that came to be known as Arab Spring. Rallies began in Cairo, Egypt on January 25th, beginning the Egyptian Revolution that would see the end of Hosni Mubarak's reign and Tahrir Square's elevation to that of a household place name. Later, NATO deployed bombers to aid Libyan revolutionaries, who captured and killed long-reviled big bad Muammar Qaddafi sometime around October 20th. Now, civil unrest continues in Syria (and in Egypt and in Libya and in Yemen, etc.) and the political fate of the region remains uncertain. (As do its economic prospects.) What made January 14th, and many other days of Arab Spring, so landmark, beyond the obvious, is that much of the protesting was organized using 21st century media, particularly social networks like Facebook and Twitter. It would be grandiose and overreaching to say that either one of them personally felled any dictators, but they certainly proved effective rallying tools.

## Charlie's Wild Ride



On Thursday, **February 24th** actor Charlie Sheen did an interview with radio host Alex Jones in which he lashed out at *Two and a Half Men* creator Chuck Lorre, a bizarre and drug-fueled tirade that led to his firing from the show and began a long and strange trip down the tiger blood-soaked rabbit hole that is Charlie Sheen's mind. We all watched in awe as his brand spanking new Twitter account gained what seemed like 10,000 new followers every second on the day he started it, March 1st. The harrowing celebrity supernova experience seemed like it would never end -- there were goddesses and roasts and videos and more addled rantings -- but, as these things go, the whole thing had basically sputtered out by the fall. Now *Two and a Half Men* is back and going strong (ratings-wise, at least) with Ashton Kutcher as the replacement Sheen (whose character died a terrible off-screen death), while Charlie is on quiet damage control, trying to put a new show together and acting contrite in interviews. Phew!

## Catastrophe in Japan



On **March 11th**, a massive earthquake struck off the coast of Japan, triggering a tsunami that reached heights of 130 feet and traveled ten miles inland. The horror of the disaster was compounded when damaged nuclear reactors began failing and the possibility of a major fallout catastrophe loomed. Luckily the reactors were eventually cooled and repaired, by insanely brave workers who walked into radioactive ground zeros, and radiation leakage, while high, did not reach cataclysm-level. Still, some 15,000 people lost their lives in the tsunami and entire towns were wiped off the map. Reaction was immediate and mostly sympathetic, save for those few who made unfortunate Pearl Harbor references or poorly timed jokes on various social media outlets. On the lighter side of the year in earthquakes, a 5.8 magnitude quake struck in

 Home     Share    Tweet

Next story in **Global** ›

lives in the tsunami and entire towns were wiped off the map. Reaction was immediate and mostly sympathetic, save for the few who made unfortunate Pearl Harbor references or poorly timed jokes on various social media outlets. On the lighter side of the year in earthquakes, a 5.8 magnitude quake struck in Virginia on August 23rd, a surreal but ultimately harmless experience that shook (and shocked) East Coasters who thought such a thing impossible. The National Cathedral and Washington Monument were damaged, but really the Great East Coast Earthquake of 2011 mostly existed so people in the BosWash corridor can now say we've felt an earthquake too.

## A Surprising New Star



Also bizarrely on **March 11th**, fittingly a Friday, *Mystery Science Theater 3000* comedian Michael J. Nelson tweeted a link to a music video calling it "the worst video ever made." That video? "Friday," a tuneless yet auto-tuned music video by a young lady named Rebecca Black, the first guinea pig out of the Ark Music Factory, a company that records songs and makes videos for teen wannabes in exchange for cash. For whatever reason, by the time Friday had become Monday, Black's video was a phenomenon. When Ark pulled the video from YouTube (only to repost for maximum monetizing) on June 16th, the video had been watched nearly 170 million times. (That's almost three views for every living soul in the UK, for some perspective.) Did Rebecca Black's insane rise to infamy teach us anything? Maybe something about the power of YouTube, or Twitter, or how fast-spreading the digital conversation can be. But mostly it taught us the days of the week. If yesterday was Thursday, then today is... Friday!

ARTICLE CONTINUES AFTER ADVERTISEMENT

SPONSOR CONTENT · Fidelity                              PREVIEW

If you live in a smart city, the street lights might be texting you before long.

Listen to "When Cities Get Smart"

THE FUTURE ACCORDING TO NOW

A NEW PODCAST

Listen to Episode 6

## A Modern Fairy Tale



It had been thirty long years since the unwashed masses got to witness a grand British royal wedding, so anticipation for the impending nuptials of Prince William to party supply heiress Kate Middleton had reached a fever pitch by the time the shindig went down on **April 29th**. The ceremony, which was mostly boring pomp and circumstance, just about took over the internet -- an instant star was born as Kate's sister Pippa made her international debut, and Princess Beatrice's

🅰 Home     f Share     🐦 Tweet

Next story in **Global** ›

on **April 29th**. The ceremony, which was mostly boring  royal wedding stuff. While many may find the idea of royalty politically and economically silly, as far as entertainment goes, you can do little better. The problem is now our appetite for grand weddings has been whetted, and we really kinda need Harry to get married like right away. To us, preferably. But if not, Pippa will do.

born as Kate's sister Pippa made her international debut, and Princess Beatrice's hat became the most important hat since Aretha Franklin's inauguration chapeau in 2009. There were kisses and horses and a long white train and all that good royal wedding stuff. While many may find the idea of royalty politically and economically silly, as far as entertainment goes, you can do little better. The problem is now our appetite for grand weddings has been whetted, and we really kinda need Harry to get married like right away. To us, preferably. But if not, Pippa will do.

---

## Mission Actually Accomplished



On the evening of **May 1st**, a Sunday, an announcement went out saying that President Obama would be making some sort of... announcement later in the night, the subject of which was unclear. People on Twitter, Facebook, and all other manner of social media immediately began speculating about the topic -- a death, a war, a pregnancy? -- but the most popular guess was that nearly ten years after the September 11th terrorist attacks that he orchestrated, Al Qaeda head Osama bin Laden had been killed or captured. The conjecture quickly became fact and essentially the entire nation, or at least those that were near a television or computer, watched and waited for the formal announcement. Finally, hours after the initial speculation began, the president delivered a brief-ish speech confirming bin Laden's death and giving the rough details of the Navy SEAL raid in Pakistan that killed him. "Long form death certificate" jokes abounded on Twitter, a strange cheering death cult formed, we were reminded of our own mortality as we realized that many kids don't even know who Osama bin Laden is, and Obama's (don't say Osama's! That was a common misspeak in those first heady days) approval ratings spiked. The mission was probably the most concrete and tangible success of the often dismaying and misguided War on Terror, and it gave many hope that our bad fortunes were reversing. Of course the news ultimately didn't change much of anything -- terrorism still exists, Afghanistan is still a depressing nightmare -- but at least we got the top guy, right?

## Weiner Slip



ADVERTISEMENT

SIEMENS
Ingenuity for life

When you control your
own energy, you control
your future.

Learn more

On **May 27th**, beloved New York congressman Anthony Weiner accidentally tweeted out a picture of a man's crotch, only to quickly delete the post and blame it on some sort of hacking. But, as happens in this internet age, the truth quickly revealed itself: Weiner had been sending pictures of his, well, self to women and one accidentally got made public. One woman he'd sent the image to gave it to conservative blogger Andrew Breitbart and a standoff began. Weiner denied, denied, denied, insisting he was hacked, but on June 6th he held a press conference during which he admitted that he'd been sexting and resigned from office. Two days later, the photo leaked. An embarrassing (though perhaps temporary) end to a promising political career. Weiner wasn't the only congressman felled by technology this year, as the trawlers at Gawker got ahold of and published, on February 9th, a Craigslist sex ad posted by New York representative Christopher Lee, who resigned amid the scandal. And of course actor turned California governor Arnold Schwarzenegger split from his wife this

 

Home    Share    Tweet

Next story in **Global** >

---

of and published, on February 9th, a Craigslist sex ad posted by New York representative Christopher Lee, who resigned amid the scandal. And of course actor turned California governor Arnold Schwarzenegger split from his wife this spring, only to admit on May 17th that he had secretly fathered a child by another woman. He was safely out of office by then, but it was insanely bad PR for a guy who was trying to ingratiate himself to American movie audiences again. Tsk tsk, gentlemen.

