# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Palin v. The New York Times Co., et al.                                  Docket No.: 22-558

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Theodore J. Boutrous, Jr.

Firm: Gibson, Dunn & Crutcher LLP

Address: 333 South Grand Avenue Los Angeles, CA 90071

Telephone: (213) 229-7000                                    Fax: (213) 229-6804

E-mail: TBoutrous@gibsondunn.com

Appearance for: Reporters Committee for Freedom of the Press and 52 Media Organizations/ Amicus
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☐ Additional counsel (co-counsel with: _____ )
(name/firm)

☑ Amicus (in support of: The New York Times Co. and James Bennett, Defendants-Appellees )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on June 7, 2018                                    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Theodore J. Boutrous, Jr.

Type or Print Name: Theodore J. Boutrous, Jr.