## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

### MOTION INFORMATION STATEMENT

Docket Number(s): 22-558

Caption [use short title]

Motion for: Leave to file brief of Amicus Curiae in support
of Appellee seeking affirmance.

Set forth below precise, complete statement of relief sought:

The Reporters Committee for Freedom of the Press

moves for leave to file an amicus curiae brief

in support of Appellee seeking affirmance of the district

court's ruling.

Palin v. The New York Times Co., et al.

MOVING PARTY: Reporters Committee for the Freedom of the Press and 52 Media Organizations    OPPOSING PARTY: Sarah Palin

| | |
|---|---|
| ☐ Plaintiff | ☐ Defendant |
| ☐ Appellant/Petitioner | ☐ Appellee/Respondent |

MOVING ATTORNEY: Theodore J. Boutrous, Jr.         OPPOSING ATTORNEY: Shane Vogt

[name of attorney, with firm, address, phone number and e-mail]

Gibson, Dunn & Crutcher LLP                          Turkel Cuva Barrios, P.A.

333 South Grand Avenue, Los Angeles, CA 90071       100 North Tampa Street, Suite 1900

(213) 229-7000; TBoutrous@GibsonDunn.com            Tampa, FL 33602

Court- Judge/ Agency appealed from: U.S. District Judge Jed S. Rakoff, Southern District of New York

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
INJUNCTIONS PENDING APPEAL:
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No If yes, enter date:_____

Signature of Moving Attorney:

/s/ Theodore J. Boutrous, Jr. Date: 12/15/2022    Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

# 22-558

## United States Court of Appeals
## for the Second Circuit

SARAH PALIN,

*Plaintiff - Appellant,*

v.

THE NEW YORK TIMES COMPANY, A NEW YORK CORPORATION, AND JAMES BENNET,

*Defendants - Appellees*

On Appeal from the from the United States District Court
For the Southern District of New York. No. 1:17-cv-04853-JSR

## MOTION OF THE REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS AND 52 MEDIA ORGANIZATIONS FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF APPELLEES

Bruce D. Brown
Katie Townsend
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300

Theodore J. Boutrous, Jr.
*Counsel of Record*
Jillian N. London
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
TBoutrous@GibsonDunn.com

Connor Sullivan
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (213) 351-2459

*Attorneys for Amicus Curiae*

## <u>MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE*</u>

Pursuant to Federal Rule of Appellate Procedure 29(a)(3), the Reporters Committee for Freedom of the Press (the "Reporters Committee") and 52 media organizations (collectively, "amici") respectfully move for leave to file the attached brief in support of Defendant-Appellees The New York Times Company and James Bennett.[1]  Defendants-Appellees The New York Times and James Bennett consented to the filing of the *amicus* brief.  Plaintiff-Appellant Sarah Palin informed counsel for amici that they have no objection to the filing of the amici brief to the filing of the *amicus* brief.

A motion for leave to file an amicus brief "must be accompanied by the proposed brief and state:  (A) the movant's interest; and (B) the reason why an amicus brief is desirable and why the matters asserted are relevant to the disposition of the case."  Fed. R. App. P. 29(a)(3).  Amici's proposed brief is included as an Exhibit to this motion.

This appeal presents multiple issues of significant importance to journalists and media organizations.  Appellant asks this Court to depart from or limit the scope of bedrock First Amendment doctrines that protect journalists and news media organizations from defamation liability in connection with their

---

[1]  A list of all amici and corporate disclosure statements for all amici are included in the attached amicus brief.  A supplemental statement of identity and interest of amici is included as Appendix A to this motion.

newsgathering activities. As members and representatives of the news media reporting information of public concern, amici have a strong interest in ensuring that those doctrines remain vigorous and are applied appropriately to protect the press and ensure that the public continues to benefit from the work of journalists. Appellant also asks this Court to narrow the applicability of New York's revised state statute regarding strategic lawsuits against public participation (New York's "anti-SLAPP" law) by overruling the district court's determination that the anti-SLAPP law applies retroactively. Amici have a strong interest in ensuring New York's anti-SLAPP law is interpreted correctly (i.e. that it applies retroactively) to protect journalists and news organizations from liability in cases such as this one.

