# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand twenty-two.

_____

Sarah Palin, an individual,

        Plaintiff - Appellant,

v.

The New York Times Company, James Bennet, an individual,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 22-558

    The Reporters Committee for Freedom of the Press and 52 media organizations move for leave to file an amicus curiae brief in support of Appellees.

    IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of this appeal.

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court