

| | | |
|---|---|---|
| 100 N. Tampa St.<br>Suite 1900<br>Tampa, FL, 33602 | | Tel: 813.834.9191<br>Direct: 813.868.6650<br>svogt@tcb-law.com |

February 22, 2023

<u>**VIA CM/ECF**</u>
Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re: ***Sarah Palin, an individual v. The New York Times Company and James Bennet, an individual,*** Docket # 22-558
           DC Docket #: 17-cv-4853 (SDNY-New York City) DC Judge: Rakoff

Dear Clerk:

    Pursuant to Rule 28(j), Appellant, Sarah Palin, hereby advises the Court of the following supplemental authority: ***U.S. v. Nieves*, 58 F.4th 623 (2d Cir. 2023)**, a copy of which is enclosed.

    The *U.S. v. Nieves* decision is being cited in support of Appellant's argument concerning the insufficiency of *voir dire*—which can be found in Appellant's Initial Brief at pp. 36-37 and Reply Brief at pp. 21-22.

    Your attention to this submission is appreciated.

                                                    Respectfully submitted,

                                                  Shane B. Vogt

SBV/lhm
Enclosures

    cc:    David L. Axelrod, Esq. (served via CM/ECF)
             Jay Ward Brown, Esq. (served via CM/ECF)
             Thomas S. Leatherbury, Esq. (served via CM/ECF)
             Jacquelyn Shell, Esq. (served via CM/ECF)
             Thomas B. Sullivan, Esq. (served via CM/ECF)