**Ballard Spahr LLP**

1909 K Street, NW
12th Floor
Washington, DC 20006-1157
TEL 202.661.2200
FAX 202.661.2299
www.ballardspahr.com

Jay Ward Brown
Tel: 202.508.1136
Fax: 202.661.2299
brownjay@ballardspahr.com

March 2, 2023

*By Electronic Filing*

Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Palin v. New York Times Company*, No. 22-558,
             Defendants-Appellees' Amended Oral Argument Statement

Dear Ms. O'Hagan Wolfe:

In accordance with Local Rule 34.1(a) and at the direction of your office, Defendants-Appellees The New York Times Company and James Bennet, by and through their undersigned counsel, hereby notify the Court of counsel's revised availability for oral argument. Undersigned counsel is unavailable on March 21, 22, 23, 24, 28, 29, 30, 31, and April 3, 4, 5, 6, 7, 10, 19, 20, 21, 26, 27, 28.

Respectfully submitted,

*/s/ Jay Ward Brown*

Jay Ward Brown

cc:    All Counsel of Record (via ECF)