

100 N. Tampa St.
Suite 1900
Tampa, FL, 33602

Tel: 813.834.9191
Direct: 813.868.6650
svogt@tcb-law.com

June 22, 2023

***VIA CM/ECF***
Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:     ***Sarah Palin, an individual v. The New York Times Company and James Bennet, an individual,*** Docket # 22-558
        DC Docket #: 17-cv-4853 (SDNY-New York City) DC Judge: Rakoff

Dear Clerk:

Pursuant to Rule 28(j), Appellant, Sarah Palin, hereby advises the Court of the following supplemental authority: ***Gottwald v. Sebert,*** **2023 WL 3959051, \*5-7 (N.Y. Jun. 13, 2023)**, a copy of which is enclosed.

*Gottwald v Sebert* is cited concerning the District Court's decision to apply New York's amended Anti-SLAPP Statute (N.Y. Civil Rights L. § 76-a(2)) retroactively[1]—which can be found in Appellant's Initial Brief at pp. 35-36 and Reply Brief at pp. 5-6.

Your attention to this submission is appreciated.

Respectfully submitted,

Shane B. Vogt

SBV/lhm
Enclosure
cc:     David L. Axelrod, Esq. (served via CM/ECF)
        Jay Ward Brown, Esq. (served via CM/ECF)
        Thomas S. Leatherbury, Esq. (served via CM/ECF)
        Jacquelyn Shell, Esq. (served via CM/ECF)
        Thomas B. Sullivan, Esq. (served via CM/ECF)

---

[1] In *Gottwald*, 2023 WL 3959051 at \*5, the court declined to address whether this specific provision of the amended Anti-SLAPP statute applies retroactively.