## UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of November, two thousand twenty three,

Sarah Palin, an individual,

    Plaintiff - Appellant,

v.

The New York Times Company, James Bennet, an individual,

    Defendants - Appellees.

**ORDER**
Docket No. 22-558

The Reporters Committee for Freedom of the Press moves for leave to file an amicus brief in support of the Appellees.

IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

