# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of August, two thousand twenty-four.

Before:     John M. Walker, Jr.,
            Reena Raggi,
            Richard J. Sullivan,
                *Circuit Judges.*

_____

Sarah Palin,                                          **JUDGMENT**

        Plaintiff - Appellant,                        Docket No. 22-558

v.

The New York Times Company and James
Bennet,

        Defendants - Appellees.

_____

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's Rule 50 judgment and the jury's verdict are VACATED, and the case is REMANDED for further proceedings, including a new trial, consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

