# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of September, two thousand twenty-four.

Before:     Richard J. Sullivan,
                *Circuit Judge.*

_____

Sarah Palin,

      Plaintiff - Appellant,

v.

The New York Times Company and James Bennet,

      Defendants - Appellees.

_____

**ORDER**

Docket No. 22-558

      Appellees move for a 14-day extension until September 25, 2024 to file a petition for rehearing *en banc.*

      IT IS HEREBY ORDERED that the motion for extension of time is GRANTED.

      For the Court**:**
      Catherine O'Hagan Wolfe,
      Clerk of Court

