# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of October, two thousand twenty-four.

_____

Sarah Palin,

    Plaintiff - Appellant,

v.

The New York Times Company and James Bennet,

    Defendants - Appellees.

_____

**ORDER**

Docket No: 22-558

Appellees, The New York Times Company and James Bennett, filed a petition for rehearing *en banc*. The active members of the Court have considered the request for rehearing *en banc*.

IT IS HEREBY ORDERED that the petition is denied.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk