UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of January, two thousand twenty-five,

Before:    John M. Walker, Jr.,
           Reena Raggi,
           Richard J. Sullivan,
                *Circuit Judges*.

| | |
|---|---|
| Sarah Palin, | STATEMENT OF COSTS |
|    Plaintiff - Appellant, | Docket No. 22-558 |
| v. | |
| The New York Times Company and James Bennet, | |
|    Defendants - Appellees. | |

    IT IS HEREBY ORDERED that costs are taxed in the amount of $3,051.26 in favor of the Appellant. It is further ORDERED that Appellant may seek the cost for reporter's transcripts in the district court.

                            For the Court:
                            Catherine O'Hagan Wolfe,
                            Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/22/2025