---

ARTICLE CONTINUES AFTER ADVERTISEMENT

ALL THE LATEST GADGETS WITHIN A CLICK'S REACH
CLICK NOW!

---

### The Rise of the 99%



On **September 17th**, a thousand or so protesters, spurred on by the Canadian magazine *Adbusters* and the hacktivist group Anonymous, took to Wall Street to protest corporate greed, big business's influence in Washington, and a lot of other stuff. They quickly settled in nearby Zuccotti Park and were dubbed, or dubbed themselves, Occupy Wall Street, which was a domain name registered by *Adbusters* back in June. Similar Occupy protests began to sprout up all over the world as the core Zuccotti protest grew, with celebrity endorsers and gallons of blog ink behind it. After one false start, the Zuccotti Park encampment was eventually broken up by police on November 15th, after nearly two months of drum beating, car pooping, and other annoyances that unfortunately distracted from the movement's genuinely important, if perhaps too big to wrangle, message about human lives lived as pawns of the always dispassionate and indifferent financial sector. It's hard to say if anything specific was accomplished by the Occupy protests, but there is certainly at least an acute awareness now of the left's version of the Tea Party. (A comparison that, yes, *may* be a little specious, but also kind of fits.)

### Death of Invention



On **October 5th**, Steve Jobs, the co-founder, CEO, and creative visionary (to use a word often used when discussing him) of innovative tech giant Apple, died after a long struggle with pancreatic cancer. Jobs, who had stepped down from his position in August, was a hero to many in the tech/online community, and thus tributes were myriad in the days after his death. There were also some harsher analyses of his legacy, but mostly people just felt sad -- sad like a rockstar or someone of that status had died. Jobs made computers, yes, but he also expertly sold a particular lifestyle: Something at once sleek and functional but also whimsical and playful. The proud owner of a shiny-cool Apple product -- be it computer, phone, or music device -- was granted, to some, a kind of instant cachet. They bought the more expensive products because they smoothly functioned like wondrous external organs. And to some, they helped define personhood and personality. Because Jobs himself was so personally tied up in this mystique, some feared Apple stock would suffer in the wake of his death. But the inherent strength of his products endured and the company has continued on smoothly. Still, it's hard to imagine



How Men Tighten Skin

LATEST VIDEO

 Home     Share    Tweet

Next story in **Global** ›

---

Document title: Ten Days That Defined 2011 - The Atlantic
Capture URL: https://www.theatlantic.com/international/archive/2011/12/ten-days-defined-2011/333741/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:46:39 GMT

Page 5 of 11

Jobs himself was so personally tied up in this mystique, some feared Apple stock would suffer in the wake of his death. But the inherent strength of his products endured and the company has continued on smoothly. Still, it's hard to imagine any other nerd in a turtleneck engendering as much adoration as Jobs, and perhaps rightfully so -- people used his products to Occupy, to watch "Friday," to text the Red Cross for Japan, to organize protests in North Africa, to read the news of Osama bin Laden's death. Job's death marked a year that, in some ways, his accomplishments helped make possible.

*This article is from the archive of our partner The Wire.*

**f** Share    **Tweet**    **Comments**



**How Men Tighten Skin**
LATEST VIDEO

**How Cable News Fails Viewers**
Jon Lovett wonders if political commentary has become theater criticism.

**From The Web**

Ads by Revcontent


**Front Sight Focus is Actually Making You a Whimp Shooter**
Spec Ops Shooting


**Very Few People Can Answer These 10 U.S History Questions**
Topix


**Mainstream Media Refuses to Report Truth? Fake News is an Epidemic**
Carey Research


**Best Defense Against Attacker is Not Pepper Spray**
SafesouId Personal Alarm

# Most Popular



1

### Have Smartphones Destroyed a Generation?
JEAN M. TWENGE

One day last summer, around noon. I called Athena, a 13-year-old who lives in Houston, Texas. She answered her phone—she's had an iPhone since she was 11—sounding as if she'd just woken up. We chatted about her favorite songs and TV shows, and I asked her what she likes to do with her friends. "We go to the mall," she said, "Do your parents drop you off?," I asked, recalling my own middle-school days, in the 1980s, when I'd enjoy a few parent-free hours shopping with my friends. "No—I go with my family," she

CONTINUE READING



2

### How America Lost Its Mind
KURT ANDERSEN

When did America become untethered from reality?

I first noticed our national lurch toward fantasy in 2004, after President George W. Bush's political mastermind, Karl Rove, came up with the remarkable phrase *reality-based community*. People in "the reality-based community," he told a reporter, "believe that solutions emerge from your judicious study of discernible reality ... That's not the way the world really works anymore." A year later, *The Colbert*

CONTINUE READING

Document title: Ten Days That Defined 2011 - The Atlantic
Capture URL: https://www.theatlantic.com/international/archive/2011/12/ten-days-defined-2011/333741/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:46:39 GMT

Page 6 of 11

the world really works anymore." A year later, *The Colbert*

CONTINUE READING

---



### Is the World Slouching Toward a Grave Systemic Crisis?

**PHILIP ZELIKOW**

*On August 5, Philip Zelikow delivered the following keynote address at the annual meeting of the Aspen Strategy Group, a discussion forum for experts and government practitioners. Zelikow, who is currently the White Burkett Miller Professor of History at the University of Virginia, has served at all levels of American government, and for administrations of both parties —including roles at the White House, State Department, and Pentagon. He was also the executive director of the 9/11 Commission. In this speech he reflects on the much-discussed*

CONTINUE READING

---



### Why Does Trump Still Refuse to Criticize Putin?

**DAVID A. GRAHAM**

President Trump is most comfortable when he's on the verbal offensive. He loves a good war of words, whether his target is a foreign adversary, a foreign ally, a Republican rival, or Rosie O'Donnell. According to a *New York Times tally*, Trump has attacked 351 separate people, places, and things on Twitter alone since July 2015.

The president has demonstrated that tendency this week, with his escalating, improvised threats against North Korea

CONTINUE READING

---



### No Country for Colin Kaepernick

**VANN R. NEWKIRK II**

A year ago, Colin Kaepernick—as an injured San Francisco 49ers backup quarterback during an exhibition game— began his practice of sitting during the pregame rendition of the national anthem. "I am not going to stand up to show pride in a flag for a country that oppresses black people and people of color," he said of his protest. Through the season, even as he regained the starting gig for 11 games, Kaepernick continued his demonstration.

CONTINUE READING

---



### The Average Guy Who Spent 6,003 Hours Trying to Be a Professional Golfer

**STEPHEN PHILLIPS**

Dan McLaughlin reckons he's sat down to compose the farewell post to the Dan Plan a hundred times. "I just don't know what to write," he says.

Sitting in his spartan home in Portland, Oregon, McLaughlin is self-effacing and soft spoken. He recently

Document title: Ten Days That Defined 2011 - The Atlantic
Capture URL: https://www.theatlantic.com/international/archive/2011/12/ten-days-defined-2011/333741/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:46:39 GMT

Page 7 of 11



Dan McLaughlin reckons he's sat down to compose the
artisanal soft-drink venture. Discussing the
know what to write," he says.