The amici brief presents amici's important, non-duplicative arguments why the actual malice standard recognized in *New York Times v. Sullivan* remains vital today to protect journalists and journalism from the risk of "self-censorship" and the dangers of defamation liability. The brief argues that in crafting the actual malice standard, the Supreme Court struck a careful balance between a citizen's interest in her reputation and protecting the vital free speech interests enshrined in the First Amendment, a balance which is more important today than ever. This Court should reaffirm the role the actual malice standard plays in protecting and making possible the socially valuable work of journalists.

2

The brief also argues that the district court correctly ruled that where the actual malice standard applies, the plaintiff must show *both* that the defendant intentionally or recklessly published a statement that communicated a particular defamatory meaning, and also that the defendant knew, or was reckless as to whether, that particular defamatory meaning was false. That correct understanding of the actual malice standard is essential to avoid the risk of serious burdens that would make the work of journalists difficult or impossible.

Finally, the amici brief explains why, given the historical context, text, and legislative history of New York's amended anti-SLAPP law, the district court correctly concluded that the provisions of the amended anti-SLAPP law apply retroactively and therefore were applicable in this case. Any other application of the amended anti-SLAPP statute would be inconsistent with the law's text and history and would fail to give effect to the law's intended purpose of maximizing protections for free speech, including the speech of journalists.

For these reasons, amici respectfully request that this Court grant it leave to file the accompanying brief in support of Appellees seeking affirmance.

Dated: December 15, 2022        Respectfully submitted,

*/s/ Theodore J. Boutrous, Jr.*
Theodore J. Boutrous, Jr.
Jillian N. London
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
TBoutrous@gibsondunn.com

Connor Sullivan
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (213) 351-2459
CSullivan@gibsondunn.com

Bruce D. Brown
Katie Townsend
REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
ktownsend@rcfp.org
*\*Of counsel*

## APPENDIX A
## SUPPLEMENTAL STATEMENTS OF INTEREST OF AMICI CURIAE

**The Reporters Committee for Freedom of the Press** (the "Reporters Committee") is an unincorporated nonprofit association founded by leading journalists and media lawyers in 1970 when the nation's news media faced an unprecedented wave of government subpoenas forcing reporters to name confidential sources. Today, its attorneys provide pro bono legal representation, amicus curiae support, and other legal resources to protect First Amendment Freedoms and the newsgathering rights of journalists.

**Advance Publications, Inc.** is a diversified privately-held company that operates and invests in a broad range of media, communications and technology businesses. Its operating businesses include Conde Nast's global magazine and digital brand portfolio, including titles such as Vogue, Vanity Fair, The New Yorker, Wired, and GQ, local news media companies producing newspapers and digital properties in 10 different metro areas and states, and American City Business Journals, publisher of business journals in over 40 cities.

**The Associated Press** ("AP") is a news cooperative organized under the Not-for-Profit Corporation Law of New York. The AP's members and subscribers include the nation's newspapers, magazines, broadcasters, cable news services and Internet content providers. The AP operates from 280

locations in more than 100 countries.  On any given day, AP's content can reach more than half of the world's population.

**Axios Media Inc.** is a digital media company with a mission to deliver news in an efficient format that helps professionals get smarter faster across an array of topics, including politics, science, business, health, tech, media, and local news.

**Boston Globe Media Partners, LLC** publishes The Boston Globe, the largest daily newspaper in New England.

**BuzzFeed, Inc.** is a social news and entertainment company that provides shareable breaking news, original reporting, entertainment, and video across the social web to its global audience of more than 200 million.

**Cable News Network, Inc.** ("CNN"), a Delaware corporation, is a portfolio of two dozen news and information services across cable, satellite, radio, wireless devices and the Internet in more than 200 countries and territories worldwide.  Domestically, CNN reaches more individuals on television, the web and mobile devices than any other cable TV news organization in the United States; internationally, CNN is the most widely distributed news channel reaching more than 271 million households abroad; and CNN Digital is a top network for online news, mobile news and social media.  Additionally, CNN

Newsource is the world's most extensively utilized news service partnering with hundreds of local and international news organizations around the world.

**Californians Aware** is a nonpartisan nonprofit corporation organized under the laws of California and eligible for tax exempt contributions as a 501(c)(3) charity pursuant to the Internal Revenue Code.  Its mission is to foster the improvement of, compliance with and public understanding and use of, the California Public Records Act and other guarantees of the public's rights to find out what citizens need to know to be truly self-governing, and to share what they know and believe without fear or loss.