Sitting in his spartan home in Portland, Oregon,
McLaughlin is self-effacing and soft-spoken. He recently
launched an artisanal soft-drink venture. Discussing the
Dan Plan is like reaching back into another life: Seven-plus
years ago, aged 30 and unsure even of which hand to grip a

CONTINUE READING

---



### Trump Is 'Locked and Loaded' in a Nuclear Game of Chicken

KRISHNADEV CALAMUR

President Trump this week has gone from saying the U.S.
will respond to North Korean threats with "fire and fury like
the world has never seen" to clarifying those words were
perhaps not "tough enough," and to spelling out Friday, in
case there were doubts, that the U.S. military was "locked
and loaded" to counter any threat.

 Donald J. Trump 

CONTINUE READING

---



### How to Deal With North Korea

MARK BOWDEN

点击这里阅读中文版本 | Read this article in Chinese.

Thirty minutes. That's about how long it would take a
nuclear-tipped intercontinental ballistic missile (ICBM)
launched from North Korea to reach Los Angeles. With the
powers in Pyongyang working doggedly toward making this
possible—building an ICBM and shrinking a nuke to fit on it
—analysts now predict that Kim Jong Un will have the

CONTINUE READING

---



### Emmanuel Macron: Monsieur Unpopular

YASMEEN SERHAN

Emmanuel Macron has said that he wants to govern like the
Roman god Jupiter, staying above the fray of everyday
government issues. But less than three months into the
French president's time in office, his poll numbers are
proving just how mortal he is. U.K.-based pollster YouGov
reported a seven-point drop in the young leader's approval
rating, which fell from 43 to 36 percent over the month of
July. French pollster Ifop observed a similar decline over the
same period, noting that "Apart from Jacques Chirac in July

CONTINUE READING

---



### A Question for Google's CEO

CONOR FRIEDERSDORF

Document title: Ten Days That Defined 2011 - The Atlantic
Capture URL: https://www.theatlantic.com/international/archive/2011/12/ten-days-defined-2011/333741/
Capture timestamp (UTC): Fri, 11 Aug 2017 20:46:39 GMT



### A Question for Google's CEO

CONOR FRIEDERSDORF

When CEO Sundar Pichai addressed a controversial memo about diversity that circulated inside Google, culminating in the termination of its author, James Damore, he began by telling the company's 72,053 employees that "we strongly support the right of Googlers to express themselves, and much of what was in that memo is fair to debate, regardless of whether a vast majority of Googlers disagree with it."

"However," he added, "portions of the memo violate our

CONTINUE READING



### 'Holy Shit, We're in a Cult'

JACLYN SKURIE AND NICOLAS POLLOCK

EnlightenNext was an organization that promised spiritual awakening. Instead, it turned into a complicated, often-sinister community.

WATCH VIDEO



### What Does 'Late Capitalism' Really Mean?

LEAH VARJACQUES, ALICE ROTH, AND ANNIE LOWREY

The intellectual meme for a garbage economy

WATCH VIDEO



### Can Single People Be Happy?

KASIA CIEPLAK-MAYR VON BALDEGG, SAM PRICE-WALDMAN, AND GREYSON KORHONEN

We asked experts.

WATCH VIDEO

MORE POPULAR STORIES

0 Comments     The Atlantic                                    Login

♡ Recommend      ⚐ Share                              Sort by Best





MORE POPULAR STORIES

0 Comments The Atlantic 1 Login

Recommend Share Sort by Best

Start the discussion...

LOG IN WITH OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

ALSO ON THE ATLANTIC

**No Country for Colin Kaepernick**
264 comments • 4 hours ago
Bill Smith — Lesson here is this: if you are going to be a controversial figure who wants to lecture to the people paying ...

**Trump Doubles Down on North Korea**
297 comments • a day ago
bigjericho — Oh, shut the hell up. Every day this guy proves that he's unfit to lead and you know it. Stop making excuses ...

**The Democratic Party's Abortion Dilemma**
203 comments • a day ago
viskarenvisla — Shocking stupidity on the part of the Democrats, shows they've learned nothing from their stunning ...

**Why Does Trump Still Refuse to Criticize Putin?**
307 comments • 4 hours ago
whynotsomethingsomething — That's the beauty of kompromat...Putin's got something on Trump, he owns Trump. ...

Subscribe Add Disqus to your site Privacy DISQUS

## Subscribe

Get 10 issues a year and save 65% off the cover price.

Name
Address 1 Address 2
City State Zip
United States Email
ORDER NOW

Fraud Alert regarding The Atlantic

## Newsletters

*The Atlantic*
- *The Atlantic* Daily
- This Week
- This Month
- New Photo Galleries
- Top Videos This Week
- Politics & Policy Daily

*CityLab*
- Today's Top Stories
- This Week's Most Popular Stories
- *I want to receive updates from partners and sponsors.*

Email
SIGN UP

## Follow

Facebook
Twitter
LinkedIn
Instagram
Tumblr
Pinterest
RSS
App Store

## About

Masthead
Contact Us
FAQ
Send a News Tip
Press
Privacy Policy
Jobs
Advertise
Shop
Advertising Guidelines
Books
Terms and Conditions
Emporium
Responsible Disclosure





Recommend Share Sort by Best

Start the discussion...

LOG IN WITH

OR SIGN UP WITH DISQUS ?

Name

Be the first to comment.

ALSO ON THE ATLANTIC

**No Country for Colin Kaepernick**
264 comments • 4 hours ago•
Bill Smith — Lesson here is this: if you are going to be a controversial figure who wants to lecture to the people paying ...

**Trump Doubles Down on North Korea**
297 comments • a day ago•
bigjericho — Oh, shut the hell up. Every day this guy proves that he's unfit to lead and you know it. Stop making excuses ...

**The Democratic Party's Abortion Dilemma**
203 comments • a day ago•
viskarenvisle — Shocking stupidity on the part of the Democrats, shows they've learned nothing from their stunning ...

**Why Does Trump Still Refuse to Criticize Putin?**
307 comments • 4 hours ago•
whynotsomethingsomething — That's the beauty of kompromat...Putin's got something on Trump, he owns Trump. ...

Subscribe Add Disqus to your site Privacy DISQUS

## Subscribe

Get 10 issues a year and save 65% off the cover price.

Name
Address 1 | Address 2
City | State | Zip
United States | Email
ORDER NOW

Fraud Alert regarding The Atlantic

## Newsletters

*The Atlantic*
- *The Atlantic* Daily
- This Week
- This Month
- New Photo Galleries
- Top Videos This Week
- Politics & Policy Daily

*CityLab*
- Today's Top Stories
- This Week's Most Popular Stories
- *I want to receive updates from partners and sponsors.*

Email
SIGN UP

## Follow

Facebook
Twitter
LinkedIn
Instagram
Tumblr
Pinterest
RSS
App Store

## About

Masthead
Contact Us
FAQ
Send a News Tip
Press
Privacy Policy
Jobs
Advertise
Shop
Advertising Guidelines
Books
Terms and Conditions
Emporium
Responsible Disclosure
Manage Subscription
Site Map

TheAtlantic.com Copyright (c) 2017 by The Atlantic Monthly Group. All Rights Reserved.

≡ SECTIONS  🏠 HOME  🔍 SEARCH

The New York Times

SUBSCRIBE NOW    LOG IN    ⚙

| EDITORIAL | DAVID BROOKS | DAVID LEONHARDT | THE CONVERSATION | PAID POST: TNT "WILL" | OP-ED CON |
|---|---|---|---|---|---|
| The Travel Ban at the Supreme Court | The G.O.P. Rejects Conservatism | A Vote of Conscience and Courage | What Do We Have a Government for? | Who Were Shakespeare's Off-Stage Women? | The Sena Bipartisa |



Veuve Clicquot

**Veuve Clicquot Polo Classic**
Experience the 2017 event

WATCH NOW

**The Opinion Pages** | OP-ED COLUMNIST

# She Who Must Not Be Named

 **Charles M. Blow**   DEC. 3, 2010

f  🐦  ✉  ↗  🔖  335

This is it. This is the last time I'm going to write the name Sarah Palin until she does something truly newsworthy, like declare herself a candidate for the presidency. Until then, I will no longer take part in the left's obsessive-compulsive fascination with her, which is both unhealthy and counterproductive.