**The Center for Investigative Reporting (d/b/a Reveal)**, founded in 1977, is the nation's oldest nonprofit investigative newsroom.  Reveal produces investigative journalism for its website https://www.revealnews.org/, the Reveal national public radio show and podcast, and various documentary projects. Reveal often works in collaboration with other newsrooms across the country.

**The Center for Public Integrity** was founded in 1989 by Charles Lewis. We are one of the country's oldest and largest nonpartisan, nonprofit investigative news organizations and winner of the 2014 Pulitzer Prize for investigative journalism.

**Courthouse News Service** is a California-based legal news service that publishes a daily news website with a focus on politics and law.  The news

service also publishes daily reports on new civil actions and appellate rulings in both state and federal courts throughout the nation. Subscribers to the daily reports include law firms, universities, corporations, governmental institutions, and a wide range of media including newspapers, television stations and cable news services.

**Daily News, LP** publishes the New York Daily News, a daily newspaper that serves primarily the New York City metropolitan area and is one of the largest papers in the country by circulation. The Daily News' website, NYDailyNews.com, receives approximately 100 million page views each month.

**Dow Jones & Company** is the world's leading provider of news and business information. Through *The Wall Street Journal*, *Barron's*, MarketWatch, Dow Jones Newswires, and its other publications, Dow Jones has produced journalism of unrivaled quality for more than 130 years and today has one of the world's largest newsgathering operations. Dow Jones's professional information services, including the Factiva news database and Dow Jones Risk & Compliance, ensure that businesses worldwide have the data and facts they need to make intelligent decisions. Dow Jones is a News Corp company.

**The E.W. Scripps Company** is the nation's fourth-largest local TV broadcaster, operating a portfolio of 61 stations in 41 markets. Scripps also owns Scripps Networks, which reaches nearly every American through the

national news outlets Court TV and Newsy and popular entertainment brands ION, Bounce, Grit, Laff and Court TV Mystery. The company also runs an award-winning investigative reporting newsroom in Washington, D.C., and is the longtime steward of the Scripps National Spelling Bee.

**First Amendment Coalition** ("FAC") is a nonprofit public interest organization dedicated to defending free speech, free press and open government rights in order to make government, at all levels, more accountable to the people. The Coalition's mission assumes that government transparency and an informed electorate are essential to a self-governing democracy. FAC advances this purpose by working to improve governmental compliance with state and federal open government laws. FAC's activities include free legal consultations on access to public records and First Amendment issues, educational programs, legislative oversight of California bills affecting access to government records and free speech, and public advocacy, including extensive litigation and appellate work. FAC's members are news organizations, law firms, libraries, civic organizations, academics, freelance journalists, bloggers, activists, and ordinary citizens.

**Forbes Media LLC** is the publisher of Forbes Magazine as well as an array of investment newsletters and the leading business news website,

Forbes.com.  Forbes has been covering American and global business since 1917.

**Fundamedios Inc.** is a non-profit organization advocating for Spanish-speaking journalists in the United States and Latin America.  The multidisciplinary organization monitors threats to Spanish-speaking journalists' safety, to their ability to gather and report the news, and to freedom of expression across the continent.  Fundamedios Inc. was founded in 2007 by renown Ecuadorian journalist Cesar Ricaurte and has offices in Washington, D.C., and Quito, Ecuador.

**Gannett** is the largest local newspaper company in the United States.  Our 260 local daily brands in 46 states — together with the iconic USA TODAY — reach an estimated digital audience of 140 million each month.

**The Inter American Press Association** ("IAPA") is a not-for-profit organization dedicated to the defense and promotion of freedom of the press and of expression in the Americas.  It is made up of more than 1,300 publications from throughout the Western Hemisphere and is based in Miami, Florida.

**Los Angeles Times Communications LLC** is one of the largest daily newspapers in the United States.  Its popular news and information website, www.latimes.com, attracts audiences throughout California and across the nation.

**The McClatchy Company, LLC** is a publisher of iconic brands such as the *Miami Herald*, *The Kansas City Star*, *The Sacramento Bee*, *The Charlotte Observer*, *The* (Raleigh) *News & Observer*, and the *Fort Worth Star-Telegram*. McClatchy operates media companies in 30 U.S. markets in 16 states, providing each of its communities with high-quality news and advertising services in a wide array of digital and print formats. McClatchy is headquartered in Sacramento, California.