She's the Zsa Zsa Gabor of American politics. She once did something noteworthy, but she's now just famous for being famous.

She was a vice presidential nominee. But she lost. She was the governor of Alaska. But she quit. Now she's just a political personality — part cheerleader, part bomb-thrower — being kept afloat in part by the hackles of her enemies and the people who admire her resilience in the face of them. The left's outsize and unrelenting assault on her has made her a folk hero. The logic goes that if she's making people on the left this upset, she must be doing something right.

Yet the left continues to elevate her every utterance so that they can mock and deride her. The problem is that this strategy continues to backfire. The more the left tries to paint her as one of the "Mean Girls," the more the right sees her as "Erin Brockovich." The never-ending attempts to tear her down only build her up. She's like the ominous blob in the horror films: the more you shoot at it, the bigger and stronger it becomes.

RELATED COVERAGE

There's Something About Sarah   DEC. 3, 2010



**Charles M. Blow**
Politics, public opinion and social justice.

Trump Is Girding for a Fight   JUN 19
Rhetoric and Bullets   JUN 15
The Resistance: Impeachment Anxiety   JUN 12
James Comey Cometh   JUN 7
Trump's Incredible Shrinking America   JUN 3

See More »

💬 RECENT COMMENTS

**Savanna**  December 4, 2010
Finally, it looks like we've had enough of her. But she is so funny, and believe me here is so little to laugh at right now, it will be...

**ivehadit**  December 4, 2010
might have thought about before subjecting us to another nonsensical article about Sarah Palin.

**sandellen**  December 4, 2010
Brilliant. Enough said.

SEE ALL COMMENTS



Charles M. Blow
Damon Winter/The New York Times

8
ARTICLES REMAINING  ›

Document title: She Who Must Not Be Named - The New York Times
Capture URL: http://www.nytimes.com/2010/12/04/opinion/04blow.html
Capture timestamp (UTC): Tue, 27 Jun 2017 14:46:23 GMT

Page 1 of 3

The Opinion Pages | She Who Must Not Be Named








EDITORIAL
The Travel Ban at the Supreme Court

DAVID BROOKS
The G.O.P. Rejects Conservatism

DAVID LEONHARDT
A Vote of Conscience and Courage

THE CONVERSATION
What Do We Have a Government for?

PAID POST TNT "WILL"
Who Were Shakespeare's Off-Stage Women?

OP-ED CON
The Sena
Bipartisa

Charles M. Blow
Damon Winter/The New York Times

Yes, she's about as sharp as a wet balloon, but we already know that. How much time and energy must be devoted to dissecting that? How is this constructive, or even instructive at this point? What purpose does it serve other than inflaming passions to drive viewership and Web clicks?

As Politico's editor in chief, John F. Harris, and its executive editor, Jim VandeHei, very candidly expressed in August: "More traffic comes from an item on Sarah Palin's 'refudiation' faux pas than from our hundreds of stories on the complexities of health care reform or Wall Street regulation."

ADVERTISEMENT


INTRODUCING THE WORLD'S MOST SECURE

So left-leaning blogs like The Huffington Post plaster pictures of her and her family all over their sites with entries about her latest gaffe or sideswipe. But she's barely mentioned on popular conservative blogs.

The same leftward skew is also true on television. An analysis of CNN, MSNBC and Fox News from Nov. 3 to Dec. 2, using data from ShadowTV, a monitoring service, found that CNN mentioned the name "Sarah Palin" nearly 800 times. (O.K., I had to write her name there. Sorry.) Left-leaning MSNBC mentioned it nearly 1,000 times. But Fox News, which employs her, mentioned it fewer than 600 times. (Secondary mentions like "Sarah" or "Palin" are not included in the count. Neither is "Mama Grizzly.")

People on the left seem to need her, to bash her, because she is, in three words, the way the left likes to see the right: hollow, dim and mean. But since she's feeding on the negativity, I suggest three other words: get over it.

———


Get the latest Office
for your business
+1 TB of file storage
Office 365
Now only
$10.00
per month
Microsoft    Click Here ▶
AdChoices

I invite you to join me on Facebook and follow me on Twitter, or e-mail me at chblow@nytimes.com.

A version of this op-ed appears in print on December 4, 2010, on Page A23 of the New York edition with the headline: She Who Must Not Be Named. Today's Paper | Subscribe

RELATED COVERAGE

There's Something About Sarah    DEC. 3, 2010

Charles M. Blow
Politics, public opinion and social justice.

Trump Is Girding for a Fight
Trump and team are attempting to defame and delegitimize the Russia investigation.

Rhetoric and Bullets
Our talk should never promote violence, but it needn't be timid.

The Resistance: Impeachment Anxiety
It's important to face the very real possibility that Trump's removal may not come.

More in Opinion                                    Go to the Opinion Section »

TRENDING

1  Senate Health Bill Reels as C.B.O. Predicts 22 Million More Uninsured

2  Op-Ed Columnist: The G.O.P. Rejects Conservatism

3  Google Fined Record $2.7 Billion in E.U. Antitrust Ruling

4  The Interpreter: Canada's Secret to Resisting the West's Populist Wave

5  3 CNN Journalists Resign After Retracted Story on Trump Ally

8
ARTICLES REMAINING



Document title: She Who Must Not Be Named - The New York Times
Capture URL: http://www.nytimes.com/2010/12/04/opinion/04blow.html
Capture timestamp (UTC): Tue, 27 Jun 2017 14:46:23 GMT

**SApp-133**

## The New York Times

The Opinion Pages  |  EDITORIAL

# Bloodshed and Invective in Arizona

JAN. 9, 2011

She read the First Amendment on the House floor — including the guarantee of "the right of the people peaceably to assemble" — and then flew home to Arizona to put those words into practice. But when Gabrielle Giffords tried to meet with her constituents in a Tucson parking lot on Saturday, she came face to face with an environment wholly at odds with that constitutional ideal, and she nearly paid for it with her life.

Jared Loughner, the man accused of shooting Ms. Giffords, killing a federal judge and five other people, and wounding 13 others, appears to be mentally ill. His paranoid Internet ravings about government mind control place him well beyond usual ideological categories.

But he is very much a part of a widespread squall of fear, anger and intolerance that has produced violent threats against scores of politicians and infected the political mainstream with violent imagery. With easy and legal access to semiautomatic weapons like the one used in the parking lot, those already teetering on the edge of sanity can turn a threat into a nightmare.

Last spring, Capitol security officials said threats against members of Congress had tripled over the previous year, almost all from opponents of health care reform. An effigy of Representative Frank Kratovil Jr., a Maryland Democrat, was hung from

a gallows outside his district office. Ms. Giffords's district office door was smashed after the health vote, possibly by a bullet.

The federal judge who was killed, John Roll, had received hundreds of menacing phone calls and death threats, especially after he allowed a case to proceed against a rancher accused of assaulting 16 Mexicans as they tried to cross his land. This rage, stirred by talk-radio hosts, required marshals to give the judge and his family 24-hour protection for a month. Around the nation, threats to federal judges have soared for a decade.