**The Media Institute** is a nonprofit foundation specializing in communications policy issues founded in 1979. The Media Institute exists to foster three goals: freedom of speech, a competitive media and communications industry, and excellence in journalism. Its program agenda encompasses all sectors of the media, from print and broadcast outlets to cable, satellite, and online services.

**The Media Law Resource Center, Inc.** ("MLRC") is a non-profit professional association for content providers in all media, and for their defense lawyers, providing a wide range of resources on media and content law, as well as policy issues. These include news and analysis of legal, legislative and regulatory developments; litigation resources and practice guides; and national and international media law conferences and meetings. The MLRC also works with its membership to respond to legislative and policy proposals, and speaks to

the press and public on media law and First Amendment issues. It counts as members over 125 media companies, including newspaper, magazine and book publishers, TV and radio broadcasters, and digital platforms, and over 200 law firms working in the media law field. The MLRC was founded in 1980 by leading American publishers and broadcasters to assist in defending and protecting free press rights under the First Amendment.

**Mother Jones** is a nonprofit, reader-supported news organization known for ground-breaking investigative and in-depth journalism on issues of national and global significance.

**National Newspaper Association** is a 2,000 member organization of community newspapers founded in 1885. Its members include weekly and small daily newspapers across the United States. It is based in Pensacola, FL.

**The National Press Photographers Association** ("NPPA") is a 501(c)(6) non-profit organization dedicated to the advancement of visual journalism in its creation, editing and distribution. NPPA's members include television and still photographers, editors, students and representatives of businesses that serve the visual journalism industry. Since its founding in 1946, the NPPA has vigorously promoted the constitutional rights of journalists as well as freedom of the press in all its forms, especially as it relates to visual journalism. The submission of this brief was duly authorized by Mickey H. Osterreicher, its General Counsel.

**The NBCUniversal News Group** is a division of NBCUniversal Media, LLC. It includes NBC News, MSNBC, and CNBC. NBC News produces, the "Today" show, "NBC Nightly News with Lester Holt," "Dateline NBC" and "Meet the Press" as well as digital and streaming news reporting, such as NBCNews.com and NBCNewsNow.

**The New Jersey Press Association** ("NJPA") is a non-profit organization incorporated in 1857 under the laws of the State of New Jersey. It has a membership composed of daily newspapers, affiliate newspapers, weekly newspapers, digital news websites, as well as corporate and non-profit associate members. NJPA is a membership association formed to advance the interests of newspapers and to increase awareness of the benefits of newspaper readership. The mission of NJPA is to help newspapers remain editorially strong, financially sound and free of outside influence. NJPA vigorously pursues these goals as a service both to its members and to the people of New Jersey.

**The New York News Publishers Association** is a trade association which represents daily, weekly and online newspapers throughout New York State. It was formed in 1927 to advance the freedom of the press and to represent the interests of the newspaper industry.

With an urban vibrancy and a global perspective, **New York Public Radio** produces innovative public radio programs, podcasts, and live events that touch a

passionate community of 23.4 million people monthly on air, online and in person.  From its state-of-the-art studios in New York City, NYPR is reshaping radio for a new generation of listeners with groundbreaking, award-winning programs including Radiolab, On the Media, The Takeaway, and Carnegie Hall Live, among many others.  New York Public Radio includes WNYC, WQXR, WNYC Studios, Gothamist, The Jerome L. Greene Performance Space, and New Jersey Public Radio.  Further information about programs, podcasts, and stations may be found at www.nypublicradio.org.

**The News Leaders Association** was formed via the merger of the American Society of News Editors and the Associated Press Media Editors in September 2019.  It aims to foster and develop the highest standards of trustworthy, truth-seeking journalism; to advocate for open, honest and transparent government; to fight for free speech and an independent press; and to nurture the next generation of news leaders committed to spreading knowledge that informs democracy.