It is facile and mistaken to attribute this particular madman's act directly to Republicans or Tea Party members. But it is legitimate to hold Republicans and particularly their most virulent supporters in the media responsible for the gale of anger that has produced the vast majority of these threats, setting the nation on edge. Many on the right have exploited the arguments of division, reaping political power by demonizing immigrants, or welfare recipients, or bureaucrats. They seem to have persuaded many Americans that the government is not just misguided, but the enemy of the people.

That whirlwind has touched down most forcefully in Arizona, which Pima County Sheriff Clarence Dupnik described after the shooting as the capital of "the anger, the hatred and the bigotry that goes on in this country." Anti-immigrant sentiment in the state, firmly opposed by Ms. Giffords, has reached the point where Latino studies programs that advocate ethnic solidarity have actually been made illegal.

Its gun laws are among the most lenient, allowing even a disturbed man like Mr. Loughner to buy a pistol and carry it concealed without a special permit. That was before the Tucson rampage. Now, having seen first hand the horror of political violence, Arizona should lead the nation in quieting the voices of intolerance, demanding an end to the temptations of bloodshed, and imposing sensible controls on its instruments.

A version of this editorial appears in print on January 10, 2011, on Page A20 of the New York edition with the headline: Bloodshed and Invective in Arizona.

© 2017 The New York Times Company

Case 22-558, Document 91-2, 12/09/2022, 3434267, Page40 of 54

**SApp-136**

☰ SECTIONS   🔍 HOME  Q SEARCH   **The New York Times**   SUBSCRIBE NOW   LOG IN   ⚙

NICHOLAS KRISTOF
How to Win a War on Drugs

EDITORIAL
World Hunger Haunts the U.N. Festivities

DAVID BROOKS
The Coming War on Business

PAUL KRUGMAN
Cruelty, Incompetence and Lies

ROGER COHEN
Macron's Art of the Dead

FAST PREP: BOTTEGA VENETA
When German Practicality Meets Italian Luxury — in a Bag

BOTTEGA VENETA

CONTR
In Ru
Anti-

  

🎬 Daydream

Explore a whole new way of playing games and watching your favorite content

**Daydream**

Get the best VR games and apps on Daydream by Google.

Learn more →

Opinion / EDITORIAL

## As We Mourn

JAN. 12, 2011

🔗 🐦 ✉ ➤ 🔖 273

It is a president's responsibility to salve a national wound. President Obama did that on Wednesday evening at the memorial service in Tucson for the six people who died in last weekend's terrible shooting. It was one of his most powerful and uplifting speeches.

Mr. Obama called on ideological campaigners to stop vilifying their opponents. The only way to move forward after such a tragedy, he said, is to cast aside "point-scoring and pettiness." He rightly focused primarily on the lives of those who died and the heroism of those who tried to stop the shooter and save the victims. He urged prayers for the 14 wounded, including Representative Gabrielle Giffords, the target of the rampage. Their stories needed to be told, their lives celebrated and mourned.

It was important that Mr. Obama transcend the debate about whose partisanship has been excessive and whose words have sown the most division and dread. This page and many others have identified those voices and called on them to stop demonizing their political opponents. The president's role in Tucson was to comfort and honor, and instill hope.

This horrific event, he said, should be a turning point for everyone — "not because a simple lack of civility caused this tragedy – it did not – but rather because only a more civil and honest public discourse can help us face up to our challenges as a nation."

He also said that after a senseless tragedy it is natural to try to impose some meaning. Wisely, he did not try. But he was right to warn that any proposals to reduce this kind of bloodshed will remain out of reach if political discourse remains deeply polarized. Two of those essential proposals, we believe, are gun safety laws and improvement to the mental health system, and it was heartening to hear the president bring them up.

Mr. Obama noted that several of Saturday's victims were struck down as they performed public service. Ms. Giffords was engaging in the most fundamental act of a representative: meeting with her constituents to hear their concerns. Gabriel Zimmerman, her murdered aide, had set up the "Congress on Your Corner" event. John Roll, the murdered federal judge who lived nearby, came into the line of fire while thanking Ms. Giffords for helping to ease his court's crowded legal calendar.

Many of the other victims were performing one of citizenship's most basic duties: listening to and questioning one of their political representatives. Christina Taylor Green, the 9-year-old student council president who was killed, was brought there by a neighbor because of her interest in politics.

The president's words were an important contrast to the ugliness that continues to swirl in some parts of the country. The accusation by Sarah Palin that "journalists

🔲 RECENT COMMENTS

**Mansora Minhas** January 13, 2011
We all heard the two most important speeches in the aftermath of the gonna tragedy that will likely define and shape the future political

**kalian publics** January 13, 2011
Civility needs civilians. As far as my eye can see politicians, left, right and in-between, are officers giving out orders in a war for

**KraftPaper** January 13, 2011
Now the media stands up. Now that six people including a child born on the day of the attack. Well it's a bit late. Not too late. But I

SEE ALL COMMENTS

FROM OUR ADVERTISERS

AMERICAN EXPRESS
An Open Palate, an Open Mind
The secret deliciousness of sea urchin.

COLUMBIA BUSINESS SCHOOL
School with Business in Mind
Relationships are the biggest benefit of business school.

UC DAVIS
Making Things Fishier
Preserving a precious salmon run.

DELTA
VIDEO: Atlanta's Ascent
How Atlanta gained international attention through flight.



This Razor Is Changing a

**Opinion Today**

Every weekday, get thought-provoking commentary from Op-Ed columnists, The Times editorial board and contributing writers from around the world.

Enter your email address    Sign Up

☑ You agree to receive occasional updates and special offers for The New York Times's products and services.

I'm not a robot    reCAPTCHA

SEE SAMPLE | PRIVACY POLICY | OPT OUT OR CONTACT US ANYTIME


NICHOLAS KRISTOF
How to Win a War on Drugs

        

EDITORIAL
World Hunger Haunts the U.N. Festivities

DAVID BROOKS
The Coming War on Business

PAUL KRUGMAN
Cruelty, Incompetence and Lies

ROGER COHEN
Macron's Art of the Deal

PAID POST: BOTTEGA VENETA
When German Practicality Meets Italian Luxury — in a Bag



year-old student council president who was killed, was brought there by a neighbor because of her interest in politics.

The president's words were an important contrast to the ugliness that continues to swirl in some parts of the country. The accusation by Sarah Palin that "journalists and pundits" had committed a "blood libel" when they raised questions about overheated rhetoric was especially disturbing, given the grave meaning of that phrase in the history of the Jewish people.

Earlier in the day, the speaker of the House, John Boehner, and the minority leader, Nancy Pelosi, issued their own, very welcome, calls to rise above partisanship. It is in that arena where Wednesday's high-minded pledges will be tested most.

Mr. Obama said that it must be possible for Americans to question each other's ideas without questioning their love of country. We hope all of America's leaders, and all Americans, will take that to heart.



**This Razor Is Changing a $13 Billion Industry**
Harry's | Sponsored            READ MORE >>

## More in Opinion

Go to the Opinion Section »



NICHOLAS KRISTOF
How to Win a War on Drugs



EDITORIAL
World Hunger Haunts the U.N. Festivities



PAID POST: BOTTEGA VENETA
The It Bag for the Multitasking Modern Woman



DAVID BROOKS
The Coming War on Business



PAUL KRUGMAN
Cruelty, Incompetence and Lies



ROGER COHEN
Macron's Art of the Deal

## Recommended for You

Go to All Recommendations »



Aaron Hernandez Found to Have Severe C.T.E.