**The News/Media Alliance** represents news and media publishers, including nearly 2,000 diverse news and magazine publishers in the United States—from the largest news publishers and international outlets to hyperlocal news sources, from digital-only and digital-first to print news. Alliance members account for nearly 90% of the daily newspaper's circulation in the United

States.  Since 2022, the Alliance is also the industry association for magazine media. It represents the interests of close to 100 magazine media companies with more than 500 individual magazine brands, on topics that include news, culture, sports, lifestyle and virtually every other interest, avocation or pastime enjoyed by Americans. The Alliance diligently advocates for news organizations and magazine publishers on issues that affect them today.

**Newsday LLC** ("Newsday") is the publisher of the daily newspaper, Newsday, and related news websites.  Newsday is one of the nation's largest daily newspapers, serving Long Island through its portfolio of print and digital products.  Newsday has received 19 Pulitzer Prizes and other esteemed awards for outstanding journalism.

**Nexstar Media Inc.** ("Nexstar") is a leading diversified media company that leverages localism to bring new services and value to consumers and advertisers through its traditional media, digital and mobile media platforms. Nexstar owns, operates, programs or provides sales and other services to 199 television stations and related digital multicast signals reaching 116 markets or approximately 62% of all U.S. television households.

**The Online News Association** is the world's largest association of digital journalists.  ONA's mission is to inspire innovation and excellence among journalists to better serve the public.  Membership includes journalists,

11

technologists, executives, academics and students who produce news for and support digital delivery systems. ONA also hosts the annual Online News Association conference and administers the Online Journalism Awards.

**Penguin Random House LLC** publishes adult and children's fiction and nonfiction in print and digital trade book form in the U.S. The Penguin Random House global family of companies employ more than 10,000 people across almost 250 editorially and creatively independent imprints and publishing houses that collectively publish more than 15,000 new titles annually. Its publishing lists include more than 60 Nobel Prize laureates and hundreds of the world's most widely read authors, among whom are many investigative journalists covering domestic politics, the justice system, business and international affairs.

**The Philadelphia Inquirer**, owned by the Lenfest Institute for Journalism, is the largest newspaper in the United States operated as a public-benefit corporation. It publishes The Inquirer as well as the Philadelphia Daily News in print, and online at www.inquirer.com. The Inquirer has won 20 Pulitzer Prizes. Under the non-profit ownership of the Institute, which is dedicated solely to the mission of preserving local journalism, the Inquirer is dedicated to public service journalism and news innovation.

**POLITICO** is a global news and information company at the intersection of politics and policy. Since its launch in 2007, POLITICO has grown to nearly

300 reporters, editors and producers.  It distributes 30,000 copies of its Washington newspaper on each publishing day and attracts an influential global audience of more than 35 million monthly unique visitors across its various platforms.

**Pro Publica, Inc.** ("ProPublica") is an independent, nonprofit newsroom that produces investigative journalism in the public interest.  It has won six Pulitzer Prizes, most recently a 2020 prize for national reporting, the 2019 prize for feature writing, and the 2017 gold medal for public service.  ProPublica is supported almost entirely by philanthropy and offers its articles for republication, both through its website, propublica.org, and directly to leading news organizations selected for maximum impact.  ProPublica has extensive regional and local operations, including ProPublica Illinois, which began publishing in late 2017 and was honored (along with the Chicago Tribune) as a finalist for the 2018 Pulitzer Prize for Local Reporting, an initiative with the Texas Tribune, which launched in March 2020, and a series of Local Reporting Network partnerships.

**Pulitzer Center on Crisis Reporting**, based in Washington, DC, was founded in 2006 as a non-profit journalism center dedicated to supporting in-depth engagement with underreported global affairs through sponsorship of quality international journalism across all media platforms and a unique program

13

of outreach and education to schools and universities.  The Center supports over 150 international reporting projects each year, working in tandem with major international news outlets.

**Radio Television Digital News Association** ("RTDNA") is the world's largest and only professional organization devoted exclusively to electronic journalism.  RTDNA is made up of news directors, news associates, educators and students in radio, television, cable and electronic media in more than 30 countries.  RTDNA is committed to encouraging excellence in the electronic journalism industry and upholding First Amendment freedoms.

**Reuters**, the news and media division of Thomson Reuters, is the world's largest multimedia news provider.  Founded in 1851, it is committed to the Trust Principles of independence, integrity and freedom from bias.  With unmatched coverage in over 16 languages, and reaching billions of people worldwide every day, Reuters provides trusted intelligence that powers humans and machines to make smart decisions.  It supplies business, financial, national and international news to professionals via desktop terminals, the world's media organizations, industry events and directly to consumers.