North Korea Hits New Level of Brinkmanship in Reacting to Trump



Facebook to Turn Over Russian-Linked Ads to Congress

### TRENDING

1. North Korea Hits New Level of Brinkmanship in Reacting to Trump

2. McCain Announces Opposition to Republican Health Bill, Likely Dooming Its Fate

3. On Washington: Behind New Obamacare Repeal Vote, 'Furious' G.O.P. Donors

4. Opinion: Why Texas Is No Longer Feeling Miraculous

5. Kim Jong-un Called Trump a 'Dotard.' What Does That Even Mean?

6. Op-Ed Columnist: Cruelty, Incompetence and Lies

7. Aaron Hernandez Had Severe C.T.E. When He Died at Age 27

8. Trump's Travel Ban to Be Replaced by Restrictions Tailored to Certain Countries

9. Mexico City Was Built on an Ancient Lake Bed. That Makes Earthquakes Much Worse.

10. Hurricane Maria Updates: In Puerto Rico, the Storm 'Destroyed Us'

View More Trending Stories »



**This Razor Is Changing a $13 Billion Industry**
Harry's | Sponsored            READ MORE >>

## The New York Times

Go to Home Page »

| NEWS | OPINION | ARTS | LIVING | LISTINGS & MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| World | Today's Opinion | Today's Arts | Automobiles | Reader Center | Home Delivery |
| U.S. | Op-Ed Columnists | Art & Design | Crossword | Classifieds | Digital Subscriptions |
| Politics | Editorials | Books | Food | Tools & Services | Crossword |
| N.Y. | Op-Ed Contributors | Dance | Education | N.Y.C. Events Guide | |
| Business | Letters | Movies | Fashion & Style | Multimedia | Email Newsletters |
| | | | | | Alerts |
| Tech | Sunday Review | Music | Health | Photography | Gift Subscriptions |
| Science | Video: Opinion | N.Y.C. Events Guide | Jobs | Video | Corporate Subscriptions |
| | | | | | Education Rate |

Case 22-558, Document 91-2, 12/09/2022, 3434267, Page42 of 54

SApp-138

       

in some parts of the country. The accusation by Sarah Palin that "journalists and pundits" had committed a "blood libel" when they raised questions about overheated rhetoric was especially disturbing, given the grave meaning of that phrase in the history of the Jewish people.

Earlier in the day, the speaker of the House, John Boehner, and the minority leader, Nancy Pelosi, issued their own, very welcome, calls to rise above partisanship. It is in that arena where Wednesday's high-minded pledges will be tested most.

Mr. Obama said that it must be possible for Americans to question each other's ideas without questioning their love of country. We hope all of America's leaders, and all Americans, will take that to heart.

**This Razor Is Changing a $13 Billion Industry**
Harry's | Sponsored    READ MORE >>

## More In Opinion


**NICHOLAS KRISTOF**
How to Win a War on Drugs


**EDITORIAL**
World Hunger Haunts the U.N. Festivities


**PAID POST: BOTTEGA VENETA**
The It Bag for the Multitasking Modern Woman


**DAVID BROOKS**
The Coming War on Business


**PAUL KRUGMAN**
Cruelty, Incompetence and Lies


**ROGER COHEN**
Macron's Art of the Deal

## Recommended for You


Aaron Hernandez Found to Have Severe C.T.E.

North Korea Hits New Level of Brinkmanship in Reacting to Trump

Facebook to Turn Over Russian-Linked Ads to Congress

**TRENDING**


1. North Korea Hits New Level of Brinkmanship in Reacting to Trump

2. McCain Announces Opposition to Republican Health Bill, Likely Dooming Its Fate

3. On Washington: Behind New Obamacare Repeal Vote, 'Furious' G.O.P. Donors

4. Opinion: Why Texas Is No Longer Feeling Miraculous

5. Kim Jong-un Called Trump a 'Dotard.' What Does That Even Mean?

6. Op-Ed Columnist: Cruelty, Incompetence and Lies

7. Aaron Hernandez Had Severe C.T.E. When He Died at Age 27

8. Trump's Travel Ban to Be Replaced by Restrictions Tailored to Certain Countries

9. Mexico City Was Built on an Ancient Lake Bed. That Makes Earthquakes Much Worse.

10. Hurricane Maria Update: In Puerto Rico, the Storm 'Destroyed Us'

View More Trending Stories >


**This Razor Is Changing a $13 Billion Industry**
Harry's | Sponsored    READ MORE >>

### The New York Times

Go to Home Page >

| NEWS | OPINION | ARTS | LIVING | LISTINGS & MORE | SUBSCRIBE |
|---|---|---|---|---|---|
| World | Today's Opinion | Today's Arts | Automobiles | Reader Center | Home Delivery |
| U.S. | Op-Ed Columnists | Art & Design | Crossword | Classifieds | Digital Subscriptions |
| Politics | Editorials | Books | Food | Tools & Services | Crossword |
| N.Y. | Op-Ed Contributors | Dance | Education | N.Y.C. Events Guide | Email Newsletters |
| Business | Letters | Movies | Fashion & Style | Multimedia | Alerts |
| Tech | Sunday Review | Music | Health | Photography | Gift Subscriptions |
| Science | Video: Opinion | N.Y.C. Events Guide | Jobs | Video | Corporate Subscriptions |
| Health | | Television | Magazine | NYT Store | Education Rate |
| Sports | | Theater | N.Y.C. Events Guide | Times Journeys | Mobile Applications |
| Education | | Video: Arts | Real Estate | Subscribe | Replica Edition |
| Obituaries | | | T Magazine | Manage My Account | |
| Today's Paper | | | Travel | NYTCo | |
| Corrections | | | Weddings & Celebrations | | |

© 2017 The New York Times Company    Contact Us    Work With Us    Advertise    Your Ad Choices    Privacy    Terms of Service    Terms of Sale    Site Map    Help    Site Feedback    Subscriptions

Rep. Gabby Giffords's Farewell - The New York Times    Case 1:17-cv-04853-JSR    Document 70-16    Filed 12/30/19    Page 3 of 21  http://www.nytimes.com/2012/01/27/opinion/gabby-giffordss-farewel.

Case 1:17-cv-04853-JSR    Document 41-31    Filed 08/21/17    Page 2 of 3

The New York Times

The Opinion Pages | EDITORIAL

# Gabby Giffords's Farewell

JAN. 26, 2012

House members were moved to tears on Wednesday when Representative Gabrielle Giffords handed in her resignation because, she said, she needed more time to heal from the grievous gunshot wound she suffered last year at the hands of a would-be assassin. The rarest of Congressional events — a display of genuinely bipartisan tributes — was the parting gift from her colleagues along with unanimous approval of Ms. Giffords's bill to fight drug trafficking along the Mexican border.

Left unstated amid the lawmakers' celebration of Ms. Giffords's survival was the abject failure of Congress and President Obama to repair the porous gun control laws that helped enable a mentally disturbed gunman to shoot and kill six and wound Ms. Giffords and 12 others in a matter of seconds last January.

Ringing vows were made immediately after the Tucson rampage to ban the high-volume ammunition clips used by the gunman, to prod states to submit names of the mentally disturbed to the federal watch list for gun sales, and to plug the notorious gun-show loophole that allows anyone to buy high-powered military weapons without a background check. None of those have happened. Democrats, who once had the good sense to pass a ban on assault rifles, no longer fight for its renewal, wary of the gun lobby's wrath. President Obama gave a stirring speech after the Tucson shootings, but the White House has said and done too little about gun control since then.

Ms. Giffords, a supporter of gun rights, was sent off with good wishes from lawmakers who could have done something to stem the carnage. "I will recover and will return," Ms. Gifford vowed in a her resignation letter, which was read by a colleague. Her departure offered a tragic display of how easily a brilliant career in public service was cut short because of the nation's inadequate gun laws.

A version of this editorial appears in print on January 27, 2012, on Page A26 of the New York edition with the headline: Gabby Giffords's Farewell.