**The Slate Group** publishes Slate, a daily online magazine.  Slate features articles and podcasts analyzing news, politics and contemporary culture.

**The Society of Environmental Journalists** is the only North-American membership association of professional journalists dedicated to more and better coverage of environment-related issues.

**Society of Professional Journalists** ("SPJ") is dedicated to improving and protecting journalism. It is the nation's largest and most broad-based journalism organization, dedicated to encouraging the free practice of journalism and stimulating high standards of ethical behavior. Founded in 1909 as Sigma Delta Chi, SPJ promotes the free flow of information vital to a well-informed citizenry, works to inspire and educate the next generation of journalists and protects First Amendment guarantees of freedom of speech and press.

**Student Press Law Center** ("SPLC") is a nonprofit, nonpartisan organization which, since 1974, has been the nation's only legal assistance agency devoted exclusively to educating high school and college journalists about the rights and responsibilities embodied in the First Amendment to the Constitution of the United States. SPLC provides free legal assistance, information and educational materials for student journalists on a variety of legal topics.

**TIME** is a global multimedia brand that reaches a combined audience of more than 100 million around the world. TIME's major franchises include the TIME 100 Most Influential People, Person of the Year, Firsts, Best Inventions,

Genius Companies, World's Greatest Places and more.  With 45 million digital visitors each month and 40 million social media followers, TIME is one of the most trusted and recognized sources of news and information in the world.

**Tribune Publishing Company** is one of the country's leading media companies. The company's daily newspapers include the Chicago Tribune, New York Daily News, The Baltimore Sun, Sun Sentinel (South Florida), Orlando Sentinel, Hartford Courant, The Morning Call, the Virginian Pilot and Daily Press.  Popular news and information websites, including www.chicagotribune.com, complement Tribune Publishing's publishing properties and extend the company's nationwide audience.

**The Tully Center for Free Speech** began in Fall, 2006, at Syracuse University's S.I. Newhouse School of Public Communications, one of the nation's premier schools of mass communications.

**VICE Media** is the world's preeminent youth media company.  It is a news, content and culture hub, and a leading producer of award-winning video, reaching young people on all screens across an unrivaled global network.

**Vox Media, LLC** owns New York Magazine and several web sites, including Vox, The Verge, The Cut, Vulture, SB Nation, and Eater, with 170 million unique monthly visitors.

**The Washington Post** (formally, WP Company LLC d/b/a The Washington Post) is a news organization based in Washington, D.C. It publishes The Washington Post newspaper and the website www.washingtonpost.com, and produces a variety of digital and mobile news applications. The Post has won Pulitzer Prizes for its journalism, including the award in 2020 for explanatory reporting.

**WNET** is the parent company of New York's THIRTEEN – America's flagship PBS station – WLIW21, THIRTEEN PBSKids, WLIW World and Create; Long Island's only NPR station WLIW-FM; and ALL ARTS, the arts and culture media provider. WNET also operates NJ PBS, New Jersey's statewide public television network, and newsroom NJ Spotlight News. Through these channels and streaming platforms, WNET brings arts, culture, education, news, documentary, entertainment, and DIY programming to more than five million viewers each month. WNET's award-winning productions include signature PBS series *Nature*, *Great Performances*, *American Masters*, *PBS NewsHour Weekend*, and *Amanpour and Company* and trusted local news programs *MetroFocus* and *NJ Spotlight News with Briana Vannozzi*.

## CERTIFICATE OF COMPLIANCE

1.      This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) and Local Rule 27.1 because this brief contains 4,060 words, as determined by the word-count function of Microsoft Word.

2.      This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the typestyle requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.  *See* Fed. R. App. P. 27(d)(1)(E) (adopting requirements of Fed. R. App. P. 32(a)(5)–(6) for motions).


Dated:  December 15, 2022                    */s/ Theodore J. Boutrous, Jr.*
                                             Theodore J. Boutrous, Jr.
                                                 *Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system with a resulting electronic notice to all counsel of record on December 15, 2022.


Dated:  December 15, 2022                    */s/ Theodore J. Boutrous, Jr.*
                                             Theodore J. Boutrous, Jr.
                                             *Counsel for Amici Curiae*