© 2017 The New York Times Company

The New York Times   https://nyti.ms/OV1Oky

The Opinion Pages  |  EDITORIAL

# 6,000 Bullets

JULY 23, 2012

With the ease of downloading a song, anyone with a computer and a credit card can order thousands of bullets and shotgun shells on the Internet, along with tear-gas canisters and speed loaders. They can get the same high-capacity ammunition clips that infantry soldiers use. They can even get bulletproof vests and SWAT helmets. All without fear of a single background check.

No one is paying attention to whether buyers have criminal histories or mental-health records. No one is monitoring bulk sales of ammunition to see who might be building an arsenal. Even after a young man in Colorado buys 6,000 rounds by mail order and uses them to commit mass murder, it is the rare politician who proposes to make the tools of terror slightly harder to obtain.

When he was campaigning for office in 2008, Barack Obama vowed to reinstate the assault weapons ban that had expired in 2004. That would have prohibited the AR-15 rifle used in the Colorado theater shooting on Friday, along with the large 100-round magazine attached to it. But as president, Mr. Obama has made no attempt to do so. Mitt Romney banned assault weapons as governor of Massachusetts and undoubtedly saved many lives, but now he opposes all gun control measures. He never repeats what he said in 2004 when he signed the ban:

"Deadly assault weapons have no place in Massachusetts," he said. "They are

**SApp-142**

instruments of destruction with the sole purpose of hunting down and killing people."

Both men fear the power of gun ideologues, particularly in swing states like Pennsylvania, Nevada and North Carolina, where many voters have fallen under the spell of a gun lobby that considers any restriction an unthinkable assault on the Constitution. Senator Ron Johnson, the Tea Party favorite from Wisconsin, spoke for the Republican Party (and many Democrats) when he said that limiting high-capacity magazines would infringe on a basic right. "When you try and do it, you restrict our freedom," he said on "Fox News Sunday."

Freedom to do what, precisely? To fire off 100 rounds without reloading? A few sport shooters may enjoy doing that on a firing range, but that's hardly sufficient reason to empower someone else to do it in a movie theater. It has nothing to do with the basic right of home protection and self-defense found by the Supreme Court in 2008.

A Democratic senator, Frank Lautenberg of New Jersey, is one of the few officials courageous enough to propose a better idea: A ban on clips that hold more than 10 bullets, which are not needed to hunt, practice or protect oneself. He first proposed this last year, after a gunman in Tucson used a 33-round magazine to shoot 18 people, including Representative Gabrielle Giffords, killing six. The shooter was tackled when he had to reload.

The ban went nowhere and will undoubtedly be laughed off by gun advocates this year, too. In 1993, they killed a proposal by Senator Daniel Patrick Moynihan of New York to impose a heavy tax on handgun ammunition, especially the bullets that expand and cause heavy tissue damage. A few years ago, Gov. Arnold Schwarzenegger of California signed a law requiring identification to buy handgun ammunition and forbidding mail-order sales. A group of gun sellers sued and won a trial-court ruling that the law was too vague. (The state attorney general, Kamala Harris, appealed the ruling in February.)

But the gun lobby's legal and political victories can't obscure the facts. The assault weapons ban didn't clearly reduce crime, the best study of the measure found, but allowing high-capacity magazines would "result in more shots fired, more

persons hit, and more wounds inflicted per victim than do attacks with other firearms." Sensible restrictions on ammunition and clips won't eliminate mass shootings; they may make them less likely and reduce their level of violence.

Many politicians of both parties know this. To overcome their fear of the gun lobby, they need only look at the faces of the victims in Aurora, Colo.

A version of this editorial appears in print on July 24, 2012, on Page A20 of the New York edition with the headline: 6,000 Bullets.

© 2017 The New York Times Company

Myths About Gun Regulation - The New York Times    Case 1:17-cv-04853-JSR    Document 70-16    Filed 12/30/19    Page 19 of 21    about-gun-regulation.html

Case 1:17-cv-04853-JSR    Document 41-32    Filed 08/21/17    Page 2 of 3

The New York Times    https://nyti.ms/11piLed

The Opinion Pages  |  EDITORIAL

# Myths About Gun Regulation

JAN. 31, 2013

As busy as the gun lobby is in promoting macho myths about self-defense — stand your ground and outshoot the bad guys — it is no less dedicated to spinning myths for lawmakers to use as excuses to avoid enacting laws to deal with the shooting sprees that regularly afflict the nation. This was clear at the opening Senate hearing on gun controls this week, where Judiciary Committee members seemed to have largely swallowed gun lobby propaganda that the evidence shows the original 10-year ban on assault weapons was ineffective.

Left unsaid was the fact that one of the loopholes that enabled passage of the original ban limited research on the law's effectiveness to the first year's data rather than allow more conclusive long-term studies. A long–range, independent study issued as Congress allowed the ban to expire in 2004 found criminal use of assault weapons had fallen by one-third or more as a share of gun crimes in major jurisdictions.

The information is there if Congress is interested. After the ban expired, 37 percent of police departments reported noticeable increases in criminals' use of assault weapons, according to a 2010 report by the Police Executive Research Forum.

In Virginia, the number of guns with high-capacity magazines seized by police dropped after they were included in the 1994 weapons ban, but then rebounded

**SApp-145**

sharply after the ban expired, according to a 2011 study by The Washington Post. Maryland enacted its own more stringent ban on assault weapons in 1994, and a 55 percent drop in assault pistols from crime scenes was reported by the Baltimore police.

The false statistics comfort members of Congress who fear the gun lobby or their more conservative constituents, or both, and are blocking a new and stronger ban on assault weapons proposed by Senator Dianne Feinstein. The need for that ban and its outlawing of magazines of more than 10 bullets goes to the heart of the tragedy in Newtown, Conn., where a shooter took only a few minutes to trigger a rapid firing assault weapon and slay 20 schoolchildren and six educators last December.

"Too many children are dying," former Representative Gabrielle Giffords declared at the Senate hearing, her speech made halting by the head wounds she suffered in a 2011 gun assault. "You must act. Be bold," she pleaded with the lawmakers.

Since the hearing run by Senator Patrick Leahy seemed stacked with opponents of a new ban, Senator Feinstein is scheduling her own hearing with a fairer slate of witnesses reflecting the public's concern about the carnage from assault weapons. The judiciary hearing should be a call to President Obama to fight hard for maximum public involvement if an assault weapons ban is ever to have a chance in congress. "Be courageous," Ms. Giffords advised the lawmakers. "Americans are counting on you."

A version of this editorial appears in print on February 1, 2013, on Page A26 of the New York edition with the headline: Myths About Gun Regulation.

© 2017 The New York Times Company

SApp-146

The New York Times    https://nyti.ms/2azhYXq

The Opinion Pages | EDITORIAL

# Democrats Find Their Voice on Gun Control

By THE EDITORIAL BOARD   JULY 29, 2016

After two teenagers were shot dead and 17 people were wounded Monday in a Florida nightclub, the local police chief was quick to address a question that comes up these days whenever there's a new gun rampage. "This was not a terrorist act," he said. "You can put that out of your mind."

The chief's parsing of gun violence may have been intended to offer some small comfort to a nation that suffers 30,000 gun deaths every year. But it also seemed to respond to fears, stoked by the Republican presidential nominee, Donald Trump, that foreign-bred terrorism is the singular threat — thereby deflecting public attention from the far larger problem of domestic gun violence made possible by easy access to lethal weapons.

Hillary Clinton, in contrast, has been surprising in using her nominating convention to feature gun safety — an issue many Democrats plainly rated as a political loser when they ducked it at the past three party conventions. Mrs. Clinton has forcefully pressed the issue before the voters from the beginning of her campaign last year. Her vice-presidential running mate, Senator Tim Kaine of Virginia, has been an outspoken critic of the National Rifle Association ever since he served as governor at the time of the 2007 shooting massacre at Virginia Tech that took 32

Democrats Find Their Voice on Gun Control - The New York Times          https://www.nytimes.com/2016/07/29/opinion/democrats-find-their-voice...

Case 1:17-cv-04853-JSR   Document 70-16   Filed 12/30/19   Page 16 of 21
Case 1:17-cv-04853-JSR   Document 41-30   Filed 08/21/17   Page 3 of 3

lives and wounded 17 people.

The stark body count of Americans lays bare the truth of a fearsome gun problem that deserves a full-scale debate beyond Mr. Trump's simplistic terrorism warnings. From 2001 to 2013, federal data shows, 406,496 people died by firearms in this country. In the same period, the tally from domestic terrorism was less than 1 percent of that: 3,030 killed — the vast majority on 9/11, according to CNN. Beyond 9/11, the yearly average has been fewer than 33 deaths from terrorism.

Survivors of shootings like the former Representative Gabrielle Giffords, relatives of gunshot victims, and gun safety advocates were given featured appearances in the Democratic convention spotlight. A clear signal on the issue was the speaking slot afforded Michael Bloomberg, the former New York mayor, who is deeply identified with the gun control cause.

During her campaign for the nomination, Mrs. Clinton made numerous appearances with the families of shooting victims. She has called for a raft of needed restrictions, including closing gun-show loopholes in the law requiring that gun buyers submit to background checks, ending the gun industry's outrageous protection from civil damage suits, and denying guns to domestic abusers and risky suspects on the government's no-fly lists. "We have to take on the gun lobby," she tells voters even as Republican politicians pander in fear of the N.R.A.

Mr. Trump, proudly bearing the N.R.A.'s endorsement, dares to invoke fantasies of a ubiquitously armed citizenry ready to draw in self-defense "shootouts" — this in a nation reeling from gun violence.

*Follow The New York Times Opinion section on Facebook and Twitter (@NYTOpinion), and sign up for the Opinion Today newsletter.*

A version of this editorial appears in print on July 29, 2016, on Page A22 of the New York edition with the headline: Democrats Find Their Voice on Guns.

© 2017 The New York Times Company

# The New York Times

The Opinion Pages   |   OP-ED COLUMNIST

# No One Listened to Gabrielle Giffords

By FRANK RICH   JAN. 15, 2011

OF the many truths in President Obama's powerful Tucson speech, none was more indisputable than his statement that no one can know what is in a killer's mind. So why have we spent so much time debating exactly that?

The answer is classic American denial. It was easier to endlessly parse Jared Lee Loughner's lunatic library — did he favor "The Communist Manifesto" or Ayn Rand? — than confront the larger and harsher snapshot of our current landscape that emerged after his massacre. A week on, that denial is becoming even more entrenched. As soon as the president left the podium Wednesday night, we started shifting into our familiar spin-dry post-tragedy cycle of the modern era — speedy "closure," followed by a return to business as usual, followed by national amnesia.

If we learn nothing from this tragedy, we are back where we started. And where we started was with two years of accelerating political violence — actual violence, not to be confused with violent language — that struck fear into many, not the least of whom was Gabrielle Giffords.

For the sake of this discussion, let's stipulate that Loughner was a "lone nutjob" who had never listened to Glenn Beck or been a card-carrying member of either the Tea or Communist parties. Let's also face another tragedy: The only two civic reforms that might have actually stopped him — tighter gun control and an effective mental

health safety net — won't materialize even now.

Gun and ammunition sales spiked last week, especially for the specific varieties given the Loughner imprimatur. No editorial — or bloodbath — will move Congress to enact serious gun control (which Giffords herself never advocated and Obama has rarely pushed since 2008). Enhanced mental health coverage is also a nonstarter when the highest G.O.P. priority is to repeal the federal expansion of health care. In Arizona, cutbacks are already so severe that terminally ill patients are being denied life-saving organ transplants.

The other inescapable reality was articulated by Sarah Palin, believe it or not, in her "blood libel" video. Speaking of acrimonious partisan debate, she asked, "When was it less heated — back in those calm days when political figures literally settled their differences with dueling pistols?" She's right. Calls for civility will have no more lasting impact on the "tone" of American discourse now than they did after the J.F.K. assassination or Oklahoma City. Especially not in an era when technology allows all 300 million Americans a cost-free megaphone for unmediated rants.

Did Loughner see Palin's own most notorious contribution to the rancorous tone — her March 2010 Web graphic targeting Congressional districts? We have no idea — nor does it matter. But Giffords did. Her reaction to it — captured in an interview she did back then with Chuck Todd of MSNBC — was the most recycled, if least understood, video of last week.

The week of that interview began with the House passing the health care bill on Sunday. Within hours, on Monday morning, vandals smashed the front door of Giffords's office in Tucson. The Palin "target" map (and the accompanying Twitter dictum to "RELOAD") went up on Tuesday, just one day after that vandalism — timing that was at best tone-deaf and at worst nastily provocative. Not just Giffords, but at least three other of the 20 members of Congress on the Palin map were also hit with vandalism or death threats.

In her MSNBC interview that Wednesday, Giffords said that Palin had put the "crosshairs of a gun sight over our district," adding that "when people do that, they've got to realize there's consequences to that action." Chuck Todd then asked Giffords if "in fairness, campaign rhetoric and war rhetoric have been

No One Listened to Gabrielle Giffords - The New York Times  Case 1:17-cv-04853-JSR    Document 70-16    Filed 12/30/19    Page 49 of 51 nytimes.com/2011/01/16/opinion/16rich.htm

Case 1:17-cv-04853-JSR    Document 41-33    Filed 08/21/17    Page 4 of 6

interchangeable for years." She responded that colleagues who had been in the House "20, 30 years" had never seen vitriol this bad. But Todd moved on, and so did the Beltway. What's the big deal about a little broken glass? Few wanted to see what Giffords saw — that the vandalism and death threats were the latest consequences of a tide of ugly insurrectionism that had been rising since the final weeks of the 2008 campaign and that had threatened to turn violent from the start.

Giffords's first brush with that reality had occurred some seven months before her office was vandalized — in the red-hot health care fever of August 2009. She had held another "Congress on Your Corner" meeting, at a Safeway in the town of Douglas. There the crowd's rage and the dropping of a gun by one attendee prompted aides worried about her safety to summon the police. The Tucson Tea Party co-founder, Trent Humphries, told The Arizona Daily Star afterward that this was a lie, that "nobody was threatening Gabby." After Loughner's massacre, Humphries was still faulting her — this time for holding "an event in full view of the public with no security whatsoever."

Others on the right spent last week loudly protesting the politicization of tragedy. What was most revealing was how often they tried to rewrite the history of previous incidents having nothing to do with Loughner. A Palin aide claimed that her target map was only invoking a "surveyor's symbol," not gun sights. A Tucson Tea Party leader announced that the attack on Giffords's office (never solved by the police) was probably caused by skateboarding kids. Mike Pence, a potential G.O.P. "values" candidate for president, told the C-Span audience that those bearing firearms at Congressional town hall meetings and Obama events (including one in Arizona that August of 2009) were no different from anti-Bush demonstrators "waving placards."

For macabre absurdity, it would seem hard to top Newt Gingrich, who wailed about leftists linking Loughner to the right as if he had not famously blamed a psychotic double-murder of 1994, Susan Smith's drowning of her two sons in South Carolina, on "Lyndon Johnson's Great Society." But Representative Trent Franks, Republican of Arizona, did top Newt. On "Meet the Press" last Sunday he implored us to "treat each other as fellow children of God" without acknowledging (or being questioned about) his 2009 diatribe branding Obama as "an enemy of humanity."